FILED

JUL 25 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| JOHN C. FLOOD OF VIRGINIA, INC., | ) ) ) | CASE NUMBER 1:06CV01311 |
| vs Plaintiff | ) ) ) Civil Action No.___ ) | JUDGE: Richard J. Leon |
| JOHN C. FLOOD, INC., d/b/a JOHN C. FLOOD OF DC, INC., | ) ) ) | DECK TYPE: General Civil |
| Defendant | ) | DATE STAMP: 07/25/2006 |

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __John C. Flood of Virginia, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __John C. Flood of Virginia, Inc.__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

DC #452004
BAR IDENTIFICATION NO.

Lisa Dunner
Print Name

Dunner Law, 1010 Wisconsin Ave., N.W.
Address

Washington, DC  20007
City       State       Zip Code

(202) 298-6002
Phone Number