FILED

JUL 2 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN C. FLOOD OF VIRGINIA, INC., ) | |
| ) | |
| Plaintiff, ) | CASE NUMBER 1:06CV01311 |
| ) | |
| v. ) | JUDGE: Richard J. Leon |
| ) | |
| JOHN C. FLOOD, INC., ) | DECK TYPE: General Civil |
| d/b/a JOHN C. FLOOD OF DC, INC., ) | DATE STAMP: 07/25/2006 |
| ) | |
| Defendant. ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Plaintiff, John C. Flood of Virginia, Inc., by and through its undersigned attorneys, respectfully moves the Court to admit Stephen J. Zralek to practice before this Court as one of its counsel in this matter. As grounds for this Motion, Plaintiff states as follows:

1. Stephen J. Zralek is a licensed attorney in good standing in the state of Tennessee. Mr. Zralek is admitted to practice before the Tennessee state courts, the United States District Court for the Middle District of Tennessee, the United States District Court for the Eastern District of Tennessee, the United States Court of Appeals for the Sixth Circuit, and the United States Supreme Court. An affidavit of Mr. Zralek is attached hereto.

2. Mr. Zralek has not sought admission *pro hac vice* in Washington, D.C. in the preceding five years.

3. Mr. Zralek has not been publicly disciplined, nor has any pending disciplinary proceeding against him.

4. Plaintiff desires Mr. Zralek to serve as his counsel in this matter. Plaintiff has been notified of this Motion requesting permission for Mr. Zralek to appear *pro hac vice*.

{00158578.1}

5. Ms. Lisa Dunner will be associated with Mr. Zralek in this cause at all stages hereof. Ms. Dunner is a member of good standing of the bar of Washington, D.C., and a member of this Court's bar.

6. Mr. Zralek has submitted an affidavit contemporaneous to this Motion, in which he has acknowledged that he is subject to all applicable provisions of the Local Rules for this judicial district; that he has read such rules and will follow them throughout the *pro hac vice* admission; and that this Motion complies with those Rules.

7. The granting of this Motion will prejudice no party.

Respectfully submitted this 25th day of July, 2006.

_____
Lisa Dunner, DC Bar # 452004
**DUNNER LAW**
1010 Wisconsin Ave., N.W.
Washington, DC 20007
(202) 298-6002 – phone
(202) 403-3030 – facsimile
ldunner@dunnerlaw.com

*Counsel for Plaintiff John C. Flood of Virginia, Inc.*

{00158578.1}

**FILED**
JUL 2 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN C. FLOOD OF VIRGINIA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. __06 1311__ |
| v. ) | |
| ) | |
| JOHN C. FLOOD, INC., ) | |
| d/b/a JOHN C. FLOOD OF DC, INC., ) | |
| ) | |
| Defendant. ) | |

**DECLARATION OF STEPHEN JAMES ZRALEK
IN SUPPORT OF HIS MOTION TO BE ADMITTED *PRO HAC VICE***

I, STEPHEN JAMES ZRALEK, make the following statements upon personal knowledge:

1.  I am over eighteen years of age and competent to give this, my Declaration.

2.  My office address and telephone number are: Bone McAllester Norton PLLC, 511 Union Street, Suite 1600, Nashville, Tennessee 37219, 615.238.6300.

3.  I am a licensed attorney in good standing in the state of Tennessee. I am admitted to practice before the Tennessee state courts, the United States District Court for the Middle District of Tennessee, the United States District Court for the Eastern District of Tennessee, the United States Court of Appeals for the Sixth Circuit, and the United States Supreme Court.

4.  I have not been disciplined by any bar.

5.  I have not sought admission *pro hac vice* in this judicial district in the preceding two years.

6.  Ms. Lisa Dunner will be associated with me in this cause at all stages hereof. Ms. Dunner is a member of good standing of the bar of Washington, D.C., and is a member of the bar

1
{00159571.1}

of this Court.

7.  I acknowledge that I am subject to all applicable provisions of the Local Rules for this judicial district; I have read such Rules and will follow them throughout the *pro hac vice* admission; and this Motion complies with those Rules.

I declare under penalty of perjury that the foregoing is true and correct, pursuant to Section 1746 of Title 28 of the United States Code.

Executed on this 24th day of July, 2006.

_____
STEPHEN JAMES ZRALEK