U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

John C. Flood of Virginia, Inc.

vs.

John C. Flood, Inc. d/b/a John C. Flood of DC, Inc.

No. 06CV01311 RJL

AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, VINCENT A. PIAZZA, having been duly authorized to make service of the Letter dated August 8, 2006; Summons; Complaint for Trademark Infringement and Unfair Competition; Civil Cover Sheet; Certificate Rule LCvR 7.1; Motion for Admission for Pro Hac Vice; Declaration of Stephen James Zralek in Support of His Motion to be Admitted Pro Hac Vice; Proposed Order Granting Plaintiff's Motion to Admit Stephen James Zralek Pro Hac Vice and Case Management Order in the above entitled case, hereby depose and say:

That my date of birth / age is 08-29-1969.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 3:00 pm on August 8, 2006, I served John C. Flood, Inc. d/b/a John C. Flood of DC, Inc. at 711 Kennedy Street, NW, Washington, DC by serving, Melville R. Davis, Resident Agent, authorized to accept. Described herein:

```
SEX-     MALE
AGE-     55
HEIGHT-  6'1"
HAIR-    GRAY
WEIGHT-  215
RACE-    WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE/FEES is true and correct.

Executed on 8/9/06
Date

VINCENT A. PIAZZA
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 174839