CO-386-online
10/03

# United States District Court
# For the District of Columbia

John C. Flood of Virginia, Inc.　)
　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　)
　　　　vs　　　Plaintiff　　　)　Civil Action No. 1:06CV01311
　　　　　　　　　　　　　　　)
John C. Flood, Inc.　　　　　　)
　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　)
　　　　　　　　Defendant　　　)

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __John C. Flood, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __John C. Flood, Inc.__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

_[signature]_
Attorney of Record
Signature

DC Bar. No. 421288　　　　　　　　　Benjamin J. Lambiotte
BAR IDENTIFICATION NO.　　　　　　Print Name

Garvey Schubert Barer, 1000 Potomac Street NW, 5th Floor
Address

Washington, DC　　20007
City　　　　State　　　Zip Code

(202) 965-7880
Phone Number