AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

John C. Flood of Virginia, Inc.

**DUPLICATE COPY**

**SUMMONS IN A CIVIL CASE**

V.

John C. Flood, Inc.

CASE NUMBER: 1:06CV01311

TO: (Name and address of Defendant)

James L. Seltzer, Jr.
15412 Kentwell Circle
Centerville, VA 20120

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Benjamin J. Lambiotte
Garvey Schubert Barer
1000 Potomac Street NW
Fifth Floor
Washington, DC 20007

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

*Jackie [signature]*

(By) DEPUTY CLERK

DATE: AUG 29 2006

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 9.2.06  9:52AM |
| NAME OF SERVER (PRINT) LISA COPE | TITLE Private Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 15412 Kentwell Cir, Centreville, VA 20120

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9.2.06
           Date

Signature of Server: Lisa Cope

Address of Server:
Alliance Legal Services, Inc.
P.O. Box 523078
Springfield, VA 22152

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

**District of Columbia**                                                                 **United States Court**

Case Number: 1:06CV01311

Plaintiff:
JOHN C. FLOOD OF VIRGINIA, INC.

vs.

Defendant:
JOHN C. FLOOD, INC.

For:
Garvey Shubert Barer
1000 Potomac St.
5th Floor
Washington, DC 20007

Received by ALLIANCE LEGAL SERVICES, INC. on the 31st day of August, 2006 at 12:00 pm to be served on **JAMES L. SELTZER, JR., 15412 KENTWELL CIRCLE- CENTREVILLE, VA 20120**.

I, Lisa M. Cope, being duly sworn, depose and say that on the **2nd day of September, 2006** at **9:52 am, I:**

**Individually Served** the within named person with a true copy of each of the **Summons in a Civil Case and Complaint, (Answer Affirmative Defenses, and Counterclaims of John C. Flood, Inc.)** with the date and hour endorsed thereon by me, pursuant to state statutes. JAMES L. SELTZER, JR. SERVED

**Additional Information pertaining to this Service:**
09/01/2006, 6:48PM, NO ANSWER TO KNOCKS ON DOOR, NO CARS PRESENT

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I can edit this block to my area's standards and have seven different declarations if need be.

Subscribed and Sworn to before me on the 5th day of September, 2006 by the affiant who is personally known to me.

NOTARY PUBLIC

My Commission Expires _11/30/06_

Lisa M. Cope
Process Server

ALLIANCE LEGAL SERVICES, INC.
P.O. Box 523078
Springfield, VA 22152
(703) 644-8571

Our Job Serial Number: 2006001167

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5q

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

**DUPLICATE COPY**

John C. Flood of Virginia, Inc.

**SUMMONS IN A CIVIL CASE**

V.

John C. Flood, Inc.

CASE NUMBER:    1:06CV01311

TO: (Name and address of Defendant)

John C. Flood, Inc. (a Virginia Corporation)
6430 General Green Way
Alexandria, VA 22312

SERVE: Lynn Johnson, Registered Agent
1413 K Street, Suite 1500
Washington, DC 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Benjamin J. Lambiotte
Garvey Schubert Barer
1000 Potomac Street NW
Fifth Floor
Washington, DC 20007

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**                    AUG 29 2006

CLERK                                          DATE

*[signature]*

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 8/31/06 @ 1:13 PM |
| NAME OF SERVER (PRINT) Paul Spalding | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Sub-Served Matthew A. Pauck, Partner

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/1/2006
          Date

Signature of Server

Address of Server: P.O. Box 523078 Springfield, VA 22152

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

John C. Flood of Virginia, Inc.

**DUPLICATE COPY**

**SUMMONS IN A CIVIL CASE**

V.

John C. Flood, Inc.

CASE NUMBER: 1:06CV01311

TO: (Name and address of Defendant)

John C. Flood Contractors, Inc. (a Maryland Corporation)
4200 Bladensburg Road
Cottage City, MD 20722

SERVE: Clinton Haislip, Registered Agent
4200 Bladensburg Road
Cottage City, MD 20722

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Benjamin J. Lambiotte
Garvey Schubert Barer
1000 Potomac Street NW
Fifth Floor
Washington, DC 20007

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**

CLERK

AUG 29 2006

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 9.2.06 9:22 AM |
| NAME OF SERVER (PRINT) LISA COPE | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 7413 Rocky Ravine Dr. Fairfax Station, VA 22039

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9.2.06
Date

Signature of Server: Lisa Cope

Address of Server:
Alliance Legal Services, Inc.
P.O. Box 523078
Springfield, VA 22152

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

**District of Columbia**                                                                                       **United States Court**

Case Number: 1:06CV01311

Plaintiff:
**JOHN C. FLOOD OF VIRGINIA, INC.**

vs.

