**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JOHN C. FLOOD OF VIRGINIA, INC.,**          ) | |
| )                                              | |
| **Plaintiff,**                              ) | |
| )                                              | |
| v.                                           ) | Judge Richard J. Leon |
| )                                              | Case No.: 1:06CV01311 |
| **JOHN C. FLOOD INC.,**                      ) | Deck Type: General Civil |
| )                                              | |
| **Defendant.**                              ) | |
| )                                              | |
| **JOHN C. FLOOD, INC.,**                     ) | |
| )                                              | |
| **Counter-Plaintiff,**                     ) | |
| )                                              | |
| v.                                           ) | |
| )                                              | |
| **JOHN C. FLOOD OF VIRGINIA, INC.,**         ) | |
| **JOHN C. FLOOD, INC. (a Virginia Corporation),** ) | |
| **JOHN C. FLOOD CONTRACTORS, INC.,**         ) | |
| **CLINTON HAISLIP & JAMES L. SELTZER, JR.,** ) | |
| )                                              | |
| **Counter-Defendant and**                  ) | |
| **Defendants.**                             ) | |

**CLINTON HAISLIP'S AND JAMES L. SELTZER, JR.'S
MOTION TO DISMISS COUNTERCLAIM**

Pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Clinton Haislip and James L. Seltzer, Jr., respectfully move the Court for an order dismissing the Counterclaim that Counter-plaintiff John C. Flood, Inc. ("Counterclaimant") has filed against them in their individual capacities, for lack of personal jurisdiction and failure to state a claim upon which relief may be granted.[1]  As more fully explained in the supporting

---

[1] Although Haislip and Seltzer were not parties to the original complaint filed by John C. Flood of Virginia, Inc. against John C. Flood, Inc. ("Flood of DC"), and although Flood of DC's complaint against them is more properly referred to as a "complaint" rather than a "counterclaim," they will refer to the complaint against them as the "Counterclaim," for consistency with the Answer to the Counterclaim that the co-counter-defendants are filing contemporaneously with this Motion.

{00167588.1}

Memorandum of Law, Haislip and Seltzer submit that personal jurisdiction over them as individual defendants is not proper and that Counterclaim fails to state a claim against them personally because on the face of the Counterclaim, at all relevant times, Haislip and Seltzer were acting on behalf of the corporations, John C. Flood of Virginia, Inc., John C. Flood, Inc. (a Virginia corporation), and John C. Flood Contractors, Inc. (collectively "Counter-defendant Corporations").  The Counterclaim states no facts on which Counterclaimant could rely in an attempt to pierce the corporate veil and hold Haislip and Seltzer individually liable for acts of the Counter-defendant Corporations.  For the reasons articulated in the accompanying Memorandum of Law, Haislip and Seltzer respectfully request that the Counterclaim be dismissed as to all claims against them individually.

WHEREFORE, Clinton Haislip and James L. Seltzer, Jr. respectfully request that:

1. The Court grant their Motion and dismiss the Counterclaim against them; and

2. Haislip and Seltzer be awarded such other relief as the Court deems just and appropriate.

Respectfully submitted,

_____
Stephen J. Zralek, *appearing pro hac vice*
**BONE McALLESTER NORTON PLLC**
511 Union Street, Suite 1600
Nashville, TN 37219
(615) 238-6300 – phone
(615) 238-6301 – facsimile
szralek@bonelaw.com

and

Lisa Dunner, DC Bar # 452004
**DUNNER LAW**
1010 Wisconsin Ave., N.W.
Washington, DC 20007
(202) 298-6002 – phone
(202) 403-3030 – facsimile
ldunner@dunnerlaw.com
*Counsel for Clinton Haislip & James L. Seltzer, Jr.*

**CERTIFICATE OF SERVICE**

I certify that I served a copy of this document upon counsel for the Defendant/Counterclaim Plaintiff, via ECF, this 20th day of September, 2006.

Benjamin J. Lambiotte, #421288
Garvey Schubert Barer
1000 Potomac Street, Fifth Floor
Washington, D. C. 20007
(202) 965-7880
blambiotte@gsblaw.com

_____