IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *John C. Flood of Virginia, Inc.,* | }<br>}<br>} |
| *Plaintiff,* | } |
| v. | }    Case No. 1:06CV01311 |
| | }    Judge: Richard J. Leon |
| *John C. Flood, Inc.,* | }    Deck: General Civil |
| | } |
| *Defendant.* | } |
| | } |
| *John C. Flood, Inc.,* | } |
| | } |
| *Counterclaim Plaintiff,* | } |
| v. | } |
| | } |
| *John C. Flood of Virginia, Inc.,* | } |
| | } |
| *John C. Flood, Inc. (a Virginia Corporation),* | } |
| | } |
| *John C. Flood Contractors, Inc.*<br>*(a Maryland corporation),* | } |
| | } |
| *Clinton Haislip,* | } |
| | } |
| and | } |
| | } |
| *James L. Seltzer, Jr.* | } |
| | } |
| *Counterclaim Defendants.* | } |

## PROPOSED ORDER

Upon consideration of Counterclaim Defendants Clinton Haislip and James L. Seltzer, Jr.'s Motion to Dismiss Counterclaim of Defendant/Counterclaim Plaintiff John C. Flood, Inc., John C. Flood Inc.'s Opposition thereto, and any memoranda and replies in support of these submissions, it is hereby

- 2 -

**ORDERED** that Counterclaim Defendants Clinton Haislip and James L. Seltzer, Jr.'s Motion to Dismiss Counterclaim of Defendant/Counterclaim Plaintiff John C. Flood, Inc. be and hereby is **DENIED.**

**SO ORDERED.**

_____
The Hon. Richard J. Leon
United States District Court Judge

cc:

Lisa Dunner, Esquire
Dunner Law
1010 Wisconsin Avenues, N.W.
Washington, D.C. 20007
ldunner@dunnerlaw.com

Stephen J. Zralek, Esquire
Bone, McAllester Norton PLLC
511 Union Street, Suite 1600
Nashville, TN 37219
szralek@bonelaw.com

Benjamin J. Lambiotte, Esq.
GARVEY SCHUBERT BARER
1000 Potomac Street, Fifth Floor
Washington, D.C. 20007
blambiotte@gsblaw.com