**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JOHN C. FLOOD OF VIRGINIA, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Judge Richard J. Leon** |
| ) | **Case No.: 1:06CV01311** |
| **JOHN C. FLOOD INC.,** ) | **Deck Type: General Civil** |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |
| **JOHN C. FLOOD, INC.,** ) | |
| ) | |
| **Counter-Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **JOHN C. FLOOD OF VIRGINIA, INC.,** ) | |
| **JOHN C. FLOOD, INC. (a Virginia Corporation),** ) | |
| **JOHN C. FLOOD CONTRACTORS, INC.,** ) | |
| **CLINTON HAISLIP & JAMES L. SELTZER, JR.,** ) | |
| ) | |
| **Counter-Defendant and** ) | |
| **Defendants.** ) | |

**JOINT RULE 26(f) REPORT**
**AND PROPOSED PRELIMINARY CASE MANAGEMENT ORDER**

Pursuant to Federal Rule of Civil Procedure 26(f) and LCvR 16.3, the above-referenced parties submit this Joint Report and Proposed Preliminary Case Management Order. Counsel for all parties have met and conferred, and have discussed their agreed interest in pursuing settlement negotiations early in this litigation. Accordingly, the parties respectfully submit the following:

     1.    <u>Rule 26 Initial Disclosures</u>. The parties agree to exchange documents and information governed by Rule 26(a) by Tuesday, October 31, 2006. These will not be filed with the Court.

{00170173.2}

2. <u>Settlement Exchanges</u>. Defendant/Counter-plaintiff will submit to Plaintiff/Counter-defendants its settlement proposal by Tuesday, October 31, 2006. Plaintiff and Counter-defendants will submit a consolidated response to Defendant/Counter-plaintiff's settlement proposal by Tuesday, November 10, 2006. These will not be filed with the Court, and will be treated as statements made in connection with offers of compromise, in accordance with Federal Rule of Evidence 408.

3. <u>Early Neutral Evaluation</u>. The parties are in agreement that they would benefit from an early neutral evaluation of their case by a Magistrate Judge, and that such an evaluation may assist in settling this case. The parties respectfully request that be set for one day during the week of December 11, 2006, or on such other date thereabouts as is convenient to the Court, the parties, and their counsel. In addition to counsel, representatives of the Plaintiff/counter-defendants and the Defendant/counter-plaintiff with authority to settle shall attend the evaluation in person. The parties agree to file confidential settlement statements with the Magistrate by December 1, 2006. These will not be exchanged among the parties. In their statements to the Magistrate, the parties should address the legal merits of the claims, counterclaims, and potential settlement terms, and their positions on what facts may be stipulated and how the legal issues framed by the pleadings may be narrowed. Counsel for the parties shall discuss stipulations of fact and whether the issues may be narrowed, report to the Magistrate any agreements they reach in this regard, and be prepared to address those matters in a supplemental Rule 26(f) Report, in the event settlement cannot be reached.

4. <u>Discovery and Further Rule 26(f) Topics</u>. Discovery and the parties' obligations to address further Rule 26(f) topics shall be held in abeyance until it is determined whether an early settlement can be reached. If settlement cannot be reached by December 15, 2006, or such

other later date to which the parties may consent and the Court may approve, the parties' counsel shall meet and confer by telephone at the earliest date convenient, but in no event later than Monday, January 15, 2007, and shall, on or before January 22, 2007, submit to the Court a Supplemental Rule 26(f) Report, containing a Rule 26(f) discovery plan and such case management matters under Rules 26(c) and 16(b) and (c) as to which the parties may agree, including any factual and issue narrowing stipulations to which the parties have agreed.

ENTERED , on this the _____ day of _____, 2006.

_____
RICHARD J. LEON
UNITED STATES DISTRICT COURT JUDGE

Approved for Entry:

/s/ Stephen J. Zralek_____
Stephen J. Zralek, *appearing pro hac vice*
BONE McALLESTER NORTON PLLC
511 Union Street, Suite 1600
Nashville, TN  37219
(615) 238-6300
szralek@bonelaw.com

and

Lisa Dunner, DC Bar #452004
DUNNER LAW
1010 Wisconsin Ave., N.W.
Washington, DC 20007
(202) 298-6002
ldunner@dunnerlaw.com
*Counsel for Plaintiff and Counter-defendants*

/s/ Benjamin J. Lambiotte_____
Benjamin J. Lambiotte, DC Bar #421288
GARVEY SCHUBERT BARER
1000 Potomac Street, Fifth Floor
Washington, D. C. 20007
(202) 965-7880
blambiotte@gsblaw.com

## CERTIFICATE OF SERVICE

I certify that I served a copy of this document upon counsel for the Defendant/Counter-plaintiff, via ECF, this 11th day of October, 2006.

Benjamin J. Lambiotte, Esq.
Garvey Schubert Barer
1000 Potomac Street, Fifth Floor
Washington, D. C. 20007
(202) 965-7880
blambiotte@gsblaw.com

/s/ Stephen J. Zralek_____