## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JOHN C. FLOOD OF VIRGINIA, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Judge Richard J. Leon** |
| | ) | **Case No.: 1:06CV01311** |
| **JOHN C. FLOOD INC.,** | ) | **Deck Type: General Civil** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| **JOHN C. FLOOD, INC.,** | ) | |
| | ) | |
| **Counter-Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **JOHN C. FLOOD OF VIRGINIA, INC.,** | ) | |
| **JOHN C. FLOOD, INC. (a Virginia Corporation),** | ) | |
| **JOHN C. FLOOD CONTRACTORS, INC.,** | ) | |
| **CLINTON HAISLIP & JAMES L. SELTZER, JR.,** | ) | |
| | ) | |
| **Counter-Defendant and** | ) | |
| **Defendants.** | ) | |

---

## CONSENT MOTION TO RESCHEDULE JUDICIAL SETTLEMENT CONFERENCE

---

The parties participated in a judicial settlement conference before Magistrate Robinson on Monday, December 11, 2006, at which time a second judicial settlement conference was scheduled for Monday, December 18, 2006. Rather than proceed on December 18, 2006, the parties are in agreement to reschedule the second conference for Thursday, January 11, 2007 at 9:30 a.m., and understand that the Magistrate is available at that time, as well.

WHEREFORE, the parties respectfully request that the second judicial settlement conference be rescheduled from December 18, 2006 to January 11, 2007 at 9:30 a.m.

{00180830.1}

_____
Stephen J. Zralek, *appearing pro hac vice*
**BONE McALLESTER NORTON PLLC**
511 Union Street, Suite 1600
Nashville, TN  37219
(615) 238-6300 – phone
(615) 238-6301 – facsimile
szralek@bonelaw.com

and

Lisa Dunner, DC Bar # 452004
**DUNNER LAW**
1010 Wisconsin Ave., N.W.
Washington, DC 20007
(202) 298-6002 – phone
(202) 403-3030 – facsimile
ldunner@dunnerlaw.com

*Counsel for John C. Flood of Virginia, Inc.,*
*John C. Flood, Inc. (a Virginia corporation),*
*John C. Flood Contractors, Inc., and the Individual*
*Defendants, Clinton Haislip & James L. Seltzer, Jr.*

{00180830.1}

## <u>CERTIFICATE OF SERVICE</u>

I certify that I served a copy of this document upon counsel for the Defendant/Counterclaim Plaintiff, via ECF, this 14th day of December, 2006.

Benjamin J. Lambiotte, Esq.
Aaron Knights, Esq.
**GARVEY SCHUBERT BARER**
1000 Potomac Street, Fifth Floor
Washington, D. C. 20007
(202) 965-7880
blambiotte@gsblaw.com