IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN C. FLOOD OF VIRGINIA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JOHN C. FLOOD, INC., ) | |
| ) | |
| Defendant. ) | Judge Richard J. Leon |
| ) | Case No.: 1:06CV01311 |
| JOHN C. FLOOD, INC., ) | Deck Type: General Civil |
| ) | |
| Counter-Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JOHN C. FLOOD OF VIRGINIA, INC., ) | |
| JOHN C. FLOOD, INC. (a Virginia Corporation), ) | |
| JOHN C. FLOOD CONTRACTORS, INC., ) | |
| CLINTON HAISLIP & JAMES L. SELTZER, JR., ) | |
| ) | |
| Counter-Defendant and ) | |
| Defendants. ) | |

## JOINT MOTION FOR CANCELLATION OF SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE ROBINSON

The parties, through their counsel, hereby jointly move that the Settlement Conference currently scheduled for January 11, 2007, before Magistrate Judge Deborah A. Robinson, be cancelled. In support of this request, the parties state as follows:

1.    The parties met for a Settlement Conference before Magistrate Judge Robinson on December 11, 2006. On that date, Magistrate Judge Robinson declined to offer a neutral case evaluation, but explored the possibility of settling the case given business considerations involved, including the time and expense of litigating the instant matter.

2. Before concluding with the Settlement Conference on December 11, 2006, Magistrate Judge Robinson offered her continued assistance, and agreed to meet again with the parties and continue to facilitate additional settlement negotiations. Therefore, the parties scheduled a second Settlement Conference before Magistrate Judge Robinson for January 11, 2007.

3. The parties wish to express their sincere gratitude to Magistrate Judge Robinson for her efforts to assist the parties in resolving this dispute.

4. Since the first Settlement Conference of December 11, 2006, the parties have, consistent with the discussions before Magistrate Judge Robinson, continued considering the business implications of this litigation and, given these considerations, continued settlement negotiations. Despite the parties' best efforts, they have not been able to reach a mutually satisfactory accord and are of the opinion that, at this time, an additional Settlement Conference will not assist the parties in reaching settlement.

5. At a later stage in these proceedings, the parties may request the opportunity to seek a neutral case evaluation and, after said evaluation, resume settlement discussions.

WHEREFORE, the parties respectfully request that the second Settlement Conference before Magistrate Judge Robinson scheduled for January 11, 2007, be cancelled.

/
/
/
/
/
/

Respectfully submitted,

**DEFENDANT AND COUNTERCLAIM PLAINTIFF**

By its attorneys:    /s/ Benjamin J. Lambiotte
Benjamin J. Lambiotte
D.C. Bar 421288
**GARVEY SCHUBERT BARER**
1000 Potomac Street, Fifth Floor
Washington, D.C. 20007
(202) 965-7880
e-mail: blambiotte@gsblaw.com

**PLAINTIFF AND COUNTERCLAIM DEFENDANTS**

By their attorneys:    /s/ Stephen J. Zralek
Stephen J. Zralek, Esquire
Bone, McAllester Norton PLLC
511 Union Street, Suite 1600
Nashville, TN 37219
(615) 238-6300
szralek@bonelaw.com

and

Lisa Dunner, Esquire
Dunner Law
1010 Wisconsin Avenue, N.W.
Washington, D.C. 20007
(202) 298-6002
ldunner@dunnerlaw.com