AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

JOHN C. FLOOD OF VIRGINIA, INC.,

   Plaintiff(s)

     vs.

JOHN C. FLOOD, INC.

   Defendant(s)

**APPEARANCE**

CASE NUMBER 1:06CV01311

To the Clerk of this court and all parties of record:

Please enter the appearance of  **Aaron W. Knights**  as counsel in this
          (Attorney's Name)

case for:    **John C. Flood, Inc.**
     (Name of party or parties)

| | |
|---|---|
| January 11, 2007 | *(signature)* Aaron W. Knights |
| Date | Signature |
| | Aaron W. Knights |
| 489555 | Print Name |
| BAR IDENTIFICATION | Garvey Schubert Barer |
| | 1000 Potomac Street, N.W. |
| | Address |
| | Washington, D.C. 20007 |
| | City   State   Zip Code |
| | (202) 965-7880 |
| | Phone Number |