IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN C. FLOOD OF VIRGINIA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN C. FLOOD, INC., )<br>)<br>Defendant. )<br>_____ )<br>)<br>JOHN C. FLOOD, INC., )<br>)<br>Counter-Plaintiff, )<br>)<br>v. )<br>)<br>JOHN C. FLOOD OF VIRGINIA, INC., )<br>JOHN C. FLOOD, INC. (a Virginia Corporation), )<br>JOHN C. FLOOD CONTRACTORS, INC., )<br>CLINTON HAISLIP & JAMES L. SELTZER, JR., )<br>)<br>Counter-Defendant and )<br>Defendants. ) | Judge Richard J. Leon<br>Case No.: 1:06CV01311<br>Deck Type: General Civil |

## JOINT MOTION FOR ENLARGEMENT OF TIME TO SUBMIT SUPPLEMENTAL JOINT RULE 26(F) REPORT

The parties, through their counsel, hereby jointly respectfully request the Court to briefly enlarge the time within which counsel must file a Supplemental Joint Rule 26(f) Report, **from Monday, January 22, 2007, to and including Monday, January 29, 2007**. As set forth in detail below, good cause exists for the requested relief because Plaintiff's counsel, Stephen Zralek, Esquire, is unavoidably out of his office and unable to participate in the continued Rule 26(f) conference scheduled for the afternoon of January 19, 2007.

A hearing in Florida on a litigation matter in which he is counsel, set for Thursday, January 18, 2007, was unexpectedly continued, and is occurring today, January 19, 2007. Undersigned counsel have exchanged e-mails, and agree that it would be more productive to

reschedule the continued Rule 26(f) conference to a date and time next week when both counsel can devote their full attention to the matter.

In further support of the relief requested, the parties state as follows:

1. After meeting and conferring as required by Federal Rule of Civil Procedure 26(f), on October 11, 2006, counsel for the parties submitted a Joint Rule 26(f) Report and Proposed Case Management Order. Believing that it was in the interests of all parties to obtain an early neutral case evaluation and to attempt to settle the case, the parties proposed to defer discussion of further Rule 26(f) "meet and confer" topics until it is determined whether an early settlement could be reached.

2. On October 16, 2006, the Court entered Minute Orders referring this case to Magistrate Judge Robinson, and directing the parties to submit to Court a Supplemental Rule 26(f) Report by Monday, January 22, 2007.

2. The parties and counsel met for a Settlement Conference before Magistrate Judge Robinson on December 11, 2006. On that date, Magistrate Judge Robinson declined to offer a neutral case evaluation, but explored the possibility of settling the case given business considerations involved, including the time and expense of litigating the instant matter.

3. Before concluding the Settlement Conference on December 11, 2006, Magistrate Judge Robinson offered her continued assistance, and agreed to meet again with the parties and continue to facilitate additional settlement negotiations. Therefore, the parties scheduled a second Settlement Conference before Magistrate Judge Robinson for January 11, 2007.

4. Since the first Settlement Conference of December 11, 2006, the parties have, consistent with the discussions before Magistrate Judge Robinson, continued settlement negotiations. Despite the parties' best efforts, they were unable to reach a mutually satisfactory

accord and are of the opinion that, at this time, an additional Settlement Conference would not assist the parties in reaching settlement.

5. Accordingly, counsel scheduled a continued Rule 26(f) conference for 3 p.m., Friday, January 19, 2007.

6. The conference in this matter was scheduled so as not to conflict with Plaintiff's counsel, Mr. Zralek's, responsibilities in another matter, pending in Florida, in which Mr. Zralek expected to be heard on Thursday, January 18, 2007, and to return to his office in Nashville, the next day, in time to prepare for and to participate in the Rule 26(f) conference in this matter, scheduled for the afternoon of January 19, 2007.

7. Due to unforeseen circumstances beyond Mr. Zralek's control, the Florida hearing was postponed to Friday, January 19, 2007, preventing Mr. Zralek from returning to his office in time to prepare for and participate in the continued Rule 26(f) conference, as scheduled.

8. Undersigned counsel conferred by e-mail this morning. Mr. Zralek is uncertain at the time of writing of this motion of whether and when he may be available today to confer, and he does not have with him in Florida his file in this matter. After Mr. Zralek explained the situation, undersigned counsel agreed mutually that the Rule 26(f) conference and resulting report would be more productive and meaningful if Mr. Zralek could devote his undivided attention to the matter, and have before him his file in this case.

9. Accordingly, subject to the Court's approval, counsel agreed to reschedule the conference to the earliest mutually-available date and time during the week of January 22, and to commit to submitting to the Court the Supplemental Report resulting from the rescheduled conference not later than the following Monday, January 29, 2007.

10. The brief enlargement (one week) will enable counsel for both parties to give careful and detailed attention to scheduling, discovery, and possible means of streamlining

management of this case, which will benefit all parties and the Court. This motion is not interposed for purposes of delay, but because a genuine and unforeseen exigency that has created a conflict with the continued Rule 26(f) conference scheduled for today, and because each undersigned counsel believe in good faith that the enlargement will facilitate a more meaningful and comprehensive Supplemental Rule 26(f) Report.

WHEREFORE, the parties respectfully request that the Court briefly enlarge the time within which counsel must file a Supplemental Rule 26(f) Report, **from Monday, January 22, 2007, to and including Monday, January 29, 2007.**

Respectfully submitted, jointly, by

**DEFENDANT AND COUNTERCLAIM PLAINTIFF**

By its attorneys:  /s/ Benjamin J. Lambiotte
Benjamin J. Lambiotte, D.C. Bar 421288
**GARVEY SCHUBERT BARER**
1000 Potomac Street, Fifth Floor
Washington, D.C. 20007
(202) 965-7880
e-mail: blambiotte@gsblaw.com

and by

**PLAINTIFF AND COUNTERCLAIM DEFENDANTS**

By their attorneys:  /s/ Stephen J. Zralek
Stephen J. Zralek, Esquire
Bone, McAllester Norton PLLC
511 Union Street, Suite 1600
Nashville, TN 37219
(615) 238-6300
szralek@bonelaw.com

Lisa Dunner, Esquire
Dunner Law
1010 Wisconsin Avenue, N.W.
Washington, D.C. 20007
(202) 298-6002
ldunner@dunnerlaw.com