IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN C. FLOOD OF VIRGINIA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN C. FLOOD, INC., )<br>)<br>Defendant. )<br>_____ )<br>)<br>JOHN C. FLOOD, INC., )<br>)<br>Counter-Plaintiff, )<br>)<br>v. )<br>)<br>JOHN C. FLOOD OF VIRGINIA, INC., )<br>JOHN C. FLOOD, INC. (a Virginia Corporation), )<br>JOHN C. FLOOD CONTRACTORS, INC., )<br>CLINTON HAISLIP & JAMES L. SELTZER, JR., )<br>)<br>Counter-Defendant and )<br>Defendants. ) | Judge Richard J. Leon<br>Case No.: 1:06CV01311<br>Deck Type: General Civil |

## ORDER

Upon consideration of the Parties' Joint Motion for Enlargement of Time to File Supplemental Joint Rule 26(f) Report, it is hereby

**ORDERED** that said Motion be and hereby is **granted**; and it is further

**ORDERED** that the time within which the parties shall file their Supplemental Joint Rule 26(f) Report is enlarged from Monday, January 22, 2007, to and including Monday, January 29, 2007.

**SO ORDERED.**

_____
The Hon. Richard J. Leon

- 2 -

Copies:

Benjamin J. Lambiotte, Esq.
**GARVEY SCHUBERT BARER**
1000 Potomac Street, Fifth Floor
Washington, D.C. 20007
(202) 965-7880
e-mail: blambiotte@gsblaw.com


Stephen J. Zralek, Esq.
Bone, McAllester Norton PLLC
511 Union Street, Suite 1600
Nashville, TN 37219
szralek@bonelaw.com

Lisa Dunner, Esq.
Dunner Law
1010 Wisconsin Avenue, N.W.
Washington, D.C. 20007
ldunner@dunnerlaw.com