IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN C. FLOOD OF VIRGINIA, INC.,        )<br>                                                                 )<br>           Plaintiff,                                       )<br>                                                                 )<br>v.                                                             )<br>                                                                 )<br>JOHN C. FLOOD INC.,                             )<br>                                                                 )<br>           Defendant.                                    )<br>_____)<br>                                                                 )<br>JOHN C. FLOOD, INC.,                            )<br>                                                                 )<br>           Counter-Plaintiff,                         )<br>                                                                 )<br>v.                                                             )<br>                                                                 )<br>JOHN C. FLOOD OF VIRGINIA, INC.,        )<br>JOHN C. FLOOD, INC. (a Virginia Corporation), )<br>JOHN C. FLOOD CONTRACTORS, INC.,    )<br>CLINTON HAISLIP & JAMES L. SELTZER, JR., )<br>                                                                 )<br>           Counter-Defendant and               )<br>           Defendants.                                 )  | Judge Richard J. Leon<br>Magistrate Robinson<br>Case No.: 1:06CV01311<br>Deck Type: General Civil |

**CONSENT MOTION TO WITHDRAW REFERRAL OF CASE TO
SECOND JUDICIAL SETTLEMENT CONFERENCE**

Counsel for both parties jointly file this Consent Motion to withdraw the referral of the case to a second judicial settlement conference before Magistrate Robinson. The conference is presently set for Friday, February 23, 2007 at 2:00 p.m. The parties and their attorneys appeared before the Magistrate in December 2006 and, as set forth in the parties' Supplemental Rule 26 Report, do not believe that a second conference would assist the parties at this time.

/
/
/
/
/

Respectfully submitted,

_____
Benjamin J. Lambiotte, Esq.
Aaron Knights, Esq.
**GARVEY SCHUBERT BARER**
1000 Potomac Street, Fifth Floor
Washington, D. C. 20007
(202) 965-7880
blambiotte@gsblaw.com
aknights@gsblaw.com

and

_____
Stephen J. Zralek, *appearing pro hac vice*
**BONE McALLESTER NORTON PLLC**
511 Union Street, Suite 1600
Nashville, TN  37219
(615) 238-6300 – phone
(615) 238-6301 – facsimile
szralek@bonelaw.com

and

Lisa Dunner, DC Bar # 452004
**DUNNER LAW**
1010 Wisconsin Ave., N.W.
Washington, DC 20007
(202) 298-6002 – phone
(202) 403-3030 – facsimile
ldunner@dunnerlaw.com

*Counsel for John C. Flood of Virginia, Inc.,*
*John C. Flood, Inc. (a Virginia corporation),*
*John C. Flood Contractors, Inc., and the Individual*
*Defendants, Clinton Haislip & James L. Seltzer, Jr.*