IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN C. FLOOD OF VIRGINIA, INC.,   )<br>  )<br>      Plaintiff,   )<br>  )<br>v.   )<br>  )<br>JOHN C. FLOOD, INC.,   )<br>d/b/a JOHN C. FLOOD OF DC, INC.,   )<br>  )<br>      Defendant.   )<br>_____ )<br>  )<br>JOHN C. FLOOD, INC.,   )<br>  )<br>      Counter-Plaintiff,   )<br>  )<br>v.   )<br>  )<br>JOHN C. FLOOD OF VIRGINIA, INC.,   )<br>JOHN C. FLOOD, INC. (a Virginia   )<br>corporation), JOHN C. FLOOD   )<br>CONTRACTORS, INC., CLINTON HAISLIP   )<br>& JAMES L. SELTZER, JR.,   )<br>  )<br>      Counter-Defendants and   )<br>      Defendants.   )   | Judge Richard J. Leon<br>Case No.: 1:06CV01311<br>Deck Type: General Civil |

**PLAINTIFF'S SUPPLEMENT TO ITS
MOTION FOR LEAVE TO AMEND COMPLAINT**

Plaintiff John C. Flood of Virginia, Inc. ("Virginia Flood") respectfully files this Supplement to its Motion for Leave to Amend the Complaint (docs. 25-26), seeking to substitute the revised version of the Proposed Amendment for the one filed previously (ex. A to doc. 25). Counsel for Virginia Flood has spoken with opposing counsel, and understands there is no opposition to its Motion to Amend the Complaint or the attached substitute Proposed Amendment.

{00196086.1}

1

Respectfully submitted:

_____
Stephen J. Zralek, *appearing pro hac vice*
**BONE McALLESTER NORTON PLLC**
511 Union Street, Suite 1600
Nashville, TN  37219
(615) 238-6300 – phone
(615) 238-6301 – facsimile
szralek@bonelaw.com

and

Lisa Dunner, DC Bar # 452004
**DUNNER LAW**
1010 Wisconsin Ave., N.W.
Washington, DC 20007
(202) 298-6002 – phone
(202) 403-3030 – facsimile
ldunner@dunnerlaw.com

*Counsel for John C. Flood of Virginia, Inc., John C. Flood, Inc. (a Virginia corporation), John C. Flood Contractors, Inc., and the Individual Defendants, Clinton Haislip & James L. Seltzer, Jr.*

## CERTIFICATE OF SERVICE

I certify that I served a copy of this document upon opposing counsel, via ECF, this 26th day of March 2007:

Benjamin J. Lambiotte, Esq.
Aaron Knights, Esq.
**GARVEY SCHUBERT BARER**
1000 Potomac Street, Fifth Floor
Washington, D. C. 20007
(202) 965-7880
blambiotte@gsblaw.com

_____

{00196086.1}

2