# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN C. FLOOD OF VIRGINIA, INC.,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | No.  1:06-CV-01311 |
| ) | Judge Richard J. Leon |
| **JOHN C. FLOOD, INC.,** ) | |
| **d/b/a JOHN C. FLOOD OF DC, INC.,** ) | |
| ) | |
|     **Defendant.** ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Plaintiff, John C. Flood of Virginia, Inc., by and through its undersigned attorneys, respectfully moves the Court to admit Erica Stiff-Coopwood to practice before this Court as one of its counsel in this matter. As grounds for this Motion, Plaintiff states as follows:

    1. Erica Stiff-Coopwood is a licensed attorney in good standing in the state of Tennessee.  Ms. Stiff-Coopwood is admitted to practice before all Tennessee state courts, as well as the United States District Courts for the Middle and Eastern Districts of Tennessee.  An affidavit of Ms. Stiff-Coopwood is attached hereto.

    2. Ms. Stiff-Coopwood has not sought admission *pro hac vice* in Washington, D.C. in the preceding five years.

    3. Ms. Stiff-Coopwood has not been publicly disciplined, nor has any pending disciplinary proceeding against her.

    4. Plaintiff desires Ms. Stiff-Coopwood to serve as co-counsel in this matter. Plaintiff has been notified of this Motion requesting permission for Ms. Stiff-Coopwood to appear *pro hac vice*.

5. Ms. Lisa Dunner will be associated with Ms. Stiff-Coopwood in this cause at all stages hereof. Ms. Dunner is a member of good standing of the bar of Washington, D.C., and a member of this Court's bar.

6. Ms. Stiff-Coopwood has submitted an affidavit contemporaneous to this Motion, in which she has acknowledged that she is subject to all applicable provisions of the Local Rules for this judicial district; that she has read such rules and will follow them throughout the *pro hac vice* admission; and that this Motion complies with those Rules.

7. The granting of this Motion will prejudice no party.

Respectfully submitted this 10th day of April, 2007.

*/s/ Lisa Dunner*
Lisa Dunner, DC Bar # 452004
**DUNNER LAW**
1010 Wisconsin Ave., N.W.
Washington, DC 20007
(202) 298-6002 – phone
(202) 403-3030 – facsimile
ldunner@dunnerlaw.com

*Counsel for Plaintiff John C. Flood of Virginia, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN C. FLOOD OF VIRGINIA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:06-CV-01311 |
| ) | Judge Richard J. Leon |
| JOHN C. FLOOD, INC., ) | |
| d/b/a JOHN C. FLOOD OF DC, INC., ) | |
| ) | |
| Defendant. ) | |

### DECLARATION OF ERICA STIFF-COOPWOOD
### IN SUPPORT OF HER MOTION TO BE ADMITTED *PRO HAC VICE*

I, ERICA STIFF-COOPWOOD, make the following statements upon personal knowledge:

1. I am over eighteen years of age and competent to give this, my Declaration.

2. My office address and telephone number are: Bone McAllester Norton PLLC, 511 Union Street, Suite 1600, Nashville, Tennessee 37219, 615.238.6300.

3. I am a licensed attorney in good standing in the state of Tennessee. I am admitted to practice before all Tennessee state courts, as well as the United States District Courts for the Middle and Eastern Districts of Tennessee.

4. I have not been disciplined by any bar.

5. I have not sought admission *pro hac vice* in this judicial district in the preceding two years.

6. Ms. Lisa Dunner will be associated with me in this cause at all stages hereof. Ms. Dunner is a member of good standing of the bar of Washington, D.C., and is a member of the bar of this Court.

7.  I acknowledge that I am subject to all applicable provisions of the Local Rules for this judicial district; I have read such Rules and will follow them throughout the *pro hac vice* admission; and this Motion complies with those Rules.

I declare under penalty of perjury that the foregoing is true and correct, pursuant to Section 1746 of Title 28 of the United States Code.

Executed on this 9th day of April, 2007.

*[signature]*
ERICA STIFF-COOPWOOD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JOHN C. FLOOD OF VIRGINIA, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  1:06-CV-01311 |
| ) | Judge Richard J. Leon |
| **JOHN C. FLOOD, INC.,** ) | |
| **d/b/a JOHN C. FLOOD OF DC, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

**PROPOSED ORDER GRANTING PLAINTIFF'S**
**MOTION TO ADMIT ERICA STIFF-COOPWOOD *PRO HAC VICE***

Pending before the Court is Plaintiff's Motion to Admit Erica Stiff-Coopwood *pro hac vice*. The Court has examined the motion, as well as the attached declaration, and finds that the motion is well taken. Accordingly, the Court hereby GRANTS Plaintiff's Motion to Admit Erica Stiff-Coopwood *pro hac vice*.

IT IS SO ORDERED.

Entered this ____ day of _____, 2007.

_____
RICHARD J. LEON
U.S. DISTRICT COURT JUDGE

APPROVED FOR ENTRY:

 *Lisa Dunner*
Lisa Dunner, DC Bar # 452004
**DUNNER LAW**
1010 Wisconsin Ave., N.W.
Washington, DC 20007
(202) 298-6002 – phone
(202) 403-3030 – facsimile
ldunner@dunnerlaw.com

*Counsel for Plaintiff John C. Flood of Virginia, Inc.*

{00198179.1}