AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN C. FLOOD OF VIRGINIA, INC.

**SUMMONS IN A CIVIL CASE**

V.

JOHN C. FLOOD, INC., et al.

CASE NUMBER: 1:06CV01311

TO: (Name and address of Defendant)

John C. Flood of DC
c/o Aaron Knights, Esquire
Garvey Schubert Barer
Fifth Floor, 1000 Potomac Street, N.W.
Washington, DC 20007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen J. Zralek
Bone McAllester Norton PLLC
Nashville City Center
511 Union Street, Suite 1600
Nashville, TN 37219

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON            APR 0 3 2007

CLERK                                DATE

_[signature]_
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

John C. Flood of Virginia, Inc.

vs.

John C. Flood, Inc., d/b/a John C. Flood of DC, Inc., et al.

No. 1:06CV01311

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, MICHAEL R. REEDER, having been duly authorized to make service of the Letter dated April 3, 2007, Summons and Plaintiff's First Amended Complaint in the above entitled case, hereby depose and say:

That my date of birth / age is 08-30-1976.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 4:12 pm on April 3, 2007, I served John C. Flood of DC c/o Aaron Knights, Esquire at Garvey Schubert Barer, 1000 Potomac Street, NW, Washington, DC 20007 by serving Aaron Knights, Esquire, authorized to accept. Described herein:

```
     SEX-   MALE
     AGE-   40
  HEIGHT-   5'10"
    HAIR-   BROWN
  WEIGHT-   160
    RACE-   WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  4-6-07
              Date

MICHAEL R. REEDER
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 186085

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN C. FLOOD OF VIRGINIA, INC.

**SUMMONS IN A CIVIL CASE**

V.

JOHN C. FLOOD, INC., et al.

CASE NUMBER: 1:06CV01311

TO: (Name and address of Defendant)

J.C. Flood Company
c/o Aaron Knights, Esquire
Garvey Schubert Barer
Fifth Floor, 1000 Potomac Street, N.W.
Washington, DC 20007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen J. Zralek
Bone McAllester Norton PLLC
Nashville City Center
511 Union Street, Suite 1600
Nashville, TN 37219

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          APR 03 2007

CLERK                                              DATE

_/s/ Ba Janau Scott_
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

John C. Flood of Virginia, Inc.

vs.

John C. Flood, Inc., d/b/a John C. Flood of DC, Inc., et al.

No. 1:06CV01311

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, MICHAEL R. REEDER, having been duly authorized to make service of the Letter dated April 3, 2007, Summons and Plaintiff's First Amended Complaint in the above entitled case, hereby depose and say:

That my date of birth / age is 08-30-1976.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 4:12 pm on April 3, 2007, I served J.C. Flood Company c/o Aaron Knights, Esquire at Garvey Schubert Barer, 1000 Potomac Street, NW, Washington, DC 20007 by serving Aaron Knights, Esquire, authorized to accept. Described herein:

```
SEX-     MALE
AGE-     40
HEIGHT-  5'10"
HAIR-    BROWN
WEIGHT-  160
RACE-    WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  4-6-07
             Date

MICHAEL R. REEDER
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 186086

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN C. FLOOD OF VIRGINIA, INC.

**SUMMONS IN A CIVIL CASE**

V.

JOHN C. FLOOD, INC., et al.

CASE NUMBER:    1:06CV01311

TO: (Name and address of Defendant)

Mr. Mark Crooks
c/o Aaron Knights, Esquire
Garvey Schubert Barer
Fifth Floor, 1000 Potomac Street, N.W.
Washington, DC 20007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen J. Zralek
Bone McAllester Norton PLLC
Nashville City Center
511 Union Street, Suite 1600
Nashville, TN 37219

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**          **APR 03 2007**

CLERK                                                    DATE

_[signature]_
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

John C. Flood of Virginia, Inc.

vs.

John C. Flood, Inc., d/b/a John C. Flood of DC, Inc., et al.

