IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN C. FLOOD OF VIRGINIA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN C. FLOOD, INC., )<br>)<br>Defendant. )<br>_____ )<br>)<br>JOHN C. FLOOD, INC., )<br>)<br>Counter-Plaintiff, )<br>)<br>v. )<br>)<br>JOHN C. FLOOD OF VIRGINIA, INC., )<br>JOHN C. FLOOD, INC. (a Virginia Corporation), )<br>JOHN C. FLOOD CONTRACTORS, INC., )<br>CLINTON HAISLIP & JAMES L. SELTZER, JR., )<br>)<br>Counter-Defendant and )<br>Defendants. ) | Judge Richard J. Leon<br>Case No.: 1:06CV01311<br>Deck Type: General Civil |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO SUBMIT DEFENDANTS'
AND COUNTERCLAIM PLAINTIFFS' RESPONSIVE PLEADING TO PLAINTIFFS'
AND COUNTERCLAIM DEFENDANTS' FIRST AMENDED COMPLAINT**

Defendant and Counterclaim Plaintiffs, and the additional Defendants named in Plaintiff/Counterclaim Defendants' First Amended Complaint (without conceding that such additional Defendants are properly joined to this action), through their counsel, hereby respectfully request the Court to briefly enlarge the time within which Defendant and Counterclaim Plaintiffs and the additional Defendants must file and serve a responsive pleading or other appropriate motion, through and including **Monday, May 14, 2007**.

As set forth in detail below, good cause exists for the requested relief because, based upon information and belief, some of the additional Defendants named in Plaintiff/Counterclaim Defendants' First Amended Complaint are no longer operating or functioning as legal business

entities, and/or may not be properly joined to this action. Furthermore, additional time is needed in order to discuss among counsel further means of limiting the issues in this case, which may be reflected in the responsive pleadings to Plaintiff/Counterclaim Defendants' First Amended Complaint. Counsel for the Plaintiff/Counterclaim Defendants has consented to the requested extension.

A brief period of additional time is needed to: facilitate discussions between counsel, facilitate the sharing of information to determine whether any parties have been misjoined and should be dropped from the proceedings, and to determine whether certain issues framed by the current pleadings may be resolved. The outcome of such discussions and information-sharing may affect the responsive pleadings or motions. The brief enlargement of time requested will serve the interests of efficiency by allowing the parties to continue their efforts to streamline the case and the parties and issues before the Court.

In further support of the relief requested, the parties state as follows:

On March 29, 2007, Plaintiff/Counterclaim Defendants filed their First Amended Complaint naming the following additional Defendants:

1. J.C. Flood, Inc., #1 Azar Court, Baltimore, MD 21227;

2. J.C. Flood Company, 107 Meadow Road, P.O. Box 517, Riva, MD 21140;

3. John C. Flood of DC, 711 Kennedy Street, NW, Washington DC 20011;

4. JCF INC., 711 Kennedy Street, N.W., Washington, DC 20011;

5. John Doe Companies 1 & 2;

6. Mark Crooks, 179 Dividing Court, Riva, MD 21012;

7. Mel Davis, 3501 Mobile Court, Davidson, MD 21035;

8. Robert Smiley, 107 Meadow Road, P.O. Box 517, Riva, MD 21140; and

9. Joanna Smiley, 107 Meadow Road, P.O. Box 517, MD 21140.

Collectively, such persons and entities shall be referred to herein as "Additional Defendants."

Defendant and Counterclaim Plaintiffs have reason to believe that some or all of the corporate Additional Defendants may no longer be legal entities, and have been defunct for a long period of time. Additional time is needed to confirm which entities, if any, still exist and are amenable to suit, to determine their actual legal identities, and to determine what defenses and/or counterclaims may be available to them. Also, the parties' counsel are discussing whether they can agree on certain facts now in dispute, as currently framed by the pleadings that have been filed thus far. The outcome of those discussions may affect the substance of responsive pleadings or motions to be filed by Defendant/Counterclaim Plaintiff and/or Additional Defendants.

WHEREFORE, counsel for the Defendants and Counterclaim Plaintiff, and Additional Defendants (without conceding that any have been properly joined), respectfully request that the Court briefly enlarge the time within which Defendant and Counterclaim Plaintiffs and Additional Defendants must file and serve a responsive pleading or other appropriate motion, through and including **Monday, May 14, 2007**.

Respectfully submitted, jointly, by

**DEFENDANT AND COUNTERCLAIM PLAINTIFF**

By its attorneys:    /s/ Benjamin J. Lambiotte
Benjamin J. Lambiotte
D.C. Bar 421288
**GARVEY SCHUBERT BARER**
1000 Potomac Street, Fifth Floor
Washington, D.C. 20007
(202) 965-7880
e-mail: blambiotte@gsblaw.com