IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN C. FLOOD OF VIRGINIA, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN C. FLOOD INC., ) <br> ) <br> Defendant. ) <br>——————————————————) <br> ) <br> JOHN C. FLOOD, INC., ) <br> ) <br> Counter-Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN C. FLOOD OF VIRGINIA, INC., ) <br> JOHN C. FLOOD, INC. (a Virginia Corporation), ) <br> JOHN C. FLOOD CONTRACTORS, INC., ) <br> CLINTON HAISLIP & JAMES L. SELTZER, JR., ) <br> ) <br> Counter-Defendant and ) <br> Defendants. ) <br>——————————————————) | Judge Richard J. Leon <br> Case No.: 1:06CV01311 <br> Deck Type: General Civil |

## NOTICE OF WIHDRAWAL AND SUBSTITUTION
## AND ENTRY OF APPEARANCE OF COUNSEL

Pursuant to Local Rule 83.6(b), and with the consent of Defendant/Counterclaim Plaintiff John C. Flood, Inc. ("Flood"), please take notice that Aaron W. Knights, Esq., D.C. Bar No. 489555, of the law firm of Garvey Schubert Barer, hereby withdraws his appearance in this matter on behalf of Flood. Steve Varholik, Esq., D.C. Bar No. 497315, also of Garvey Schubert Barer, shall be substituted in Mr. Knight's place and stead, hereby enters his appearance in this

matter, and Benjamin J. Lambiotte, Esq., D.C. Bar No. 421288, also of Garvey Schubert Barer, shall remain as lead counsel in this matter, on behalf of Flood.

Respectfully submitted,

**DEFENDANT AND COUNTERCLAIM PLAINTIFF**

By its attorneys:   /s/ Benjamin J. Lambiotte
Benjamin J. Lambiotte
D.C. Bar No. 421288
blambiotte@gsblaw.com
Steve Varholik
D.C. Bar No. 497315
svarholik@gsblaw.com
**GARVEY SCHUBERT BARER**
1000 Potomac Street, Fifth Floor
Washington, D.C. 20007
(202) 965-7880

And

/s/ Aaron W. Knights
Aaron W. Knights
D.C. Bar No. 489555

I hereby consent to the withdrawal of Aaron W. Knights, Esquire, and the substitution of Steve Varholik, Esquire.

JOHN C. FLOOD, INC.,
Defendant/Counterclaim Plaintiff

By its President:   [signature]
Joanne Smiley