IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN C. FLOOD OF VIRGINIA, INC.,    )
    )
    Plaintiff,    )
    )
v.    )
    )
JOHN C. FLOOD, INC.,    )
    )
    Defendant.    )
_____)
    )
JOHN C. FLOOD, INC.,    )
    )
    Counter-Plaintiff,    )
    )
v.    )
    )
JOHN C. FLOOD OF VIRGINIA, INC.,    )
JOHN C. FLOOD, INC. (a Virginia Corporation),    )
JOHN C. FLOOD CONTRACTORS, INC.,    )
CLINTON HAISLIP & JAMES L. SELTZER, JR.,    )
    )
    Counter-Defendant and    )
    Defendants.    )

Judge Richard J. Leon
Case No.: 1:06CV01311
Deck Type: General Civil

## CONSENT MOTION FOR SECOND ENLARGEMENT OF TIME TO SUBMIT DEFENDANTS' AND COUNTERCLAIM PLAINTIFFS' RESPONSIVE PLEADING TO PLAINTIFFS' AND COUNTERCLAIM DEFENDANTS' FIRST AMENDED COMPLAINT

Defendant and Counterclaim Plaintiffs, and the additional Defendants named in

Plaintiff/Counterclaim Defendants' First Amended Complaint ("Additional Defendants")

(without conceding that such additional Defendants are properly joined to this action), through

their counsel, and with the consent of counsel for Plaintiffs and Counterclaim Defendants,

hereby respectfully request the Court to grant a very brief further enlargement of time of another

week within which Defendant, Additional Defendants, and Counterclaim Plaintiffs must file and

serve a responsive pleading or other appropriate motion, through and including **Monday, May 21, 2007**.

1.      On April 23, 2007, we filed a consent motion requesting a first enlargement of time to and including May 14, 2007, which the Court granted by Minute Order dated April 27, 2007.

2.      As set forth in detail in the memorandum accompanying the first consent motion for enlargement of time, which is herein incorporated by reference, good cause exists for the requested relief because, based upon information and belief, some of the Additional Defendants named in Plaintiff/Counterclaim Defendants' First Amended Complaint are no longer operating or functioning as legal business entities, and/or may not be properly joined to this action.

3.      Counsel have been and are currently engaged in discussions concerning this matter, but were unable to complete them and reach an agreement by the expiration of the first extension period.

4.      The brief enlargement of time of an additional week will serve the interests of efficiency by allowing the parties to continue their efforts to streamline the case and the parties and issues before the Court.  If the parties are unable to agree on disposition of the newly-named corporate defendants in the next few days, then, by Monday of next week, undersigned counsel will file an appropriate motion or pleading leaving the matter to the Court to determine.

**WHEREFORE**, counsel for the Defendants, Counterclaim Plaintiff, and Additional Defendants (without conceding that any have been properly joined), with the consent of counsel for Plaintiff and Counterclaim Defendants, respectfully request that the Court briefly enlarge the

time within which Defendants, Additional Defendants and Counterclaim Plaintiffs must file and serve a responsive pleading or other appropriate motion, through and including **Monday, May 21, 2007**.

Respectfully submitted

**DEFENDANTS AND COUNTERCLAIM PLAINTIFF**

By its attorneys:    /s/  Benjamin J. Lambiotte
Benjamin J. Lambiotte
D.C. Bar 421288
**GARVEY SCHUBERT BARER**
1000 Potomac Street, Fifth Floor
Washington, D.C. 20007
(202) 965-7880
e-mail:  blambiotte@gsblaw.com