IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN C. FLOOD OF VIRGINIA, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN C. FLOOD, INC., ) <br> ) <br> Defendant. ) <br> _____ ) <br> ) <br> JOHN C. FLOOD, INC., ) <br> ) <br> Counter-Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN C. FLOOD OF VIRGINIA, INC., ) <br> JOHN C. FLOOD, INC. (a Virginia Corporation), ) <br> JOHN C. FLOOD CONTRACTORS, INC., ) <br> CLINTON HAISLIP & JAMES L. SELTZER, JR., ) <br> ) <br> Counter-Defendant and ) <br> Defendants. ) | Judge Richard J. Leon <br> Case No.: 1:06CV01311 <br> Deck Type: General Civil |

## PROPOSED ORDER

Upon consideration of the Defendants' and Counterclaim Plaintiffs' Consent Motion for Second Enlargement of Time to Submit Defendants' and Counterclaim Plaintiffs' Responsive Pleading to Plaintiffs' and Counterclaim Defendants' First Amended Complaint, it is hereby

**ORDERED** that said Motion be and hereby is **granted**; and it is further

**ORDERED** that the time within which the Defendants and Counterclaim Plaintiffs shall file their Responsive Pleading to Plaintiffs' and Counterclaim Defendants' First Amended Complaint shall be extended to and including **May 21, 2007.**

**SO ORDERED.**

_____
The Honorable Richard J. Leon

- 2 -

Copies:

Benjamin J. Lambiotte, Esq.
**GARVEY SCHUBERT BARER**
1000 Potomac Street, Fifth Floor
Washington, D.C. 20007
(202) 965-7880
e-mail:  blambiotte@gsblaw.com

Stephen J. Zralek, Esq.
Bone, McAllester Norton PLLC
511 Union Street, Suite 1600
Nashville, TN  37219
szralek@bonelaw.com

Lisa Dunner, Esq.
Dunner Law
1010 Wisconsin Avenue, N.W.
Washington, D.C.  20007
ldunner@dunnerlaw.com