IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN C. FLOOD OF VIRGINIA, INC., et al. )<br>)<br>Plaintiffs and Counter-Defendants, )<br>)<br>v. )<br>)<br>JOHN C. FLOOD, INC., et al. )<br>)<br>Defendants and Counter-Plaintiffs. ) | Judge Richard J. Leon<br>Case No.: 1:06CV01311<br>Deck Type: General Civil |

# EXHIBIT "C"

# TO MEMORANDUM IN SUPPORT OF
# DEFENDANTS' MOTION FOR A PROTECTIVE ORDER

# Benjamin Lambiotte

| | |
|---|---|
| **From:** | Erica Stiff-Coopwood [estiff-coopwood@bonelaw.com] |
| **Sent:** | Thursday, June 07, 2007 5:59 PM |
| **To:** | Benjamin Lambiotte; Steven Varholik |
| **Cc:** | Stephen Zralek |
| **Subject:** | 1996 Flood's responses to VA Flood's Requests for Production of Documents |
| **Attachments:** | Erica Stiff-Coopwood.vcf |

en and Steven, good afternoon. I hope this email finds you well. Stephen and I have reviewed your discovery responses, and as ou are aware, some of your answers are unresponsive.

here are numerous Requests for which 1996 Flood needs to provide responsive documentation if it has them in its possession:

egarding Request 14: the identity, dates of employment, and job responsibilities of 1996 Flood's employees or agents sponsible for advertising goods and services under the Mark in question are most certainly relevant. This Request is either overly broad, general, burdensome, nor oppressive.

egarding Requests 30 and 31: the documents requested are relevant, as they request documents and/or things which show oney that the 1996 Individual Flood Defendants paid in matters directly related to this suit. As to whether Request 30 is nintelligible," it is obvious from your answer in Request 31 that you understood Request 30 well enough, as you reference equest 30 (in your answer to Request 31) as requesting the same information as Request 31, a Request which you don't deem nintelligible." Neither are these Requests overly broad, general, burdensome, nor oppressive. A copy of a check, money order, (which is likely) a certified check illustrative of 1996 Individual Flood Defendants' payments to the bankruptcy court would e responsive to these Requests.

egarding Request 34: the corporations' tax returns are most certainly relevant to VA Flood's determination of its damages in this atter.

egarding Request 47: proof of licensure and business permits for companies using the JOHN C FLOOD mark, which 1996 Flood ontends remained ongoing, are documents obviously relevant in this matter.

egarding 49: to the extent this Request asks for attorney-client privileged communications by parties represented by 1996 Flood All witness statements"), please pardon this portion of the Request; however, witness statements relating to this matter taken by 996 Flood from individuals not represented by 1996 Flood are documents that are within the purview of discoverable documents, nd as such, if you have any such statements in your possession, you need to produce them.

A Flood requests that 1996 Flood revisit its Requests and consider extending VA Flood the professional courtesy of responding its document requests, as VA Flood extended to 1996 Flood in responding to its discovery requests. If 1996 Flood intends to ly upon its stated objections as reasons not to produce these documents, then we will file a motion to compel, whereby 1996 ood will have to state, in detail, exactly why each Request to which 1996 Flood objects is "vague," "ambiguous," "irrelevant," nmaterial," and how such documents constitute "confidential proprietary and commercial information" which "would confer an nfair competitive advantage on the [VA Flood]."

A Flood has fully cooperated with 1996 Flood in responding to its discovery requests. VA Flood parties simply quest similar cooperation and compliance with the Rules of Civil Procedure. We sincerely look forward to receiving ocumentation responsive to VA Flood's requests.

hank you in advance.

RICA STIFF-COOPWOOD
ONE McALLESTER NORTON PLLC
1 Union Street, Ste. 1600
ashville, TN 37219
15.238.6300 (Office)
15.238.6309 (Direct Dial)
15.496.2241 (BlackBerry)
15.687.2764 (Direct Fax)

/12/2007