IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN C. FLOOD OF VIRGINIA, INC., et al. )<br>)<br>Plaintiffs and Counter-Defendants, )<br>)<br>v. )<br>)<br>JOHN C. FLOOD, INC., et al. )<br>)<br>Defendants and Counter-Plaintiffs. ) | Judge Richard J. Leon<br>Case No.: 1:06CV01311<br>Deck Type: General Civil |

**PROPOSED ORDER GRANTING
MOTION FOR PROTECTIVE ORDER OF DEFENDANT/COUNTERCLAIM-
PLAINTIFF AND DEFENDANTS**

THIS MATTER is before the Court on the Motion of the Defendant/Counterclaim Plaintiff John C. Flood, Inc., and Defendants John C. Flood of D.C., Inc., Robert Smiley, Joanne Smiley, Mark Crooks, Mel Davis and J.C. Flood, Inc., J.C. Flood Company, and JCF, Inc., (collectively, "Defendants") for the entry of a Protective Order protecting Defendants from certain of the discovery requests of Plaintiff/Counterclaim-Defendant John C. Flood of Virginia ("Virginia Flood"), John C. Flood, Inc., John C. Flood Contractors, Inc., Clinton Haislip and James L. Seltzer, Jr. (collectively, the "Virginia Flood Parties").

After considering the Motion, the Memorandum of Points and Authorities and exhibits and other materials referenced therein, and any matters in opposition filed, all due proceedings having been had thereupon, it appears to the Court that good cause exists for the relief requested by the Defendants.

WHEREFORE, it is hereby:

ORDERED: Defendants' objections to First Production Requests Nos. 7, 34, 35, 39, 40, and 45, and Second Production Requests Nos. 3, 4, 6 and 7 are well founded, and are hereby

1

**SUSTAINED**, Virginia Flood Parties are hereby **DENIED** the discovery requested thereby, and Defendants shall not be obliged to produce the documents and/or records requested thereby; and it is hereby further:

**ORDERED**: That all discovery of competitively sensitive confidential financial documents and information relating to Virginia Flood's claims for monetary relief, including (to the extent not already denied as objectionable) documents requested in each of First Production Requests Nos. 6, 7, 34, 35, 39, 40, and 45, and Second Production Requests Nos. 3, 4, 6 and 7, is hereby **DEFERRED**, until further Order of the Court, after the Court determines whether or not Virginia Flood is entitled to such remedies. The Court notes that Defendants' Motion for Partial Summary Judgment presenting that question for the Court's determination is pending; and it is hereby further

**ORDERED:** that, in the event Virginia Flood is later determined to be entitled to monetary relief, and to discover sensitive or confidential financial documents and information relevant to such relief, then this Court shall enter into an appropriate protective order to: protect the confidentiality and to prevent disclosure of such documents and the information in them to the public generally and specifically to Virginia Flood Parties and their principals, employees, contractors and affiliates; to restrict disclosure of such records and information in them only to outside counsel of record appearing in this case, expert witnesses unaffiliated with the Virginia Flood Parties or their principals, employees, contractors, and affiliates who agree to be bound by the confidentiality restrictions in the order, and the Court; to restrict use of such records and information only for purposes of trial and appeal in this action; and to require that any such documents or information in them filed with or used in connection with proceedings before the

2

Court be received and kept under seal. Counsel for the parties are directed to continue working together on the form of such a stipulated protective order, and present the same to the Court.

Dated:

                                             _____
                                             RICHARD J. LEON
                                             UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

      I certify that I served a copy of this PROPOSED ORDER GRANTING MOTION FOR PROTECTIVE ORDER upon counsel for the Virginia Flood Parties via ECF and electronic mail, on this 18th day of July, 2007.

| | |
|---|---|
| Stephen J. Zralek, *appearing pro hac vice* <br> BONE McALLESTER NORTON PLLC <br> 511 Union Street, Suite 1600 <br> Nashville, TN 37219 <br> Tel: (615) 238-6300 <br> Fax: (615) 238-6391 <br> szraleck@bonelaw.com | Lisa Dunner, DC Bar #452004 <br> DUNNER LAW <br> 1010 Wisconsin Avenue, N.W. <br> Washington, DC 20007 <br> Tel: (202) 298-2002 <br> Fax: (202) 403-3030 <br> ldunner@dunnerlaw.com <br><br> /s/ Benjamin J. Lambiotte |