Defendant:
**JOHN C. FLOOD, INC.**

For:
Garvey Shubert Barer
1000 Potomac St.
5th Floor
Washington, DC 20007

Received by ALLIANCE LEGAL SERVICES, INC. on the 31st day of August, 2006 at 12:00 pm to be served on **JOHN C. FLOOD CONTRACTORS, INC. (A MARYLAND CORPORATION)- SERVE: CLINTON HAISLIP, R/A- SERVED AT: 7413 ROCKY RAVINE DR., FAIRFAX STATION, VA 22039**

I, Lisa M. Cope, being duly sworn, depose and say that on the **2nd day of September, 2006** at **9:22 am**, I:

Served the within named **CORPORATION** by delivering a true copy of the **Summons in a Civil Case and Complaint, (Answer Affirmative Defenses, and Counterclaims of John C. Flood, Inc.)** with the date and hour of service endorsed thereon by me to CLINTON HAISLIP as **Registered Agent** of the within named corporation, in compliance with state statutes.

**Additional Information pertaining to this Service:**
08/31/2006 AT 1:38PM PROCESS SERVER PAUL SPALDING ARRIVED AT THE ORIGINAL SERVICE ADDRESS OF 4200 BLADENSBURG RD., COTTAGE CITY, MD 20722. THE BUILDING IS VACANT. ATTEMPTING AT SECOND ADDRESS: 7413 ROCKY RAVINE DR., FAIRFAX STATION, VA 22039
09/01/2006 7:21PM ENDEAVOR BY SERVER LISA COPE AT FAIRFAX STATION RESIDENTIAL ADDRESS, NO ANSWER TO KNOCKS ON DOOR, DOG BARKING

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I can edit this block to my area's standards and have seven different declarations if need be.

Subscribed and Sworn to before me on the 5th day of September, 2006 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

My Commission Expires _11/30/06_

Lisa M. Cope
Process Server

ALLIANCE LEGAL SERVICES, INC.
P.O. Box 523078
Springfield, VA 22152
(703) 644-8571

Our Job Serial Number: 2006001169

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5q

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

John C. Flood of Virginia, Inc.

**DUPLICATE COPY**

**SUMMONS IN A CIVIL CASE**

V.

John C. Flood, Inc.

CASE NUMBER:   1:06CV01311

TO: (Name and address of Defendant)

Clinton Haislip
7413 Rocky Ravine Drive
Fairfax Station, VA 22039

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Benjamin J. Lambiotte
Garvey Schubert Barer
1000 Potomac Street NW
Fifth Floor
Washington, DC 20007

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                                     AUG 29 2006
_____                             _____
CLERK                                                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 9.2.06 9:22AM | |
| NAME OF SERVER (PRINT) LISA COPE | TITLE Private Process Server | |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 7413 Rocky Ravine Dr. FAIRFAX STATION, VA 22039

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9.2.06
         Date              Signature of Server

Alliance Legal Services, Inc.
P.O. Box 523078
Springfield, VA 22152
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

**District of Columbia**                                                                                                    United States Court

Case Number: 1:06CV01311

Plaintiff:
**JOHN C. FLOOD OF VIRGINIA, INC.**

vs.

Defendant:
**JOHN C. FLOOD, INC.**

For:
Garvey Shubert Barer
1000 Potomac St.
5th Floor
Washington, DC 20007

Received by ALLIANCE LEGAL SERVICES, INC. on the 31st day of August, 2006 at 12:00 pm to be served on **CLINTON HAISLIP, R/A- 7413 ROCKY RAVINE DR., FAIRFAX STATION, VA 22039**

I, Lisa M. Cope, being duly sworn, depose and say that on the **2nd day of September, 2006** at **9:22 am**, I:

**Individually Served** the within named person with a true copy of each of the **Summons in a Civil Case and Complaint, (Answer Affirmative Defenses, and Counterclaims of John C. Flood, Inc.)** with the date and hour endorsed thereon by me, pursuant to state statutes. CLINTON HASLIP SERVED

**Additional Information pertaining to this Service:**
09/01/2006 7:21PM, NO ANSWER TO KNOCKS ON DOOR, DOG BARKING, NO CARS

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I can edit this block to my area's standards and have seven different declarations if need be.

Subscribed and Sworn to before me on the 5th day of September, 2006 by the affiant who is personally known to me.

NOTARY PUBLIC

My Commission Expires

Lisa M. Cope
Process Server

ALLIANCE LEGAL SERVICES, INC.
P.O. Box 523078
Springfield, VA 22152
(703) 644-8571

Our Job Serial Number: 2006001170