No. 1:06CV01311

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, MICHAEL R. REEDER, having been duly authorized to make service of the Letter dated April 3, 2007, Summons and Plaintiff's First Amended Complaint in the above entitled case, hereby depose and say:

That my date of birth / age is 08-30-1976.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 4:12 pm on April 3, 2007, I served Mr. Mark Crooks c/o Aaron Knights, Esquire at Garvey Schubert Barer, 1000 Potomac Street, NW, Washington, DC 20007 by serving Aaron Knights, Esquire, authorized to accept. Described herein:

```
SEX-     MALE
AGE-     40
HEIGHT-  5'10"
HAIR-    BROWN
WEIGHT-  160
RACE-    WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  4-10-07
             Date

MICHAEL R. REEDER
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 186083

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN C. FLOOD OF VIRGINIA, INC.

**SUMMONS IN A CIVIL CASE**

V.

JOHN C. FLOOD, INC., et al.

CASE NUMBER: 1:06CV01311

TO: (Name and address of Defendant)

JFC Inc.
c/o Aaron Knights, Esquire
Garvey Schubert Barer
Fifth Floor, 1000 Potomac Street, N.W.
Washington, DC 20007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen J. Zralek
Bone McAllester Norton PLLC
Nashville City Center
511 Union Street, Suite 1600
Nashville, TN 37219

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON         APR 03 2007

CLERK                                               DATE

_____
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

John C. Flood of Virginia, Inc.

vs.

John C. Flood, Inc., d/b/a John C. Flood of DC, Inc., et al.

No. 1:06CV01311

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, MICHAEL R. REEDER, having been duly authorized to make service of the Letter dated April 3, 2007, Summons and Plaintiff's First Amended Complaint in the above entitled case, hereby depose and say:

That my date of birth / age is 08-30-1976.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 4:12 pm on April 3, 2007, I served JFC, Inc. c/o Aaron Knights, Esquire at Garvey Schubert Barer, 1000 Potomac Street, NW, Washington, DC 20007 by serving Aaron Knights, Esquire, authorized to accept. Described herein:

```
SEX-     MALE
AGE-     40
HEIGHT-  5'10"
HAIR-    BROWN
WEIGHT-  160
RACE-    WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  4-10-07
             Date

MICHAEL R. REEDER
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 186084

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of Columbia

JOHN C. FLOOD OF VIRGINIA, INC.

**SUMMONS IN A CIVIL CASE**

V.

JOHN C. FLOOD, INC., et al.

CASE NUMBER:   1:06CV01311

TO: (Name and address of Defendant)

Mr. Robert Smiley
c/o Aaron Knights, Esquire
Garvey Schubert Barer
Fifth Floor, 1000 Potomac Street, N.W.
Washington, DC  20007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen J. Zralek
Bone McAllester Norton PLLC
Nashville City Center
511 Union Street, Suite 1600
Nashville, TN  37219

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER WHITTINGTON         APR 0 3 2007

CLERK                            DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

John C. Flood of Virginia, Inc.

vs.

John C. Flood, Inc., d/b/a John C. Flood of DC, Inc., et al.

No. 1:06CV01311

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, MICHAEL R. REEDER, having been duly authorized to make service of the Letter dated April 3, 2007, Summons and Plaintiff's First Amended Complaint in the above entitled case, hereby depose and say:

That my date of birth / age is 08-30-1976.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 4:12 pm on April 3, 2007, I served Mr. Robert Smiley c/o Aaron Knights, Esquire at Garvey Schubert Barer, 1000 Potomac Street, NW, Washington, DC 20007 by serving Aaron Knights, Esquire, authorized to accept. Described herein:

```
SEX-     MALE
AGE-     40
HEIGHT-  5'10"
HAIR-    BROWN
WEIGHT-  160
RACE-    WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on   4-6-07
              Date

MICHAEL R. REEDER
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 186090

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN C. FLOOD OF VIRGINIA, INC.

**SUMMONS IN A CIVIL CASE**

V.

JOHN C. FLOOD, INC., et al.

CASE NUMBER: 1:06CV01311

TO: (Name and address of Defendant)

Mr. Mel Davis
c/o Aaron Knights, Esquire
Garvey Schubert Barer
Fifth Floor, 1000 Potomac Street, N.W.
Washington, DC 20007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lisa Dunner
Dunner Law
1010 Wisconsin Avenue, N.W.
Washington, DC 20007
(202) 298-6002

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**

_____
CLERK

APR 03 2007
DATE

Na Janay Scott
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

John C. Flood of Virginia, Inc.

vs.

John C. Flood, Inc., d/b/a John C. Flood of DC, Inc., et al.

No. 1:06CV01311

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, MICHAEL R. REEDER, having been duly authorized to make service of the Letter dated April 3, 2007, Summons and Plaintiff's First Amended Complaint in the above entitled case, hereby depose and say:

That my date of birth / age is 08-30-1976.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 4:12 pm on April 3, 2007, I served Mr. Mel Davis c/o Aaron Knights, Esquire at Garvey Schubert Barer, 1000 Potomac Street, NW, Washington, DC 20007 by serving Aaron Knights, Esquire, authorized to accept. Described herein:

```
SEX-     MALE
AGE-     40
HEIGHT-  5'10"
HAIR-    BROWN
WEIGHT-  160
RACE-    WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  4-6-07
             Date

MICHAEL R. REEDER
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 186081

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN C. FLOOD OF VIRGINIA, INC.

**SUMMONS IN A CIVIL CASE**

V.

JOHN C. FLOOD, INC., et al.

CASE NUMBER:   1:06CV01311

TO: (Name and address of Defendant)

J.C. Flood, Inc.
c/o Aaron Knights, Esquire
Garvey Schubert Barer
Fifth Floor, 1000 Potomac Street, N.W.
Washington, DC  20007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen J. Zralek
Bone McAllester Norton PLLC
Nashville City Center
511 Union Street, Suite 1600
Nashville, TN  37219

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          APR 0 3 2007

CLERK                             DATE

_(signature)_
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

John C. Flood of Virginia, Inc.
vs.
John C. Flood, Inc., d/b/a John C. Flood of DC, Inc., et al.

No. 1:06CV01311

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, MICHAEL R. REEDER, having been duly authorized to make service of the Letter dated April 3, 2007, Summons and Plaintiff's First Amended Complaint in the above entitled case, hereby depose and say:

That my date of birth / age is 08-30-1976.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 4:12 pm on April 3, 2007, I served J.C. Flood, Inc. c/o Aaron Knights, Esquire at Garvey Schubert Barer, 1000 Potomac Street, NW, Washington, DC 20007 by serving Aaron Knights, Esquire, authorized to accept. Described herein:

```
SEX-     MALE
AGE-     40
HEIGHT-  5'10"
HAIR-    BROWN
WEIGHT-  160
RACE-    WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  4-6-07
              Date

MICHAEL R. REEDER
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 186087

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN C. FLOOD OF VIRGINIA, INC.

**SUMMONS IN A CIVIL CASE**

V.

JOHN C. FLOOD, INC., et al.

CASE NUMBER:   1:06CV01311

TO: (Name and address of Defendant)

Ms. Joanna Smiley
c/o Aaron Knights, Esquire
Garvey Schubert Barer
Fifth Floor, 1000 Potomac Street, N.W.
Washington, DC  20007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen J. Zralek
Bone McAllester Norton PLLC
Nashville City Center
511 Union Street, Suite 1600
Nashville, TN  37219

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

APR 0 3 2007

CLERK

(By) DEPUTY CLERK

DATE

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

John C. Flood of Virginia, Inc.

vs.

John C. Flood, Inc., d/b/a John C. Flood of DC, Inc., et al.

No. 1:06CV01311

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, MICHAEL R. REEDER, having been duly authorized to make service of the Letter dated April 3, 2007, Summons and Plaintiff's First Amended Complaint in the above entitled case, hereby depose and say:

That my date of birth / age is 08-30-1976.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 4:12 pm on April 3, 2007, I served Ms. Joanna Smiley c/o Aaron Knights, Esquire at Garvey Schubert Barer, 1000 Potomac Street, NW, Washington, DC 20007 by serving Aaron Knights, Esquire, authorized to accept. Described herein:

```
SEX-     MALE
AGE-     40
HEIGHT-  5'10"
HAIR-    BROWN
WEIGHT-  160
RACE-    WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  4-6-07
             Date

MICHAEL R. REEDER
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 186088