IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN C. FLOOD OF VIRGINIA, INC., et al.    )
    )
    Plaintiffs and Counter-Defendants,    )
    )
v.    )    Judge Richard J. Leon
    )    Case No.: 1:06CV01311
JOHN C. FLOOD, INC., et al.    )    Deck Type:  General Civil
    )
    Defendants and Counter-Plaintiffs.    )

# DECLARATION OF MELVILLE DAVIS

## EXHIBIT "A"

# TO STATEMENT OF MATERIAL FACTS NOT IN DISPUTE IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN C. FLOOD OF VIRGINIA, INC., et al.   )
                                      )

    Plaintiffs and Counter-Defendants,   )
                                        )

v.                                      )   Judge Richard J. Leon
                                        )   Case No.: 1:06CV01311

JOHN C. FLOOD, INC., et al.       )   Deck Type:  General Civil
                                        )

    Defendants and Counter-Plaintiffs.   )

## DECLARATION OF MELVILLE DAVIS

    1.  My name is Melville Davis.  I am over the age of twenty-one, and I make this

Declaration on the basis of my personal knowledge and participation in the proceedings

referenced herein, in support of the Defendants'/Counterclaim Plaintiffs' Motion for Partial

Summary Judgment in *John C. Flood of Virginia, Inc.* v. *John C. Flood, Inc., et alia*, Case No.

1:06CV01311 (D.D.C.)

    2.  I am currently employed by Defendants/Counter Plaintiffs John C. Flood, Inc. and John

C. Flood of D.C., Inc. (hereafter "1996 Flood Corporations").  My business address is 711

Kennedy Avenue, Washington, D.C.

    3.  In 1984, I formed a Maryland corporation called "John C. Flood, Inc." (hereafter "1984

Flood") with my partner Mark Crooks ("Crooks") and at that time began engaging in the

plumbing, heating and air conditioning business in the Washington, D.C., metropolitan area,

trading under various names utilizing the terms JOHN C. FLOOD and FLOOD.

    4.  From 1984 through June 1991, my partner Crooks and I owned and controlled 1984

Flood and continuously traded under and used the name JOHN C. FLOOD, INC., and other

variations of trade names and service marks containing the terms JOHN C. FLOOD and

FLOOD, in the Washington D.C., metropolitan area, including in Maryland, Virginia and the District of Columbia, in connection with plumbing, heating and air conditioning services.

5.  During this period, 1984 though June 1991, 1984 Flood continuously displayed the name and mark JOHN C. FLOOD and similar names and marks, and the phrase WE DO IT ALL, on service trucks, on contracts, on invoices, in telephone directory listings and advertisements and in mass market advertising,   Attached hereto as Attachment A-1 are true, correct and authentic copies of telephone directory advertisements showing how we used JOHN C. FLOOD and WE DO IT ALL from 1985 to 1991.

6.  In late 1989, about four years after forming 1984 Flood and commencing use of JOHN C. FLOOD and similar variations, and WE DO IT ALL, I formed John C. Flood of Virginia, Inc. (hereafter "1989 Virginia Flood") with my partner Crooks, for the purpose of expanding in Northern Virginia the operations of 1984 Flood's JOHN C. FLOOD plumbing, heating and air conditioning business we owned and controlled.

7.  Around the time we formed John C. Flood of Virginia, Inc., Crooks and I invited Clinton Haislip ("Haislip") and James Seltzer ("Seltzer") to join 1989 Virginia Flood as shareholders.  From the inception of the company in late 1989, Haislip and Seltzer owned a non-controlling equity interest in 1989 Virginia Flood.  From sometime in 1989 to sometime in 1995 after the Trustee sold our stock to Haislip and Seltzer, Crooks and I collectively owned a 50% interest in the 1989 Virginia Flood, and Haislip and Seltzer collectively owned the other 50% interest in 1989 Virginia Flood.

8.  From about 1989 through and including June 1991, 1984 Flood and Virginia Flood were related companies, in some of which Crooks and I had a substantial ownership interests, and controlled the use of the JOHN C. FLOOD and FLOOD marks.  During this period, 1984

Flood continued to use JOHN C. FLOOD and similar variants as trade names and service marks on trucks, in business forms, and in advertising and promotional materials subject to mine and Crook's approval. Attached hereto as Attachment A-2 are true, correct and authentic copies of telephone directory advertisements showing how we used JOHN C. FLOOD from 1990 to 1991.

9. On June 21, 1991, 1984 Flood, Crooks and myself, and our wives each filed petitions for relief and reorganization under Chapter 11 of the U.S. Bankruptcy Code in Maryland. We intended to reorganize and continue the JOHN C. FLOOD business.

10. From June 21, 1991 through and including March 1993, Crooks and I continued to control and operate 1984 Flood and continued to conduct business and trade under the JOHN C. FLOOD and FLOOD names and marks as debtors-in-possession for a Chapter 11 bankruptcy estate. During this same time period, June 1991 through and including March 1993, Crooks and I also continued to hold our stock in 1984 Flood and Virginia Flood, as debtors-in-possession for the Chapter 11 bankruptcy estate.

11. During this same time period, June 1991 through and including March 1993, Crooks and I continued day-to-day direction and control as Chapter 11 debtors in possession and continued to use the JOHN C. FLOOD and FLOOD marks to advertise and promote our plumbing, heating and air conditioning services in the Washington D.C. metropolitan area. Furthermore, we continued to display and utilize the JOHN C. FLOOD names and marks on service trucks, signage, business forms, brochures and advertising. Attached hereto as Attachment A-3 are true, correct and authentic copies of representative samples of invoices, work orders, contracts, mass market advertisement and a telephone directory advertisement representative of the types of materials bearing the JOHN C. FLOOD and FLOOD trade names

and marks in trade and advertising we used during this time period, June1991 through and including March 1993.

12. After a Chapter 11 receiver was appointed for 1984 Flood in March 1993, Crooks and I, my daughter Joanne and my son-in-law Robert Smiley, continued to carry on in the plumbing, heating and air conditioning business for 1984 Flood in the Washington D.C. metropolitan area. During this time, we traded and advertised under various corporations and trade names, using variations of JOHN C. FLOOD and FLOOD, including J.C.F., Inc., J.C. Flood, John C. Flood of DC, Inc. and John C. Flood of MD, Inc.   These entities displayed the FLOOD names and marks on service trucks, signage, business forms, brochures and advertising, continuously, through and after June 1995, when a receiver was appointed by the Bankruptcy Court to take control of the entities.  Attached hereto as Attachment A-4 are true, correct and authentic copies of representative samples of  invoices, work orders, contracts, mass market advertisement and a telephone directory advertisement representative of the types of materials bearing the FLOOD trade names and marks as we used them in trade and advertising during this time period, April 1993 through and including June 1995.

///

5

I HEREBY DECLARE AND AFFIRM ON PERSONAL KNOWLEDGE UNDER PENALTIES

OF PERJURY THAT THE FOREOING STATEMENTS ARE TRUE AND CORRECT.

Dated July 18, 2007

_____

Melville Davis

**<u>Attachment "A-1"</u>**

SEE YELLOW PAGES INDEX                                    Air 59

## Air Conditioning
### Contractors & Systems
### (Cont'd)

Eaton's Refrigeration Service Inc
  8510H Rainswood Dr Landover ........................341-5977
  Eberly Henry R B Sol Inc
  5309 Annapls Rd Bladnsbrg ..........................277-3888

**EDWARDS ZONE-A-MATIC EQUIPMENT**
*AUTHORIZED SALES & SERVICE*
GOOD NEWS ENTERPRISES INC
  1208 Fitch dr Balto Md ..............................301 882-6410.

**EL'S AIR CONDITIONING & REFRIGERATION INC**
RESIDENTIAL - COMMERCIAL
**AIR CONDITIONING**
SALES & SERVICE
Commercial Refrigeration
Ice Machines
Yearly Maintenance Contracts
7735 Old Georgetown Rd Bethesda ........656-3113
If No Answer Call ....................................299-2189

Energy Recovery Systems Forestville Md .......967-7100
Energy Temp Inc ............................
  14630-H Southlawn Ln Rockvl ...................279-8778
ENVI ROMATICS REFRIGERATION AIR CONDITIONING & HEATING CO
  12800 Baltimore Blvd
  Beltsville ...................Washington Area Tel No 621-2386
              (See Our Ad Page 56)
Enviromatics Refrigeration Air
  Conditioning & Heating Co Beltsvle .............656-6458
Enviromatics Refrigeration Air
  Conditioning & Heating Co
  12800 Beltsville Bl Beltsvle ....................498-2903
**ENVIRONMENTAL HEATING & COOLING**
  10401 Grimshaw Rd Germantwn ..............428-9085
Evans Heating Air Conditioning & General
  Contractors 1107 Main Dr Rckvl ................279-2437

**FEDDERS CENTRAL AIR CONDITIONING**
BETHESDA REFRIGERATION SERVICE
INC
  24 - Hr Emergency Service &
  Replacements 9700 James Md .................654-3224

*AUTHORIZED SALES & SERVICE*

A-B & K HEATING AND AIR
CONDITIONING INC
  For Best Service & Quality - Evenings -
  Sundays And Holidays - Call Your
  Nearest Outlets Office
  530 Forest Glen Rd Silver Spring ...............585-0332
  7735 Old Georgetwn Rd Beth ....................656-3446
  90 West Edmonston Dr Rockvl ..................279-2833
  11701 Garden Ct Potomac .......................469-2872
  13810 Grey Colt Dr Gaithersburg ..............294-0081
  6525 Belcrest Rd Hyatts .........................277-7755
  Ice 4490 Stamp Rd Silver Spring Md ............423-0333

Federline James A Inc .............................933-1649
Federline Jas A Inc ..............................
  26 W Diamond Av Gaithrsbg .......................PM-8950
FLOOD-JOHN L INC
  Sales - Service - Installation
  3924 Brookenburg Rd Hyattsvlle ................864-5885

**Yellow Pages Advertising Standards**
Since prices may change during the life of a directory issue, comparison-showing price, price ranges, percent reductions, discounts, interest, commissions, return on investment or payment tables is not accepted.

**Four Seasons Heating & Air Conditioning**
Silver Spring Md .................................585-9106
**FOUR SEASONS HEATING & AIR CONDITIONING**
  1100 Bonifant Rd Clinton .........................868-3222
**FREE FLOW INC**
  8657 Ziggy Ln Gaithrsbg .........................948-4896
**FREMONT REFRIGERATION & AIR CONDITIONING SERVICE**

Bethesda · Rockville
Potomac · Gaithersburg
RESIDENTIAL - COMMERCIAL
PROMPT THOROUGH SERVICE

**251-1220**

315 Howard Av Rockvl ............................251-1220

G & S Air Conditioning & Refrigeration
  3101 Floral Park Rd Brandywine .................492-2700
GSM AIR CONDITIONING & HEATING
  Beltsville Md ....................................572-5647
          (See Our Ad Page 56)
**G & W REFRIGERATION**
  Ft Washington Md ...............................839-2900
Gaithersburg Air Conditioning & Heating
  Inc Gaithersburg Md ............................926-3253
GENERAL AIR CONDITIONING & REFRIGERATION CO
  4608 Decatur St Hyattsvlle ......................277-0937
          (See Our Ad Page 53)
**GENERAL ELECTRIC CENTRAL AIR CONDITIONING**
  See Trade Central Air Conditioning And Heating Under This Classification
General Heating Engineering Co
  Gaithersburg ....................................336-3838
**GENERAL HEATING ENGINEERING CO INC**
  Prompt Dependable Inspection & Service Of Residential & Commercial Air Conditioning - Free Cooling Survey
  5919 Central Av Capitol Heights ................336-5500
          (See Our Ad Page 53)
Gentle Ben Co 1920 Palmer Pk Rd Palmer Pk ....386-2661
**GEORGETOWN INDUSTRIAL ASSOCIATES**
  Air Conditioning Service
  Mechanical Construction
  2233 Wis Av NW ................................333-8616.
Georgiou Chris N Co
  3230 Univ Blvd W Kens ..........................949-8147
**GIBSON AIR CONDITIONING**
  GENERAL AIR CONDITIONING & REFRIGERATION CO
  4608 Decatur St Hyattsvlle ......................277-0937
Glenwood Air Conditioning & Heating
  4712 Oliver St Riverdale ........................277-2225
Glenmont Air Conditioning & Heating
  12707 Holdridge Rd Wheaton .....................942-3170
Guardian Heating & Air Conditioning Inc
  1500 Frederick Rd Rockville ....................424-0932
**GUARDIAN SALES & SERVICE**
  INC Rockville .................................656-4662
          (See Our Ad Page 55)

**H & C HEATING & COOLING CONTRS**
  SAME DAY SERVICE
  HUMIDIFIERS - ELECTRONIC FILTERS
  Reasonable Rates - Estimates Available
  311 Laurel Av Laurel ............................953-2113

HRE INC
  Complete Air Conditioning Service
  7007 Laxton St Silver Spring ....................587-3370
HVAC PRECISION SERVICES INC
  Refrigeration Air Conditioning 13000 NW Md ....921-9300
Harry Yarrymuth Heating & Air
  Conditioning 13000 NW 1st Dist Md .............336-5285
Hasker's Refrigeration Air Conditioning &
  Heating 19 Bayou Av Cap Hts ...................336-5285
**HAWK'S SHEET METAL**
  7007 Laxton St Silver Spring ....................937-4680
  If No Answer Call ...............................937-4680

**HIBBARD C L PLUMBING HEATING & AIR CONDITIONING**
**C. L. HIBBARD**
**REASONABLE RATES**
ENERGY MANAGEMENT SPECIALISTS
· Residential · Commercial
Sales · Service · All Makes
VISA · MASTER CARD · WSSD 680
**864-4646**
  3913 Longfellow St Hyatts .......................464-4646
High Place Ranch Clarksburg Md .................253-4040
**HIROSS COMPUTER ROOM AIR CONDITIONING SYSTEMS**
*MANUFACTURERS REPRESENTATIVES*
HIROSS INC
  2107 Liberty Dr Niagara Falls NY .........716 283-4464
**HOELMAN HEATING & AIR CONDITIONING**
  Residential & Commercial
  Service Contracts · 24 Hour Service
  77147 Garrison Rd Hyattsvlle ...................577-2027
**HOFFACKER DENNIS AIR CONDITIONING & HEATING** Gaithersburg Md ...926-3253
**HOFFACKER'S DON AIR CONDITIONING & HEATING INC**
  · Quality - Dependable Service ·
  · Sales & Installations
  Germantown Md .................................972-0017
**HOME AIR CONDITIONING CO**
  9112 Pennsylvania Av Silver Spring .............585-4663
          (See Our Ad Page 51)
Home Air Conditioning Co
  9112 Pa Av Sil Spg ..............................585-8100
**HOMEOWNERS MAINTENANCE SERVICE**
  Montgomery & P.G. County
  A/C & Heating Service & Repair
  Central A/C & Heating Specialists
  Licensed · Bonded · Insured
  Silver Spring ....................................585-2614
Hot & Cold Corp
  5620 St Barnabas Rd Oxon Hill .................630-0385
Howard Heating & Air Conditioning
  4207 Garth Rd Wheaton .........................946-1929
**HOWARD HEATING & COOLING INC**
**HOWARD**
EMERGENCY SERVICE - ALL MAKES
PRINCE GEORGE'S & MONTGOMERY
REPLACEMENT UNITS
VISA - MASTER CHARGE
**277-3618**
  4701 Balto Av Hyatts ............................277-3618
**HUDSON & PEARSON HEATING & AIR CONDITIONING** Riverdale Md .....251-0679
          (See Our Ad Page 54)
**HULSEY HEATING & AIR CONDITIONING** Newbury Md ..301 932-6000
**HURLEY METAL PRODUCTS**
  310 N Stonestreet Av Rockvl ....................762-2542
  Metal Maintenance Service Hyattsvlle ...........322-5131
  Indian Head Air Conditioning
  Indian Head Md .................................753-6766
**INTERNATIONAL REFRIGERATION SERVICE COMPANY**
  5405 Ontario Frds Md Beltsvlle ..................
  Interstate Service Co Inc .......................699-9703
  4103 41st St Brentwood .........................864-1221
**IRISHMAN'S HEATING & AIR CONDITIONING CO**
  · Sales · Service · Installations Free Estimates
  11806 Gt Av Sil Spg ...........................681-6177
  B J Heating & Air Conditioning Service
  11803 Glenmont Ct Wheaton ....................946-6660
**S J MECHANICAL**
  Specializing In Commercial Heating &
  Exhaust Systems & Custom Ductwork
  11603 Glenmont Ct Md ..........................372-6880
**J & J HEATING & AIR CONDITIONING SERVICE** 21 Orchard Dr Gaithrsbg ....948-1976
          (See Our Ad Page 57)

**J & J HEATING AND AIR CONDITIONING INC** ................829-9000
**J & V HEATING & AIR CONDITIONING**
  8915 Chnbrry Dr Clinton .......................868-1030
  JAMES & WHEAT & SONS INC
  11822 Parkvale Rd Rockvl ......................460-4477
          (See Our Ad Page 52)

**JANITROL COOLING & HEATING**
  For Your Nearest Dispatch Office
  530 Forest Glen Rd Silver Spring ...............585-0332
  90 West Edmonston Dr Rockvl ..................279-2833
  13810 Grey Colt Dr Gaithersburg ..............294-0081
**KINGSWELL WM E INC**
  Wholesale Distributor
  11931 Tech Rd Sol Spg ..........................622-4700
Jo Sump Heating & Cooling
  Lower Marlboro Rd Hntngtwn ...................855-7728
**J M FLETCHER HEATING & AIR CONDITIONING CO**
  Sales - Service - Commercial - Residential
  New Installations - Emergency Service
  Repairs
  5797 Western View Pl
  Mt Airy ...................Damascus Area Tel No 301 831-5590
Johns Robert Associates Inc
  6821 Distribution Dr Beltsvlle ..................937-0212
  Johnny's Refrigeration & Air Conditioning
  6824 4501 Upshur Hyattsvlle ...................927-0078
**JOHNSON AIR EASE AIR CONDITIONING**
  DAVIS & DAVIS AIR CONDITIONING &
  HEATING CO 13311 N H Av Sil Spg .............384-9060
**JOHNSON HEATING & COOLING EQUIPMENT**

  Central Furnaces,
  Air Conditioning &
  Heat Pumps
  Residential-Commercial

  **JOHNSON**

*"FOR INFORMATION CALL"*
DEALERS
  A-AREA WIDE SERVICE CO
  1310 Mara Dr Sil Spg ..........................622-4949
  AITKEN SERVICE CO
  401 Dover Rd Rockvl ...........................762-5528

DISTRIBUTORS
  KINGSWELL WM E INC
  11931 Tech Rd Sol Spg ........................622-4700

**JOHNSON PAGE INC**
  Specializing In Commercial - Industrial
  Installations & Service - Plumbing And
  Heating
  8310 Peters Rd Frederick ......................831-8506
**JOLLES BROS CONTRACTORS**
  6783 Mid Cities Av Beltsvle ...................937-5330
          (See Our Ad Page 54)
**JONES ROGERS INC** .............................938-4800
**KANE HEATING & AIR CONDITIONING INC**
  Silver Spring Md ...............................588-2787
  Kelly E N Co 14905 Glen Oak Run Rockvlle ......948-2855
**KENSINGTON AIR CONDITIONING & HEATING
SERVICE** 720 Smallwood Rd Rockvl ....424-8787
  King Michael Hgt 13202 Wndsr Rd Rockvl .......681-2131
**KINGSWELL WM E INC**
  Wholesale Distributors
  11931 Tech Rd Sol Spg .........................622-4700
**KRAFFT SERVICE CORP**
  5717 Edsall Rd Alex Va ........................751-7510
**KRANKE WILLIAM T & SON**
  LP Heating & Air Conditioning Co Inc
  7651 Rich Rd Clarksburg .......................921-9454
  L T Company The Rock ..........................753-9156
  Lau Heating & Air Conditioning
  10700 Tucker St Beltsvle ......................587-1388
  Leeland Contractors Inc 200 Ridgeview Belts ....
  Mt Airy .......................Damascus Tel No 831-3373
  JCool/cool - Mid ..............................

*The Yellow Pages of this directory are full of helpful information that will help fill your everyday needs.*





**SEE YELLOW PAGES INDEX**    Plumbing 1427

**Plumbing Contractors—**
**(Cont'd)**

FEDERLINE JAMES A INC

**946-6100**

ESTABLISHED 1946

• COMMERCIAL • RESIDENTIAL • GOVERNMENT

*SERVING MARYLAND • VIRGINIA • WASHINGTON*

• **REPAIRS • REMODELING**
• **NEW CONSTRUCTION**
• **DISPOSERS • DISHWASHERS • WATER HEATERS**

RADIO DISPATCHED TRUCKS
3923 PLYERS MILL RD. KENSINGTON, MD 20895

★ 24 HOUR EMERGENCY SERVICE ★

**PLUMBING & DRAIN PROBLEMS?**

SERVING MONTGOMERY & PRINCE GEORGES COUNTY

**NO CHARGE FOR TRAVEL TIME**

RESIDENTIAL • COMMERCIAL

*Suburban*
PLUMBING & DRAIN SERVICE
**LICENSED • BONDED**

★ DRAINS & SEWERS
ELECTRICALLY CLEANED ★
★ HOT WATER HEATERS
★ FAUCETS & DISPOSALS
★ SEWER INSTALLATIONS

**Suburban Plumbing**
**& Drain Service**
SILVER SPRING OFFICE

**982-1222**

02-NOV-2005 LIBRARY OF CONGRESS PHOTODUPLICATION SERVICE 902



10820 © The Chesapeake and Potomac Telephone Company of Maryland 1986

**SEE YELLOW PAGES INDEX**

Air **37**

## Air Conditioning Contractors & Systems—(Cont'd)

**ELPS AIR CONDITIONING & REFRIGERATION INC**

RESIDENTIAL - COMMERCIAL

### AIR CONDITIONING
SALES & SERVICE

Commercial Refrigeration

Ice Machines

Yearly Maintenance Contracts

7735 Old Georgetown Rd Bethesda ....... 656-3113
If No Answer Call ............ 290-2189

Energy Recovery Systems Forestville Md .... 967-7100
Energy Terms Inc
16630 Ft Saginaw Ln Rockvl ........ 279-0778
Enviromable Refrigeration Air
Conditioning & Heating Co Bethesda ... 656-6458
Enviromatics Refrigeration Air
Conditioning & Heating Co
12800 Baltimore Blvd Beltsville ........ 498-2003
**ENVIRONMENTAL HEATING & COOLING**
19401 Germantown Rd Germantown ....... 428-9085
(See Our Ad Page 31)
**EVANS HEATING & AIR CONDITIONING**
8521 Muscatallo St Gaithersbrg ........ 977-7722
(See Our Ad Page 34)

**FEDDERS CENTRAL AIR CONDITIONING**
BETHESDA REFRIGERATION SERVICE INC
24 Hour Emergency Service &
Replacements - Established 1946
4901 Del Ray Av Beth ........ 656-3224

*AUTHORIZED SALES & SERVICE*

A-B & A HEATING AND AIR
CONDITIONING INC
7735 Old Georgetown Rd Beth ....... 656-3665
6515 Selorest Rd Hyatts ........ 277-7755
Federline James A Inc
7801 Beechcraft Ave Gaithersbrg ..... 948-8950
Federline James A Inc
12 Mears Av Gaithersbrg ........ 258-7732
Finkle Enterprises Rockville ...... 656-4662

**FLOOD JOHN C INC**
Sales - Service - Installations
All Brands
3824 Bladensburg Rd Hyattsville ....... 864-5885
5705 Vancouver Av Rockville ....... 881-7393
Four Seasons Heating & Air Conditioning
Silver Spring Md ........ 588-9108
**FOUR SEASONS HEATING & AIR CONDITIONING**
8100 Beechval Rd Clinton ........ 868-3222
**FREE FLOW INC**
8655 Doster Ln Gaithersbrg ........ 948-4898

**FREMONT REFRIGERATION & AIR CONDITIONING SERVICE**

Bethesda - Rockville
Potomac - Gaithersburg

RESIDENTIAL - COMMERCIAL

PROMPT THOROUGH SERVICE

### 251-1220

315 Howard Av Rockvl ........ 251-1220

G & S Air Conditioning & Refrigeration
3101 Rural Park Rd Brentwoon ...... 292-2700
**G & W REFRIGERATION**
Ft Washington Md ...... 839-2900
**GAITHERSBURG AIR CONDITIONING & HEATING INC**
Serving The Gaithersburg & Germantown
Area - Free Estimates - Residential Only
Gaithersburg Md ........ 926-3253
Garrett Air Conditioning Refrigeration &
Heating Inc 12921 Hallowell Ct Clinton ... 654-0901
GENERAL AIR CONDITIONING &
REFRIGERATION CO
4608 Decatur St Hyattsville ...... 277-0937
(See Our Ad Page 31)

*Buyers and Sellers
meet in the Yellow Pages.*

**GENERAL ELECTRIC CENTRAL AIR CONDITIONING**
See "Frano Central Air Conditioning And
Heating" Under This Classification
General Heating Engineering Co ...... 330-3838
**GENERAL HEATING ENGINEERING CO INC**
5919 Central Av Capitol Heights .......... 336-5500
Gentle Ben Co 3902 Palmer Pk Rd Palmer Pk ... 386-2661

**GEORGETOWN INDUSTRIAL ASSOCIATES**
Air Conditioning Service
Mechanical Construction
2233 Vth Av NW .......... 333-8616

Georgina Chris A Co
3310 Umo Blvd W Hyatts ....... 949-5147
**GERMANTOWN AIR CONDITIONING & HEATING INC**
Serving Gaithersburg & Germantown Area
Gaithersburg Md .......... 926-3253
**GIBSON AIR CONDITIONING**
GENERAL AIR CONDITIONING &
REFRIGERATION CO
4608 Decatur St Hyattsville ....... 277-0937
Glenmont Air Conditioning & Heating
4713 Oliver St Riverdale ........ 277-2225
Glenmont Air Conditioning & Heating
12707 Hoxbridge Rd Wheaton ...... 942-2663
Golden Air Conditioning & Air
14008 Flint Rock Rd Rockville ........ 460-0017

**GUARDIAN HEATING & AIR CONDITIONING INC**

## Quality Service
DESIGN · INSTALLATION
## FREE ESTIMATES
Service Plans Available

### 424-0922

FACTORY TRAINED &
EXPERIENCED MECHANICS
TEMPERATURE CONTROL
& AIR CLEANING
WSSD 2-149 ACCA

15209 FREDERICK RD ROCKVILLE

**H & C HEATING & COOLING CONTRS**
SAME DAY SERVICE
HUMIDIFIERS - ELECTRONIC FILTERS
Reasonable Rates - Estimates Available
101 Laurel Av Laurel ........ 953-3113

**HRE INC**
Complete Air Conditioning Service
7800 Fenton St Silver Spring ....... 587-3370
HVAC PRECISION SERVICES INC
607 Lofstrand Ln Rockville ........ 921-9300
Harry Yarnomuks Heating & Air
Conditioning 12909 NH Av Sil Spg ...... 384-2600
Hatton's Refrigeration Air Conditioning &
Heating 10 Berry Av Cap Hts ...... 336-6585
**HAWK'S SHEET METAL**
Commercial And Residential - Carrier
Bryant Or American Standard
6723 Arundle Rd Betesda ...... 937-4628
If No Answer Call ........ 937-8650
Heating & Cooling Unlimited
3306 Woodberry St Seabrook ........ 459-6026

Delay in answering may mean
that you miss an important call.
The person calling may decide
that there is no one there and
hang up.

**HEIL HEATING & COOLING PRODUCTS**

ENERGY EFFICIENT
CENTRAL HEATING
AND COOLING
PRODUCTS

**HEIL**

*WHERE TO CALL*

*DEALERS*

AEC HEATING & AIR CONDITIONING
Waldorf ........ 843-6400
COUNTY HEATING & AIR
CONDITIONING Lg Plato ...... 932-1044
ENVIROMATICS REFRIGERATION AIR
CONDITIONING & HEATING CO
12800 Balto Blvd
Beltsville ........ Washington Area Tel No—621-2386
FREMONT REFRIGERATION & AIR
CONDITIONING SERVICE
315 Howard Av Rockvl ....... 251-1220
G & W REFRIGERATION Ft Washngtn ... 839-2900
HASKELL'S HEATING & AIR COND ... 
MUIR SERVICE CO
4102 Webster St Brentwoo ...... 927-5361
STA-COOL AIR CONDITIONING
8024 Old Alexntr Ferry Rd Clinton ... 868-4350
SUPERIOR SERVICE CO
11601 Whittier Rd Rockville ...... 464-2128

*DISTRIBUTORS*

MELCHIOR ARMSTRONG DESSAU INC
2004 Beaver Rd Landover
Herring E J & Sons
3913 W Shore Dr Edgewater ........ 261-7446

**HIBBARD C L PLUMBING HEATING & AIR CONDITIONING**

## C. L. HIBBARD
### REASONABLE RATES
ENERGY MANAGEMENT SPECIALISTS
• Residential • Commercial
• Sales • Service • All Makes
VISA · MASTER CARD · WSSD 680

### 864-4646

2412 Longfellow St Hyatts ....... 864-4646
High Place Ranch Clarksburg Md ........ 253-4040

**HOELMAN HEATING & AIR CONDITIONING**
Residential & Commercial
Service Contracts - 24 Hour Service
77147 Garrison Rd Hyattsville .......... 577-5027

**HOFFACKER DENNIS AIR CONDITIONING
& HEATING** Gaithersburg Md ...... 926-3253
**HOFFACKER'S D AIR CONDITIONING & HEATING INC**
Quality Sales & Service
Call "DON"
.......... 972-0017

**HOME AIR CONDITIONING CO** ...... 585-4663
(See Our Ad Page 30)
Home Air Conditioning Co
9112 Pa Av Sil Spg ........ 585-8100
Home Air Conditioning Co
9112 Pennsylvania Av Silver Spring ..... 585-2515
Hot & Cold Corp
5620 St Barnabas Rd Oxon Hil ....... 630-0305
**HOTTEL HARVEY W INC**
7901 Beechcraft Av Gaithersburg ...... 921-9599
Houle R J Sheet Metal Works
4201 Garp Pk Rd Hyattsville ...... 946-6922
**HOWARD HEATING & COOLING INC**

## HOWARD
EMERGENCY SERVICE - ALL MAKES
PRINCE GEORGE'S & MONTGOMERY
COUNTIES
VISA - MASTER CHARG

### 277-3818

4701 Gallo Av Hyatts ....... 277-3818
**HUDSON & PEARSON HEATING & AIR
CONDITIONING INC** ....... 251-0679
(See Our Ad Page 35)
Hugee Air Conditioning & Heating
If Service Air Conditioning ...... 
**HULSEY HEATING & AIR
CONDITIONING** Newburg Md 301 932-6000

*Yellow Pages ads mean
business!*

Nurley Metal Products
310 M Stonecliff Av Rockvl ...... 742-3542
I GOLDMAN AIR CONDITIONING &
REFRIGERATION Silver Spring ..... 236-9444
(See Our Ad Page 35)
Ideal Maintenance Service Hyattsville ... 322-5131
Indian Head Air Conditioning
Indian Head Md ...... 753-6766
**INTERNATIONAL REFRIGERATION SERVICE COMPANY**
4325 Beecraft Rd Hyattsville ...... 699-9703
Interstate Service Co Inc
4203 41st St Brentwood ....... 864-2121
**J & J MECHANICAL**
Specializing In Commercial Heating AC
Exhaust Systems & Custom Ductwork
11803 Earnshaw Ct
Brandywine .......... Wash Area Tel No—372-6850
**J & K AIR CONDITIONING & HEATING
SERVICES** 22 Orchard Av Gaithersbrg ... 948-1976
(See Our Ad Page 35)
**J M FLETCHER HEATING & AIR
CONDITIONING INC**
5792 Western View Ct
Bethesda ...... Damascus Area Tel No—831-5590
**J & P HEATING AND AIR
CONDITIONING INC**
5212 3rd St Hyatts ....... 829-5000
**J & V HEATING & AIR
CONDITIONING INC**
1012 Canberra Dr Clinton ...... 868-1030
JAMES A WHEAT & SONS INC
14012 Parkvale Rd Rockvl ....... 460-4477

**JANITROL COOLING & HEATING
& A HEATING AND AIR
CONDITIONING INC**
7735 Old Georgetown Rd Beth ..... 656-3665
6515 Selcrest Rd Hyatts
KINGSWELL WM E INC
Wholesale Distributor
11931 Tech Rd Sil Spg ....... 622-4700
Jim & Sons Heating & Cooling
Lower Marlboro Rd Huntingtwn ...... 855-7228
John Robert Associates Inc
6831 Distribution Dr Beltsville ...... 937-0212

**JOHNSON AIR EASE AIR
CONDITIONING**
DAVIS & DAVIS AIR CONDITIONING &
HEATING CO 10530 Demick Av Kensington .. 942-7210

**JOHNSON HEATING & COOLING
SYSTEMS**

ENERGY EFFICIENT
• HEATING & COOLING
EQUIPMENT

**JOHNSON**
Air Conditioning

A Complete Line of Gas,
Oil & Electric Furnaces,
Heat Pumps & Cooling Systems
—for Residential & Commercial Use.

*"FOR INFORMATION CALL"*

*AUTHORIZED DEALERS*

A-AREA WIDE SERVICE CO
1110 Dwop Dr Oxon Spng ...... 622-0949
AITKEN SERVICE CO
401 Dover Rd Rockvl ....... 762-5528
NET-AIRE HEATING & AIR
CONDITIONING CO Germantown Md ... 871-6494

*AUTHORIZED DISTRIBUTORS*

KINGSWELL WM E INC
11931 Tech Rd Sil Spg ....... 622-4700

**JOHNSON PAGE INC**
Specializing In Commercial - Industrial
Installations & Service - Plumbing And
Heating
8310 Peters Rd Frederick ....... 831-8506
**JOLLES BROS CONTRACTORS**
8728 Industrial Dr Beltsville ....... 937-5330
**JONES ROGERS INC**
XM Hill NE Vienna ....... 938-4800
**KANE HEATING & AIR CONDITIONING INC**
Silver Spring Md ....... 583-3727
(See Our Ad Page 35)
Nally E H Co 16905 Glen Oak Run Rockville ... 948-2855
**KENSINGTON AIR
CONDITIONING & HEATING
SERVICE** 720 Smallwood Rd Rockvl ... 424-8787
KING BILL
Air Conditioning - Heating - Plumbing - 24
Hour Emergency Service
11939 Raven Rock Terr Gaithersburg .... 670-0787
King Mechanical Inc 12302 Wiltons Av Rockvl ... 881-2131
KINGSWELL WM E INC
Wholesale Distributor
11931 Tech Rd Sil Spg ........ 622-4700
**KRAFFT SERVICE CORP**
5217 Bznall Rd Oxon Hil ....... 751-7510
(See Our Ad Page 27)
KRANKE WILLIAM J & SON
........ 301 753-9156
(Continued Next Page)

Buy through the YELLOW PAGES.

# 826 Heat

**Heat Pumps—(Cont'd)**

## BOUCHER HEATING & AIR CONDITIONING CO

**BOUCHER**
HEATING & COOLING
- SALES - SERVICE -
- ALL MAKES -

**984-2300**

1222 Carroll Ave Rockville

- High efficiency.
- Heat pumps.
- Year-round comfort.
- Energy-saving reliable, durable.
- Dependable service.

*bryant*

"FOR INFORMATION CALL"

**DEALERS**

*(directory of dealer listings with phone numbers)*

---

**SEE YELLOW PAGES INDEX**

**CARRIER HEAT PUMPS—CONTINUED**

*SALES & SERVICE—Continued*

*(multiple business listings with addresses and phone numbers)*

## COMPLETE BUILDING SERVICES
DISTRIBUTORS

"SALES & SERVICE"

*RESIDENTIAL & LIGHT COMMERCIAL*

## COMPTON AIR CONDITIONING & HEATING

## CROPP-METCALFE AIR CONDITIONING & HEATING SERVICE

## DAVIS & DAVIS AIR CONDITIONING & HEATING CO

## DEPEND AIR CONDITIONING & HEATING CO

---

## CHAPMAN S M HEAT PUMPS & REFRIGERATION

## CHEVY CHASE AIR CONDITIONING SERVICE

## COMFORTMAKER HEAT PUMP SYSTEMS

- High-efficiency.
- Heat pumps.
- Packaged Units.
- Furnaces • Humidifiers
- Electronic Air Filters

*Comfortmaker*

---

## HEAT-PUMPS
SINCE 1946.
- SALES - SERVICE -
- ALL MAKES -

**588-5400**
**251-9492**

2303 Kansas Ave Silver Spring

---

## ELU'S AIR CONDITIONING & REFRIGERATION INC

## FEDDERS HEAT PUMPS

## FLOOD JOHN C INC

## FREE FLOW INC

## GENERAL ELECTRIC HEAT PUMPS

## GENERAL HEATING & AIR CONDITIONING CO INC

## GUARDIAN HEATING & AIR CONDITIONING PRODUCTS

## HEIL HEATING & COOLING PRODUCTS

ENERGY EFFICIENT
CENTRAL HEATING
AND COOLING
PRODUCTS

"WHERE TO CALL"
• DEALERS

*HEIL*

**H 936 HEAT**                    **SEE ACTION INDEX**

32420 © The Chesapeake and Potomac
Telephone Company of Maryland 1987

## HEAT PUMPS-(Cont'd)

**BOUCHER HEATING & AIR CONDITIONING CO**

# BOUCHER
### HEATING & COOLING
SALES - SERVICE
ALL MAKES
Over 30 Years Of Service
## 984-2300
12321 Carroll Ave, Rockville

**BRYANT SALES & SERVICE**

bryant

- High-efficiency heat pumps.
- Heats & cools in year-round comfort.
- Quiet operation. • Reliable, durable.
- Energy-saving economy.
- Dependable service

*"FOR INFORMATION CALL"*

A & B A HEATING AND AIR
CONDITIONING INC
550 E............Md Rd 5-5-- ...............681-4300
4517 Green St..........................369-5872
...................................559-3665
...................................423-0333
643's Brown Rd Hyatts .................273-7755
...................................379-2833
11541 Ferrett e Rd Silver Sp ..........379-6884
3600 30th St NE.......................635-0780
A PEARCE & ASSOCIATES
12321 Carr ...Ja Ro ...................984-2300
ACADEMY HEATING & AIR
CONDITIONING 11720 Nebel St Rockvl .....770-3100
B & B REFRIGERATION & AIR
CONDITIONING SERVICE CO INC
...................................881-2700
...................................599-3440
...................................937-0404
...................................330-0604
BOUCHER HEATING & AIR
CONDITIONING CO........................948-2300
DYNATEMP INC 6968 Br...n R....Beth .....587-8020
FREE FLOW INC
8652 Zelja's L ....................948-4898
GAITHERSBURG AIR CONDITIONING &
HEATING INC Gaithersburg's the .........926-3253
INC-5919 Central .n. Gos Gd Heights.....336-5500
H & C HEATING & COOLING
CONTRACTORS 101 Lolstrand Ln ..........953-2113
HOFFACKER'S DON AIR
CONDITIONING & HEATING
Germantown 10 3.......................972-0017
MARYLAND ENVIRONMENTAL
SYSTEMS INC 5160 Lan .................
..............Washington Area Tel No--621-2288
McLAUGHLIN HEATING & AIR
CONDITIONING 16704 ...n As Su..........634-3030
ADRIAN L NORTON INC
9011 E Hampton Dr Capitol Heights .....336-2700
MILLER ROD INC
2516 Garland Av Nr Gaith ..............587-1517
MINNICKS INC Dre Glover wher Rte Lawrel-953-2820
PARKER HEATING & AIR
CONDITIONING CO........................
12057 Nebel St Rockvl .................949-3333
POLAR AIR CONDITIONING & HEATING
INC
14701 Crabbs Branch Way Gaithersbg.....670-0880
SPANGLER JAMES R CO INC
5029 Edmonston Rd Hyattsvl ............699-6191
SILVER & NORWOOD INC...................948-6090

Budget Sales And Service
11302 Hughes Dr Silver Spg ............942-6888

**C&P REFRIGERATION & AIR
CONDITIONING SERVICE CO**
HEAT PUMP SPECIALISTS
Repairs All Makes & Models
Oil • Electric • Gas
Expert Replacement Sales & Service
Low Minimum Service Charges,
24 Hour Service
Bethesda Md..........................961-6269

*A minute spent in pre-shopping these
pages may save hours lost in walking.*

## HEAT PUMPS-(Cont'd)

**CARRIER HEAT PUMPS**

Carrier

CUT ENERGY COSTS
• High Efficiency.
• Furnaces, Central Air,
  Room Units.
• Residential & Commercial.
FAST, RELIABLE SERVICE ON ALL BRANDS

*SALES & SERVICE*

AIRWAY CLIMATROL REFRIGERATION
AIR-CONDITIONING & HEATING
905 Kennedy St NW......................723-1427
AIRWAYS UNLIMITED Silver Spring Md--593-7530
AITKEN SERVICE CO
401 Dover Rd Rockville ................762-5528
B & B REFRIGERATION & AIR
CONDITIONING SERVICE CO INC
...................................937-0404
B & B REFRIGERATION & AIR
CONDITIONING SERVICE CO INC
Gaithersburg Md .......................330-0604
B & B REFRIGERATION & AIR
CONDITIONING SERVICE CO INC
Silver Spring .........................881-2700
B & B REFRIGERATION & AIR
CONDITIONING SERVICE CO INC
Silver Spring .........................599-3440
B & B AIR CONDITIONING & HEATING
SERVICE 6500 Main St College Pk .......345-5433
BELTSVILLE HEATING & AIR
CONDITIONING INC
11400 Baltie Blvd Beltsville ..........937-6770
BELTWAY HEATING & AIR
CONDITIONING CO INC...................
7839 Parker Av Riverdale ..............736-3131
BOB BAKER'S GOLDEN SERVICE
19016 Frost Dr Boon...................262-8333
CHELM A B
15721 Brinkford Dr Silver Spring ......924-3500
CLIMATE CONTROL SERVICE CO
12227 Da.... Rd Parkton ...............937-8292
COMPTON AIR CONDITIONING &
HEATING
5704 Cerro St...p St Como Springs .....449-6973
CONDITIONED AIR
416 N Stonall Av Rogers ...............340-2883
DCM SHEET METAL
4030 Hercu.. Rd Beltsville ............937-6400
DICK'S AIR CONDITIONING & HEATING
7603 Jshnsen Rd Ft Washington .........
...............See Our Ad Previous Page--248-6000
DORSEY JOHN C INC 6180 R.. A.. Rentl-627-7100
DYNATEMP INC
6968 Brookvle Rd 5-t Seth d ...........587-8020
EVANS HEATING & AIR CONDITIONING
8321 Wisconsin Av Gaithersburg ........977-7722
GUARDIAN HEATING & AIR
CONDITIONING INC
15204 Pinecrest Rd Silver Spring ......424-0922
H & C HEATING & COOLING
CONTRACTORS 101 Lolstrand Ln ..........953-2113
HARRY VARNOONS HEATING & AIR
CONDITIONING 13909 NH Av Silver Sp ....384-2600
KANE HEATING & AIR CONDITIONING
INC Silver Spring Md ..................
LEELAND CONTRACTORS INC
206 Boggerine Blvd ....................
M and ................Damascus Tel No--831-5373
MAISEL'S MECHANICAL INC
905 Marmora Park Blvd Capital Heights .499-2300
MASKE W B SHEET METAL WORKS
INC 4426 Barto Av Brentwoods ..........927-3412
McCREA EQUIPMENT CO INC
4663 Beech Rd Temple Hl.. ............423-4585
MINDIS INC 770 Sh... d Re Rockvl ......424-9786
MINNICKS INC Dre Glover wher Rd Laurl .953-2820
MINUTE MAN SERVICE CO
12105 Grtp er St Spg..................572-4553
MULTI-AIRE CORP
7800 Old Alex Ferry Rd Clinton ........856-3409
PEARCE A & ASSOCIATES
12321 Carroll Av Rockv...............984-2300
POLAR AIR CONDITIONING & HEATING
INC
14701 Crabbs Branch Way Gaithersbg ....670-0880
PRESIDENTIAL REFRIGERATION INC
601 A Livingston Ln Rockvle ...........294-8574
ROBINSON'S AIR CONDITIONING &
HEATING CO
1955 B E Cu... St Riverdale............871-8002
ROD MILLER INC
2616 Garland Av Silver Spring .........587-1517
ROWAN HEATING & AIR
CONDITIONING
7002 Marlboro P ke Forestvle ..........568-0500
RYON & McDANIEL HEATING & AIR
CONDITIONING
8065 Crosby Way Forestville...........336-6297
SHM SERVICE-INC
9431 Beech Rd Temple Hls .............423-4121
S & R HEATING & AIR CONDITIONING
Mechanicsville ......................
.............Washington Area Tel No--870-3570
SHAMROCK SERVICE CO
3216 N H Av Ta Pk.....................270-1580
SILVER SERVICE 2021 Carrb Av Ta Pk....270-2137
SILVER SPRING AIR CONDITIONING &
HEATING CO INC
Er 4206 Howard Av Kens ...............564-1555

*We wrote the book.*

## HEAT PUMPS-(Cont'd)

**CARRIER HEAT PUMPS—CONTINUED**

*SALES & SERVICE—Continued*

THERMAL-AIRE INC Rt 925 Waldorf .......843-2205
WACHTER & NORWOOD INC
Woodfld Rd Gaithersbrg ...............948-6090
WHEAT JAMES A & SONS PLUMBING
& HEATING INC
7834 Beechcraft Av Gaithersburg ......670-1944

*DISTRIBUTORS*

AUTOMATIC EQUIPMENT SALES OF
MARYLAND 12201 Conway Rd Beltsvle ....470-1670
CHAPMAN'S H HEAT PUMPS &
REFRIGERATION & AIR CONDITIONING
15201 Marlboro Pk Upper Marlboro ......627-2337
CHEVY CHASE AIR
CONDITIONING & HEATING
SERVICE Rockville .....................424-8787
CLUBB ROBERT E & ASSOCIATES
12227 Distribution Dr Beltsville ......937-3800
                  (See Our Ad Present Page)
Clubb Robert E & Associates Damascus ..253-2418
Clubb Robert E & Associates
Germantown Wa........................428-9634

**COMBUSTIONEER SERVICES**

# COMBUSTIONEER
# SERVICES
HEAT PUMP
EMERGENCY SERVICE
& REPLACEMENT
FAST SERVICE ON ALL MODELS
Mechanical Contractor Since 1929
A John J. Kirlin Company
## 294-0591
645-A Lolstrand Ln  Rockville

Combustioneer Services
645-A Lolstrand Ln Rockville...........294-0591

**COMFORTMAKER HEAT PUMP
SYSTEMS**

Comfortmaker

• High-efficiency
  Heat Pumps
• Air Conditioning
• Packaged Units
• Furnaces • Humidifiers
• Electronic Air Filters

*"SALES & SERVICE"*

RESIDENTIAL & LIGHT COMMERCIAL
DEALERS

ACADEMY HEATING & AIR
CONDITIONING 11720 Nebel St Rockvl ....770-3100
CROPP-METCALFE AIR CONDITIONING
& HEATING
9721 Baltic Av College Pk .............441-2233
ROME AIR CONDITIONING CO
9112 Pa Av Sil Spg....................585-8100
PARKER HEATING & AIR
CONDITIONING INC
12057 Nebel St Rockvl .................949-3333
SILVER SPRING AIR CONDITIONING &
HEATING CO INC
Er 4206 Howard Av Kens ...............564-1555
WACHTER N NORWOOD INC
23841 Woodfield Rd Gaithersburg Md 301 253-2926

*DISTRIBUTORS*

COMFORTMAKER HEATING & AIR
CONDITIONING
12201 Distribution Dr Beltsville ......937-8055

**COMPLETE BUILDING SERVICES**

N W Bethesda Areas
Heat Pumps
Service - Installation

2101 Wis A NW.........................333-0977

**COMPTON AIR CONDITIONING &
HEATING**
5704 Camp Springs Av Camp Springs ....449-6973
Conditioned Air Rockvl ...............340-8633

*Always within your reach
the YELLOW PAGES*

## HEAT PUMPS-(Cont'd)

**CONDON-REED INC**

Since 1908
HEAT PUMPS
All Makes & Models
Sales - Service - Installation
Home Heating Experts
Service          Sales
534-5030         534-5555
2713 Dorr Av Fairfax ...........534-5555

**CROPP-METCALFE AIR
CONDITIONING & HEATING
SERVICE** 9721 Balto Av College Pk .....441-2233
                  (See Our Ad Page 932)
**DAVIS & DAVIS AIR
CONDITIONING & HEATING CO**
10530 Detrick Av Kensington ...........942-7210
DeHahn J L Air Conditioning & Heating
Service 36 Plata Md.................870-3618

**DEPEND'S AIR CONDITIONING &
HEATING CO**

# HEAT PUMPS
SINCE 1946
SALES - SERVICE
ALL MAKES
## 588-5400
2303 Kansas Av

**DICK'S AIR CONDITIONING &
HEATING**
7603 Johnson Rd Fort Washington .......248-6000
                  (See Our Ad Previous Page)
DYNATEMP INC 6968 Broovle Rd Sil Spg--587-8020
EARLY'S AIR CONDITIONING &
REFRIGERATION
9418 Victoria Dr Upper Marlboro .......599-9191
                  (See Our Ad Page 934)
Eastern Heating & Air Conditioning Inc
...................................464-1396
**ELI'S AIR CONDITIONING &
REFRIGERATION INC**
7735 Old Georgetown Rd Bethesda .......656-3113

**FEDDERS HEAT PUMPS**
A B & A HEATING AND AIR
CONDITIONING INC
Call Your Nearest Dispatch Office
550 Forest Glen Rd Silver Spring .....585-0332
50 West Edmonston Dr Rockvl ...........279-2633
Gaithersburg............................330-0440

**FLOOD JOHN C INC**
Sales   Service - Installation - All Brands
3912 Ga Av NW...........................723-4646
5705 Western Av Rockville .............881-7393
3624 Bladensburg Rd Hyattsvle .........864-5685

**FRANK GARY P INC**
WE'RE A SMALL RELIABLE COMPANY
WHEN YOU CALL US YOU
SPEAK TO THE BOSS  24 HR SVC
8918 Ridge Pl Beth ....................493-5766

**FREE FLOW INC**
8937 Dopey Ln Gaithersburg ............948-4898
Fremont Refrigeration & Air Conditioning
...................................723-4066
5125 Wisconsin Av Rockville ...........881-7393
3624 Bladensburg Rd Hyattsvle .........864-5685

**GAITHERSBURG AIR
CONDITIONING & HEATING INC**
Gaithersburg Md .......................926-3253
Gale Jay HVAC Company 41 Industrial Park
Carroll Walston -- Washington Area Tel No--870-6646

**GENERAL ELECTRIC HEAT PUMPS**
A OK HEATING & AIR CONDITIONING
CO 2155 Stewart Av Silver Spring ......585-2258
Gaithersburg .........................330-0440
B & B Refrigeration & Air Conditioning
Service Co Inc-Silver Spring Md .......589-3440
Rockville Md ..........................937-0404
MARYLAND ENVIRONMENTAL SYSTEMS
INC 8160 Lan R
Argyn Rd-- Washington Area Tel No--621-2288

*Find out Where to Buy It in
the Yellow Pages.*



000745

03-NOV-2005 LIBRARY OF CONGRESS PHOTODUPLICATION SERVICE 902



SEE ACTION INDEX

AIR 61 A

SERVING DC, MD & VA

# JOHN C. FLOOD INC.

## AIR CONDITIONING

### ALL MAJOR BRANDS
### SALES-SERVICE-INSTALLATION

HOT AIR FURNACES
HEATING-HEAT PUMPS
SAME DAY REPLACEMENTS

RESIDENTIAL-COMMERCIAL
## EMERGENCY SERVICE
ASK ABOUT OUR GUARANTEE
FREE ESTIMATES—CALL ANYTIME

SEE OUR MONEY SAVING COUPON

JOHN C. FLOOD INC.
WBSC 402
MDHIP 21776
BONDED • LICENSED • INSURED

QUALIFIED GAS CONTRACTOR

PAY ON YOUR GAS BILL
NO MONEY DOWN
EASY PAYMENTS FOR QUALIFIED HOMEOWNER

| MONTGOMERY COUNTY | PRINCE GEORGES CO. | DISTRICT OF COLUMBIA |
| --- | --- | --- |
| **881-7393** | **864-5885** | **723-4466** |

---

AIR CONDITIONING
CONTRACTORS &
SYSTEMS-(Cont'd)


ADAMS AIR-HEATING AND COOLING INC
SALES • SERVICE
INSTALLATION
We Service All Makes & Models
Heat Pump Specialists
Authorized Trane & Carrier Dealer
24 Hour Emergency Service
Call Anytime 921-0949
Germantown————————921-0949

ADAMS HEATING & AIR CONDITIONING CO
SAME DAY
INSTALLATIONS
*Fast Service*
RESIDENTIAL - COMMERCIAL
MONTGOMERY & P.G SUBURBS

REPAIRS AND INSTALLATION ON
• CARRIER          • YORK
• BRYANT           • G.E.
• SEARS            • LENNOX
• RHEEM            • RUUD
         • AND ALL OTHERS
• COMPLETE DUCT WORK
• ELECTRONIC AIR CLEANERS
• HUMIDIFIERS

DEPENDABLE
LICENSED          **937-2336**
INSURED
12218 DISTRIBUTION PL BELTSVILLE

VISA - MC - CHOICE
FINANCING AVAILABLE
(Continued Next Page)
We deliver directories. And Results.

# MINDTE

ESTABLISHED 1960

### AIR CONDITIONING • HEATING
### HUMIDIFIERS — AIR CLEANERS — BOILERS

## SERVICE

REPAIRS - REPLACEMENTS ON ALL MAKES

WASHINGTON AREA MAGAZINE CONSUMER SURVEY
EARNS MINDTE A TOP QUALITY RATING

RESIDENTIAL — LIGHT COMMERCIAL

FINANCING AVAILABLE

IMMEDIATE SERVICE
## 424-8786
ROCKVILLE, MD

QUALIFIED GAS CONTRACTOR

SEE OUR MONEY SAVING COUPON

COLUMBIA SYSTEMS
GENERAL ELECTRIC
WESTINGHOUSE
FEDDERS • YORK
RHEEM • SEARS
JANITROL • CARRIER
BRYANT • LUXAIRE
TRANE • HALLMARK
MOR-SUN • NOVENT
LENNOX • REZNOR
WORTHINGTON
AIRTEMP-CHRYSLER
AMERICAN STANDARD
BORG-WARNER



**H** 976 HEAT                    SEE ACTION INDEX

32820 © The Chesapeake and Potomac Telephone Company of Maryland 1988



### WEATHERTRON ®
**HEAT PUMP SERVICENTER**
24-HR EMERGENCY REPLACEMENTS
PLUS SERVICE ON ALL MAKES OF AIR CONDITIONING & HEATING
VISA • MASTERCARD
**654-3224**

---

SERVING **MONTGOMERY COUNTY**
REPAIR ALL MAKES
FAST • DEPENDABLE SERVICE
Air Conditioning • Heat Pumps • Gas & Electric Heat
HUMIDIFIERS • ELECTRONIC AIR CLEANERS
CLOCK THERMOSTATS
MAINTENANCE CONTRACTS

**EMERGENCY SERVICE**

SALES • SERVICE • INSTALLATION
**HUDSON & PEARSON**
AIR CONDITIONING & HEATING
ROCKVILLE        GERMANTOWN
**251-0679      428-4852**

---

**JOHN C. FLOOD**
HEATING &
AIR CONDITIONING
HEAT PUMPS
ALL MAJOR BRANDS
SALES • SERVICE •
INSTALLATION
**■Burnham**
P.G. County
**864-5885**
Montgomery County
**881-7323**

---

## HEAT PUMPS-(Cont'd)

**CARRIER HEAT PUMPS—Continued**

SALES & SERVICE-Continued

B & B REFRIGERATION & AIR CONDITIONING SERVICE CO INC
  Rockville Md ............................. 881-2700
B & B REFRIGERATION & AIR CONDITIONING SERVICE CO INC
  Silver Spring Md ......................... 589-3440
B & B AIR CONDITIONING & HEATING
  SERVICE 9504 48th Av College Pk ....... 345-5431
BELTSVILLE HEATING & AIR
  CONDITIONING INC
  11610 Rabe Blvd Beltsville ............. 937-6700
BELTWAY HEATING & AIR
  CONDITIONING CO INC
  7638 Parston Dr Forestvle .............. 736-3131
BOB BAKER'S GOLDEN SERVICE
  13016 Forest Dr Bowie .................. 262-8333
BUDGET SALES AND SERVICE
  Silver Spring ........................... 949-1850
CHELUM A B
  15721 Bradford Rd Silver Spring ........ 924-3500
CLIMATE CONTROL SERVICES INC
  12227 Distribution Pt Beltsville ........ 937-9292
COMPLETE BUSINESS SERVICES
  3101 Wisconsin AvNW ................... 333-4977
COMPTON AIR CONDITIONING &
  HEATING
  5704 Camp Springs Av Camp Springs .... 449-6973
CONDITIONED AIR
  416 N Stonestr Av Rockvle ............. 340-2883
COX & FAIRALL HEATING & AIR
  CONDITIONING 15403 Bauer Ln Laurel ... 953-3103
CROPP-METCALFE AIR CONDITIONING
  & HEATING SERVICE .................... 698-8311
9721 Baltimore Av College Park
DCM SHEET METAL
  5020 Herrel Pl Beltsville ............... 937-2489
DICK'S AIR CONDITIONING & HEATING
  7603 Allston Rd Ft Washington ......... 248-6000
DORSEY JOHN C INC 6100 #1 Av Brentwood 927-7100
DYNATEMP INC
  8968 Brookville Rd Sil Spg ............. 587-9825
EVANS HEATING & AIR CONDITIONING INC
  8521 Alexandria Dr Gaithrsbrg ......... 977-7722
FIRST-FLOW INC .......................... 949-4896
GUARDIAN HEATING & AIR
  CONDITIONING ......................... 949-4896
13515 Frederick Rd Rockville
H & C HEATING & COOLING
  CONTRACTORS 101 Center Av Laurel .... 953-2113
HARDY HARDWARES HEATING & AIR
  CONDITIONING 13909 NW Av Sil Spg .... 384-3400
KANE HEATING & AIR CONDITIONING
  INC Silver Spring Md ................... 589-1727
LEELAND CONTRACTORS INC
  206 Ridgeville Blvd .................... 894-4444
MC KAY ................................... 831-5373
  100 Damascus Tal Hgt
MAISEL'S MECHANICAL INC
  505 Hampton Park Blvd Capitol Heights . 499-2300
MARKE W B SHEET METAL WORKS
  INC 6410 Bald Av Kensingtn ........... 937-3419
McCREA EQUIPMENT CO INC
  4463 Branch Rd Temple Hills ........... 423-6555
MINDTE INC 720 Stanford Rd Rockvle .... 424-6796
MINNICK'S INC Old Gunpowder Rd Lrl ... 953-2830
MULTI-AIRE CORP
  7800 Old Alex Ferry Rd Clinton ....... 856-3400
PEARCE A A & ASSOCIATES
  12321 Carrol Av Rockvle .............. 654-3400
POLAR AIR CONDITIONING & HEATING
  INC
  15701 Crabbs Branch Way Gaithrsbrg ... 670-0680
PRESIDENTIAL REFRIGERATION INC
  11620 28th St Rockville ............... 294-8574
ROBINSON'S AIR CONDITIONING &
  HEATING CO
  12555 #1 Dade Dr Rockville ........... 871-8982
ROD MILLER INC
  2616 Garfield Av Silver Spring ....... 587-3117
ROWAK HEATING & AIR
  CONDITIONING
  7002 Marlboro Pike Forestvle ......... 568-0540
SHR SERVICE INC
  7406 Notre Pl Ft Washington ......... 248-4455
S & H HEATING & AIR CONDITIONING
  (Mechanical Pk ........................ Washington Area Tel No- 670-2313)
SHAMROCK SERVICE CO
  7216 K H Av To Pk ..................... 270-1500
SILVER SPRING AIR CONDITIONING &
  HEATING CO INC ...................... 564-1555
Silv #106 Newport Av Silver Spring
THERMAL-AIRE INC Rt 925 Waldorf .... 843-4354
WACHTER & NORWOOD INC
  1405d Rd Laurel ...................... 953-5431
WHEAT JAMES A & SONS PLUMBING
  & HEATING INC
  7834 Beechcraft Av Gaithrsbrg ....... 670-1944

DISTRIBUTORS

AUTOMATIC EQUIPMENT SALES OF
  MARYLAND 12201 Conway Rd Beltsvle .. 470-1670
CHAPMAN S M HEAT PUMP &
  APPLIANCES AIR CONDITIONING
  15201 Marlboro Pk Upper Marlboro .... 627-2337
CLIMATE CONTROL SERVICES INC
  12227 Distribution Pt Beltsville ...... 937-9292
  (See Our Ad Previous Page)
Clubb Robert E & Associates Damascus .. 253-2418

Replace your receiver carefully.

---

## HEAT PUMPS-(Cont'd)

B & B REFRIGERATION & AIR CONDITIONING SERVICE CO INC



**B & B**
HOME OF MR HEAT PUMP
**SINCE 1957**

**CERTIFIED HEAT PUMP SPECIALISTS**
ALL MAKES SALES & SERVICE

LAUREL .................. 937-0404
SILVER SPRING .......... 589-3440
GAITHERSBURG .......... 330-0040
ROCKVILLE .............. 881-2700
ANNAPOLIS ............. 266-7900
  Parts Serbicenter
  2004 Generals Hwy Annapolis
12321 Wilkins Ave Rockville .... 881-2700

B & B REFRIGERATION & AIR
CONDITIONING SERVICE CO INC
Silver Spring Md .................. 589-3440
  (See Our Ad Page 972)

B & B REFRIGERATION & AIR .... 589-3440
CONDITIONING SERVICE CO INC ... 589-0404
Beltsville Md

B & B REFRIGERATION & AIR ...... 330-0040
CONDITIONING SERVICE CO INC
Gaithersburg

B & B REFRIGERATION & AIR ...... 881-2700
CONDITIONING SERVICE CO INC
Rockville Maryland

B & B AIR CONDITIONING & .... 345-5431
HEATING 9504 48th Av College Pk

BELTSVILLE Heating & Air Conditioning Inc
  11610 Rabe Blvd Beltsville ....... 937-6700

BELTWAY HEATING & AIR
CONDITIONING CO INC
  Sales • Service • Installation
  MD • DC • Va, VA
  7638 Parston Dr Forestvile ....... 736-3131

BENNETT AIR CONDITIONING INC
  SALES & SERVICE • FREE ESTIMATES
  Commercial Specialists
  7601-C Barbara Ln Clinton ....... 649-1660

BETHESDA REFRIGERATION
  SERVICE INC 4811 Del Ray Av Beth 654-3224
BISHOP EQUIPMENT CO INC
  2825 Dorr Av Fairfax Va ......... 573-8960
  BLANKENSHIP GENERAL CONTRACTORS
  9704 Olde Hwy Dr Clinton ....... 868-7796
BOB'S HEATING & AIR
  CONDITIONING SPECIALISTS
  Camp Springs Md ................. 899-6700

Find it Fast in the
C&P Yellow Pages.

---

## HEAT PUMPS-(Cont'd)

BOUCHER HEATING & AIR CONDITIONING CO

## BOUCHER
HEATING & COOLING
SALES • SERVICE
ALL MAKES
Over 30 Years Of Service
**984-2300**
12321 Carroll Ave, Rockville

---

**BRYANT SALES & SERVICE**



• High-efficiency heat pumps.
• Heats & cools in one unit for year-round comfort.
• Quiet operation. Reliable, durable.
• Energy-saving economy.
• Dependable service.

**"FOR INFORMATION CALL"**

DEALERS

A B & A HEATING AND AIR
  CONDITIONING INC
  535 Forest Glen Rd Sil Spg ......... 681-4300
  9317 Garden Ct Potomac ........... 469-3665
  7735 Old Georgetn Rd Beth ......... 656-3665
  4408 Stamp Rd Silver Hill ......... 423-8333
  6925 Retreat Rd Hyatts ............ 277-2313
  30 JP Edmondson Dr Rockvile ...... 279-2833
  11531 Perronic Dr Gaithersburg ... 294-0081
  2800 12th St Ne ................... 635-7480
A J PEARCE & ASSOCIATES
  12321 Carrol Av Rockvle .......... 654-3400
ACADEMY HEATING & AIR
  CONDITIONING 11720 Nebel St Rockvl . 770-3100
ADRIAN L NERTON INC
  9011 E Nichelson Dr Capitol Heights . 336-2700
B & B REFRIGERATION & AIR
  CONDITIONING SERVICE CO INC
  Rockville Md ...................... 881-2700
  Silver Spring Md ................. 589-3440
  Beltsville Md ..................... 937-0404
  Gaithersburg Md .................. 330-0040
COMBUSTIONEER
  645-A Lofstrand Ln Rockville ...... 340-2290
DAVIS & DAVIS AIR CONDITIONING &
  HEATING CO
  10530 Detrick Av Kensington ...... 942-7216
DIAMOND AIR CONDITIONING INC
  3711 Fort DC Md Branch Rd Sil Spg 587-8035
EMAUGH T J & SONS, INC
  7601 Brown Bridge Rd Laurel ...... 953-2300
FREE FLOW INC
  3657 Zepp Ln Laurel ............... 948-4898
GAITHERSBURG AIR CONDITIONING &
  HEATING INC Gaithersburg Md ..... 924-2253
H & C HEATING & COOLING
  CONTRACTORS 101 Center Av Laurel . 953-2113
MARYLAND ENVIRONMENTAL
  SYSTEMS INC 8140 Laurel Md ...... 621-2288
MILLER BROS INC
  8801 Brookville Rd Sil Spg ........ 587-1111
MINNICK'S INC Old Gunpowder Rd Laurel 953-2830
  (Continued Next Column)

---

**BRYANT SALES & SERVICE**—Continued

DEALERS—Continued

PARKER HEATING & AIR
  CONDITIONING INC
  12057 Nebel St Rockvl .............. 949-3333
POLAR AIR CONDITIONING & HEATING
  INC
  15701 Crabbs Branch Way Gaithrsbrg 670-0680
WACHTER & NORWOOD INC
  23041 Woodfld Rd Gaithersburg ..... 253-2926

BUDGET SALES AND SERVICE



## BUDGET
SALES & SERVICE
• CARRIER
• TRANE
• RUUD

CENTRAL AIR CONDITIONING
HEAT PUMPS • FURNACES
HUMIDIFIERS • AIR PURIFIERS
All Makes & Models
**24 HOUR SERVICE**
LICENSED • BONDED
**949-1850**
SILVER SPRING, MD

---

**C&P REFRIGERATION & AIR**
CONDITIONING SERVICE CO .......... 961-6269

**CARRIER HEAT PUMPS**

**Carrier**

CUT ENERGY COSTS
• High Efficiency.
• Heat Pumps,
  Furnaces, Central Air,
  Room Units.
• Residential & Commercial.
FAST, RELIABLE SERVICE ON ALL BRANDS

SALES & SERVICE

AIR SUPPLY INC
  14672-N Southlawn Lane Rockville ... 424-1444
AIRWAY MECHANICAL REFRIGERATION
  AIR-CONDITIONING & HEATING
  525 Kennedy St NW ................ 723-4427
AMTEK SERVICE CO
  401 Dover Rd Rockville ............ 762-5526
B & B REFRIGERATION & AIR
  CONDITIONING SERVICE CO INC
  20 2115 Wilkins Ave Rockville ...... 881-2700
B & B REFRIGERATION & AIR
  CONDITIONING SERVICE CO INC
  Beltsville Md ..................... 937-0404
B & B REFRIGERATION & AIR
  CONDITIONING SERVICE CO INC
  Gaithersburg Md .................. 330-0040
  (Continued Next Column)

000749



000751

03-NOV-2005 LIBRARY OF CONGRESS PHOTODUPLICATION SERVICE 902

SEE ACTION INDEX                                              AIR 61 A



SERVING DC, MD & VA

# JOHN C. FLOOD INC.

**AIR CONDITIONING**

ALL MAJOR BRANDS
SALES-SERVICE-INSTALLATION

HOT AIR FURNACES
HEATING-HEAT PUMPS
SAME DAY REPLACEMENTS

**SEE OUR MONEY SAVING COUPON**

JOHN C. FLOOD INC.
DC-14c
WSSC 402
MDHIP 11776

BONDED • LICENSED • INSURED

RESIDENTIAL-COMMERCIAL
**EMERGENCY SERVICE**
ASK ABOUT OUR GUARANTEE
FREE ESTIMATES—CALL ANYTIME

PAY ON YOUR GAS BILL
NO MONEY DOWN
EASY PAYMENTS
FOR QUALIFIED HOMEOWNER

QUALIFIED GAS CONTRACTOR

SCD

| MONTGOMERY COUNTY | PRINCE GEORGES CO. | DISTRICT OF COLUMBIA |
|---|---|---|
| **881-7393** | **864-5885** | **723-4466** |

---

**AIR CONDITIONING CONTRACTORS & SYSTEMS (Cont'd)**

ADAMS AIR-HEATING AND COOLING INC

SALES • SERVICE • INSTALLATION
We Service All Makes & Models
Heat Pump Specialists
Authorized Trane & Carrier Dealer
24 Hour Emergency Service
Call Anytime. 921-0949

Germantown..........................921-0949

ADAMS HEATING & AIR CONDITIONING CO

SAME DAY INSTALLATIONS
*Fast Service*

RESIDENTIAL - COMMERCIAL
MONTGOMERY & P.G SUBURBS

REPAIRS AND INSTALLATION ON
• CARRIER       • YORK
• BRYANT        • G.E.
• SEARS         • LENNOX
• RHEEM         • RUUD
        — AND ALL OTHERS
• COMPLETE DUCT WORK
• ELECTRONIC AIR CLEANERS
• HUMIDIFIERS

DEPENDABLE
LICENSED
INSURED        **937-2336**

12210 DISTRIBUTION PL BELTSVILLE

VISA - MC - CHOICE
FINANCING AVAILABLE

(Continued Next Page)

We deliver directories. And Results.

# MINDTE

ESTABLISHED 1960

**AIR CONDITIONING • HEATING**

**HUMIDIFIERS — AIR CLEANERS — BOILERS**

# SERVICE

REPAIRS - REPLACEMENTS ON ALL MAKES

WASHINGTON AREA MAGAZINE CONSUMER SURVEY
EARNS MINDTE A TOP QUALITY RATING

RESIDENTIAL — LIGHT COMMERCIAL

FINANCING AVAILABLE

IMMEDIATE SERVICE

**424-8786**

ROCKVILLE, MD

QUALIFIED GAS CONTRACTOR

COLUMBIA SYSTEMS
GENERAL ELECTRIC
WESTINGHOUSE
FEDDERS • YORK
RHEEM • SEARS
JANITROL • CARRIER
BRYANT • LUXAIRE
TRANE • HALLMARK
MOR-SUN • NOVENT
LENNOX • REZNOR
WORTHINGTON
AIRTEMP-CHRYSLER
AMERICAN STANDARD
BORG-WARNER

SEE OUR
MONEY
SAVING
COUPON



# H 976 HEAT — SEE ACTION INDEX

32820 © The Chesapeake and Potomac Telephone Company of Maryland 1988



## WEATHER TRON ®
### HEAT PUMP SERVICENTER

24-HR EMERGENCY REPLACEMENTS
PLUS SERVICE ON ALL MAKES OF AIR CONDITIONING & HEATING
VISA • MASTERCARD

**654-3224**

---

SERVING MONTGOMERY COUNTY
REPAIR ALL MAKES
FAST-DEPENDABLE SERVICE
Air Conditioning • Heat Pumps • Gas & Electric Heat
HUMIDIFIERS • ELECTRONIC AIR CLEANERS
CLOCK THERMOSTATS
MAINTENANCE CONTRACTS

**EMERGENCY SERVICE**
SALES • SERVICE • INSTALLATION

## HUDSON & PEARSON
AIR CONDITIONING & HEATING

ROCKVILLE **251-0679**    GERMANTOWN **428-4852**

---

► JOHN C. FLOOD ◄
### HEATING & AIR CONDITIONING HEAT PUMPS
ALL MAJOR BRANDS
SALES-SERVICE-INSTALLATION

**Burnham**

P.G. County **864-5885**
Montgomery County **881-7393**

---

## HEAT PUMPS–(Cont'd)

### CARRIER HEAT PUMPS–Continued
SALES & SERVICE–Continued

B & B REFRIGERATION & AIR
CONDITIONING SERVICE CO INC
Rockville Md ...........................881-2700
B & B REFRIGERATION & AIR
CONDITIONING SERVICE CO INC
Silver Spring .........................589-3440
B & B AIR CONDITIONING & HEATING
SERVICE 9504 46th Av College Pk .....345-5431
BELTSVILLE HEATING & AIR
CONDITIONING CO INC
11610 Baltimore Bvd Beltsville .......937-6700
BELTWAY HEATING & AIR
CONDITIONING CO INC
7838 Parston Dr Forestville ..........736-3131
BOB BAKER'S GOLDEN SERVICE
13016 Forest Dr Bowie ................262-8333
BUDGET SALES AND SERVICE
Silver Spring .........................949-1850
CHELIM A B
15731 Bradford Rd Silver Spring ......924-3500
CLIMATE CONTROL SERVICE INC .........937-8292
12227 Distribution Pt Beltsville .....937-8292
COMPLETE BUSINESS SERVICES
2103 Wisconsin Av NW .................333-4977
COMPTON AIR CONDITIONING &
HEATING
5704 Camp Springs Av Camp Springs ...449-6973
COX & FARRALL HEATING & AIR
CONDITIONING 15403 Bauer Ln Laurel ..953-3103
CROPP-METCALFE AIR CONDITIONING
& HEATING SERVICE
9721 Baltimore Av College Pk .........937-6400
DCM SHEET METAL
5020 Herzel Pl Beltsville ............937-6400
DICK'S AIR CONDITIONING & HEATING
7603 Allston Rd N Washington ........248-6000
DORSEY JOHN C INC 6100 F1 Av Riverd .277-7600
DYRATEMP INC
8968 Brookville Rd Sil Spg ...........588-6200
EVANS HEATING & AIR CONDITIONING
8521 Muncaster Dr Gaithsbrg ..........977-7722
FREE FLOW INC
8523 Flower Av Takoma Pk ..........948-4896
GUARDIAN HEATING & AIR
CONDITIONING INC
5220 Frederick Rd Rockville .......
H & C HEATING & COOLING
CONTRACTORS 101 Laurel Av Laurel ....953-2313
HARRY VARVOUNIS HEATING & AIR
CONDITIONING 13909 Hag Av Sil Spg ...384-5600
KANE HEATING & AIR CONDITIONING
301 Silver Spring Md ...............588-1777
LEELAND CONTRACTORS INC
206 Kalapville Md .................
MAI KEY INC Damascus Tel No ........
MAISEL'S MECHANICAL INC
505 Hampton Park Rd Capital Heights ..499-1300
MASKE W R SHEET METAL WORKS
9504 46th Av Washington .............937-3431
MacCREE EQUIPMENT CO INC
6463 Branch Rd Temple Hills .........423-8100
MINDTE INC 720 Snashed Rd Rockville .424-6200
MINNICK'S INC Oxon Hill Md ..........937-7220
MULTI-AIRE CORP
7800 Old Alex Ferry Rd Clinton ......856-3400
PEARCE A J & ASSOCIATES
12321 Carroll Av Rockville ..........984-2300
POLAR AIR CONDITIONING & HEATING
12321 Carroll Av Rockville ..........
15731 Crabbs Branch Way Gaithersbrg .670-0680
PRESIDENTIAL REFRIGERATION
1102-7th St Rockville ...............294-8574
ROBINSON'S AIR CONDITIONING &
HEATING CO
1055-B E Dade Dr Rockville ..........871-8902
ROD MILLER INC
2616 Garrett Av Silver Spring .......587-1317
ROWAN HEATING & AIR
CONDITIONING
7002 Marborn Wy Forestville .........568-0500
SEHR SERVICE INC
7406 Hslev St N Washington ..........248-4455
S & H HEATING & AIR CONDITIONING
Washington Area Tel No ..............670-9133
SHAMROCK SERVICE CO
7216 N H Av Tk Pk ...................270-1900
SILVER SPRING AIR CONDITIONING &
HEATING CO INC
Rt 4106 Newport Av Kensington .......564-1555
THERMAL-AIRE INC Rt 925 Waldorf ....843-2200
WACHTER & NORWOOD INC
Woodside Rd Laurel ..................
WHEAT JAMES R & SONS PLUMBING
& HEATING INC
7934 Beechcraft Av Gaithersburg .....670-1044

DISTRIBUTORS
AUTOMATIC EQUIPMENT SALES OF
MARYLAND 12201 Conbey Rd Beltsville .670-1070

CHAPMAN S M HEAT-PUMP &
APPLIANCES 8 N CONDITIONING
15201 Marlboro Pk Upper Marlboro ....627-2237
CLIMATE CONTROL SERVICE CO
12227 Distribution Pt Beltsville ....937-8292
(See Our Ad Previous Page)
Clubb Robert E Associates Damascus ..253-2418

**Replace your receiver carefully.**

---

## HEAT PUMPS–(Cont'd)



### B & B
SINCE 1957
HOME OF MR HEAT PUMP

CERTIFIED HEAT PUMP SPECIALISTS
ALL MAKES SALES & SERVICE

LAUREL ............937-0404
SILVER SPRING ...589-3440
GAITHERSBURG ....330-0040
ROCKVILLE .......881-2700
ANNAPOLIS .......266-7900
Parts Servicenter
2504 Generals Hwy Annapolis
12224 Wilkins Av Rockville ..........881-2700

B & B REFRIGERATION & AIR
CONDITIONING SERVICE CO INC
Silver Spring Md ....................589-3440
Beltsville Md
(See Our Ad Page 972)
B & B REFRIGERATION & AIR
CONDITIONING SERVICE CO INC
Gaithersburg ........................937-0404
Gaithersburg ........................330-0040
B & B REFRIGERATION & AIR
CONDITIONING SERVICE CO INC
Rockville Maryland ..................881-2700
B & B Air Conditioning & Heating Service
9504 46th Av College Pk .............345-5431
Beltsville Heating & Air Conditioning Inc
11610 Balto Bvd Beltsvle ............937-6700

BELTWAY HEATING & AIR
CONDITIONING CO INC
Sales • Service • Installation
■  MD • DC • No. VA
7838 Parston Dr Forestville .........736-3131

BENNETT AIR CONDITIONING INC
SALES • SERVICE • FREE ESTIMATES
Commercial Specialists
7401-C Barbara Ln Clinton ...........449-1650

BETHESDA REFRIGERATION
SERVICE INC 4831 Del Ray Av Beth ...654-3224
(See Our Ad This Page)
BISHOP EQUIPMENT CO INC
2025 Oser Av Baltim Md ..............573-8980
BLANKENBURG GENERAL CONTRACTORS
4704 Glen View Dr Clinton ...........868-7796
BOB'S HEATING & AIR
CONDITIONING SPECIALISTS
Camp Springs Md .....................899-6700

Find it Fast in the
C&P Yellow Pages.

---

## HEAT PUMPS–(Cont'd)

BOUCHER HEATING & AIR
CONDITIONING CO

### BOUCHER
HEATING & COOLING
SALES - SERVICE
ALL MAKES
Over 30-Years Of Service

**984-2300**
12321 Carroll Ave, Rockville

---

BRYANT SALES & SERVICE

**bryant**

• High-efficiency heat pumps.
• Heats & cools in one unit for year-round comfort.
• Quiet operation & Reliable, durable.
• Energy-saving economy.
• Dependable service.

"FOR INFORMATION CALL"
DEALERS

A-B & HEATING AND AIR
CONDITIONING INC
556 Forest Glen Rd Sil Spg ..........681-4308
9317 Garden Ct Potomac ..............869-0889
7735 Old Georgtwn Rd Beth ...........654-3465
4400 Stamp Rd Silver Spg ............277-1713
6825 Walnut Rd Hyatts ...............277-7713
50-3F Edmonston Dr Rockv ............279-3833
11533 Parsona Dr Gaithersburg .......948-2300
2800 10th St NE .....................635-0780
A-2 PEARCE & ASSOCIATES
12321 Carroll Av Rockvle ............984-2300
ACADEMY HEATING & AIR
CONDITIONING 11720 Nebel St Rockvl .770-3100
ADRIAN L MERTON INC
9011 S Nicholson Dr Capital Heights ..336-2700
B & B REFRIGERATION & AIR
CONDITIONING SERVICE CO INC
Rockville Md ........................881-2700
Silver Spring Md ....................589-3440
Beltsville Md .......................937-0404
Gaithersburg Md .....................330-0040
COMBUSTIONEER
945-A Lakeland Ln Rockville .........340-2290
DAVIS & DAVIS AIR CONDITIONING &
HEATING CO
10516 Detrick Av Kensington .........942-7210
DYRATEMP INC 8968 Brookville Rd Sil Spg .588-6200
EEAUGH T J & SONS, INC
7802 Brown Bridge Rd Highland .......596-0026
FREE FLOW INC
8523 Flower Av Tk Pk ................948-4896
GAITHERSBURG AIR CONDITIONING &
HEATING INC Gaithersburg Md ........
GENERAL HEATING ENGINEERING CO
INC 5919 Central Av Capitol Heights ..336-6500
H & C HEATING & COOLING
CONTRACTORS 101 Laurel Av Laurel ...953-2313
HARRINGS ENVIRONMENTAL
SYSTEMS INC 8160 Lark
Brown Rd N Washington Area Tel No ..621-2288
MILLER ROD INC
0653 Brookville Rd Sil Spg ..........587-1317
MINNICK INC Oxon Hill Md ............937-7220
"(Continued) Next (Column)"

---

## HEAT PUMPS–(Cont'd)

BRYANT SALES & SERVICE–Continued
DEALERS–Continued

PARKER HEATING & AIR
CONDITIONING 13957 Nebel St Rockvl ..949-3333
POLAR AIR CONDITIONING & HEATING
15731 Crabbs Branch Way Gaithersbrg .670-0680
WACHTER & NORWOOD INC
23041 Woodfld Rd Gaithersburg .......253-2926

BUDGET SALES AND SERVICE



### BUDGET
SALES & SERVICE

• CARRIER
• TRANE
• RUUD

CENTRAL AIR CONDITIONING
HEAT PUMPS • FURNACES
HUMIDIFIERS • AIR PURIFIERS
All Makes & Models
24 HOUR SERVICE
LICENSED - BONDED

**949-1850**
SILVER SPRING, MD

---

C&P REFRIGERATION SERVICE CO
CONDITIONING SERVICE CO ..........961-6269

CARRIER HEAT PUMPS

**Carrier**

CUT ENERGY COSTS
• High Efficiency.
• Heat Pumps.
Furnaces, Central Air, Room Units.
• Residential & Commercial.
FAST/RELIABLE SERVICE ON ALL BRANDS

SALES & SERVICE

AIR SUPPLY INC
14672-H Southlawn Lane Rockville ....424-1444
AIRWAY CLIMATE REFRIGERATION
AIR-CONDITIONING & HEATING
505 Kennedy St NW ..................723-4427
AITKEN SERVICE CO
401 Diner Rd Rockville ..............762-5526
A OK HEATING & AIR CONDITIONING
C3 2313 Stewart Av Silver Spring ....585-3444
B & B REFRIGERATION & AIR
CONDITIONING SERVICE CO INC
Silver Spring Md ....................589-3440
B & B REFRIGERATION & AIR
CONDITIONING SERVICE CO INC
Gaithersbrg Md ......................330-0040
(Continued Next Column)



000757



SEE ACTION INDEX                                    AIR 63 ▲

# JOHN C. FLOOD INC.

## AIR CONDITIONING
### SALES • SERVICE • INSTALLATION
### GAS/ELECTRIC
### AIR CONDITIONING SPECIALIST

HOT AIR FURNACES    HEAT PUMPS    SAME DAY REPLACEMENT




BONDED LICENSED INSURED
ALL MAJOR BRANDS

RESIDENTIAL AND COMMERCIAL EMERGENCY
SERVICE ASK ABOUT OUR SERVICE CONTRACTS
FREE ESTIMATES CALL ANYTIME




TRANE
CARRIER
YORK

PAY ON YOUR GAS BILL NO MONEY DOWN
EASY PAYMENTS FOR QUALIFIED BUYERS

| MONTGOMERY COUNTY | PRINCE GEORGES CO. | DISTRICT OF COLUMBIA |
| --- | --- | --- |
| **881-7393** | **864-5885** | **723-4466** |

PROUDLY SERVING   DC   MD   VA

# John C. Dorsey Inc.




**COMMERCIAL**        QUALITY SINCE 1945        **RESIDENTIAL**

ASK ABOUT OUR
**LOW REPLACEMENT PRICES**
• Air Conditioning Units
• Air Cleaners • Furnaces
• Heat Pumps • Compressors
• Boilers • Water Heaters






SAVE $$ OFF
YOUR COOLING BILLS

SEE OUR
COUPON

SERVICE CONTRACTS
AVAILABLE

**FINANCING AVAILABLE**
FREE ESTIMATES




**LENNOX** ™
AIR CONDITIONING & HEATING

MONTGOMERY COUNTY
# 384-6073
PRINCE GEORGES COUNTY
# 982-6462

SELECTED
"SERVICE COMPANY
OF THE
YEAR"
SERVICE & PROFESSIONAL
CATEGORY
BY THE
CHAMBER OF COMMERCE

000759





000761

**P** 1756 **PLUMBING**     SEE ACTION INDEX    32020 • The Chesapeake and Potomac Telephone Company of Maryland 1989

# ROTO-ROOTER



## PLUMBING SERVICE

*AND AWAY GO TROUBLES DOWN THE DRAIN®*

## COMPLETE PLUMBING, SEWER & DRAIN CLEANING SERVICE

**24 HOUR EMERGENCY SERVICE**

**ALL TYPES OF PLUMBING REPAIRS**

**REASONABLE COST TO CLEAR ANY DRAIN**
KITCHEN • BATH • LAUNDRY • BASEMENT • YARD
COMMERCIAL—INDUSTRIAL—RESIDENTIAL
HI-VELOCITY WATER JETTING

**YOU KNOW THE PRICE BEFORE WE START**

**TRUSTED, RECOMMENDED SINCE 1935**

## FAST 1 HOUR SERVICE

USUALLY WITHIN THE HOUR FOR SEWER-DRAIN CLEANING

| VISA | MONTGOMERY CO. 670-9002 | NORTHERN PRINCE GEORGES CO. 725-3661 | SOUTHERN PRINCE GEORGES CO. 423-4343 | MasterCard |

GAITHER L. BROWN, MASTER PLUMBER LICENSE #2706

SEE OUR MONEY SAVING COUPON!

# JOHN C. FLOOD INC.

## PLUMBING HEATING AC

 

JOHN C. FLOOD INC.
DC 584
WSSC 462

BONDED   LICENSED   INSURED

### RESIDENTIAL AND COMMERCIAL
• PLUMBING AND HEATING
• DRAIN SERVICE
• WATER PIPES
• HOT WATER HEATERS
• BOILERS
• FAUCETS

**SEWER AND DRAIN CLEANING AVAIL.**

 

HOT AIR FURNACES A/C SUMP PUMPS & WATERPROOFING
KITCHEN & BATH REMODELING

### EMERGENCY SERVICE
ASK ABOUT OUR GUARANTEE
FREE ESTIMATES CALL US
ANYTIME SALES SRVCS.
INSTALLATION

HYDRO THERM   MOEN   THE BOLD LOOK OF KOHLER   DELTA Delta Faucet Company

PAY ON YOUR
GAS BILL!
NO MONEY DOWN
EASY PAYMENTS
FOR QUALIFIED
HOMEOWNERS

 QUALIFIED GAS CONTRACTOR

 SCD

| MONTGOMERY COUNTY 881-7393 | PRINCE GEORGES CO. 864-5885 | DISTRICT OF COLUMBIA 723-4466 |

**PROUDLY SERVING DC MD VA**

000763

A   64  AIR                    SEE ACTION INDEX

# PARKER
### HEATING AND AIR CONDITIONING INC.
*Serving the*
**MARYLAND AREA FOR OVER 30 YEARS**

**SALES & SERVICE**
AIR CONDITIONING • HEATING • HUMIDIFICATION
HEAT PUMPS • ELECTRICAL • AIR CLEANING
—**ALL BRANDS SERVICED**—
FAST SERVICE—RADIO DISPATCHED

Ask About
Our
Current
Discounts

**NO CHARGE FOR TRAVEL TIME**

**GAS COMPANY AND BANK
FINANCING AVAILABLE**
SERVICE CONTRACTS • *FREE* INSTALLATION ESTIMATES

       

*Amana*   *Carrier*   **YORK**   *Rheem*   GE   *Coleman*   *Whirlpool*   *Master Card*   *VISA*

*TRANE*   FEDDERS   *bryant*   **LENNOX**   **HEIL**

**"CALL LOCATION NEAREST YOU"**

| GERMANTOWN DAMASCUS | BETHESDA POTOMAC | ROCKVILLE GAITHERSBURG | SILVER SPRING WHEATON |
|---|---|---|---|
| **353-1111** | **654-7676** | **881-4660** | **949-3333** |

**SAME DAY SERVICE AVAILABLE**

**ALL LOCATIONS 949-3333**
FOR AFTER HOURS EMERGENCIES: BUSINESS OFFICE – 12057 NEBEL ST., ROCKVILLE, MD.

SEE OUR
MONEY SAVING
COUPON UNDER
AIR CONDITIONING
CONTRACTORS &
SYSTEMS

# JOHN C. FLOOD
### PLUMBING & HEATING INC.
SERVING DC MD & VA

• **WE DO IT ALL** •
**RESIDENTIAL • COMMERCIAL**

# AIR CONDITIONING

• **ALL MAJOR BRANDS**
• BONDED • LICENSED • INSURED
**FREE ESTIMATES**

• HOT AIR FURNACES • DUCT WORK
• HEATING  HEAT PUMPS
• SAME DAY REPLACEMENTS
• GAS AIR CONDITIONING SPECIALISTS
• SERVICE CONTRACTS AVAILABLE
• BANK FINANCING AVAILABLE

**SALES
SERVICE
INSTALLATION**

SCD



  

*TRANE*   FLOOD   QUALIFIED GAS CONTRACTORS

*FOR FAST SERVICE CALL*

## 301 864-5885

| MONTGOMERY CO. | D.C. | NORTHERN VA |
|---|---|---|
| **301 881-7393** | **202 723-4466** | **703 591-6080** |

**EMERGENCY SERVICE**

000765

32820 © The Chesapeake and Potomac
Telephone Company of Maryland 1990

SEE ACTION INDEX

HEATING 973 **H**

# JOHN C. FLOOD INC.

### PLUMBING & HEATING

## • WE DO IT ALL •

## *EMERGENCY SERVICE*

### SALES • SERVICE • INSTALLATION



**BOILERS FURNACES**

QUALIFIED **GAS** CONTRACTOR
PAY ON YOUR GAS BILL
WSSC # 593

**LICENSED BONDED INSURED**

HOT AIR • HOT WATER • STEAM
OIL TO GAS CONVERSIONS
• DUCT WORK • AIR CONDITIONING
• RADIATORS • CONTROLS • HEAT PUMPS
SERVICE CONTRACTS AVAILABLE

**TRANE**  **UTICA BOILERS**

*HYDRO THERM*

NO MONEY DOWN
EASY PAYMENTS FOR
QUALIFIED HOME OWNERS

**FREE ESTIMATES**

SAME DAY REPLACEMENTS
OIL TO GAS CONVERSIONS

## FOR FAST SERVICE CALL...

**ALL MAJOR BRANDS** RUUD

# 301 864-5885

VISA    SCD

| MONTGOMERY CO. | D.C. | NORTHERN VA |
|---|---|---|
| **301 881-7393** | **202 723-4466** | **703 591-6080** |

## EMERGENCY SERVICE



# 4CE Plumbing&HVAC Inc.

## RESIDENTIAL-COMMERCIAL
REGISTERED MASTER PLUMBER # 1852

## *HEAT PUMPS*
## *GAS & OIL FURNACES*
## *BOILERS*

NEW INSTALLATIONS AND
SERVICE
ALL MAKES AND MODELS

**SPECIALIZING IN:**

 **TRANE**

## 24 HR. EMERGENCY SERVICE-7 DAYS A WEEK
### TELEPHONE EQUIPPED TRUCKS

# 843-6466

SERVING ALL OF PRINCE GEORGES COUNTY & SURROUNDING AREAS

03-NOV-2005 LIBRARY OF CONGRESS PHOTODUPLICATION SERVICE 902

P 1722 PLUMBING                    SEE ACTION INDEX



# ROTO-ROOTER

## PLUMBING SERVICE

®

AND AWAY GO TROUBLES DOWN THE DRAIN

### COMPLETE PLUMBING, SEWER & DRAIN CLEANING SERVICE

**24 HOUR EMERGENCY SERVICE**
**ALL TYPES OF PLUMBING REPAIRS**
**REASONABLE COST TO CLEAR ANY DRAIN**
KITCHEN · BATH · LAUNDRY · BASEMENT · YARD
COMMERCIAL – INDUSTRIAL – RESIDENTIAL

**HI-VELOCITY WATER JETTING**

**FREE ESTIMATES**
YOU KNOW THE PRICE BEFORE WE START

**TRUSTED, RECOMMENDED SINCE 1935**

### FAST 1 HOUR SERVICE

USUALLY WITHIN THE HOUR FOR SEWER-DRAIN CLEANING

VISA

MONTGOMERY CO.
**670-9002**

NORTHERN PRINCE GEORGES CO
**725-3661**

SOUTHERN PRINCE GEORGES CO
**423-4343**

SERVING D.C., MD'S & VA

# JOHN C. FLOOD INC.

## PLUMBING & HEATING

SEE OUR MONEY SAVING COUPON UNDER SEWER AND DRAIN CLEANING

FREE ESTIMATES

### RESIDENTIAL - COMMERCIAL

· PLUMBING & HEATING      · HOT WATER HEATERS
· DRAIN SERVICE           · BOILERS
· WATER PIPES             · FAUCETS

QUALIFIED GAS CONTRACTOR
PAY ON YOUR GAS BILL

JOHN C. FLOOD
864-5885
DRAIN SERVICE

WSSC # 593

### SEWER & DRAIN CLEANING

· HOT AIR FURNACES · AIR CONDITIONING
· SUMP PUMPS & WATERPROOFING
· BANK FINANCING AVAILABLE · KITCHEN & BATHROOM REMODELING

**301 864-5885**

DELTA
DELTA FAUCET COMPANY

HYDRO THERM

MOEN

KOHLER

UTICA BOILERS

SCD

VISA



MONTGOMERY CO.
**301 881-7393**

D.C.
**202 723-4466**

NORTHERN VA
**703 591-6080**

## EMERGENCY SERVICE

000769

**A** 84. AIR.    ↙ SEE ACTION INDEX    J7820 © The Chesapeake and Potomac Telephone Company of Maryland 1993



# EMERGENCY SERVICE

"WE GET TO YOU FAST"
SERVING MONTGOMERY & P.G. COUNTY

CERTIFIED HEAT PUMP MECHANIC
RESIDENTIAL - COMMERCIAL
**ALL MAKES & MODELS**

• A/C UNITS
• HEAT PUMPS
• AIR CLEANERS
• HUMIDIFIERS

FULL INSTALLATION AND SERVICE
**FREE ESTIMATES**

**948-9177**

---

## MONTGOMERY COUNTY RESIDENTIAL

• REPLACEMENTS • ADD-ONS
• HUMIDIFIERS • DUCT WORK
• ELECTRONIC AIR CLEANERS
*FINANCING AVAILABLE*
LICENSED • BONDED • INSURED

**EVANS** HEATING AIR CONDITIONING

*Carrier*

**977-7722**
GAITHERSBURG

---

## H.P.S. MECHANICAL INC

HEATING & AIR CONDITIONING
SPECIALISTS IN HEAT PUMPS
RESIDENTIAL AND COMMERCIAL

"QUALITY ABOVE PRICE"
SERVING MONTGOMERY, FREDERICK
& WASHINGTON COUNTIES

**424-6970**
TRANE Carrier YORK COMFORTMAKER GE

---

**Mechanical Enterprises, Inc.**

• 24 HOUR SERVICE
• Installation & Sales
• Earth Coupled Heat Pumps
• Solar Systems
• Staff Engineer for the Tough Problems

**YORK**

*"Washington's Best Service"*

**301-652-7099**

---

# ELI'S AIR CONDITIONING & REFRIGERATION INC
EST. 1973

Serving Montgomery County
& Metro Area
Residential & Commercial
Heating & Air Conditioning

• Refrigeration (Commercial)
• Humidifiers
• Sheetmetal - Duct Work
Most Brands Serviced
24 Hour Answering Service

**656-3113**
**417-0034**    **299-2189**
Licensed • Bonded • Insured

---

**MASTERS**

■ AIR CONDITIONING
■ HEATING
■ PLUMBING

7 DAY • 24 HOUR SERVICE
SEE OUR HALF PAGE AD
THIS HEADING

**840-2993**
GAITHERSBURG

---

# F&F SERVICES INC.
HEATING & AIR CONDITIONING
**ALL MAKES & MODELS**
**SAME DAY SERVICE**
SALES • SERVICE • INSTALLATION

*Carrier*  *bryant*

**424-5333**
Rockville MD

MHIC # 34058

---

# HARVEY W. HOTTEL INC.
SINCE 1945
• AIR COND. • HEATING • ELECTRICAL • PLUMBING

**24 HOUR EMERGENCY SERVICE**
FINANCING AVAILABLE

SALES • SERVICE INSTALLATION

**975-9444**
**921-9599**

7854 CESSNA AVENUE • GAITHERSBURG MD 20879

---



# JOHN C. FLOOD INC
PLUMBING & HEATING
SERVING DC MD & VA

SALES • SERVICE INSTALLATION

• HOT AIR FURNACES • DUCT WORK
• HEATING - HEAT PUMPS
• SAME DAY REPLACEMENTS
• GAS AIR CONDITIONING SPECIALISTS
• SERVICE CONTRACTS AVAILABLE
• BANK FINANCING AVAILABLE

ALL MAJOR CREDIT CARDS
PAY ON YOUR GAS BILL

**FREE ESTIMATES**
BONDED • LICENSED • INSURED

**301 864-5885**

---

## On A Search?

**Find It With Us!**

The Bell Atlantic Yellow Pages

**Bell Atlantic**

---

## AIR CONDITIONING CONTRACTORS & SYSTEMS (Cont'd)

Advertisers may be required to be licensed by the State. Consumers are advised to check for a valid license when using the services of these advertisers. For more information, contact your appropriate regulatory agency.

**B & B AIR CONDITIONING & HEATING SERVICE CO INC**

Specialists In
Central Air Conditioning
Heating - Heat Pumps
Sales - Service
Residential - Commercial
Radio Dispatched Trucks,
Service 7 Days A Week 24 Hours A Day
Service Contracts Available

LAUREL ............................... 937-0404
SILVER SPRING ................... 589-3440
GAITHERSBURG ................... 330-0040
ROCKVILLE ......................... 881-2700
ANNAPOLIS ........................ 301 266-7800
COLUMBIA .......................... 987-2700
Parts Department ................. MHIC # 9780
2084 Generals Hwy Annapolis
7915 B Hickenbotham Dr Gaithersburg
12524 Wilkins Av Rockville

Replace your receiver carefully.

---

## AIR CONDITIONING CONTRACTORS & SYSTEMS (Cont'd)

**B & B AIR CONDITIONING & HEATING SERVICE CO INC**
Silver Spring ..................... 589-3440
Rockville ........................... 937-0404
Annapolis .......................... 261-8629
**B & B Heating & Cooling Contractors Inc**
White Plains —— Washington Area Tel No—870-2055
**B F M Inc** 6152 Oxon Hill Rd Oxon Hill —— 567-8129
**B J Brown Air Conditioning & Heating Co**
13100 Clarksvl Rd Highland —— Laurel Tel No—596-9520
**BMI CONSTRUCTION CO INC**
• Specializing In Heating & Cooling
24 Hr 7 Day Service
900 Evart St NE ................ 202 526-1780
**B & R AIR CONDITIONING & HEATING INC**
11223 Old Baltimore Pike Beltsville ...... 595-9840
See (Our Ad Page 92)
Barnett & Sons Inc Waldorf ............. 843-7710
**BATEMAN & SON INC**
1414 Ritchie Marlboro Rd Capitol Heights 808-3180
Baxter Services Inc
10545 Guilford Rd
Jessup —— Washington Area Tel No—953-2208
Baxter Services Inc 10545 Guilford Rd Jessup 776-8222
Beall Heating & Air Conditioning
Waldorf —— Washington Area Tel No—843-9213
Beardsley Heating & Air Conditioning
Pomfret ......................... 870-3407

Get the habit of shopping with the
aid of the C&P Yellow Pages.
They'll save you time,
trouble, and money.

---

## AIR CONDITIONING CONTRACTORS & SYSTEMS (Cont'd)

**BELTSVILLE HEATING & AIR CONDITIONING INC**
11610 Baltimore Blvd Beltsville ...... 937-6700
See 2P Ad Page 92
Beltway Heating & Air Conditioning Co Inc
12600 Laurel Dr Sil Spg ............ 585-6660
**BELTWAY HEATING & AIR CONDITIONING CO INC**

AIR CONDITIONING
• Sales • Service • Installation
On All Major Makes
SYSTEM DESIGN

8J8 Parston Dr Forstville ............ 736-3131
12600 Laurel Dr Silver Spring ...... 585-6660
No Va .............................. 45P-2215

**BENNETT AIR CONDITIONING INC**

# COMMERCIAL INDUSTRIAL AIR CONDITIONING

Serving The Entire Metro Area
For Over 25 Years

• SYSTEM DESIGN • SERVICE • INSTALLATION

**NO RESIDENTIAL SERVICE**

MAIN OFFICE        SERVICE
**449-1680**    **449-1300**
7601 C Barbara Ln Clinton

Call your C&P business office
for YELLOW PAGES directories.

## H 920 HEATING

SEE ACTION INDEX

32820. © The Chesapeake and Potomac Telephone Company of Maryland 1991

---

### FRE-MONT

ROCKVILLE • BETHESDA POTOMAC • SILVER SPRING
WHEATON • GAITHERSBURG • GERMANTOWN • OLNEY

• Heating
• Air Conditioning
• Heat Pumps

**RESIDENTIAL • COMMERCIAL**
**1 DAY**
**REPLACEMENTS**
**24 HOUR**
**EMERGENCY SERVICE**

• Bryant • General Electric • Trane
• Lennox • Carrier • Ruud • Columbia

• Replacements    • Gas & Electric    • Air Cleaners
• Add-ons          • Humidifiers       • Heat Pumps

Immediate Financing • Installation

FREE REPLACEMENT ESTIMATES • SALES & SERVICE
MAINTENANCE AGREEMENTS AVAILABLE

**251-1220**

"WE PUT COMFORT AT YOUR FINGERTIPS"

---



### Walbert Furnace Company

**HEATING AND AIR CONDITIONING**

SALES • SERVICE • INSTALLATION
AIR CONDITIONERS & HEAT PUMPS
RESIDENTIAL & COMMERCIAL
PARTS & SERVICE ON ALL BRANDS
SERVING MD • VA • DC

**HEATING SPECIALISTS**

**702-9503**
**868-0942**

WASHINGTON GAS FINANCING AVAILABLE

Carrier

---



### BELTSVILLE HEATING & A.C. INC.

SINCE 1968

11610 Baltimore Ave • Beltsville, Md. 20705

LENNOX

**We Are Not Comfortable Until You Are**

PROMPT, QUALITY SERVICE • RADIO DISPATCHED
SERVICE • ALL BRANDS & MODELS

FREE INSTALLATION ESTIMATES
MAINTENANCE
AGREEMENTS AVAILABLE

Carrier

Gas Company Financing Available
Other Types of Financing Available

GAS CONTRACTOR

**MONTGOMERY/P.G. COUNTY/D.C.    937-6700**

---



### THE NEW DIMENSION IN QUALITY & SERVICE

## 3-D PLUMBING & HEATING INC.

**SALES • SERVICE INSTALLATION**

WINTER MAINTENANCE CHECK-UPS ✓ BASEBOARD UNITS
GAS BOILER ✓ CIRCULATING PUMPS ✓ RADIATORS
ALL MAKES AND MODELS

Burnham

100% FINANCING ON GAS EQUIPMENT

**24 HR. SERVICE**
**420-2197**

LICENSED-BONDED-INSURED

---



### We Care About Your Furnace...

| 24 HOUR • EMERGENCY SERVICE | ONE DAY • EQUIPMENT REPLACEMENT | NO EXCLUSION • WARRANTY CONTRACTS |



## United Air Temp

| Mont Co | P.G. Co | Falls Church | Fairfax | Alexandria |
| 652-4328 | 852-9900 | 703 237-7717 | 703 691-8553 | 703 751-3191 |

---

### HEATING CONTRACTORS (Cont'd)

Advertisers may be required to be licensed by the State. Consumers are advised to check for a valid license when using the services of these advertisers. For more information, contact your appropriate regulatory agency.

**DAYMUDE & LEONARD & CO**
Commercial & Industrial
10542 Metropolitan Av Kensington ........ 949-2820

**DENAHN J L AIR CONDITIONING & HEATING SERVICE**
Old Fashion Service Day Or Night Using Environmentally Safe Technology
La Plata ............................................ 870-3618
Deick Services & Silver Spring ............... 445-6628

---

### HEATING CONTRACTORS (Cont'd)

**DEPENDO HEATING CO**
SINCE 1946
HEATING SALES • SERVICE
ALL MAKES
881-9130

Rockville .......................................... 881-9130

Dependo Heating Co Rockville .............. 881-9130A
Diamond Electric Company College Park ... 277-3776
**DICK'S AIR CONDITIONING & HEATING**
(See Our Ad Page 918)
7603 Allentown Rd Ft Washington ........... 248-6000
Diminian Construction & Service Co
899 Chopper Rd Gaithersburg ............... 921-0048
**DMS HEATING & AIR CONDITIONING**
INC 7836 E Airpark Rd Gaithersburg ...... 948-6838
Dorsey John C Inc Servce ...................... 982-6332
Dorsey John C Inc Silver Spring ............. 384-6354

---

### HEATING CONTRACTORS (Cont'd)

DORSEY JOHN C INC 6100 R 1 Av Riverdl— 927-7100
(See Our Ad Page 914)
Dunsmore HVAC Inc 2710 Garreld Av Sd Spg 565-8891
DYNATEMP INC 15220 Dino Dr Burtonsville— 236-9800
(See Our Ad Next Page)
E&M HVAC Services Greenbelt .............. 345-2365
Early's Air Conditioning & Refrigeration
9418 Victoria Dr Upper Marlboro ......... 599-9111
**EBAUGH T J & SONS INC**
Sales • Service • Gas • Electric • Heat Pumps
Humidifiers • Sheet Metal
Fulton .......................................... 596-0026
Eberly G A 8911 Oron Hill Rd Oron Hill— 567-9114
**ELI'S AIR CONDITIONING & REFRIGERATION INC**
MOST MAJOR BRANDS
DUCT WORK
Bethesda ....................................... 656-3113
Gaithersburg .................................. 417-0034
Elmira-Aire Services Rocevale ............... 340-6050
Environalista 9521 Worrett Av Seabrook .. 459-5056
**EVANS HEATING & AIR CONDITIONING**
8547 Piggy Ln Gaithersburg ................ 977-7722
F & F SERVICES INC 1102 Taft St Rockvle 424-5333
(See Our Ad Next Page)
**FEDDERS CENTRAL AIR CONDITIONING & HEATING**
A J PEARCE & ASSOCIATES
12321 Carroll Av Beytsvile ................. 984-2300
SUBURBAN SERVICE HEATING & AIR
CONDITIONING Silver Spring .............. 585-8359

Flo-LT-EXC
**A-B & A HEATING AND AIR CONDITIONING INC**
7735 Old Georgetown Rd Bethesda ...... 656-3665
550 Forest Glen Rd Silver Spring .......... 601-4200
5301 Holland Dr Beltsville ................... 345-0400
9517 Garden Ct Potomac .................... 469-5872
14401 Whitetree Pl Gaithersburg .......... 294-0081
**ACADEMY HEATING & AIR CONDITIONING**
11720 Nebel St Rockvl ....................... 770-3100

---

### HEATING CONTRACTORS (Cont'd)

Hester Plumbing & Heating Co
7306 Sandy Spring Rd Laurel ............... 725-3293

**FLOOD JOHN C INC**
HEAT BOILERS FURNACES
HEAT PUMPS
SAME DAY REPLACEMENTS
NO MONEY DOWN EASY PAYMENTS
FOR QUALIFIED HOME OWNERS
3816 Bladensburg Rd Cottage City ....... 864-5885

**FRANK GARY P INC**
WE'RE A SMALL RELIABLE COMPANY
WHEN YOU CALL US YOU
SPEAK TO THE BOSS   24 HR SVC
8918 Ridge Pl Bethesda ..................... 493-5766

**FREMONT REFRIGERATION & AIR CONDITIONING SERVICE**
315 Hesperd Av Rockville ................... 251-1220
(See Our Ad Page 914)
Fry Plumbing & Heating Bryans Road .... 283-3355

**GHR AIR CONDITIONING & REFRIGERATION CO**
ROCKVILLE • POTOMAC
SILVER SPRING • BETHESDA
Heating • Humidifiers
Heat Pumps • Duct Work
Emergency Service • All Makes & Brands
13302 Keating St Rockville .................. 949-5523

Greisler Vernon F Inc
Briggs Chaney Rd Sil Spg .................... 384-6650
**GAITHERSBURG AIR CONDITIONING & HEATING**
INC Gaithersburg Md ........................
Gartrell Benjamin F & Sons Inc Silver Spring 421-9088



**A** 84  **AIR**
— SEE ACTION INDEX —

37820 • The Chesapeake and Potomac Telephone Company of Maryland 1993

# EMERGENCY SERVICE

"WE GET TO YOU FAST"

SERVING MONTGOMERY & P.G. COUNTY

CERTIFIED HEAT PUMP MECHANIC
RESIDENTIAL - COMMERCIAL

## ALL MAKES & MODELS

• A/C UNITS
• HEAT PUMPS
• AIR CLEANERS
• HUMIDIFIERS

FULL INSTALLATION AND SERVICE
FREE ESTIMATES

**948-9177**

---

## MONTGOMERY COUNTY RESIDENTIAL

• REPLACEMENTS • ADD-ONS
• HUMIDIFIERS • DUCT WORK
• ELECTRONIC AIR CLEANERS

### FINANCING AVAILABLE
LICENSED • BONDED • INSURED

## EVANS HEATING AIR CONDITIONING


Carrier

**977-7722**
GAITHERSBURG

---

## H.P.S. MECHANICAL INC

HEATING & AIR CONDITIONING
SPECIALISTS IN HEAT PUMPS

RESIDENTIAL AND COMMERCIAL

"QUALITY ABOVE PRICE"
SERVING MONTGOMERY FREDERICK
& WASHINGTON COUNTIES

**424-6970**


TRANE CARRIER YORK COMFORTMAKER GE

---

## Mechanical Enterprises, Inc.

• 24 HOUR SERVICE
• Installation & Sales
• Earth Coupled Heat Pumps
• Solar Systems
• Staff Engineering for the Tough Problems

### YORK
Heating and Air Conditioning

"Washington's Best Service"

**301-652-7099**

---

## ELI'S AIR CONDITIONING & REFRIGERATION INC
EST. 1973

Serving Montgomery County & Metro Area
Residential & Commercial
Heating & Air Conditioning

• Refrigeration (Commercial)
• Humidifiers
• Sheetmetal - Duct Work
Most Brands Serviced

24 Hour Answering Service

**656-3113**
**417-0034**    **299-2189**

Licensed • Bonded • Insured

---

## MASTERS

■ AIR CONDITIONING
■ HEATING
■ PLUMBING

7 DAY • 24 HOUR SERVICE

SEE OUR HALF PAGE AD
THIS HEADING

**840-2993**
GAITHERSBURG

---

## F & F SERVICES INC.
HEATING & AIR CONDITIONING

ALL MAKES & MODELS
SAME DAY SERVICE
SALES - SERVICE - INSTALLATION

Carrier   bryant

**424-5333**
Rockville MD

MHIC # 34058

---

## HARVEY W. HOTTEL INC.
SINCE 1947

• AIR COND. • HEATING • ELECTRICAL
• PLUMBING

### 24 HOUR EMERGENCY SERVICE
FINANCING AVAILABLE

SALES - SERVICE - INSTALLATION

**975-9444**
**921-9599**

7854 CESSNA AVENUE • GAITHERSBURG MD 208?5

---



# JOHN C. FLOOD
PLUMBING & HEATING INC
SERVING DC MD & VA

SALES • SERVICE
INSTALLATION

• HOT AIR FURNACES • DUCT WORK
• HEATING - HEAT PUMPS
• SAME DAY REPLACEMENTS
• GAS AIR CONDITIONING SPECIALISTS
• SERVICE CONTRACTS AVAILABLE
• BANK FINANCING AVAILABLE

ALL MAJOR CREDIT CARDS
PAY ON YOUR GAS BILL

FREE ESTIMATES
BONDED • LICENSED • INSURED

**301 864-5885**

---

## On A Search?



## Find It With Us!

The Bell Atlantic Yellow Pages

Bell Atlantic

---

## AIR CONDITIONING CONTRACTORS & SYSTEMS (Cont'd)

Advertisers may be required to be licensed by the State. Consumers are advised to check for a valid license when using the services of these advertisers. For more information, contact your appropriate regulatory agency.

---

### B & B AIR CONDITIONING & HEATING SERVICE CO INC

HOME OF
AIR HEAT PUMP

## B & B SINCE 1957

Specialists in
Central Air Conditioning
Heating - Heat Pumps
Sales - Service
Residential - Commercial
Radio Dispatched Trucks
Service 7 Days A Week 24 Hours A Day
Service Contracts Available

LAUREL..........................937-0404
SILVER SPRING..................589-3440
GAITHERSBURG...................330-0040
ROCKVILLE......................881-2700
ANNAPOLIS......................301 266-7900
COLUMBIA.......................967-2700
Park's Serviceman:  MHIC # 8750
2064 Generals Hwy Annapolis
7815 B Redderness Dr Gaithersburg
12304 Wilkins Av Rockville

Replace your receiver carefully.

---

## AIR CONDITIONING CONTRACTORS & SYSTEMS (Cont'd)

B & B AIR CONDITIONING & HEATING SERVICE CO INC
  Silver Spring .........................589-3440
                                        937-0404
  Annapolis ............................261-8629
B & B Heating & Cooling Contractors Inc
  White Plains — Washington Area Tel No - 870-2055
B F M Inc 8152 Oxon Hill Rd Oxon Hill - - 567-8129
B J Brown Air Conditioning & Heating Co
  13100 Clarksville Rd Highland — Laurel Tel No - 596-9520

### BMI CONSTRUCTION CO INC
• Specializing In Heating & Cooling
  24 Hr 7 Day Service
  900 Evart St NE ...............202 526-1780

### B & R AIR CONDITIONING & HEATING SERVICE
  11273 Old Baltimore Pike Beltsville ....595-9840
                 (See Our A? Page 97)
Barnett & Sons Inc Waldorf ............843-7730

### BATEMAN & SON INC
  1414 Roche Marlboro Rd Capitol Heights 808-3180
Baxter Services Inc
  10545 Guilford Rd
  Jessup ——Washington Area Tel No - 953-2208
Baxter Services Inc 15045 Guilford Rd Jessup 776-8222
Beall Heating & Air Conditioning
  Waldorf ——Washington Area Tel No - 843-9213
Beardsley Heating & Air Conditioning
  Pomfret ...............................870-3407

Get the habit of shopping with the aid of the C&P Yellow Pages. They'll save you time, trouble, and money.

---

## AIR CONDITIONING CONTRACTORS & SYSTEMS (Cont'd)

BELTSVILLE HEATING & AIR CONDITIONING INC
  11610 Baltd Blvd Beltsville ...........937-6700
                            (See '33 A? Page 97)
Beltway Heating & Air Conditioning Co Inc
  17600 Laurel Dr Sil Spg ..............585-6660

### BELTWAY HEATING & AIR CONDITIONING CO INC

### AIR CONDITIONING
• Sales • Service • Installation
  On All Major Makes
### SYSTEM DESIGN

7878 Ramona Dr Forstville ............736-3333
12600 Laurel Dr Silver Spring ........585-6660
Rockville .............................459-2215

### BENNETT AIR CONDITIONING INC

## COMMERCIAL INDUSTRIAL AIR CONDITIONING

Serving The Entire Metro Area
For Over 25 Years

• SYSTEM DESIGN • SERVICE • INSTALLATION

### NO RESIDENTIAL SERVICE

MAIN OFFICE          SERVICE
**449-1680**      **449-1300**
7601 C Barbara Ln    Clinton

Call your C&P business office for YELLOW PAGES directories.



000771

**H 920 HEATING**    SEE ACTION INDEX

32820 © The Chesapeake and Potomac
Telephone Company of Maryland 1991



ROCKVILLE · BETHESDA POTOMAC · SILVER SPRING
WHEATON · GAITHERSBURG · GERMANTOWN · OLNEY

**FRE-MONT**
• Heating
• Air Conditioning
• Heat Pumps

**RESIDENTIAL · COMMERCIAL**
**1 DAY**
**REPLACEMENTS**
**24 HOUR**
**EMERGENCY SERVICE**
• Bryant • General Electric • Trane
• Lennox • Carrier • Ruud • Columbia
• Replacements • Gas & Electric • Air Cleaners
• Add-ons • Humidifiers • Heat Pumps
Immediate Financing · Installation
FREE REPLACEMENT ESTIMATES · SALES & SERVICE
MAINTENANCE AGREEMENTS AVAILABLE

**251-1220**
"WE PUT COMFORT AT YOUR FINGERTIPS"



**Walbert Furnace Company**
HEATING AND AIR CONDITIONING

SALES · SERVICE · INSTALLATION
AIR CONDITIONERS & HEAT PUMPS
RESIDENTIAL & COMMERCIAL
PARTS & SERVICE ON ALL BRANDS
SERVING MD · VA · DC

**HEATING SPECIALISTS**

**702-9503**
**868-0942**

WASHINGTON GAS
FINANCING AVAILABLE

Carrier



SINCE 1968

**BELTSVILLE HEATING & A.C. INC.**
11610 Baltimore Ave · Beltsville, Md. 20705

LENNOX
**We Are Not Comfortable Until You Are**

PROMPT, QUALITY SERVICE · RADIO DISPATCHED
SERVICE · ALL BRANDS & MODELS

FREE INSTALLATION ESTIMATES
MAINTENANCE
AGREEMENTS AVAILABLE

Carrier

Gas Company
Financing Available
Other Types of
Financing Available

**MONTGOMERY/P.G. COUNTY/D.C.** **937-6700**



**THE NEW DIMENSION IN QUALITY & SERVICE**

**3-D**

**PLUMBING & HEATING INC.**
**SALES - SERVICE INSTALLATION**
☛ WINTER MAINTENANCE CHECK-UPS ☛ BASEBOARD UNITS
☛ GAS BOILER ☛ CIRCULATING PUMPS ☛ RADIATORS
ALL MAKES AND MODELS

Burnham
100% FINANCING ON
GAS EQUIPMENT

**24 HR. SERVICE**
**420-2197**
LICENSED-BONDED-INSURED



**We Care About Your Furnace...**

**24 HOUR**
**• EMERGENCY**
**SERVICE**

**ONE DAY**
**• EQUIPMENT**
**REPLACEMENT**

**NO EXCLUSION**
**• WARRANTY**
**CONTRACTS**

**United Air Temp**

Mont Co        P.G. Co      Falls Church    Fairfax      Alexandria
652-4328    852-9900  703 237-7717  703 691-8553  703 751-3191

**HEATING CONTRACTORS (Cont'd)**

DORSEY JOHN C INC 6100 R 1 Av Rivrdl⸺927-7100
Dunsmore HVAC Inc 2710 Garfield Av Sil Spg 565-8891
DYNATEMP INC 15220 Dino Dr Burtonsville⸺236-9800
(See Our Ad Next Page)
E&M HVAC Service Greenbelt⸺345-2365
Early's Air Conditioning & Refrigeration
9418 Victoria Dr Upper Marlboro⸺590-0111
EBAUGH T J & SONS INC
Sales · Service · Gas · Electric · Heat Pumps ·
Humidifiers · Sheet Metal
Fulton⸺596-0026
Eberly G A 8911 Oron Hill Rd Oron Hill⸺567-9114

ELI'S AIR CONDITIONING &
REFRIGERATION INC
MOST MAJOR BRANDS
DUCT WORK
Bethesda⸺656-3113
Gaithersburg⸺417-0034

Elmira-Aire Services Rockville⸺340-6050
Enviromates 9521 Worman Ar Seabrook⸺459-5056
EVANS HEATING & AIR
CONDITIONING
8547 Piggy Ln Gaithersburg⸺977-7722
F & F SERVICES INC 1102 Taft St Rockville⸺424-5333
(See Our Ad Next Page)
FEDDERS CENTRAL AIR
CONDITIONING
A J PEARCE & ASSOCIATES
12321 Carroll Av Rockville⸺984-2300
SUBURBAN SERVICE AGENCY
Suburban Cooling Silver Spring⸺585-8359

— DEALERS —
A-B & A HEATING AND AIR CONDITIONING INC
7725 Old Georgtwn Rd Beth⸺656-3465
·550 Forest Glen Rd Silver Spring⸺601-4300
·2115 Holland Dr Beltsville⸺345-0400
·9217 Garden Ct Potomac⸺345-9400
·14401 Whitefriar Pl Gaithersburg⸺294-0081
ACADEMY HEATING & AIR CONDITIONING
11720 Nebel St Rockvl⸺770-3100

**HEATING CONTRACTORS (Cont'd)**

·Flesher Plumbing & Heating Co
7306 Sandy Spring Rd Laurel⸺725-3293

FLOOD JOHN C INC
HEAT BOILERS FURNACES
HEAT PUMPS
SAME DAY REPLACEMENTS
NO MONEY DOWN EASY PAYMENTS
FOR QUALIFIED HOME OWNERS
3816 Bladensburg Rd Cottage City⸺864-5885

FRANK GARY P INC
WE'RE A SMALL RELIABLE COMPANY
WHEN YOU CALL US YOU
SPEAK TO THE BOSS 24 HR SVC
8918 Ridge Pl Bethesda⸺493-5766

FREMONT REFRIGERATION & AIR
CONDITIONING SERVICE
315 McLand Av Rockville⸺251-1220
(See Our Ad This Page)
Fry Plumbing & Heating Bryans Road⸺283-3355

GHR AIR CONDITIONING &
REFRIGERATION CO
ROCKVILLE · POTOMAC
SILVER SPRING · BETHESDA
Heating • Humidifiers
Heat Pumps • Duct Work
Emergency Service • All Makes & Brands
Rockville⸺949-5523

Geegler Vernon F Inc⸺384-6650
Briggs Chaney Rd Sil Spg
GAITHERSBURG AIR CONDITIONING & HEATING
INC Gaithersburg Md⸺926-3253
Cattrell Benjamin P & Sons Inc Silver Spring 931-9088

**HEATING CONTRACTORS (Cont'd)**

Advertisers may be required to be
licensed by the State. Consumers are
advised to check for a valid license
when using the services of these
advertisers. For more information,
contact your appropriate regulatory
agency.

DAYMUDE G LEONARD & CO
Commercial & Industrial
.10542 Metropolitan Av Kensington⸺949-2820
DEKANN J L AIR CONDITIONING &
HEATING SERVICE
Old Fashion Service Day Or Night Using
Environmentally Safe Technology
La Plata⸺870-3618
Deleo Services & Silver Spring⸺445-6628

**HEATING CONTRACTORS (Cont'd)**

DEPENDO HEATING CO
SINCE 1946
HEATING SALES · SERVICE
- ALL MAKES
881-9130
Rockville⸺881-9130
Dependo Heating Co Rockville⸺881-9130
Diamond Electric Company College Park⸺277-3776
DICK'S AIR CONDITIONING &
HEATING
7003 Allentown Rd Ft Washington⸺248-6000
(See Our Ad Page 918)
Dominion Construction & Service Co
890 Clopper Rd Gaithersburg⸺921-0048
DMS HEATING & AIR CONDITIONING
INC 7836-E Airpark Rd Gaithersburg⸺948-4838
Dorsey John C Inc Beverly⸺982-4532
Dorsey John C Inc Silver Spring⸺384-6354

000773






**<u>Attachment "A-2"</u>**

03-NOV-2005 LIBRARY OF CONGRESS PHOTODUPLICATION SERVICE 902

A  64  AIR                    SEE ACTION INDEX

32020 • The Chesapeake and Potomac
Telephone Company of Maryland 1990

# PARKER
### HEATING AND AIR CONDITIONING INC.
*Serving the*
**MARYLAND AREA FOR OVER 30 YEARS**

Ask About Our Current Discounts

## SALES & SERVICE
AIR CONDITIONING • HEATING • HUMIDIFICATION
HEAT PUMPS • ELECTRICAL • AIR CLEANING
**—ALL BRANDS SERVICED—**
FAST SERVICE—RADIO DISPATCHED

NO CHARGE FOR TRAVEL TIME

## GAS COMPANY AND BANK FINANCING AVAILABLE
SERVICE CONTRACTS • *FREE* INSTALLATION ESTIMATES

    Rheem GE Coleman Whirlpool MasterCard VISA

TRANE  FEDDERS  bryant  LENNOX  HEIL

**"CALL LOCATION NEAREST YOU"**

| GERMANTOWN DAMASCUS | BETHESDA POTOMAC | ROCKVILLE GAITHERSBURG | SILVER SPRING WHEATON |
|---|---|---|---|
| **353-1111** | **654-7676** | **881-4660** | **949-3333** |

SAME DAY SERVICE AVAILABLE

**ALL LOCATIONS 949-3333**
FOR AFTER HOURS EMERGENCIES: BUSINESS OFFICE – 12057 NEBEL ST., ROCKVILLE, MD.

---

SEE OUR MONEY SAVING COUPON UNDER AIR CONDITIONING CONTRACTORS & SYSTEMS

# JOHN C. FLOOD INC.
### PLUMBING & HEATING
SERVING DC MD & VA

## • WE DO IT ALL •
### RESIDENTIAL • COMMERCIAL
# AIR CONDITIONING



• **ALL MAJOR BRANDS**
BONDED • LICENSED • INSURED
**FREE ESTIMATES**

- HOT AIR FURNACES • DUCT WORK
- HEATING  HEAT PUMPS
- SAME DAY REPLACEMENTS
- GAS AIR CONDITIONING SPECIALISTS
- SERVICE CONTRACTS AVAILABLE
- BANK FINANCING AVAILABLE

SALES
SERVICE
INSTALLATION

SCD

**FOR FAST SERVICE CALL**

  
TRANE  RUUD  QUALIFIED GAS CONTRACTOR

## 301 864-5885

| MONTGOMERY CO. | D.C. | NORTHERN VA |
|---|---|---|
| **301 881-7393** | **202 723-4466** | **703 591-6080** |

# EMERGENCY SERVICE

000765

32820 s The Chesapeake and Potomac
Telephone Company of Maryland 1990    SEE ACTION INDEX    HEATING 973  H

**SEE OUR MONEY SAVING COUPON UNDER HEATING CONTRACTORS**

# JOHN C. FLOOD
### INC.
### PLUMBING & HEATING



BOILERS FURNACES

### • WE DO IT ALL •
### EMERGENCY SERVICE
## SALES • SERVICE • INSTALLATION

QUALIFIED **GAS** CONTRACTOR
PAY ON YOUR GAS BILL

WSSC # 593

## LICENSED
## BONDED
## INSURED

HOT AIR • HOT WATER • STEAM
OIL TO GAS CONVERSIONS
• DUCT WORK • AIR CONDITIONING
• RADIATORS • CONTROLS • HEAT PUMPS
SERVICE CONTRACTS AVAILABLE

TRANE

UTICA BOILERS

HYDRO THERM

NO MONEY DOWN EASY PAYMENTS FOR QUALIFIED HOME OWNERS
**FREE ESTIMATES**
SAME DAY REPLACEMENTS OIL TO GAS CONVERSIONS

### FOR FAST SERVICE CALL...

ALL MAJOR BRANDS    FLOOD

# 301 864-5885

VISA    SCD

| MONTGOMERY CO. | D.C. | NORTHERN VA |
|---|---|---|
| 301 881-7393 | 202 723-4466 | 703 591-6080 |

# EMERGENCY SERVICE



## RESIDENTIAL-COMMERCIAL
REGISTERED MASTER PLUMBER # 1857

## HEAT PUMPS
## GAS & OIL FURNACES
## BOILERS

### Plumbing&HVACInc.

SPECIALIZING IN:

NEW INSTALLATIONS AND SERVICE
ALL MAKES AND MODELS

    TRANE

## 24 HR. EMERGENCY SERVICE-7 DAYS A WEEK
### TELEPHONE EQUIPPED TRUCKS

# 843-6466

SERVING ALL OF PRINCE GEORGES COUNTY & SURROUNDING AREAS

000767

03-NOV-2005 LIBRARY OF CONGRESS PHOTODUPLICATION SERVICE 902

P 1722 PLUMBING                    SEE ACTION INDEX

# ROTO-ROOTER

## PLUMBING SERVICE

AND AWAY GO TROUBLES DOWN THE DRAIN

### COMPLETE PLUMBING, SEWER & DRAIN CLEANING SERVICE

24 HOUR EMERGENCY SERVICE
ALL TYPES OF PLUMBING REPAIRS
REASONABLE COST TO CLEAR ANY DRAIN
KITCHEN · BATH · LAUNDRY · BASEMENT · YARD
COMMERCIAL – INDUSTRIAL – RESIDENTIAL

HI-VELOCITY WATER JETTING

FREE ESTIMATES
YOU KNOW THE PRICE BEFORE WE START

TRUSTED, RECOMMENDED SINCE 1935

## FAST 1 HOUR SERVICE

USUALLY WITHIN THE HOUR FOR SEWER-DRAIN CLEANING


VISA

| MONTGOMERY CO. | NORTHERN PRINCE GEORGES CO | SOUTHERN PRINCE GEORGES CO |
| 670-9002 | 725-3661 | 423-4343 |

SERVING D.C., MD. & VA

# JOHN C. FLOOD INC.

## PLUMBING & HEATING

SEE OUR MONEY SAVING COUPON UNDER SEWER AND DRAIN CLEANING

FREE ESTIMATES

JOHN C. FLOOD
864-5885
DRAIN SERVICE

WSSC # 593

### RESIDENTIAL - COMMERCIAL
· PLUMBING & HEATING
· DRAIN SERVICE
· WATER PIPES
· HOT WATER HEATERS
· BOILERS
· FAUCETS

QUALIFIED GAS CONTRACTOR
PAY ON YOUR GAS BILL


SCD

### SEWER & DRAIN CLEANING

· HOT AIR FURNACES · AIR CONDITIONING
· SUMP PUMPS & WATERPROOFING
· BANK FINANCING AVAILABLE · KITCHEN & BATHROOM REMODELING

DELTA
DELTA FAUCET COMPANY

HYDRO THERM

MOEN

THE BOLD LOOK OF KOHLER

UTICA BOILERS


VISA

## 301 864-5885

| MONTGOMERY CO. | D.C. | NORTHERN VA |
| 301 881-7393 | 202 723-4466 | 703 591-6080 |

### EMERGENCY SERVICE

000769

03-NOV-2005 LIBRARY OF CONGRESS PHOTODUPLICATION SERVICE 902

A 84 AIR ⟋ SEE ACTION INDEX

37820 • The Chesapeake and Potomac Telephone Company of Maryland 1993

## EMERGENCY SERVICE



"WE GET TO YOU FAST"
SERVING MONTGOMERY & P.G. COUNTY

CERTIFIED HEAT PUMP MECHANIC
RESIDENTIAL - COMMERCIAL

**ALL MAKES & MODELS**

• A/C UNITS
• HEAT PUMPS
• AIR CLEANERS
• HUMIDIFIERS

FULL INSTALLATION AND SERVICE
FREE ESTIMATES

**948-9177**

---

## MONTGOMERY COUNTY RESIDENTIAL

• REPLACEMENTS • ADD-ONS
• HUMIDIFIERS • DUCT WORK
• ELECTRONIC AIR CLEANERS

**FINANCING AVAILABLE**
LICENSED • BONDED • INSURED

### EVANS HEATING AIR CONDITIONING

*Carrier*

**977-7722**
GAITHERSBURG

---

## H.P.S. MECHANICAL INC

HEATING & AIR CONDITIONING
SPECIALISTS IN HEAT PUMPS
RESIDENTIAL AND COMMERCIAL

**"QUALITY ABOVE PRICE"**
SERVING MONTGOMERY, FREDERICK & WASHINGTON COUNTIES

**424-6970**

TRANE CARRIER YORK COMFORTMAKER GE

---

## Mechanical Enterprises, Inc.



• 24 HOUR SERVICE
• Installation & Sales
• Earth Coupled Heat Pumps
• Solar Systems
• Staff Engineer for the Tough Problems

**YORK**

*Washington's Best Service*

**301-652-7099**

---

## ELI'S AIR CONDITIONING & REFRIGERATION INC

EST. 1973

Serving Montgomery County & Metro Area
Residential & Commercial
Heating & Air Conditioning

• Refrigeration (Commercial)
• Humidifiers
• Sheetmetal - Duct Work
Most Brands Serviced

24 Hour Answering Service

**656-3113**
**417-0034**    **299-2189**

Licensed • Bonded • Insured

---

## MASTERS



■ AIR CONDITIONING
■ HEATING
■ PLUMBING

7 DAY • 24 HOUR SERVICE

SEE OUR HALF PAGE AD
THIS HEADING

**840-2993**
GAITHERSBURG

---

## F & F SERVICES INC.

HEATING & AIR CONDITIONING

**ALL MAKES & MODELS**
**SAME DAY SERVICE**
SALES - SERVICE - INSTALLATION

*Carrier*    *bryant*

**424-5333**
Rockville MD

MHIC # 34058

---

## HARVEY W. HOTTEL INC.

SINCE 1945

• AIR COND. • HEATING • ELECTRICAL • PLUMBING

**24 HOUR EMERGENCY SERVICE**

FINANCING AVAILABLE

SALES - SERVICE INSTALLATION

**975-9444**
**921-9599**

7854 CESSNA AVENUE • GAITHERSBURG MD 208?9

---

## JOHN C. FLOOD

PLUMBING & HEATING INC
SERVING DC MD & VA

SALES • SERVICE INSTALLATION

• HOT AIR FURNACES • DUCT WORK
• HEATING-HEAT PUMPS
• SAME DAY REPLACEMENTS
• GAS/AIR CONDITIONING SPECIALISTS
• SERVICE CONTRACTS AVAILABLE
• BANK FINANCING AVAILABLE

ALL MAJOR CREDIT CARDS
PAY ON YOUR GAS BILL

**FREE ESTIMATES**

BONDED • LICENSED • INSURED

**301 864-5885**

---



## On A Search?

### Find It With Us!

The Bell Atlantic Yellow Pages

@Bell Atlantic

---

## AIR CONDITIONING CONTRACTORS & SYSTEMS (Cont'd)

Advertisers may be required to be licensed by the State. Consumers are advised to check for a valid license when using the services of these advertisers. For more information, contact your appropriate regulatory agency.

### B & B AIR CONDITIONING & HEATING SERVICE CO INC



B & B SINCE 1957

Specialists in Central Air Conditioning
Heating - Heat Pumps
Sales - Service
Residential - Commercial
Radio Dispatched Trucks
Service 7 Days A Week 24 Hours A Day
Service Contracts Available

LAUREL .................... 937-0404
SILVER SPRING .......... 589-3440
GAITHERSBURG .......... 330-0040
ROCKVILLE ................ 881-2700
ANNAPOLIS ............... 266-7800
COLUMBIA ................ 987-2700
Paris Serviceman    WHIC # 9780
2064 Generals Hwy Annapolis
7815 B Rickenbacker Dr Gaithersburg
12324 Wilkins Av Rockville

Replace your receiver carefully.

---

## AIR CONDITIONING CONTRACTORS & SYSTEMS (Cont'd)

### B & B AIR CONDITIONING & HEATING SERVICE CO INC
Silver Spring -------------- 589-3440
Bellsville ------------------- 937-0404
Annapolis ------------------ 261-8629
B & B Heating & Cooling Contractors Inc
White Plains ------ Washington Area Tel No--870-2055
B F M Inc 6122 Dean Hill Rd Oxon Hill- - - 567-8129
B J Brown Air Conditioning & Heating Co
13100 Clarksvl Rd Highland - - Laurel Tel No--596-9520

### BMI CONSTRUCTION CO INC
Specializing in Heating & Cooling
24 Hr 7 Day Service
900 Evart St NE --------------- 202 526-1780

### B & B AIR CONDITIONING & HEATING SERVICE
11223 Old Baltimore Pike Beltsville------- 595-9840
See Our A1 Page 971
Barnett & Sons Inc Waldorf ---------- 843-7730

### BATEMAN & SON INC
1414 Ritchie Marlboro Rd Capitol Heights 808-3180
Baxter Services Inc
10545 Guilford Rd
Jessup ------------ Washington Area Tel No--953-2208
Baxter Services Inc 15045 Guilford Rd Jessup 776-8222
Beall Heating & Air Conditioning
Beltsville ------ Washington Area Tel No--843-9213
Beardsley Heating & Air Conditioning
Pomfret ---------------------- 870-3407

Get the habit of shopping with the
aid of the C&P Yellow Pages.
They'll save you time,
trouble, and money.

---

## AIR CONDITIONING CONTRACTORS & SYSTEMS (Cont'd)

BELTSVILLE HEATING & AIR CONDITIONING INC
11810 Balto Blvd Beltsville --------- 937-6700
See Our Ad Page 971
Beltway Heating & Air Conditioning Co Inc
12600 Laurel Dr Sil Spg ------------ 585-6660

### BELTWAY HEATING & AIR CONDITIONING CO INC

**AIR CONDITIONING**
• Sales • Service • Installation
On All Major Makes

**SYSTEM DESIGN**

9818 Parklane Dr Forstville ---------- 736-3131
12600 Laurel Dr Silver Spring ------- 585-6660
No Va ---------------------------- 451-2215

### BENNETT AIR CONDITIONING INC

## COMMERCIAL INDUSTRIAL AIR CONDITIONING

Serving The Entire Metro Area
For Over 25 Years

• SYSTEM DESIGN • SERVICE • INSTALLATION

**NO RESIDENTIAL SERVICE**

MAIN OFFICE       SERVICE
**449-1680  449-1300**
7601 C Barbara Ln   Clinton

Call your C&P business office
for YELLOW PAGES directories.

**H** **920 HEATING**                    *SEE ACTION INDEX*          32820 © The Chesapeake and Potomac, Telephone Company of Maryland 1991



ROCKVILLE · BETHESDA POTOMAC · SILVER SPRING
WHEATON · GAITHERSBURG · GERMANTOWN · OLNEY

**FRE-MONT**
• Heating
• Air Conditioning
• Heat Pumps

**RESIDENTIAL · COMMERCIAL**
**1 DAY**
**REPLACEMENTS**
**24 HOUR**
**EMERGENCY SERVICE**
• Bryant • General Electric • Trane
• Lennox • Carrier • Ruud • Columbia
• Replacements     • Gas & Electric     • Air Cleaners
• Add-ons          • Humidifiers        • Heat Pumps
Immediate Financing · Installation
FREE REPLACEMENT ESTIMATES · SALES & SERVICE
MAINTENANCE AGREEMENTS AVAILABLE ·     **251-1220**
"WE PUT COMFORT AT YOUR FINGERTIPS"



*Walbert Furnace Company*
**HEATING AND AIR CONDITIONING**
SALES • SERVICE • INSTALLATION
AIR CONDITIONERS & HEAT PUMPS
RESIDENTIAL & COMMERCIAL
PARTS & SERVICE ON ALL BRANDS
SERVING MD • VA • DC
**HEATING SPECIALISTS**
**702-9503**      WASHINGTON GAS
**868-0942**      FINANCING AVAILABLE     Carrier



**BELTSVILLE HEATING & A.C. INC.**
SINCE 1968
11610 Baltimore Ave  Beltsville, Md. 20705
LENNOX  **We Are Not Comfortable Until You Are**
PROMPT, QUALITY SERVICE • RADIO DISPATCHED
SERVICE • ALL BRANDS & MODELS
FREE INSTALLATION ESTIMATES
MAINTENANCE
AGREEMENTS AVAILABLE
Carrier
Gas Company
Financing Available
Other Types of
Financing Available
MONTGOMERY/P.G. COUNTY/D.C. **937-6700**



**THE NEW DIMENSION IN QUALITY & SERVICE**
**3-D**
**PLUMBING & HEATING INC.**
**SALES - SERVICE INSTALLATION**
WINTER MAINTENANCE CHECK-UPS ✔ BASEBOARD UNITS
GAS BOILER ✔ CIRCULATING PUMPS ✔ RADIATORS
ALL MAKES AND MODELS
Burnham
100% FINANCING ON
GAS EQUIPMENT
**24 HR. SERVICE**
**420-2197**
LICENSED-BONDED-INSURED



**We Care About Your Furnace...**
**24 HOUR**          **ONE DAY**          **NO EXCLUSION**
• **EMERGENCY**      • **EQUIPMENT**      • **WARRANTY**
   **SERVICE**          **REPLACEMENT**      **CONTRACTS**

**United Air Temp**

Mont Co      P.G. Co      Falls Church   Fairfax        Alexandria
652-4328    852-9900  703 237-7717  703 691-8553  703 751-3191

**HEATING CONTRACTORS (Cont'd)**

DORSEY JOHN C INC 6100 R J Av Riverdl·········· 927-7100
Dunsmore HVAC Inc 7710 Garland Av Sd Spg 565-8891
DYNATEMP INC 15220 Dino Dr Burtonsville··· 236-9800
*(See Our Ad Next Page)*
E&M HVAC Service Greenbelt ·············· 345-2365
Early's Air Conditioning & Refrigeration
9418 Victoria Dr Upper Marlboro ········· 599-0111
EBAUGH T J & SONS INC
Sales · Service · Gas · Electric · Heat Pumps ·
Humidifiers · Sheet Metal
Fulton ··································· 596-0026
Eberly G A 8911 Oxon Hill Rd Oxon Hill········ 567-9114
ELI'S AIR CONDITIONING & REFRIGERATION INC
MOST MAJOR BRANDS
DUCT WORK
Bethesda ····························· 656-3113
Gaithersburg ·························· 417-0034
Elmira-Aire Services Rockville ········· 340-6050
Environmente 9301 Worman Av Seabrook ··· 459-5056
EVANS HEATING & AIR CONDITIONING
8547 Ziggy Ln Gaithersburg ············ 977-7722
F & F SERVICES INC 1102 Taft St Rockville 424-5333
*(See Our Ad Next Page)*
FEDDERS CENTRAL AIR CONDITIONING & HEATING
A J PEARCE & ASSOCIATES
12321 Carroll Av Rockville — ·········· 984-2300
SUBURBAN SERVICE HEATING & AIR
CONDITIONING Silver Spring ··········· 585-8359
DEALERS
A·B & A HEATING AND AIR CONDITIONING INC
7735 Old Georgtwn Rd Beth ············ 656-3665
· 550 Forest Glen Rd Silver Spring ····· 601-4300
5101 Holland Dr Beltsville ·········· 345-0400
9217 Garden Ct Potomac ·········· 469-5872
14401 Whitehne Pl Gaithersburg ···· 294-0081
ACADEMY HEATING & AIR CONDITIONING
11720 Mebel St Rockel ············· 770-3100

**HEATING CONTRACTORS (Cont'd)**

*Flester Plumbing & Heating Co*
7306 Sandy Spring Rd Laurel ·········· 725-3293
FLOOD JOHN C INC
HEAT BOILERS FURNACES
HEAT PUMPS
SAME DAY REPLACEMENTS
NO MONEY DOWN EASY PAYMENTS
FOR QUALIFIED HOME OWNERS
3816 Bladensburg Rd Cottage City ···· 864-5885
FRANK GARY P INC
WE'RE A SMALL RELIABLE COMPANY
WHEN YOU CALL US YOU
SPEAK TO THE BOSS  24 HR SVC
8918 Ridge Pl Bethesda ·············· 493-5766
FREMONT REFRIGERATION & AIR
CONDITIONING SERVICE
335 Mcnerd Av Rockville ············ 251-1220
*(See Our Ad This Page)*
Fry Plumbing & Heating Bryans Road ···· 283-3355
GHR AIR CONDITIONING & REFRIGERATION CO
ROCKVILLE · POTOMAC
SILVER SPRING · BETHESDA
Heating • Plumbing
Heat Pumps • Duct Work
Emergency Service · All Makes & Brands
····························· 949-5523
Giegler Vernon F Inc .
Boggs Chaney Rd Sd Spg ············· 384-6650
GAITHERSBURG AIR CONDITIONING & HEATING
INC Gaithersburg Md ·············· 926-3253
Gottrell Benjamin F & Sons Iap Inter Silver Spring 431-9088

**HEATING CONTRACTORS (Cont'd)**

Advertisers may be required to be
licensed by the State. Consumers are
advised to check for a valid license
when using the services of these
advertisers. For more information,
contact your appropriate regulatory
agency.

DAYMUDE G LEONARD & CO
Commercial & Industrial
.10542 Metropolitan Av Kensington ··· 949-2820
DENAHN J L AIR CONDITIONING &
HEATING SERVICE
Old Fashion Service Day Or Night Using
Environmentally Safe Technology
La Plata — ····················· 870-3618
Delco Services at Silver Spring ······ 445-6628

**HEATING CONTRACTORS (Cont'd)**

DEPENDO HEATING CO
SINCE 1946
HEATING SALES · SERVICE
- ALL MAKES
881-9130
Rockville ························ 881-9130
Dependo Heating Co Rockville ········ 881-9130
Diamond Electric Company College Park 277-3776
DICK'S AIR CONDITIONING & HEATING
7803 Allentown Rd Ft Washington ···· 248-6000
*(See Our Ad Page 918)*
Dinsmore Construction & Service Co
690 Clopper Rd Gaithersburg ········· 921-0048
DMS HEATING & AIR CONDITIONING
INC 7836-E Airpark Rd Gaithersburg ··· 948-4838
Dorsey John C Inc Berwyn ··········· 982-4532
Dorsey John C Inc Silver Spring ······ 384-6354

000773

03-NOV-2005 LIBRARY OF CONGRESS PHOTODUPLICATION SERVICE 902

PLUMBING 1655



**JOHN G. WEBSTER**
PLUMBING • HEATING • AIR CONDITIONING • SINCE 1912

80th YEAR

Careful, courteous service.

- 80 Years of Reliable Service
- Residential Specialists
- 1-Day Installation–Free Estimates
- Gas Company Bank & Credit Card Financing
- Serving the Entire Metropolitan Area

**202-783-6100**

When you want it done right...™

**CARL B. SEEDS**
SEWER AND DRAIN CLEANING
SERVING MD., DC., AND VA.
24 HOUR EMERGENCY SERVICE • RADIO DISPATCHED TRUCKS
ALL OVER TOWN

- MAINTENANCE CONTRACTS • RESIDENTIAL • COMMERCIAL
FROM THE KITCHEN SINK TO THE TREATMENT PLANT
- FULL SIZE, TRUCK MOUNTED HYDRO-JETS AND MINI JETS
POWER RODDING

**855-1047    622-6772**




**KENSINGTON PLUMBING & HEATING INC.**

- SERVICE, RES & COMM'L
- WATER EFFICIENT TOILETS
- WATER FILTERS
- REMODELING • LIGHT COMML

**897-8441**

WSSC 10198    MD. ST. 7188



**JOHN G. FLOOD INC.**
PLUMBING & HEATING
RESIDENTIAL • COMMERCIAL

SEWER & DRAIN CLEANING

D.C.    BALTIMORE
**301 864-5885**

**202 723-4966    301-332-1100**

MONTGOMERY CO.
**301 881-7393**

EMERGENCY SERVICE

FREE ESTIMATES

*Montgomery County*
DEPENDABLE • RELIABLE
PLUMBING SERVICE
*commercial • residential*

- DRAINS CLEANED
- WATER HEATERS
- DISPOSALS
- BACKFLOW CERTIFICATION
- FAUCET & FIXTURE REPLACEMENT
- SOLARS

RADIO DISPATCHED TRUCKS

**HORN**
**294-8591**
WSSC #725

**PLUMBING CONTRACTORS (Cont'd)**

Hardesty C T & Sons Plumbing & Heating
Silver Spring ........................ 384-8010
Hardesty C T & Sons Plumbing & Heating
Silver Spring ........................ 622-9004

HARPER WILLIAM LEROY & SONS INC

**PLUMBING CONTRACTORS (Cont'd)**

Advertisers may be required to be licensed by the State. Consumers are advised to check for a valid license when using the services of these advertisers. For more information, contact your appropriate regulatory agency.

George The Plumber ................... 384-8555
Germantown Plumbing Germantown .... 428-1405

**QUALITY WORK**
**REASONABLE RATES**
COMMERCIAL • RESIDENTIAL
COMPLETE SERVICE
REMODELING
DRAIN CLEANING

MASTER PLUMBER G.S. FILTER
**J.F. LYONS**



**MASTER**

- PLUMBING
- AIR CONDITIONING
- HEATING

7 DAY • 24 HOUR SERVICE

SEE OUR HALF PAGE AD
THIS HEADING

SILVER

HONEST SERVICE

SEE ACTION INDEX

**<u>Attachment "A-3"</u>**

A  84  AIR                    ✦ SEE ACTION INDEX                    J2820 ⓒ The Chesapeake and Potomac Telephone Company of Maryland 1993

## EMERGENCY SERVICE



"WE GET TO YOU FAST"
SERVING MONTGOMERY P.G. COUNTY

CERTIFIED HEAT PUMP MECHANIC
RESIDENTIAL - COMMERCIAL
ALL MAKES & MODELS

● A/C UNITS
● HEAT PUMPS
● AIR CLEANERS
● HUMIDIFIERS

FULL INSTALLATION AND SERVICE
FREE ESTIMATES

**948-9177**

---

## MONTGOMERY COUNTY RESIDENTIAL

● REPLACEMENTS  ● ADD-ONS
● HUMIDIFIERS  ● DUCT WORK
● ELECTRONIC AIR CLEANERS

**FINANCING AVAILABLE**
LICENSED ● BONDED ● INSURED

### EVANS
HEATING
AIR CONDITIONING

Carrier

**977-7722**
GAITHERSBURG

---

## H.P.S. MECHANICAL INC

HEATING & AIR CONDITIONING
SPECIALISTS IN HEAT PUMPS
RESIDENTIAL AND COMMERCIAL

"QUALITY ABOVE PRICE"

SERVING MONTGOMERY FREDERICK
& WASHINGTON COUNTIES

**424-6970**

TRANE CARRIER YORK COMFORTMAKER GE

---

## Mechanical Enterprises, Inc.

● 24 HOUR SERVICE
● Installation & Sales
● Earth Coupled Heat Pumps
● Solar Systems
● Staff Engineer for the Tough Problems

**YORK**

"Washington's Best Service"

**301-652-7099**

---

## ELI'S
AIR CONDITIONING & REFRIGERATION INC
EST. 1973

Serving Montgomery County
& Metro Area
Residential & Commercial
Heating & Air Conditioning

● Refrigeration (Commercial)
● Humidifiers
● Sheetmetal - Duct Work
Most Brands Serviced
24 Hour Answering Service

**656-3113**
**417-0034    299-2189**

Licensed ● Bonded ● Insured

---

## MASTERS



■ AIR CONDITIONING
■ HEATING
■ PLUMBING

7 DAY ● 24 HOUR SERVICE
SEE OUR HALF PAGE AD
THIS HEADING

**840-2993**
GAITHERSBURG

---

## F&F SERVICES INC.
HEATING & AIR CONDITIONING
ALL MAKES & MODELS
SAME DAY SERVICE
SALES - SERVICE - INSTALLATION


Carrier    bryant

**424-5333**
Rockville MD

MHIC # 34058

---

## HARVEY W. HOTTEL INC.
SINCE 1945
AIR COND. ● HEATING ● PLUMBING
ELECTRICAL
**24 HOUR**
FINANCING AVAILABLE
**EMERGENCY SERVICE**

SALES - SERVICE - INSTALLATION



**975-9444**
**921-9599**

7864 CESSNA AVENUE ● GAITHERSBURG MD 208?8

---



## JOHN C. FLOOD
PLUMBING & HEATING INC
SERVING DC MD & VA

SALES & SERVICE
INSTALLATION

● HOT AIR FURNACES  ● DUCT WORK
● HEATING - HEAT PUMPS
● SAME DAY REPLACEMENTS
● GAS AIR CONDITIONING SPECIALISTS
● SERVICE CONTRACTS AVAILABLE
● BANK FINANCING AVAILABLE

ALL MAJOR CREDIT CARDS
PAY ON YOUR GAS BILL

**FREE ESTIMATES**

BONDED ● LICENSED ● INSURED

**301 864-5885**

---



## On A Search?

Find It With Us!

The Bell Atlantic Yellow Pages

ⓒ Bell Atlantic

---

## AIR CONDITIONING CONTRACTORS & SYSTEMS (Cont'd)

Advertisers may be required to be
licensed by the State. Consumers are
advised to check for a valid license
when using the services of these
advertisers. For more information,
contact your appropriate regulatory
agency.

---

## B & B AIR CONDITIONING & HEATING SERVICE CO INC


HOME OF
MR. HEAT PUMP

**B & B**
SINCE 1957

Specialists in
Central Air Conditioning
Heating - Heat Pumps
Sales - Service
Residential - Commercial
Radio Dispatched Trucks
Service 7 Days A Week 24 Hours A Day
Service Contracts Available

LAUREL ............................937-0404
SILVER SPRING...................589-3440
GAITHERSBURG .................330-0040
ROCKVILLE........................881-2700
ANNAPOLIS .......301 266-7800
COLUMBIA ........................907-2700
Parts Servicenter:              MHIC # 9780
2084 Generals Hwy Annapolis
7815 E Fickensburg Dr Gaithersburg
12324 Wilkins Av Rockville

---

## AIR CONDITIONING CONTRACTORS & SYSTEMS (Cont'd)

B & B AIR CONDITIONING & HEATING SERVICE CO INC
Silver Spring ----------------------589-3440
Beltsville ---------------------------937-0404
Annapolis ----------------------301-266-8629

B & B Heating & Cooling Contractors Inc
  White Plains --------Washington Area Tel No--870-2035
B F M Inc 6122 Dean Hill Rd Oxon Hill ---------567-8129
B J Brown Air Conditioning & Heating Co
  13100 Clarksville Rd Highland --Laurel Tel No--596-9520
BMI CONSTRUCTION CO INC
  Specializing In Heating & Cooling
  24 Hr 7 Day Service
  4000 Evart St NE -----------------202 526-1780
B & B AIR CONDITIONING & HEATING SERVICE
  11222 Old Baltimore Pike Beltsville -------595-9840
  See Our A? Page 971
Barnett & Sons Inc Waldorf ---------------843-7730
BATEMAN & SON INC
  1414 Ritchie Marlboro Rd Capitol Heights  808-3180
Baxter Services Inc
  10545 Guilford Rd
  ----------Washington Area Tel No--953-2208
Baxter Services Inc 15045 Guilford Rd Jessup 776-8222
Beall Heating & Air Conditioning
  Waldorf--------Washington Area Tel No--843-0213
Beardsley Heating & Air Conditioning
  Pomfret ---------------------------870-3407

---

## AIR CONDITIONING CONTRACTORS & SYSTEMS (Cont'd)

BELTSVILLE HEATING & AIR CONDITIONING INC
  11610 Baltimore Ave Beltsville -------937-6700
Beltway Heating & Air Conditioning Co Inc
  7800 Jackson Rd Spg ---------------585-6660

### BELTWAY HEATING & AIR CONDITIONING CO INC

AIR CONDITIONING
Sales & Service
● Service Available
On All Major Makes
SYSTEM DESIGN

8JB Bartrons Dr Forestville -----------736-3131
12800 Laurel Dr Silver Spring ----------585-6660
No Va ----------------------------456-2215

### BENNETT AIR CONDITIONING INC

COMMERCIAL
INDUSTRIAL
AIR CONDITIONING

Serving The Entire Metro Area
For Over 25 Years

● SYSTEM DESIGN ● SERVICE ● INSTALLATION

NO RESIDENTIAL SERVICE

MAIN OFFICE        SERVICE
449-1680    449-1300
7601 C Barbara Ln  Clinton

---

Get the habit of shopping with the
aid of the C&P Yellow Pages.
They'll save you time,
trouble, and money.

Replace your receiver carefully.

Call your C&P business office
for YELLOW PAGES directories.

000771

**H** 920 **HEATING**                    SEE ACTION INDEX

32820. © The Chesapeake and Potomac Telephone Company of Maryland 1991



ROCKVILLE · BETHESDA POTOMAC · SILVER SPRING · WHEATON · GAITHERSBURG · GERMANTOWN · OLNEY

**FRE-MONT**
· Heating
· Air Conditioning
· Heat Pumps

RESIDENTIAL · COMMERCIAL
**1 DAY REPLACEMENTS**
**24 HOUR EMERGENCY SERVICE**

· Bryant · General Electric · Trane
· Lennox · Carrier · Ruud · Columbia
· Replacements   · Gas & Electric   · Air Cleaners
· Add-ons          · Humidifiers        · Heat Pumps

Immediate Financing · Installation
FREE REPLACEMENT ESTIMATES · SALES & SERVICE
MAINTENANCE AGREEMENTS AVAILABLE ·

**251-1220**
"WE PUT COMFORT AT YOUR FINGERTIPS"

**Walbert Furnace Company**
HEATING AND AIR CONDITIONING

SALES · SERVICE · INSTALLATION
AIR CONDITIONERS & HEAT PUMPS
RESIDENTIAL & COMMERCIAL
PARTS & SERVICE ON ALL BRANDS
SERVING MD · VA · DC

**HEATING SPECIALISTS**

**702-9503**
**868-0942**
WASHINGTON GAS FINANCING AVAILABLE

Carrier



**BELTSVILLE HEATING & A.C. INC.**
SINCE 1968
11610 Baltimore Ave  Beltsville, Md. 20705

LENNOX

**We Are Not Comfortable Until You Are**

PROMPT, QUALITY SERVICE · RADIO DISPATCHED
SERVICE · ALL BRANDS & MODELS

FREE INSTALLATION ESTIMATES
MAINTENANCE
AGREEMENTS AVAILABLE

Carrier

Gas Company Financing Available
Other Types of Financing Available

MONTGOMERY/P.G. COUNTY/D.C. **937-6700**



**THE NEW DIMENSION IN QUALITY & SERVICE**

**3-D**

**PLUMBING & HEATING INC.**
SALES · SERVICE INSTALLATION

WINTER MAINTENANCE CHECK-UPS ✓ BASEBOARD UNITS
GAS BOILER ✓ CIRCULATING PUMPS ✓ RADIATORS
ALL MAKES AND MODELS

Burnham

100% FINANCING ON GAS EQUIPMENT

**24 HR. SERVICE**
**420-2197**
LICENSED-BONDED-INSURED



**We Care About Your Furnace...**

**24 HOUR EMERGENCY SERVICE**    **ONE DAY EQUIPMENT REPLACEMENT**    **NO EXCLUSION WARRANTY CONTRACTS**

**United Air Temp**

Mont Co        P.G. Co      Falls Church      Fairfax        Alexandria
**652-4328   852-9900**  703 **237-7717**  703 **691-8553**  703 **751-3191**

**HEATING CONTRACTORS (Cont'd)**

Advertisers may be required to be licensed by the State. Consumers are advised to check for a valid license when using the services of these advertisers. For more information, contact your appropriate regulatory agency.

**DAYMUDE G LEONARD & CO**
Commercial & Industrial
10542 Metropolitan Av Kensington --------- 949-2820
**DENAHN J L AIR CONDITIONING & HEATING SERVICE**
Old Applaon Service Day Or Night Using
Environmentally Sife Technology
La Plata ------------------------------ 870-3618
Delco Services & Silver Spring ---------- 445-6628

**HEATING CONTRACTORS (Cont'd)**

**DEPENDO HEATING CO**
SINCE 1946
HEATING SALES · SERVICE
ALL MAKES
881-9130
Rockville ----------------------------- 881-9130
Dependo Heating Co Rockville -------- 881-9130
Diamond Electric Company College Park - 277-3776
**DICK'S AIR CONDITIONING & HEATING**
7603 Allentown Rd Ft Washington------- 248-6000
(See Our Ad Page 918)
Dimension Construction & Service Co --- 921-0048
899 Chopper Rd Gaithersburg
**DMS HEATING & AIR CONDITIONING**
INC 7836-E Airpark Rd Gaithersburg---- 948-6838
Dorsey John C Inc Bervoy-------------- 982-4532
Dorsey John C Inc Silver Spring ------- 384-6354

**HEATING CONTRACTORS (Cont'd)**

DORSEY JOHN C INC 6100 R I Av Rverdl----- 927-7100
(See Our Ad Page 914)
Dunsmore HVAC Inc 2710 Garfield Av Sd Spg 565-8891
**DYNATEMP INC** 15220 Dino Dr Burtonsville--- 236-9800
(See Our Ad Next Page)
E&M HVAC Service Greenbelt-------------- 345-2365
Early's Air Conditioning & Refrigeration
9418 Nichols Dr Upper Marlboro-------- 599-9111
**EBAUGH T J & SONS INC**
Sales · Service · Gas · Electric · Heat Pumps
Humidifiers · Sheet Metal
Fulton ------------------------------- 596-0026
Eberly G A 8911 Oron Hill Rd Oron Hill ----- 567-9114
**ELI'S AIR CONDITIONING & REFRIGERATION INC**
**MOST MAJOR BRANDS**
**DUCT WORK**
Bethesda ----------------------------- 656-3113
Gaithersburg ------------------------- 417-0034
Elmsto-Aire Services Rockville----------- 340-6050
Environmentals 9521 Worrell Av Seebrook - 459-5056
**EVANS HEATING & AIR CONDITIONING**
8547 Ziggy Ln Gaithersburg------------- 977-7722
F & F SERVICES INC 1102 Taft St Rockville 424-5333
(See Our Ad Next Page)
**FEDDERS CENTRAL AIR CONDITIONING & HEATING**
**A J PEARCE & ASSOCIATES**
12321 Carroll Av Rockville ------------- 984-2100
**SUBURBAN SERVICE HEATING & AIR CONDITIONING** Silver Spring --- 585-8359
DEALERS
**A-B & A HEATING AND AIR CONDITIONING INC**
7235 Old Georgetown Rd Bethesda------ 656-3665
5301 Frances Glen Rd Silver Spring----- 601-4300
5301 Holland Dr Beltsville -------------- 345-0400
9317 Garden Ct Potomac -------------- 469-5872
14401 Whitfree Pl Gaithersburg -------- 294-0081
**ACADEMY HEATING & AIR CONDITIONING**
11720 Nebel St Rockvl ----------------- 770-3100

**HEATING CONTRACTORS (Cont'd)**

Fleeter Plumbing & Heating Co
7306 Sandy Spring Rd Laurel---------- 725-3293

**FLOOD JOHN C INC**
HEAT BOILERS FURNACES
HEAT PUMPS
SAME DAY REPLACEMENT
NO MONEY DOWN EASY PAYMENTS
FOR QUALIFIED HOME OWNERS
3816 Bladensburg Rd Cottage City ----- 864-5885

**FRANK GARY P INC**
WE'RE A SMALL RELIABLE COMPANY
WHEN YOU CALL US YOU
SPEAK TO THE BOSS  24 HR SVC
8918 Ridge Pl Bethesda --------------- 493-5766

**FREMONT REFRIGERATION & AIR CONDITIONING SERVICE**
315 Hungerta Av Rockville ------------- 251-1220
(See Our Ad This Page)
Fry Plumbing & Heating Bryans Road ---- 283-3355

**GHR AIR CONDITIONING & REFRIGERATION CO**
ROCKVILLE · POTOMAC
SILVER SPRING · BETHESDA
Heating · Humidifiers
Heat Pumps · Duct Work
Emergency Service · All Makes & Brands
13302 Keating St Rockville ------------ 949-5523

Geesler Vernon F Inc ..
Boggs Chaney Rd Sil Spg -------------- 384-6650
**GAITHERSBURG AIR CONDITIONING & HEATING**
INC Gaithersburg Md -------------- 926-3253
Gartrell Benjamin F & Sons Inc Silver Spring 421-9088

03-NOV-2005 LIBRARY OF CONGRESS PHOTODUPLICATION SERVICE 902

PLUMBING 1655

SEE ACTION INDEX

80TH YEAR

JOHN G. WEBSTER
PLUMBING • HEATING • AIR CONDITIONING • SINCE 1912

• 80 Years of Reliable Service
• Residential Specialists
• 1-Day Installation—Free Estimates
• Gas Company Bank & Credit Card Financing
• Serving the Entire Metropolitan Area

202-783-6100
When you want it done right...

CARL B. SEEDS
SEWER AND DRAIN CLEANING
SERVING MD., DC., AND VA.
24 HOUR EMERGENCY SERVICE • RADIO DISPATCHED TRUCKS
ALL OVER TOWN

• MAINTENANCE CONTRACTS • RESIDENTIAL • COMMERCIAL
FROM THE KITCHEN SINK TO THE TREATMENT PLANT
FULL SIZE TRUCK MOUNTED HYDRO JETS AND MINI JETS
POWER RODDING

855-1047    622-6772



JOHN C. FLOOD
PLUMBING & HEATING, INC.
RESIDENTIAL - COMMERCIAL

SEWER & DRAIN CLEANING

EMERGENCY SERVICE

D.C.    BALTIMORE
301 864-5885
202 723-4466   301-332-1100

MONTGOMERY CO.
301 881-7393

Montgomery County
DEPENDABLE - RELIABLE
PLUMBING SERVICE
commercial - residential

• DRAINS CLEANED
• WATER HEATERS
• DISPOSALS
• BACKFLOW CERTIFICATION
• FIXTURE & FIXTURE REPLACEMENT
• BOILERS

RADIO DISPATCHED TRUCKS

HORN
294-8591
WSSC #725

KENSINGTON
PLUMBING &
HEATING INC.

• SERVICE - RES. & COMM'L
• WATER EFFICIENT TOILETS
• WATER FILTERS
• REMODELING - LIGHT COMM'L

897-8441
WSSC 10198    MD. ST. 7188



QUALITY WORK
REASONABLE RATES
COMMERCIAL - RESIDENTIAL
COMPLETE
REMODELING
SERVICE
DRAIN CLEANING
MASTER PLUMBER G.S. FILLER

J.F. LYONS

PLUMBING
AIR CONDITIONING
HEATING

7 DAY • 24 HOUR SERVICE
SEE OUR HALF PAGE AD
THIS HEADING

PLUMBING
CONTRACTORS (Cont'd)
HARPER WILLIAM LEROY & SONS INC

PLUMBING
CONTRACTORS (Cont'd)

Advertisers may be required to be
licensed by the State. Consumers are
advised to check for a valid license
when using the services of these
advertisers. For more information,
contact your appropriate regulatory
agency.

**A** 68 AIR

SEE ACTION INDEX

32820 © The Chesapeake and Potomac
Telephone Company of Maryland 1992

# MINDTE

ESTABLISHED 1960

AIRTEMP-CHRYSLER
AMERICAN STANDARD
BORG-WARNER
BRYANT
CARRIER
COLUMBIA SYSTEMS
FEDDERS
GENERAL ELECTRIC
HALLMARK
JANITROL
LENNOX
LUXAIRE
MOR-SUN
RHEEM
SEARS
TRANE
WESTINGHOUSE
WORTHINGTON
YORK

## AIR CONDITIONING • HEATING
# SERVICE
REPAIRS - REPLACEMENTS ON ALL MAKES

FINANCING AVAILABLE

Washington Area Magazine
Consumer Survey Earns Mindte
A Top Quality Rating

IMMEDIATE SERVICE   FREE ESTIMATES
# 424-8786
ROCKVILLE, MD.

# GOA
## AIR CONDITIONING & HEATING

• Sales, Service, Installation
• Service On Most Major Brands
• Residential & Light Commercial

## FREE ESTIMATES
SENIOR CITIZEN DISCOUNT

SILVER SPRING
# 681-6889

• **WE DO IT ALL** •
**EMERGENCY SERVICE**

SEE OUR $$
SAVING COUPON UNDER
AIR CONDITIONING

# JOHN C. FLOOD INC
PLUMBING & HEATING
## AIR CONDITIONING
RESIDENTIAL • COMMERCIAL

LICENSED • BONDED • INSURED
WSSC # 593

SALES
SERVICE
INSTALLATION

• HOT AIR FURNACES
• DUCT WORK
• HEATING • HEAT PUMPS
• SAME DAY REPLACEMENTS
• GAS AIR CONDITIONING
  SPECIALISTS
• SERVICE CONTRACTS
  AVAILABLE
• BANK FINANCING AVAILABLE

FOR FAST SERVICE CALL ...
301 **864-5885**
FREE ESTIMATES • ALL MAJOR BRANDS

MONTGOMERY CO          DC          NORTHERN VA
301-881-7393    202-723-4466    703-591-6080

AIR CONDITIONING
CONTRACTORS &
SYSTEMS (Cont'd)

Advertisers may be required to be
licensed by the State. Consumers are
advised to check for a valid license
when using the services of these
advertisers. For more information,
contact your appropriate regulatory
agency.

AIR CONDITIONING CONTRACTORS OF
AMERICA-NATIONAL CAPITAL
CHAPTER

Quality Contractors Serving
The Metro Area

For Service Call An
ACCA Contractor

ASSOCIATION OFFICE
AIR CONDITIONING CONTRACTORS OF
AMERICA-NATIONAL CAPITAL CHAPTER
Silver Spring Md --------------- 384-2222

CONTRACTORS
A B A HEATING AIR CONDITIONING
3301 Holland Dr Beltsville Md-------------- 345-0400
ACADEMY HEATING & AIR CONDITIONING
SERVICE 11770 Hebel St Rockville Md ------ 770-3180
AIRTECH UNLIMITED Wheaton------------- 949-4787
ARCWAY AIR SERVICE CO INC
2511 Allentown Rd Pt Washington --------- 630-1293
B B B AIR CONDITIONING & HEATING
SERVICE CO INC Rockville --------------- 881-2700
BELAIR ENGINEERING & SERVICE CO INC
'D Zeleo Hwy Bowie----------------------- 262-7622
BELTWAY HEATING & AIR CONDITIONING CO
INC 13600 Laurle Dr Sil Spg ------------- 585-6660
BETHESDA REFRIGERATION SERVICE INC
4625 Del Ray Rd Bethesda ---------------- 654-3224
BOB BAKER'S GOLDEN SERVICE
'16000 Trade Zone Ave Upper Marlboro Md 249-6200
COMBUSTIONEER
645 Lofstrand Ln Rockvl --------------- 340-2290
(Continued Next Column)

AIR CONDITIONING
CONTRACTORS &
SYSTEMS (Cont'd)

AIR CONDITIONING CONTRACTORS
OF AMERICA-NATIONAL CAPITAL
CHAPTER—Continued

CONTRACTORS—Continued
COMPTON AIR CONDITIONING & HEATING
7016 Old Branch Av Clinton ------------ 856-2200
CROMP-METCALFE AIR CONDITIONING &
HEATING SERVICE
9721 Baltimore Av College Park --------- 441-2233
DAVIS & DAVIS AIR CONDITIONING &
HEATING CO 10530 Detrick Av Kens ---- 942-7210
DICK'S AIR CONDITIONING & HEATING
7403 Allenton Rd Ft Wash--------------- 248-6000
DORSEY JOHN C INC 6100 R I Av Rivrd 927-7100
DYNATEMP INC
13220 Dino Dr Burtonsville ------------- 236-9800
FELDER DAVID B INC
4924 Del Ray Av Bethesda --------------- 652-5479
GENERAL HEATING ENGINEERING CO INC
5919 Central Av Cap Hts ---------------- 336-3500
HOTTEL HARVEY W
7954 Cessna Av Gaithersburg ----------- 921-9599
JEFFRIES-LAMB HEATING & ASSOCIATED
AIR INC
7435 Fullerton Rd Springfield --------703 644-5630
KEENAN HEATING AND COOLING
Rockville ---------------------------- 762-2665
MARYLAND ENVIRONMENTAL SYSTEMS INC
Columbia --------------------------- 621-2288
McCREA EQUIPMENT CO INC
4443 Reach Rd Temple Hills Md -------- 423-4585'
MULTI-AIRE CORP
7702 Old Alexandria Ferry Rd Clntn --- 856-3400
RYON & McDANIEL HEATING & AIR
CONDITIONING
8067 Crystal Way Forestville ----------- 336-6297
WHEAT JAMES & SONS PLUMBING &
HEATING INC
7634 Beechcraft Av Gaithersburg ------ 670-1944

Air Conditioning Enterprises Inc
8555 16th St Silver Spring ------------- 589-0793
Air Conditioning Refrigeration & Heating
Services Cameraton—Damascus Tel No –253-9400
Air Conditioning Unlimited Inc
16807 Oakmont Av Gaithersburg ------- 921-8148
Air Controllers Inc
Poolesville --------- Gaithersburg Tel No –972-7644

000777

03-NOV-2005 LIBRARY OF CONGRESS PHOTODUPLICATION SERVICE 902

32820 © The Chesapeake and Potomac
Telephone Company of Maryland  1992

*SEE ACTION INDEX*

HEATING  895  **H**

• **WE DO IT ALL** •  SERVING MD, DC & VA
**EMERGENCY SERVICE**
SALES • SERVICE • INSTALLATION

SEE OUR $$ SAVING COUPON UNDER HEATING CONTRACTORS

# JOHN C. FLOOD INC
### PLUMBING & HEATING
LICENSED • BONDED • INSURED
*WSSC # 593

BOILERS FURNACES

• HOT AIR • HOT WATER •
• STEAM
• SAME DAY REPLACEMENTS
• OIL TO GAS CONVERSIONS
• DUCT WORK
• AIR CONDITIONING
• RADIATORS • CONTROLS
• HEAT PUMPS
• SERVICE CONTRACTS AVAILABLE

WEIL-McLAIN

HYDROTHERM

PEERLESS

NO MONEY DOWN – E Z PAYMENTS
FOR QUALIFIED HOMEOWNERS

**FOR FAST SERVICE CALL ...**

301-**864-5885**

FREE ESTIMATES • ALL MAJOR BRANDS

MONTGOMERY CO.          D.C.          NORTHERN VA.
301-881-7393    202-723-4466    703-591-6080

# MINDTE

AIRTEMP-CHRYSLER
AMERICAN STANDARD
BORG-WARNER
BRYANT
CARRIER
COLUMBIA SYSTEMS
FEDDERS
GENERAL ELECTRIC
HALLMARK
JANITROL
LENNOX
LUXAIRE
MOR-SUN
RHEEM
SEARS
TRANE
WESTINGHOUSE
WORTHINGTON
YORK

ESTABLISHED 1960

## HEATING • AIR CONDITIONING
# SERVICE
REPAIRS · REPLACEMENTS ON ALL MAKES.
GAS • OIL · ELECTRIC
FINANCING AVAILABLE

Washington Area Magazine
Consumer Survey Earns Mindte
A Top Quality Rating

IMMEDIATE SERVICE    FREE ESTIMATES

**424-8786**

ROCKVILLE, MD.

---

### HEATING CONTRACTORS (Cont'd)

Advertisers may be required to be licensed by the State. Consumers are advised to check for a valid license when using the services of these advertisers. For more information, contact your appropriate regulatory agency.

**AMERICAN STANDARD HEATING & AIR CONDITIONING**

A-ACTION HEATING & AIR CONDITIONING
  Silver Spring ---------------------- 588-2900
  Rockville ---------------------------- 762-3535
  Oxen Hill --------------------------- 899-2960
  Bowie ------------------------------- 577-1333
  Bethesda ---------------------------- 656-7444
  Gaithersburg ------------------------ 840-0085
A-B & A HEATING AND AIR CONDITIONING INC
  550 Front Glen Rd Silver Spring ---- 681-4300
  5301 Holland Dr Beltsville --------- 345-0400
  14401 Wiststone Pl Gaithersburg --- 294-0081
  7735 Old Georgtwn Rd Beth -------- 656-3645
  9317 Garden Ct Potomac ---------- 469-3872
  4400 Stamp Rd Silver Hill -------- 423-0333
B & B AIR CONDITIONING & HEATING SERVICE CO INC
  Rockville -------------------------- 881-2700
B & B AIR CONDITIONING & HEATING SERVICE CO INC
  Silver Spring ---------------------- 589-3440
B & B AIR CONDITIONING & HEATING SERVICE CO INC Bethesda ----- 330-0040
SUBURBAN SERVICE HEATING & AIR
  CONDITIONING Silver Spring ------- 585-8399
           *AUTHORIZED SERVICE*
DAVIS & DAVIS AIR CONDITIONING & HEATING INC
  See FL# Page Air Heating
  10530 Detrick Av, Kend ----------- 942-7210
        *SERVICE & REPLACEMENTS*
NATIONAL PLUMBING-HEATING-AIR
  CONDITIONING SERVICE INC
  4300 48th St Bladensburg --------- 779-2345
  Silver Spring ---------------------- 384-1676

Arctic Air Service Co Inc
  7511 Allentown Rd Pt Washington -- 630-1299

---

### HEATING CONTRACTORS (Cont'd)

**AHKLA-SERVEL HEATING & AIR CONDITIONING**
           *DEALERS*
A-B & A HEATING AND AIR CONDITIONING INC
  50 W Edmonston Rd Rockville ------ 279-2833
  14401 Wiststone Pl Gaithersburg -- 294-0081

**ARMSTRONG OIL**
  Heating Oil • Heating & Air Conditioning Sales
  Service Since 1919
  Laytonsville ---------------------- 948-1200

**ATCHISON & KELLER**
  THOMAS PLUMBING CO.
  SINCE 1929.
  BOILERS • FURNACES • HEAT PUMPS
  SERVICE CONTRACTS AVAILABLE
  VISA & MASTERCARD
  WASHINGTON GAS CO. FINANCING
  1246 Taylor St NW ---------------- 202 829-8100

**AUTOMATED MECHANICAL
MANAGEMENT INC** Bethesda ------ 652-0804

**AVENUE HEATING & COOLING**

  UNCONDITIONAL 24 HOUR
  EMERGENCY SERVICE
  On All Gas Fired Furnaces

  11704 Ga Av Wheatn -------------- 942-1760

B & B AIR CONDITIONING & HEATING SERVICE CO INC
  Rockville -------------------------- 881-2700
           *(See Our Ad Page 892)*
Beltsville --------------------------- 937-0404
BMI CONSTRUCTION CO INC
  Specializing In Heating & Cooling
  24 Hrs 7 Day Service
  900 Evart St NE ----------------- 202 526-1780
                    *(Continued Next Page)*

It's good business to dial carefully.

---

## We Care About Your Furnace...

**24 HOUR
EMERGENCY
SERVICE**     •     **ONE DAY
EQUIPMENT
REPLACEMENT**

**PREVENTATIVE
MAINTENANCE
CONTRACTS**

# United Air Temp

Mont. Co.        P.G. Co.
**652-4328**    **982-0090**

Falls Church          Fairfax          Alexandria
703 **237-7717**   703 **691-8553**   703 **751-3191**

03-NOV-2005 LIBRARY OF CONGRESS PHOTODUPLICATION SERVICE 902

**P** 1610 **PLUMBING**          SEE ACTION INDEX          32820 © The Chesapeake and Potomac Telephone Company of Maryland 1992



## SERVING D.C., MD & VA

# EMERGENCY SERVICE

SEE OUR
MONEY SAVING
COUPON
UNDER
PLUMBING
CONTRACTORS

# JOHN C. FLOOD INC.

## PLUMBING & HEATING

## RESIDENTIAL • COMMERCIAL

**PLUMBING & HEATING • HOT WATER HEATERS
DRAIN SERVICE • BOILERS
WATER PIPES • FAUCETS**



# SEWER & DRAIN CLEANING

HOT AIR FURNACES • AIR CONDITIONING • SUMP PUMPS
& WATER-PROOFING • BANK FINANCING AVAILABLE
KITCHEN & BATHROOM REMODELING

LICENSED • BONDED • INSURED
WSSC # 593

## ASK ABOUT OUR GUARANTEE


QUALIFIED G&S CONTRACTOR
PAY ON YOUR GAS BILL


DELTA
DELTA FAUCET COMPANY


HYDROTHERM


MOEN



THE BOLD LOOK OF KOHLER          WEIL-McLAIN

MasterCard   VISA   AMERICAN EXPRESS

# PG 301 864-5885

**CALL ANYTIME • FREE ESTIMATES**

| MONTGOMERY CO. | D.C. | NORTHERN VA |
|---|---|---|
| **301 881-7393** | **202 723-4466** | **703 591-6080** |

000781



# JOHN C. FLOOD OF VA
### PLUMBING & HEATING & AIR CONDITIONING
## WE DO IT ALL
### SERVICE TO MONTGOMERY & PRINCE GEORGE'S COUNTY

# EMERGENCY SERVICE
## 24 HRS. A DAY • 7 DAYS A WEEK
### RESIDENTIAL • COMMERCIAL

- SEWER & DRAIN CLEANING
- WATER HEATERS • BOILERS
- PIPES • FAUCETS • DISPOSALS
- SUMP PUMPS & WATERPROOFING
  COMMERCIAL WATER HEATERS

ALL MAJOR BRANDS

**& EVERY TYPE OF PLUMBING REPAIR**

DELTA
THE BOLD LOOK OF KOHLER
A.O. SMITH & RHEEM

WATER HEATERS
BOILERS
FURNACES, ETC.
NO MONEY DOWN
PAY ON YOUR GAS BILL

# FREE ESTIMATES
EXCEPTING SERVICE WORK
LICENSED • BONDED • INSURED • LIC. 4999
FINANCING AVAILABLE • EASY PAYMENTS TO QUALIFIED HOMEOWNERS

**D.C.**
202-333-8229

**MD.**
779-7076

**VA.**
703-591-6080

## Quality & Reliability Since 1950
### QUICK RESPONSE

## 24 HOUR EMERGENCY SERVICE

- Plumbing
- Heating
- Air Conditioning
- Drains
- Sewers

- Repairs
- Remodeling
- New Construction
- Furnaces
- Water Heaters

CONTRACTORS ASK FOR OUR BID

### RESIDENTIAL • COMMERCIAL

## PAY ON YOUR GAS BILL

Licensed ~ Bonded ~ Insured
Serving MD ~ DC ~ VA
**FREE ESTIMATES**

Registered Plumber
WSSD Reg #527
DC LIC #512

MasterCard
VISA

# MAGNOLIA
## PLUMBING

| ROCKVILLE | HYATTSVILLE | NO. VIRGINIA |
|-----------|-------------|--------------|
| 424-5012 | 277-9380 | 703 658-2336 |
| **SILVER SPRING** | **LAUREL** | **D.C.** |
| 608-0053 | 498-3808 | 202 829-8510 |

## PLUMBING CONTRACTORS (Cont'd)

Advertisers may be required to be licensed by the State. Consumers are advised to check for a valid license when using the services of these advertisers. For more information, contact your appropriate regulatory agency.

### ALL SEASONS PLUMBING AND HEATING

## 24 HOUR SERVICE
### Sewer & Drain Cleaning

COMMERCIAL/RESIDENTIAL REPAIRS & INSTALLATIONS OF ALL KINDS

- Plumbing
- Furnaces / AC
- Water Heaters/Boilers
- Bath & Kitchen Remodeling
- Qualified Gas Co Contractor

- **Free Estimates -**
FINANCING AVAILABLE
MAJOR CREDIT CARDS

# 921-0808

REGISTERED PLUMBER MD-DC-VA
MHI LIC# 37016
WSSC # 01251

All Seasons Plumbing And Heating ............ 921-0808
All-State Plumbing Prince Georges Tel No - 864-0210
All State Plumbing Laurel ..................... 498-4721
ALL STATE PLUMBING
Montgomery County, Rockville Area Tel No - 881-9134
(See Our Ad Page 1459)

000784

THIRD GENERATION

# PLUMBING **FLOOD** HEATING
### INC.

202-269-0444  3912 Georgia Avenue, NW, Washington, DC 20011  202-269-0444

## FREE ESTIMATES

*Clip and Save*

*In Business Since 1898*

We Serve the
Nation's Capitol

# PLUMBING

# AIR
# CONDITIONING

# HEATING

We Will Be There
When You Need Us

**Never an overtime charge**



**BOILER**     **FURNACE**

*This Coupon Good For*
# 2 REDSKINS TICKETS
With a New Heating System
Installed By Flood, Inc.
No Choice of Games. Good
While Supplies Last.

*Expires 10/24/92. Not Valid With Any Other Offer.*

**10% Discount for Senior Citizens**
# 202-269-0444

THE WASHINGTON POST Ad No: 1025405A010
Ad Size: 3.0X07.00IN
Advertiser: JOHN C.FLOOD
Run Date: 10/16/92
Section: HFO
ADMAKER(s): Jt

000710

# JOHN C. FLOOD INC.

SERVING D.C., MD. & VA.

**Ask About Our Weekly Specials • CALL DAY, NIGHT & SUNDAY**

## John Is Looking For Work

### Need Any Repairs Or Remodeling?

- Bathrooms
- Furnaces
- Awnings
- Porch Enclosures
- Carpentry
- Kitchens

- Electric
- Plumbing
- Heating
- Tile Work
- Roofs
- Painting


WHO KNOWS?

# COMPARE



### GAS    VS    ELECTRIC



- The Gas Company recommends a Gas Chiller—manufactured by a foreign company.
- Gas Chiller efficiency rating not available.
- Service is very limited & expensive on Gas Chillers.
- Why buy Foreign Equipment?
- Don't be fooled by financing programs.
- Gas Chillers are high priced!

- John C. Flood recommends a high efficiency electric air conditioner made in USA.
- A/C efficency ratings are much higher than Gas.
- Any service company can work on a product made in the USA.
- Buy products made in the USA.
- We offer Bank financing & all major credit cards.
- We will beat any Gas Chiller price with an electric A/C by $500!

**WHEN YOU KEEP AMERICA WORKING YOU KEEP JOHN WORKING!**



WE DO ALL YOUR HOME REPAIRS IMPROVEMENTS • REMODELING

VINYL SIDING

CHIMNEY REPAIRS

FREE ESTIMATES

NO MONEY DOWN

ROOF & GUTTERS REPAIRED or REPLACED

PAINTING PANELING PLASTER & DRY WALL REPAIRS

**TOTAL BATH REMODELING TILE WORK**

$500 OFF COMPLETE BATH ADDITION

$300 OFF ANY COMPLETE BATH REMODELING

INSTALL SECURITY BARS

AWNINGS

WINDOWS INSTALLATION & REPAIRS

SECURITY DOORS

**KITCHEN REMODELING**

SAVE 20% ON ANY NEW KITCHEN

WE BUILD CAR PORTS, NEW GARAGES, REPAIRS

CENTRAL A/C INSTALLED & SERVICED
$200 OFF ANY NEW INSTALLATION
$50 OFF ANY SERVICE CALL!

HOT WATER HEATERS REPLACED Financed with no money down.
PAY ON YOUR GAS BILL

ALL ELECTRIC WORK, FUSES, PLUGS
WGL FINANCING

**FURNACES & BOILERS** INSTALL NOW & SAVE MONEY!
PAY ON YOUR GAS BILL

We Build DECKS & PORCHES
CEMENT WORK
• Steps
• Porches
• Walkways
• Driveways

SUMP PUMPS INSTALLED BASEMENT WATERPROOFING

MAIN WATER LINES Repaired or Replaced

MAIN SEWER LINES Repaired or Replaced

**BANK FINANCING** PG 301 864-5885

MONTGOMERY CO.  D.C.  BALTIMORE  VIRGINIA
301-881-7393  202-723-4466  301-332-1100  703-591-6080

**All Major Credit Cards**

LICENSED • BONDED • INSURED • WSSC 593 • MHIC 22775

### The Washington Post

**AUGUST 9-15, 1992**

# TV WEEK



## HOLLY HUNTER IS 'CRAZY IN LOVE'

❑ **LILY TOMLIN HOSTS
MONTREAL COMEDY FESTIVAL**

❑ **'UNTOUCHABULLS'
PUTS 'JAM' INTO VIDEO**

000714



# JOHN C. FLOOD INC.

**KEEP AMERICA WORKING**
Home Repairs, Improvements & Remodeling

VINYL SIDING

CHIMNEY REPAIRS

FREE ESTIMATES
NO MONEY DOWN

ROOF & GUTTERS
REPAIRED or REPLACED

PAINTING
PANELING
PLASTER & DRY
WALL REPAIRS

## TOTAL BATH
REMODELING TILE WORK

$500 OFF COMPLETE BATH ADDITION

$300 OFF ANY COMPLETE BATH REMODELING

INSTALL SECURITY BARS

AWNINGS

WINDOWS
INSTALLATION
& REPAIRS

SECURITY DOORS

ALL ELECTRIC WORK-FUSES, PLUGS

**PEPCO REBATE**
Buy A High Efficiency Air Conditioner Made In The USA And Get Up To $600 Direct From Pepco

WE BUILD CAR PORTS, NEW GARAGES, REPAIRS

CENTRAL A/C INSTALLED & SERVICED
$200 OFF ANY NEW INSTALLATION
10% OFF ANY SERVICE CALL!

HOT WATER HEATERS REPLACED
Financed with no money down.
PAY ON YOUR GAS BILL

WGL FINANCING

**FURNACES & BOILERS**
INSTALL NOW & SAVE MONEY!
PAY ON YOUR GAS BILL

We Build DECKS PORCHES
CEMENT WORK
• Steps
• Porches
• Walkways
• Driveways

SUMP PUMPS INSTALLED
BASEMENT WATERPROOFING

MAIN WATER LINES Repaired or Replaced

MAIN SEWER LINE Repaired or Replaced

BANK FINANCING
PG 301 864-5885

MONTGOMERY CO.
301-881-7393

D.C.
202-723-4466

BALTIMORE
301-332-1100

VIRGINIA
703-591-6080

All Major Credit Cards

LICENSED • BONDED • INSURED • WSSC 593 • MHIC 22775

---



# POOLS
ROUND & OVAL
AMERICAN MADE

4 POOLS ON DISPLAY

BUY TODAY SWIM NEXT WEEK

FINANCING AVAILABLE

**ROUND POOLS**
12' x 48"
$499

15' x 48" ........ $599
18' x 48" ........ $699
21' x 48" ........ $799
24' x 48" ........ $899
27' x 48" ........ $999

**DO-IT-YOURSELF KITS AVAILABLE**
· IN-GROUND AND ABOVE-GROUND POOLS AND SPAS

• SERVICE • CHEMICALS
• SUPPLIES • LINERS

the POOL & SPA OUTLET
14513 JEFF DAVIS HWY.
WOODBRIDGE, VA.
(703) 491-7665

TV WEEK / THE WASHINGTON POST / JULY 12, 1992

---



# DISCOUNT CARPET

3 ROOMS OF
CARPETING
COMPLETELY INSTALLED
UP TO 40 SQ. YARDS
$359
FINANCING AVAILABLE
INCLUDES CARPET, PADDING & INSTALLATION

SHOP AT HOME
NO CREDIT CHECK
SPECIAL FINANCING WITH APPROVED DOWN PAYMENT.
(301) 420-8251

## PLASTIC SLIPCOVERS

• 12 Vinyl Available In 5 Colors
• 10 Yr. Written Guarantee
• Re-Upholstery
• Fabric Slipcovers

1 SOFA NOW $69.95
CUSHIONS $5-$35

RAINBOW INTERIORS
(301) 460-4500
17 YEARS EXPERIENCE

---



There's only one way to come out ahead of the pack.

# QUIT

American Heart Association
WE'RE FIGHTING FOR YOUR LIFE

---



COUPON

CALL
1-800-998-8237

**TUB DOCTORS**
REGLAZE YOUR BATHTUB IN YOUR HOME

$149.95  Reg. $249.
• Our Lowest Price Ever
• Local & National Co.
CLIP & SAVE
EXPIRES 7/19/92

## CUSTOM UPHOLSTERY at
10%-55% OFF
**TRI-ARTISANS**
Serving DC-MD & Va.
2 Year Warranty

Top Quality At Amazingly Low Prices!

MD. (301) 423-1616
VA. (703) 765-0276
24 Hour Answer service
Open til 6 pm Mon-Sat.

000712

**The Washington Post**

JULY 12-18, 1992

# TV WEEK



## THE NEIGHBORS OF 'MELROSE PLACE'— FOX'S 'TWENTYSOMETHING'?

☐ DR. SEUSS'S 'HORTON,'
'YERTLE' JOIN VIDEO SERIES

☐ 'UPSTAIRS, DOWNSTAIRS' TEAM
TACKLES 'THE HOUSE OF ELIOTT'

000715

# JOHN C. FLOOD INC.

*SERVING D.C., MD. & VA.*

## AIR CONDITIONING SALE!
## FREE ESTIMATES!



### SUMMER A/C SAVINGS
- $200 OFF ALL New Installations!
- 10% OFF ALL Service Calls!

### SPACE PAK SPECIALIST

## PEPCO REBATE




Buy A High Efficency Air Conditioner Made In The USA And Get Up To $600 Direct From Pepco

## JOHN C. FLOOD DOES THE PAPERWORK—YOU GET THE MONEY!



**10%** OFF
Toilet or Faucet Replacement

## ELECTRIC WORK
REPLACE PLUGS
• FUSES
INSTALL LIGHTS, FANS etc.
NO JOB TOO BIG OR SMALL

## MAIN WATER LINES
## MAIN SEWER LINES
### Repaired Or Replaced

### CEMENT WORK
WE BUILD
Decks
Porches
Patios
Walkways
Driveways
Steps

### WINDOWS



**INSTALLATION & REPAIRS**

## 10% OFF
ANY
ROOF REPLACEMENT
Flat Roof & Shingle Specialist

## AWNINGS






## FINANCE YOUR NATURAL GAS
## WATER HEATER, FURNACE OR BOILER
## WITH
## WASHINGTON GAS AND SAVE!
### Convenient monthly payments right on your gas bill.



**BANK** FINANCING    PG 301 864-5885

| MONTGOMERY CO. | D.C. | BALTIMORE | VIRGINIA |
| --- | --- | --- | --- |
| 301-881-7393 | 202-723-4466 | 301-332-1100 | 703-591-6080 |

**All Major Credit Cards**

LICENSED • BONDED • INSURED • WSSC 593 • MHIC 22775

TV WEEK / THE WASHINGTON POST / AUGUST 9, 1992

000713



# The Washington Post

MAY 24-30, 1992

# TV WEEK

## MEMORIAL DAY: REMEMBERING WORLD WAR II

❏ **POPULAR VIDEOS:**
**EIGHT VOLUMES OF BRIT WIT**

❏ **MARY ALICE WILLIAMS**
**HOSTS 'FAMILY EDITION'**

000716








THIRD GENERATION

# FLOOD inc.

Number
13297

D.C. HIC # 1074
D.C. 1000

3912 Georgia Avenue, N.W. • Washington, D.C. 20011
(202) 269-0444

Name REDACTED

Address

Phone

Customer

Contract Starting Date _____ Approx. Completion Date _____

FLOOD offers to do or arrange to have done only the items listed below:

*[handwritten contract details — largely illegible]*

You the buyer, may cancel this transaction anytime prior to midnight of the third business day after the date of this transaction. See attached notice of cancellation form for explanation of this right. If the buyer cancels this contract after the third business day from the date of this transaction or at any time after signing a waiver of buyer's rights of rescission of said contract, buyer agrees to pay and the company shall be entitled to ...

Cash price of Total Contract          REDACTED

NOTICE: ANY HOLDER OF THIS C...
THE SELLER OF GOODS AND SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF, RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

ANY REFERENCE TO "FLOOD" IN THIS CONTRACT SHALL BE CONSTRUED TO MEAN FLOOD, INC.

THE UNDERSIGNED REPRESENTS THAT HE IS (SHE IS) (THEY ARE) THE (OWNER) (OWNERS) OF THE PROPERTY DESCRIBED IN THIS CONTRACT. IT IS UNDERSTOOD THAT THE ENTIRE CONTRACT IS CONTAINED IN THIS AGREEMENT AND THAT NO OTHER AGREEMENT OR UNDERSTANDING, VERBAL OR WRITTEN, SHALL BE BINDING ON THE COMPANY, AND THAT THIS CONTRACT BECOMES EFFECTIVE ONLY UPON WRITTEN ACCEPTANCE BY THE CO. AFTER WHICH THIS CONTRACT IS NOT SUBJECT TO CANCELLATION.

THE COMPANY SHALL NOT BE HELD LIABLE IN DAMAGES FOR DELAYS IN PERFORMANCE OF THIS CONTRACT DUE TO CAUSES BEYOND ITS REASONABLE CONTROL. WORKMEN'S COMPENSATION AND PUBLIC LIABILITY INSURANCE ARE PROVIDED BUT THE COMPANY AGREES TO EXECUTE ALL NECESSARY PAPERS OR FORMS TO ENABLE COMPANY TO OBTAIN PAYMENT FOR EQUIPMENT, LABOR, AND MATERIAL WHICH WOULD BE INVOLVED PERTAINING TO THIS CONTRACT.

THE COMPANY IS NOT RESPONSIBLE FOR ANY LANDSCAPING, TRACKS MADE BY VEHICLES OR OTHER EQUIPMENT, UNLESS OTHERWISE SPECIFIED. IF IN THE COURSE OF PERFORMING THIS CONTRACT THE COMPANY ENCOUNTERS ROCK, QUICKSAND, OR UNDERGROUND WATER, OWNER WILL BE RESPONSIBLE FOR LABOR AND MATERIAL COSTS INCURRED TO CORRECT THE SITUATION.

DON'T SIGN IN BLANK: HOMEOWNER IS ENTITLED TO COPY OF CONTRACT AT THE TIME OF AFFIXING SIGNATURE.

SEE TERMS AND CONDITIONS ON BACK.

Acceptor                          REDACTED

By REDACTED      Date 2/10/91                    Signature

(Seal)

Salesman's Lic. No.

TERMS: Progress Payments at 50% of Total Price During Job; Balance at 10% Balance at Completion. In the event that the account of the buyer is placed in the hands of an attorney for collection, whether or not suit is filed, the buyer agrees to pay attorney's fees in the amount of 33 and 1/3 per cent of the amount due together with any other such costs or costs of collection. It is further agreed that past due amounts are subject to 1 and 1/2 per cent per month service charge (18 per cent per annum) and that the buyer agrees to pay a service charge of $15.00 on each dishonored check.



Number
13296

**FLOOD inc.**
THIRD GENERATION

D.C. HIC # 1074
D.C. 1000

3912 Georgia Avenue, N.W. • Washington, D.C. 20011
(202) 269-0444

Name ___
Address ___
Phone ___
Customer ___

REDACTED

Contract Starting Date __2/16/91__    Approx. Completion Date __2/16/91__

FLOOD offers to do or arrange to have done only the items listed below:

_Customer Bryant Boiler approx. 8-9 years old is not operating. Upon inspection by mechanic, he discovered that electronic ignition malfunctioned & had melted assembly. After discussing problem & explaining options of cost of repair, customer requested Flood to do the following: Disconnect Bryant boiler by removing existing electronic ignition and accessories. Supply and install new standing pilot system to include new gas control valve, aquastat & all wiring. All Flood work guaranteed for one year and parts all per manufacturer's warranties. Flood warranty is for work only performed at this time and does not include any other components of boiler or boiler._

You, the buyer, may cancel this transaction anytime prior to midnight of the third business day after the date of this transaction. See attached notice of cancellation form for explanation of this right. If the buyer cancels this contract after the third business day from the date of this transaction or at any time after signing a waiver of buyer's rights of recision of said contract, buyer agrees to pay and the company shall be entitled to

**Cash price of Total Contract**    REDACTED

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS AND SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.
ANY REFERENCE TO "FLOOD" IN THIS CONTRACT SHALL BE CONSTRUED TO MEAN FLOOD, INC.
TERMS: NET CASH UNLESS OTHERWISE STATED IN AGREEMENT.
THE UNDERSIGNED REPRESENTS THAT THE IS) (SHE IS) (THEY ARE) (THE OWNERS) (OWNERS) OF THE PROPERTY DESCRIBED IN THIS CONTRACT. IT IS UNDERSTOOD THAT THE ENTIRE CONTRACT IS CONTAINED IN THIS AGREEMENT AND THAT NO OTHER AGREEMENT OR UNDERSTAND, VERBAL OR WRITTEN, SHALL BE BINDING ON THE COMPANY, AND THAT THIS CONTRACT BECOMES EFFECTIVE ONLY UPON WRITTEN ACCEPTANCE BY THE CO. AFTER WHICH THIS CONTRACT IS NOT SUBJECT TO CANCELLATION.
THE COMPANY SHALL NOT BE HELD LIABLE IN DAMAGES FOR DELAYS IN PERFORMANCE OF THIS CONTRACT DUE TO CAUSES BEYOND ITS REASONABLE CONTROL. WORKMEN'S COMPENSATION AND PUBLIC LIABILITY INSURANCE ARE PROVIDED BUT THE COMPANY AGREES TO EXECUTE ALL NECESSARY PAPERS OR FORMS TO ENABLE COMPANY TO OBTAIN PAYMENT FOR EQUIPMENT, LABOR, AND MATERIAL WHICH WOULD BE INVOLVED PERTAINING TO THIS CONTRACT.
THE COMPANY IS NOT RESPONSIBLE FOR ANY LANDSCAPING, TRACKS MADE BY VEHICLE OR OTHER EQUIPMENT, UNLESS OTHERWISE SPECIFIED. IF IN THE COURSE OF PERFORMING THIS CONTRACT THE COMPANY ENCOUNTERS ROCK, QUICKSAND, OR UNDERGROUND WATER, OWNER WILL BE RESPONSIBLE FOR LABOR AND MATERIAL COSTS INCURRED TO CORRECT THE SITUATION.
DON'T SIGN IN BLANK: HOMEOWNER IS ENTITLED TO COPY OF CONTRACT AT THE TIME OF AFFIXING SIGNATURE.
SEE TERMS AND CONDITIONS ON BACK.

Accepted: ___    _____ (Seal)
                      Signature
By ___    Date ___    _____ (Seal)
                      Signature
Salesman's Lic. No. ___

TERMS: Progress Payments of 90% of Total Price During July Maximum 10% Balance at Completion. In the event that the account of the buyer is placed in the hands of an attorney for collection, whether or not suit is filed, the buyer agrees to pay attorney's fees in the amount of 33 and 1/3 per cent of the amount due together with any other suit costs or costs of collection. It is further agreed that past due amounts are subject to 1 and 1/2 per cent per month service charge (18 per cent per annum) and that the buyer agrees to pay a service charge of $15.00 on each dishonored check.

# INVOICE

269-0444

PLUMBING **FLOOD** HEATING

_THIRD GENERATION_

## inc.

5458 3rd Street. NE.     Washington, DC 20011

REDACTED

Date 2-25-91

**BALANCE UNPAID MORE THAN 30 DAYS SUBJECT TO SERVICE
CHARGE OF 1½% PER MONTH OR 18% PER ANNUM.**

| Job No. | Location |
|---------|----------|
| | Balance due from contract#13296 for neat system replacement at REDACTED |

REDACTED

**FLOOD INC.** Registered Plumber

TOTAL CHARGE

001243

*page 1 of 2*



THIRD GENERATION

# FLOOD inc.

Number
13436

D.C. HIC # 1074
D.C. 1000

3912 Georgia Avenue, N.W. • Washington, D.C. 20011
(202) 269-044?

Name _____ REDACTED _____ City ___ REDACTED ___

Address ___ REDACTED ___

Phone _____ Tenant _____

Custom _____ Eating _____

Contract Starting Date 4/18/91 ___ Approx. Completion Date ___

FLOOD offers to do or arrange to have done only the items listed below:

① Problem is, customer had contacted ① Flood Inc. and stated an interest in upgrading the existing heating system and adding air conditioning. Upon inspection and discussion with customer on options of installation, equipment and cost, customer has request Flood Inc. to do the following. ① Flood Inc. to supply and install one new Crown 7 Weil McLain gas fired boiler. ② S+I one new AO Smith 75 gallon gas fired water heater. ③ S+I one new Sanitol air handler and 3½ ton outside condensing unit ④ S+I new refrigerant line set, A coil and needed electrical circuit from the unit to the electric panel ⑤ S+I, 118 ft of cast iron baseboard, and two used cast iron radiators. ⑥ S+I needed copper piping to located a radiator in the kitchen under the bookcase in living room and baseboard along wall in dining room to include three new radiator valves. ⑥ S+I one new white steel Energee radiator with towel bar in kitchen powder room. ⑦ Flood to S+I needed copper piping from the boiler location up through the same place as duct work to the third

You the buyer, may cancel this transaction anytime prior to midnight of the third business day after the date of this transaction. See attached notice of cancellation form for explanation of this right. If the buyer cancels this contract after the third business day from the date of this transaction or at any time after signing a waiver of buyer's rights of recision of said contract, buyer agrees to pay and the company shall be entitled to re...

Cash price of Total Contract $ ___ REDACTED ___

NOTICE: ANY HOLDER OF THIS CON... ... ... IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS AND SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

ANY REFERENCE TO "FLOOD" IN THIS CONTRACT SHALL BE CONSTRUED TO MEAN FLOOD, INC.

TERMS: NET CASH UNLESS OTHERWISE STATED IN AGREEMENT.
   THE UNDERSIGNED REPRESENTS THAT (HE IS) (SHE IS) (THEY ARE) THE (OWNER) (OWNERS) OF THE PROPERTY DESCRIBED IN THIS CONTRACT. IT IS UNDERSTOOD THAT THE ENTIRE CONTRACT IS CONTAINED IN THIS AGREEMENT AND THAT NO OTHER AGREEMENT OR UNDERSTANDING, VERBAL OR WRITTEN, SHALL BE BINDING ON THE COMPANY, AND THAT THIS CONTRACT BECOMES EFFECTIVE ONLY UPON WRITTEN ACCEPTANCE BY THE CO. AFTER WHICH THIS CONTRACT IS NOT SUBJECT TO CANCELLATION.
   THE COMPANY SHALL NOT BE HELD LIABLE IN DAMAGES FOR DELAYS IN PERFORMANCE OF THIS CONTRACT DUE TO CAUSES BEYOND ITS REASONABLE CONTROL. WORKMEN'S COMPENSATION AND PUBLIC LIABILITY INSURANCE ARE PROVIDED BUT THE COMPANY AGREES TO EXECUTE ALL NECESSARY PAPERS OR FORMS TO ENABLE COMPANY TO OBTAIN PAYMENT FOR EQUIPMENT, LABOR, AND MATERIAL WHICH WOULD BE INVOLVED PERTAINING TO THIS CONTRACT.
   THE COMPANY IS NOT RESPONSIBLE FOR ANY LANDSCAPING, TRACKS MADE BY VEHICLES OR OTHER EQUIPMENT, UNLESS OTHERWISE SPECIFIED. IF IN THE COURSE OF PERFORMING THIS CONTRACT THE COMPANY ENCOUNTERS ROCK, QUICKSAND, OR UNDERGROUND ... ... WILL BE RESPONSIBLE FOR LABOR AND MATERIAL COSTS INCURRED TO CORRECT THE SITUATION.
   DON'T SIGN IN BLANK HOMEOWNER IS ENTITLED TO COPY OF CONTRACT AT THE TIME OF AFFIXING SIGNATURE.
SEE TERMS AND CONDITIONS ON BACK.

Accepted:

By _____ Date _____ Signature ___ REDACTED ___ (Seal)

Salesman's Lic. No. _____

TERMS: Progress Payments of 50% of Total Price During Job; Balance at Completion. In the event that the account of the buyer is placed in the hands of an attorney for collection, whether or not suit is filed, the buyer agrees to pay attorney's fees in the amount of 33 and 1/3 per cent of the amount due together with any other suit costs or costs of collection. It is further agreed that past due amounts are subject to 1 and 1/2 per cent per month service charge (18 per cent per annum) and that the buyer agrees to pay a service charge of $15.00 on each dishonored check.

001234

THIRD GENERATION

# FLOOD inc.

Number
13958

D.C. HIC # 1074
D.C. 1000

3912 Georgia Avenue, N.W. • Washington, D.C. 20011

Name: REDACTED
Address
Phone
Custo:

Contract Starting Date 9-12-91    Approx. Completion Date

FLOOD offers to do or arrange to have done only the items listed below:

Customer called concerning replacement of
water pipes in basement. Upon inspection found
90 percent of water pipes in basement in need of replacement.
Customer request Flood Inc. supply and install
copper piping for water service in basement.
1) Flood Inc. will tie-in to main water service
at copper line above main service on south wall
2) Flood Inc. will supply and install shut-off
valve to new service.

3) Flood Inc. will run line to front yard - with
female adaptor fitting instead of outside faucet.
this line will have shut-off valve inside.
(All line that are now copper will remain the same.)
4) Flood will remove all old galvanized pipes
and replace with copper. (This price does not include
risers.) 5). Flood Inc. will finish piping to
laundry in copper and replace laundry tub faucets.
Flood Inc. not responsible for plumbing
beyond points of repair. All work done to local plumbing
codes. Price includes all discounts.
Work for Monday Sept 15, 1991

You the buyer, may cancel this transaction anytime prior to midnight of the third business day after the date of this transaction. See attached notice of cancellation form for explanation of this right. If the buyer cancels this contract after the third business day from the date of this transaction or at any time after signing a waiver of buyer's rights of recission of said contract, buyer agrees to pay and the company shall be entitled

**Cash price of Total Contr** REDACTED

NOTICE: ANY HOLDER OF THIS
THE SELLER OF GOODS AND SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.
ANY REFERENCE TO "FLOOD" IN THIS CONTRACT SHALL BE CONSTRUED TO MEAN FLOOD, INC.
TERMS: NET CASH UNLESS OTHERWISE STATED IN AGREEMENT.
THE UNDERSIGNED REPRESENTS THAT HE IS (SHE IS) (THEY ARE) THE OWNER (OWNERS) OF THE PROPERTY DESCRIBED IN THIS CONTRACT. IT IS UNDERSTOOD THAT THE ENTIRE CONTRACT IS CONTAINED IN THIS AGREEMENT AND THAT NO OTHER AGREEMENT OR UNDERSTANDINGS, VERBAL OR WRITTEN, SHALL BE BINDING ON THE COMPANY, AND THAT THIS CONTRACT BECOMES EFFECTIVE ONLY UPON WRITTEN ACCEPTANCE BY THE CO. AFTER WHICH THIS CONTRACT IS NOT SUBJECT TO CANCELLATION.
THE COMPANY SHALL NOT BE HELD LIABLE IN DAMAGES FOR DELAYS IN PERFORMANCE OF THIS CONTRACT DUE TO CAUSES BEYOND ITS REASONABLE CONTROL. WORKMEN'S COMPENSATION AND PUBLIC LIABILITY INSURANCE ARE PROVIDED BUT THE COMPANY AGREES TO EXECUTE ALL NECESSARY PAPERS OR FORMS TO ENABLE COMPANY TO OBTAIN PAYMENT FOR EQUIPMENT, LABOR, AND MATERIAL WHICH WOULD BE INVOLVED PERTAINING TO THIS CONTRACT.
THE COMPANY IS NOT RESPONSIBLE FOR ANY LANDSCAPING, TRACKS MADE BY VEHICLES OR OTHER EQUIPMENT, UNLESS OTHERWISE SPECIFIED. IF IN THE COURSE OF PERFORMING THIS CONTRACT THE COMPANY ENCOUNTERS ROCK, QUICKSAND, OR UNDERGROUND WATER, OWNER WILL BE RESPONSIBLE FOR LABOR AND MATERIAL COSTS INCURRED TO CORRECT THE SITUATION.
DON'T SIGN IN BLANK: HOMEOWNER IS ENTITLED TO COPY OF CONTRACT AT
SEE TERMS AND CONDITIONS ON BACK.

Accepted:

By _____ Date _____

REDACTED

Salesman's Lic. No.

TERMS: Progress Payments of 90% of Total Price During Job; Maximum 12% Balance at Completion or not paid is filed, the buyer agrees to pay attorney's fees in the amount of 33 and 1/3 per cent of ... amounts are subject to 1 and 1/2 per cent per month service charge (18 per cent per annum) an

# INVOICE

**THIRD GENERATION**

PLUMBING **FLOOD** HEATING
**inc.**

5458 3rd Street, NE,     Washington, DC 20011

269-0444

REDACTED

Date 9-18-91

**BALANCE UNPAID MORE THAN 30 DAYS SUBJECT TO SERVICE CHARGE OF 1½% PER MONTH OR 18% PER ANNUM.**

| Job No. | Location | Sales |
|---------|----------|-------|
| | balance due by 9-30-91 for contract #13958.................. | REDACTED |

Ck.#
1764
9/29/91

FLOOD INC. Registered Plumber

TOTAL CHAR'

REDACTED

001239

FLOOD INC.
3912 GEORGIA AVE. NW
WASHINGTON, DC 20011
.202 269 0444

NAME....                          ...

ADDRESS                           ....

CITY/ST        *REDACTED*         ....

PHONE.                            ....

DESCRIPTION OF WORK

repair toilets & faucets as necessary

Repair flush tank on second floor. Also
also repair kitchen faucets. Faucets should
be rep. base. Very good.

1 - ballcock                    (Will need more
1 - flapper                     type kitchen faucet)
2 - washers
2 - o-rings        — COD —

MECH. *PH*    Paid by check    PARTS

TIME IN........     *REDACTED*    TAX.  *REDACTED*

TIME OUT.......                   LAB.

DATE. 10 - 2 - 91                 TOT

I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION ... THE ABOVE
DESCRIBED WORK.

CUSTOMER SIGNATURE    *REDACTED*      ...........

PHONE 265-0444

THIRD GENERATION

# FLOOD inc.

PLUMBING    HEATING

3912 Georgia Avenue, NW    Washington, DC 20011

JOB WORK ORDER

| CUSTOMER'S ORDER NO. | PHONE | MECHANIC | HELPER | STARTING DATE |
|---|---|---|---|---|
| | | | 2 | 10/24/91 |

ORDER TAKEN BY

☐ DAY WORK
☐ CONTRACT
☐ EXTRA

REDACTED

Repair Cold Greele on Heat
four later

1 - Dacher
1 - Pumps .RPI. Cole Stem
1 - Caraw: RPI Rereal

(Paid cash check)
REDACTED

| | |
|---|---|
| SUB CONT. | |
| MISC. | |
| TOTAL MATERIALS | |
| TOTAL LABOR | REDACTED |
| TAX | |
| TOTAL AMOUN. | |

☐ Total amount
due for above work; or
☐ Total to
be mailed to
completion after
work

DATE COMPLETED

Signatu    REDACTED

I hereby acknowledge the satisfactory completion
of the above described work

WORK ORDERED BY

001237

PHONE 269-9444

THIRD GENERATION

PLUMBING **FLOOD** HEATING

inc.

3612 Georgia Avenue, NW    Washington, DC 20011

'JOB WORK ORDER

28 #8

| CUSTOMER'S ORDER NO. | PHONE | | MECHANIC | HELPER | STARTING DATE 1/25/91 |
|---|---|---|---|---|---|
| BILL TO | | REDACTED | | | TAKEN BY |
| ADDRESS | | | | | DAY WORK |
| CITY | | | | | CONTRACT |
| | | | | | EXTRA |

DESCRIPTION OF WORK

(1) North up Rod. Ling
near toride through basin waste

Budd M. Chop REDACTED

| | | | | SUB CONT. | |
| | | | | MISC. | |
| | | | | TOTAL MATERIALS | |
| | | | | TOTAL LABOR | |
| | | | | TAX | |
| DATE COMPLETED | WORK ORDERED BY REDACTED | | | TOTAL AMOUNT | REDACTED |

☐ Total amount due for above work or    ☐ Total billing to be mailed after completion of work

Signature REDACTED

I hereby acknowledge the satisfactory completion of the above described work

001233



THIRD GENERATION

# FLOOD inc.

Number
14608

D.C. HIC # 1074
D.C. 1000

3912 Georgia Avenue, N.W. • Washington, D.C. 20011

Name _____

Address _____

Phone _____

Custome _____

REDACTED

Contract Starting Date  3/10/92    Approx. Completion Date _____

FLOOD offers to do or arrange to have done only the items listed below:

*Problem is, cust had contacted Flood Inc and stated the Kitchen drain line leaked down through ceiling in basement when garbage disposal was turned on. Upon inspection and discussion with cust on options of costs and repairs cust request Flood Inc to do the following: Flood Inc to cut as necessary the back of Kitchen sink cabinet to expose the (some) leaking drain line. Flood Inc to replace up to 2FT of total Kitchen sink drain line and adapt to existing steel drain in wall. Flood to attach to all existing plumbing and not responsible past those points of tie in. Customer to be responsible for any and all carpentry repairs or home services needed.*

You the buyer, may cancel this transaction anytime prior to midnight of the third business day after the date of this transaction. See attached notice of cancellation form for explanation of this right. If the buyer cancels this contract after the third business day from the date of this transaction or at any time after signing a waiver of buyer's rights of rescision of said contract, buyer agrees to pay and the company shall be entitled to

Cash price of Total Contract   REDACTED

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS AND SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.
ANY REFERENCE TO "FLOOD" IN THIS CONTRACT SHALL BE CONSTRUED TO MEAN FLOOD, INC.
TERMS: NET CASH UNLESS OTHERWISE STATED IN AGREEMENT.
    THE UNDERSIGNED REPRESENTS THAT (HE IS) (SHE IS) (THEY ARE) THE (OWNER) (OWNERS) OF THE PROPERTY DESCRIBED IN THIS CONTRACT. IT IS UNDERSTOOD THAT THE ENTIRE CONTRACT IS CONTAINED IN THIS AGREEMENT AND THAT NO OTHER AGREEMENT OR UNDERSTANDING, VERBAL OR WRITTEN, SHALL BE BINDING ON THE COMPANY, AND THAT THIS CONTRACT BECOMES EFFECTIVE ONLY UPON WRITTEN ACCEPTANCE BY THE CO. AFTER WHICH THIS CONTRACT IS NOT SUBJECT TO CANCELLATION.
    THE COMPANY SHALL NOT BE HELD LIABLE IN DAMAGES FOR DELAYS IN PERFORMANCE OF THIS CONTRACT DUE TO CAUSES BEYOND ITS REASONABLE CONTROL. WORKMEN'S COMPENSATION AND PUBLIC LIABILITY INSURANCE ARE PROVIDED BUT THE COMPANY AGREES TO EXECUTE ALL NECESSARY PAPERS OR FORMS TO ENABLE COMPANY TO OBTAIN PAYMENT FOR EQUIPMENT, LABOR, AND MATERIAL WHICH WOULD BE INVOLVED PERTAINING TO THIS CONTRACT.
    THE COMPANY IS NOT RESPONSIBLE FOR ANY LANDSCAPING, TRACKS MADE BY VEHICLES OR OTHER EQUIPMENT, UNLESS OTHERWISE SPECIFIED. IF IN THE COURSE OF PERFORMING THIS CONTRACT THE COMPANY ENCOUNTERS ROCK, QUICKSAND, OR UNDERGROUND WATER, WILL BE RESPONSIBLE FOR LABOR AND MATERIAL COSTS INCURRED TO CORRECT THE SITUATION.
DON'T SIGN IN BLANK; HOMEOWNER IS ENTITLED TO COPY OF CONTRACT AT THE TIME OF AFFIXING SIGNATURE.
SEE TERMS AND CONDITIONS ON BACK.

Accepted:

By _____    Date _____    REDACTED    (seal)

Salesman's Lic. No. _____                                     Signature                    (Seal)

TERMS:  Progress Payments of 90% of Total Price During Job; Maximum 10% Balance at Completion. In the event that the account of the buyer is placed in the hands of an attorney for collection, whether or not suit is filed, the buyer agrees to pay attorney's fees in the amount of 33 and 1/2 per cent of the amount due together with any other suit costs or costs of collection. It is further agreed that past due amounts are subject to 1 and 1/2 per cent per month service charge (18 per cent per annum) and that the buyer agrees to pay a service charge of $15.00 on each dishonored check.

001244

J. C. FLOOD CO.

A G R E E M E N T   S H E E T

CUSTOMER NO:

ESTIMATOR:    BATSON

DATE:        3/17/93

JOB ADDRESS                          BILL TO:

REDACTED

PHONE NO:                            START:   THURSDAY 3/18

------------- --- ------    --------------------------------------------------
                            DESCRIPTION OF WORK
----------------------------    --------------------------------------------------

THE CUSTOMER REQUESTS THE FOLLOWING:

REMOVE OIL - LEAVE TANK.  CUT VENT AND FILL LINES AND SEAL OPENINGS.

REMOVE FORCED AIR FURNACE .  HAUL AWAY.  UNIT MUST COME THROUGH UPSTAIRS - USE LOTS OF
PAPER.

SUPPLY AND INSTALL MILLER 96,000 B.T.U. FORCED AIR GAS FIRED FURNACE.

SUPPLY AND INSTALL GAS LINE TO UNIT LOCATION.

TIE INTO ELECTRIC FEED AND EXISTING DUCT WORK.

SUPPLY AND INSTALL NEW FLUE PIPE AND SEAL AT CHIMNEY.

J.C.FLOOD WILL NOT LINE CHIMNEY AS PART OF THIS CONTRACT.

RELOCATED THERMOSTAT TO LIVING ROOM.  SUPPLY AND INSTALL NEW HONEYWELL HEAT ONLY THERMOSTAT.

PRICE INCLUDES ALL DISCOUNTS.

WATER HEATER MAY NEED FLUE PIPE - MECHANIC DISCRETION.


B.G.& E. FINANCED
(0 REBATE)



MECH        DATE         TIME              TOTAL AMT:   B.G.& E. FINANCED
                                                        (0 REBATE)
_____    DEPOSIT:

_____    BALANCE:
_____

I hereby acknowledge the satisfactory completion of the above described work.

SIGNATURE_____    DATE_____

001039



**WE DO IT ALL**

# J. C. FLOOD CO.

Plumbing - Heating - Air Cond.

BALTIMORE OFFICE
01 AZAR COURT
BALTIMORE, MD. 21227
242-1101

Name _____     Job Address _**Same**_____

Address — **REDACTED**     City _____ " State _ " Zip _"

City _ᴵ_     Tenant Name _____

Phone _____ Date _3-17-93_     Tenant Phone _____ " Estimator _Mark_ _Batson_

Customer Work Phone _____

## CONTRACT
Approximate Starting Date: _3-18-93_     Approximate Completion Date: _3-19-93_

The Company offers to do or arrange to have done only the items listed below.

The customer request the following;

Remove oil leave tank - cut vent + fill lines and seal openings.

Remove forced air furnace haul away. Unit must cone thid upstairs — use lots of paper.

S+I Miller 96,000 BTU forced air gas fired furnace.

S+I gas line to unit location. Tie into electric feed and existing duct work. S+I new flue pipe and seal at chimney J.C.F. will Not line chimney as part of this contract.

Relocated thermostat to living room. S+I new honeywell heat only thermostat.

Price Includes all discounts.

Water heater may need flue pipe - mechanic descretion.

You the buyer, may cancel this transaction anytime prior to midnight of the third business day after the date of this transaction. See attached notice of cancellation form for explanation of this right. If the buyer cancels this contract after the third business day from the date of this transaction or at any time after signing a waiver of buyer's rights of recission of said contract, buyer agrees to pay and the company shall be entitled to receive as liquidated damages a sum equivalent to (25%) twenty-five percent of the entire contract price.

Cash price of Total Contract $ _**REDACTED**_

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS AND SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

ANY REFERENCE TO "THE COMPANY" IN THIS CONTRACT SHALL BE CONSTRUED TO MEAN THE COMPANY.

TERMS: NET CASH UNLESS OTHERWISE STATED IN AGREEMENT.
THE UNDERSIGNED REPRESENTS THAT (HE IS) (SHE IS) (THEY ARE) THE (OWNER) (OWNERS) OF THE PROPERTY DESCRIBED IN THIS CONTRACT. IT IS UNDERSTOOD THAT THE ENTIRE CONTRACT IS CONTAINED IN THIS AGREEMENT AND THAT NO OTHER AGREEMENT OR UNDERSTANDING, VERBAL OR WRITTEN, SHALL BE BINDING ON THE COMPANY, AND THAT THIS CONTRACT BECOMES EFFECTIVE ONLY UPON WRITTEN ACCEPTANCE BY THE CO. AFTER WHICH THIS CONTRACT IS NOT SUBJECT TO CANCELLATION.
THE COMPANY SHALL NOT BE HELD LIABLE IN DAMAGES FOR DELAYS IN PERFORMANCE OF THIS CONTRACT DUE TO CAUSES BEYOND ITS REASONABLE CONTROL. WORKMEN'S COMPENSATION AND PUBLIC LIABILITY INSURANCE ARE PROVIDED BUT THE COMPANY AGREES TO EXECUTE ALL NECESSARY PAPERS OR FORMS TO ENABLE COMPANY TO OBTAIN PAYMENT FOR EQUIPMENT, LABOR, AND MATERIAL WHICH WOULD BE INVOLVED PERTAINING TO THIS CONTRACT.
THE COMPANY IS NOT RESPONSIBLE FOR ANY LANDSCAPING, TRACKS MADE BY VEHICLES OR OTHER EQUIPMENT, UNLESS OTHERWISE SPECIFIED. IF IN THE COURSE OF PERFORMING THIS CONTRACT THE COMPANY ENCOUNTERS ROCK, QUICKSAND, OR UNDERGROUND WATER, OWNER WILL BE RESPONSIBLE FOR LABOR AND MATERIAL COSTS INCURRED TO CONNECT THE SITUATION.
DON'T SIGN IN BLANK: HOMEOWNER IS ENTITLED TO COPY OF CONTRACT AT THE TIME OF AFFIXING SIGNATURE.
SEE TERMS AND CONDITIONS ON BACK.

ACCEPTED:                                                              _**REDACTED**_

By _Mark Bats___ Date _____ ✓ _____ (Seal)
                                                              Signature

Salesman's Lic. No. _____

TERMS:  Progress Payments of 50% of Total Price During Job: Maximum 10% Balance at Completion. In the event that the account of the buyer is placed in the hands of an attorney for collection, whether or not suit is filed, the buyer agrees to pay attorney's fees in the amount of 33 and 1/3 per cent of the amount due together with any other said costs or costs of collection. It is further agreed that past due amounts are subject to 1 and 1/2 per cent per month service charge (18 per cent per annum) and that the buyer agrees to pay a service charge of $15.00 on each dishonored check.

001043



**WE DO IT ALL**

# J. C. FLOOD CO.

*Plumbing · Heating · Air Cond.*

BALTIMORE OFFICE
#1 AZAR COURT
BALTIMORE, MD. 21227
(410) 242-1101

MARCH 19, 1993

INVOICE: REDACTED                    ERMIT # B-54921

1. HAUL AWAY OIL, AND OLD OIL FURNACE.

2. SUPPLY AND INSTALL MILLER #G3RA-096C16, 80+ FURNACE.

3. SUPPLY AND INSTALL GAS LINE TO UNIT LOCATION.

4. SUPPLY AND INSTALL NEW HONEYWELL HEAT-ONLY THERMOSTAT.

5. SUPPLY AND INSTALL NEW FLUE PIPE AND SEAL AT CHIMNEY.

6. TIE INTO ELECTRIC FEED AND EXISTING DUCT WORK.

(B.G.& E. REBATE – $0)

TOTAL AMOUNT OWED TO J.C.FLOOD    REDACTED

THANKS IN ADVANCE.

JAMES P. SINGLETON
GENERAL MANAGER

**Attachment "A-4"**



WE DO IT ALL
# J. C. FLOOD CO.
Plumbing · Heating · Air Cond.

BALTIMORE OFFICE
#1 AZAR COURT
BALTIMORE, MD. 21227
(410) 242-1101

Date of Order 4-13-93

| Customer's Order No. | Phone | Mechanic | Helper | Date |
|---|---|---|---|---|

Bill To

Address

City

Job Name and

Work Ordered By

REDACTED

Order Taken By
☐ Day Work
☐ Contact
☐ Extra

Job Phone

## DESCRIPTION OF WORK

No Heat

Tighten Blower

Door

Operating Hot

| | |
|---|---|
| TOTAL AMOUNT | |
| DEPOSIT | |
| BALANCE | N/C |
| TOTAL AMOUNT $ | |

☐ No One Home    Date Completed 4-13-93

Signature     REDACTED

I hereby acknowledge the satisfactory completion of the above

☐ Total amount due for above work: or    ☐ Total billing to be mailed after completion of work

001037

Serving Washington, DC                                                    DC HIC 1075, DC 1004
and Surrounding Counties                                                       MD. HIC 2277d
                                                                                 WSSC 01313
Licensed, Bonded                                                              MD. S' 19154
and Insured

# J. C. FLOOD CO.
Plumbing • Heating • Air Conditioning • Home Improvements
711 Kennedy Street, NW, Washington, DC 20011

**Prince Georges County** 301-277-7300 • **Montgomery County** 301-881-1121 • **Washington, DC** 202-546-5500

April 22, 1993

REDACTED

RE:  DR-92-1025

## I N V O I C E

J.C. Flood came out and supplied and installed two new back-flow preventers and two new sub-meters on the water make up line on the fourth and eleventh floor.  Work was inspected and completed on April 21, 1993.  Please remit REDACTED the balance in full.

THANK YOU,


STAN DAVIS
J.C. FLOOD

PLEASE SUBMIT YOUR PAYMENT TO:  711 KENNEDY ST., NW
                                WASHINGTON, D.C. 20011

001245

# J. C. FLOOD CO.

Serving Washington, DC
and Surrounding Counties

Licensed, Bonded
and Insured

DC HIC 1075, DC 1004
MD. HIC 22774
WSSC 01313
MD. St 19150

**Plumbing • Heating • Air Conditioning • Home Improvements**

711 Kennedy Street, NW  Washington, DC 20011

**Prince Georges County 301-277-7300 • Montgomery County 301-881-1121 • Washington, DC 202-546-5500**

April 22, 1993

REDACTED

RE:  DR-92-1025

## I N V O I C E

J.C. Flood came out and supplied and installed two new back-flow preventers and two new sub-meters on the water make up line on the fourth and eleventh floor.  Work was inspected and completed on April 21, 1993.  Please remit REDACTED as the balance in full.

THANK YOU,


STAN DAVIS
J.C. FLOOD

PLEASE SUBMIT YOUR PAYMENT TO:  711 KENNEDY ST., NW
WASHINGTON, D.C. 20011

001246



# J.C. FLOOD CO.

**Plumbing - Heating - Air Conditioning**

#1 Azar Court / Baltimore, MD 21227

**(410) 242-1101**

DUNDALK - 282-0974  TOWSON - 828-0159  CATONSVILLE - 788-4483



**BALTIMORE GAS AND ELECTRIC**

**HIGH EFFICIENCY REBATES AVAILABLE**

Name ____    REDACTED

Address ____

City ____    State ____

Phone ____    Date  8·26·93

Customer Work Phone ____

Owner ____    Renter ____

Problem ____  NOT COOLING

Rooftop ____  Yes ____  No ____

Brand ____  LENNOX

Age ____  15 YRS

**NG 12-POINT CHECK-UP — PRICE QUOTE**

REDACTED

OIL/OIL SAME

DAMAGED PARTS                    1 BAD FUSE

                                 HIGH  18 A

ENSER FAN MOTOR     PAID          7.5 VF 370 V

ER CONNECTION       CHK #         OK

NUM                              OK

TON

PER MAINTENANCE



PRESSED OR IMPLIED. IF FOR ANY REASON THE CHECK-UP CANNOT BE COMPLETED
EMAINS THE SAME NO MATTER HOW LONG THE JOB TAKES. ALL DISCOUNTS HAVE BEEN
, A PORTION OF THIS CHARGE WILL BE APPLIED TOWARDS THE COST OF THE REPAIR/
THE SERVICES STATED, NO ACTUAL REPAIRS ARE INCLUDED. FREON GAS IS EXTRA. IF,
CK-UP, AN ADDITIONAL SERVICE CALL IS NEEDED, AN ADDITIONAL CHARGE WILL BE MADE.

ISFACTION ____  X J E Web

BE DONE  FAN P COMPRESOR DRAWING
         NORMAL AMPS - THIS CAN NOT

MECHANIC ____  Andy Buda         DATE  8·26·93

001044

*Tues. 10/19/93*

*REDACTED*
*spring to an agreement .0*

J. C. FLOOD CO.

A G R E E M E N T    S H E E T

CUSTOMER NO:

ESTIMATOR:        ABBOTT

DATE:             9/24/93

JOB ADDRESS:      REDACTED                    BILL TO:


PHONE NO:                              START:

--------------------------------------------------------------------
DESCRIPTION OF WORK
--------------------------------------------------------------------

CUSTOMER SAYS HE HAS A 20+ YEAR OLD BOILER AND WANTS TO SWITCH TO GAS.

1. ALL WORK WILL BE DONE TO CODE.

2. J.C.FLOOD WILL SUPPLY AND INSTALL A NEW APPROX. 100,000 B.T.U. GAS FIRED BOILER, NEW
   PLENUM TO FIT , AND DUCT TO CHIMNEY.

3. RUN NEW GAS LINE FROM POINT OF METER TO NEW BOILER AND HOT WATER HEATER SUPPLIED BY
   CUSTOMER.  J.C.FLOOD ASSUMES NO RESPONSIBILITY FOR WATER HEATER PAST THE POINT OF TIE-IN.

4. FLUSH, FILL, AND TEST ALL RADIATORS INCLUDING NEW RADIATORS.

5. J.C.FLOOD WILL INSTALL 2 NEW RADIANT BASEBOARDS DOWNSTAIRS.  ONE TO BE INSTALLED IN BATH,
   ONE IN MAIN ROOM.

6. J.C.FLOOD WILL DRAIN, CAP, AND REMOVE OLD OIL TANK.

7. J.C.FLOOD WILL HAUL AWAY OLD BOILER, TANK, AND ANY JOB-RELATED TRASH; AND CLEAN UP IN
   A PROFESSIONAL MANNER.

8. J.C.FLOOD WILL INSTALL NEW THERMOSTAT TO EXISTING WIRING.

9. ALL DISCOUNTS ARE INCLUDED IN THIS COST.  COST WILL NOT CHANGE REGARDLESS OF TIME NEEDED
   TO COMPLETE JOB.


DOWN PAYMENT - MASTERCARD
BALANCE - B.G.& E. FINANCED
*REDACTED*

| MECH | DATE | TIME |
|------|------|------|
|      |      |      |
|      |      |      |
|      |      |      |

TOTAL AMT:

DEPOSIT:   MASTERCARD

BALANCE:   B.G.& E.
           *REDACTED*

I hereby acknowledge the satisfactory completion of the above described work.



*WE DO IT ALL*

# J. C. FLOOD CO.

*Plumbing · Heating · Air Cond.*

BALTIMORE OFFICE
#1 AZAR COURT
BALTIMORE, MD. 21227
(410) 242-1101

OCTOBER 20, 1993

INVOICE:  REDACTED                    PERMIT #P178258

1. SUPPLY AND INSTALL 100,000 B.T.U. GAS FIRED HOT WATER BOILER, 82% A.F.U.E.

2. SUPPLY AND INSTALL  NEW GAS LINE TO NEW BOILER AND CUSTOMER-SUPPLIED HOT WATER
   HEATER.

3. SUPPLY AND INSTALL NEW THERMOSTAT TO EXISTING WIRING.

4. DRAIN, CAP, AND REMOVE OLD OIL TANK.  HAUL AWAY OLD BOILER.

(B.G   REDACTED

TOTAL AMOUNT OWED TO J.C.FLOOD CO. - REDACTED

THANKS IN ADVANCE.

JAMES P. SINGLETON
GENERAL MANAGER

001047

J.C.F., Inc. T/A

# J. C. FLOOD CO.

**Plumbing • Heating • Air Conditioning • Home Improvements**

Serving Baltimore Metro
and Surrounding Counties

Licensed, Bonded,
and Insured

1 Azar Court, Baltimore, Maryland 21227

Baltimore 410-242-1101 • Dundalk 410-282-0974 • Glen Burnie 410-766-0178 • Towson 410-828-0159
Catonsville 410-788-4483 • Randallstown 410-655-1007 • Baltimore City 410-539-8086

JEFF
THAT
(MD-ST.) 19154

Nº 003259

Name — REDACTED     Job Address — Thal

Address —     City —

City —

Phone —

PLUMBING when you need it
Baltimore • 242-1101
Dundalk/Essex • 282-0974
Towson/Cockeysville • 828-0159
Catonsville • 788-4483
Glen Burnie • 766-0178
Baltimore City • 539-8086
Randallstown • 655-1007

For same day service on residential or commercial jobs,
call J.C. FLOOD Plumbing, Heating & Air Conditioning
SEWER & DRAIN CLEANING-Repair, Replacement-all Jobs
MAINS - COMPLETE PLUMBING-Pumps, Valves, Faucets, Tubs,
Showers, Leaks, Repiping, Gas, Electric
REMODELING-HEATING & AIR CONDITIONING-Oil, Gas, Electric
Boilers, Hot Water Heaters & Steam
ESTIMATES & Financing-Baltimore Gas & Electric

BROKEN WATER
HEATERS-BATH

FREE

10% OFF
Any Plumbing Service

$10.00 OFF
Drain Cleaning

J.C. FLOOD

BALTIMORE CITY COUNTY

REDACTED

will install access panel and trim and paint
white.

5. All discounts are included and price will not
change regardless of time used.

REDACTED

You th... ...third business day after the date of this transaction. See
attach... ...ent. If the buyer cancels this contract after the third business day from the
date of ...ing a waiver of buyer's rights of rescission of said contract, buyer agrees to pay and the
compar... ...ve as liquidated damages a sum equivalent to (25%) twenty-five percent of the entire contract price

Cash price of Total Contract $ _____     REDACTED

001059

Serving Washington, DC
and Surrounding Counties

Licensed, Bonded,
and Insured

J.C.F., Inc. T/A

# J. C. FLOOD CO.

Plumbing • Heating • Air Conditioning • Home Improvements
711 Kennedy Street, NW, Washington, DC 20011

DC HIC 1075, DC 1004
MD. HIC 22774
WSSC 01313
MD. ST. 19154

**3237**

Prince Georges County 301-277-7300 • Montgomery County 301-881-1121 • Washington, DC 202-546-5500

Name: REDACTED

Address

City

Phone    Date 8/31/93

Customer Work Phone

Address SAME

City _____ State _____ Zip _____

Tenant Name _____

Tenant Phone _____    Estimator Gusky

# CONTRACT

Approximate Starting Date: 9/1/93    Approximate Completion Date: 9/4/93

The Company offers to do or arrange to have done only the items listed below.

Customer called JCF because he wanted to
Add a TOILET + FACEBOWL to the Basement.
Customer Request JCF to

1) Rough IN 2 pc TOILET AND Wall
hung LAV.

2) Supply + INSTALL A white 2 pc TOILET

3) Supply + INSTALL A white wall hung
LAV AND #11 FAUCET.

4) HANG fixtures.    PAID BY Check #
1316

JCF NOT Resp For any other simm. NOT
Spetid IN this common JCF will do KNOW
carntry. JUST PLUMBING. COST Is NET Art
AY On all disent

**SENO BIGGS**

You the buyer, may cancel this transaction anytime prior to midnight of the third business day after the date of this transaction. See attached notice of cancellation form for explanation of this right. If the buyer cancels this contract after the third business day from the date of this transaction or at any time after signing a waiver of buyer's rights of rescission of said contract, buyer agrees to pay and the company shall be entitled to receive as liquidated damages a sum equivalent to (25%) twenty-five percent of the entire contract price.

Cash price of Total Contract $    REDACTED

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS AND SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

ANY REFERENCE TO "THE COMPANY" IN THIS CONTRACT SHALL BE CONSTRUED TO MEAN THE COMPANY.    REDACTED

TERMS: NET CASH UNLESS OTHERWISE STATED IN AGREEMENT.
THE UNDERSIGNED REPRESENTS THAT (HE IS) (SHE IS) (THEY ARE) THE (OWNER) (OWNERS) OF THE PROPERTY DESCRIBED IN THIS CONTRACT. IT IS UNDERSTOOD THAT THE ENTIRE CONTRACT IS CONTAINED IN THIS AGREEMENT AND THAT NO OTHER AGREEMENT OR UNDERSTANDING VERBAL OR

Serving Washington, DC
and Surrounding Counties

Licensed, Bonded,
and Insured

J.C.F., Inc. T/A

# J. C. FLOOD CO.

Plumbing • Heating • Air Conditioning • Home Improvements
711 Kennedy Street, NW, Washington, DC 20011
Prince Georges County 301-277-7300 • Montgomery County 301-881-1121 • Washington, DC 202-546-5500

DC HIC 1075, DC 1004
MD. HIC 22774
WSSC 01313
MD. ST. 19154

**3834**

Name _____ Same

Addre REDACTED _____ State ____ Zip ____

City

Phone _____ Estimator Chris Davidson

Customer Work Phone _____

## CONTRACT  Approximate Starting Date: 11-29-93  AM  Approximate Completion Date: 11-29-93

The Company offers to do or arrange to have done only the items listed below.

The problem is customers 75,000 BTU RUUD furnace 3 years old has a bad hot surface ignitor. JCF will:
(1) Supply & install a new hot surface ignitor in the above mentioned furnace. JCF not responsible for any other parts of the heating system

Mech. to pick up balance

You the buyer, may cancel this transaction anytime prior to midnight of the third business day after the date of this transaction. See attached notice of cancellation form for explanation of this right. If the buyer cancels this contract after the third business day from the date of this transaction or at any time after signing a waiver of buyer's rights of recision of said contract, buyer agrees to pay and the company shall be entitled to receive as liquidated damages a sum equivalent to (25%) twenty-five percent of the entire contract price.

**Cash price or Total Contract $** REDACTED

NOTICE: ANY HOLDER OF THIS CON.                                                                                IT
THE SELLER OF GOODS AND SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.
ANY REFERENCE TO "THE COMPANY" IN THIS CONTRACT SHALL BE CONSTRUED TO MEAN THE COMPANY.

TERMS: NET CASH UNLESS OTHERWISE STATED IN AGREEMENT.
THE UNDERSIGNED REPRESENTS THAT HE IS (SHE IS) (THEY ARE) THE (OWNER) (OWNERS) OF THE PROPERTY DESCRIBED IN THIS CONTRACT, IT IS UNDERSTOOD THAT THE ENTIRE CONTRACT IS CONTAINED IN THIS AGREEMENT AND THAT NO OTHER AGREEMENT OR UNDERSTANDING, VERBAL OR WRITTEN, SHALL BE BINDING ON THE COMPANY, AND THAT THIS CONTRACT BECOMES EFFECTIVE ONLY UPON WRITTEN ACCEPTANCE BY THE CO. AFTER WHICH THIS CONTRACT IS NOT SUBJECT TO CANCELLATION.
THE COMPANY SHALL NOT BE HELD LIABLE FOR DELAYS IN PERFORMANCE OF THIS CONTRACT DUE TO CAUSES BEYOND ITS REASONABLE CONTROL, WORKMAN'S COMPENSATION AND PUBLIC LIABILITY INSURANCE ARE PROVIDED BUT THE COMPANY AGREES TO EXECUTE ALL NECESSARY PAPERS OR FORMS TO ENABLE COMPANY TO OBTAIN PAYMENT FOR EQUIPMENT, LABOR, AND MATERIAL WHICH WOULD BE INVOLVED PERTAINING TO THIS CONTRACT.
THE COMPANY IS NOT RESPONSIBLE FOR ANY LANDSCAPING, TRACKS MADE BY VEHICLES OR OTHER EQUIPMENT, UNLESS OTHERWISE SPECIFIED, IF IN THE COURSE OF PERFORMING THIS CONTRACT THE COMPANY ENCOUNTERS ROCK, QUICKSAND, OR UNDERGROUND WATER, OWNER WILL BE RESPONSIBLE FOR LABOR AND MATERIAL COSTS INCURRED TO CORRECT THE SITUATION.
DON'T SIGN IN BLANK! HOMEOWNER IS ENTITLED TO COPY OF CONTRACT AT THE TIME OF AFFIXING SIGNATURE.
SEE TERMS AND CONDITIONS ON BACK.

REDACTED

ACCEPTED:

By _____ Date _____    _REDACTED_ _____ (Seal)
                                                          Signature

Salesman's Lic. No. _____

TERMS: Progress Payments of 90% of Total Price During Job; Maximum 10% Balance at Completion. In the event that the account of the buyer is placed in the hands of an attorney for collection, whether or not suit is filed, the buyer agrees to pay attorney's fees in the amount of 15 per cent of the amount due together with any other suit costs or costs of collection. It is further agreed that the past due amounts are subject to 1½ per cent per month service charge (18 per cent per annum) and that the buyer agrees to pay a service charge of $25.00 on each dishonored check.

001249

PHONE 202-291-3340 REDACTED 

# J. C. FLOOD CO.

### Plumbing • Heating

711 Kennedy Street, NW, Washington, DC 20011

| CUSTOMER'S ORDER NO | | STARTING DATE |
|---|---|---|
| | | 12/14/93 |
| BILL TO | | TAKEN BY |
| ADDRESS | REDACTED | DAY WORK |
| | | CONTRACT |
| CITY | | EXTRA |

DESCRIPTION OF WORK

— Photocell on lights —
not working

8:00 AM TUE.

_Repair_ _Short_

REDACTED
2-2 labor 2 men
Replace the cell
2-light Bulbs

| | |
|---|---|
| SUB CONT. | |
| MISC. | |
| TOTAL MATERIALS | |
| TOTAL LABOR | |
| TAX | |
| TOTAL | REDACTED |

DATE COMPLETED | WORK ORDERED BY

☐ No one home   ☐ Total amount due for above work   or   Total billing to be mailed after completion of work

Signature _Repair_

I hereby acknowledge the satisfactory completion of the above work

Spot light 1

Serving Washington, DC
and Surrounding Counties

J.C.F., Inc. T/A

Licensed, Bonded,
and Insured

# J. C. FLOOD CO.

Plumbing • Heating • Air Conditioning • Home Improvements
711 Kennedy Street, NW, Washington, DC 20011

DC HIC 1075, DC 1004
MD. HIC 22774
WSSC 01313
MD. ST. 19154

№ 004701

Prince Georges County 301-277-7300 • Montgomery County 301-881-1121 • Washington, DC 202-546-5500

Name _____ SAME

Address REDACTED _____ State ___ Zip ___

City _____

Phone _____ Estimator Gusky

Customer Work Phone _____

**CONTRACT** Approximate Starting Date: 7/9/94    Approximate Completion Date: 7/9/94

The Company offers to do or arrange to have done only the items listed below.

Customer had JCF install a system
in 88 [custom] [repair] [?kts]

1) Remove old unit + haul away

2) Supply + install a new 2 ton
GOODMAN 10 SEER condenser
only.

3) Charge + fill system.

Cost is not [off] q on all [clm]
3 yr warranty.

You the buyer, may cancel this transaction anytime prior to midnight of the third business day after the date of this transaction. See attached notice of cancellation form for explanation of this right. If the buyer cancels this contract after the third business day from the date of this transaction or at any time after signing a waiver of buyer's rights of recision of said contract, buyer agrees to pay and the company shall be entitled to rec _____

Cash price of Total Contract $        REDACTED

NOTICE: ANY HOLDER OF THIS CONSUMER _____
THE SELLER OF GOODS AND SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

ANY REFERENCE TO "THE COMPANY" IN THIS CONTRACT SHALL BE CONSTRUED TO MEAN THE COMPANY.

TERMS: NET CASH UNLESS OTHERWISE STATED IN AGREEMENT.
   THE UNDERSIGNED REPRESENTS THAT (HE IS) (SHE IS) (THEY ARE) THE (OWNER) (OWNERS) OF THE PROPERTY DESCRIBED IN THIS CONTRACT. IT IS UNDERSTOOD THAT THE ENTIRE CONTRACT IS CONTAINED IN THIS AGREEMENT AND THAT NO OTHER AGREEMENT OR UNDERSTANDING, VERBAL OR WRITTEN, SHALL BE BINDING ON THE COMPANY, AND THAT THIS CONTRACT BECOMES EFFECTIVE ONLY UPON WRITTEN ACCEPTANCE BY THE CO. AFTER WHICH THE CONTRACT IS NOT SUBJECT TO CANCELLATION.
   THE COMPANY SHALL NOT BE HELD LIABLE IN DAMAGES FOR DELAYS IN PERFORMANCE OF THIS CONTRACT DUE TO CAUSES BEYOND ITS REASONABLE CONTROL. WORKMEN'S COMPENSATION AND PUBLIC LIABILITY INSURANCE ARE PROVIDED BUT THE COMPANY AGREES TO EXECUTE ALL NECESSARY PAPERS OR FORMS TO ENABLE COMPANY TO OBTAIN PAYMENT FOR EQUIPMENT, LABOR, AND MATERIAL WHICH WOULD BE INVOLVED PERTAINING TO THIS CONTRACT.
   THE COMPANY IS NOT RESPONSIBLE FOR ANY LANDSCAPING, TRACKS MADE BY VEHICLES OR OTHER EQUIPMENT, UNLESS OTHERWISE SPECIFIED. IF IN THE COURSE OF PERFORMING THIS CONTRACT THE COMPANY ENCOUNTERS ROCK, QUICKSAND, OR UNDERGROUND WATER, OWNER WILL BE RESPONSIBLE FOR LABOR AND MATERIAL COSTS INCURRED TO CORRECT THE SITUATION.
   DON'T SIGN IN BLANK; HOMEOWNER IS ENTITLED TO COPY OF _____

SEE TERMS /

ACCEPTED

By _____      REDACTED

Salesman's

TERMS: Pre, whether or not due amount

Serving Baltimore Metro
and Surrounding Counties

J.C.F., Inc. T/A

Licensed, Bonded,
and Insured

# J. C. FLOOD CO.

Plumbing • Heating • Air Conditioning • Home Improvements

1 Azar Court, Baltimore, Maryland 21227

MD. ST. 19154

№ 003259

**Baltimore 410-242-1101 • Dundalk 410-282-0974 • Glen Burnie 410-766-0178 • Towson 410-828-0159
Catonsville 410-788-4483 • Randallstown 410-655-1007 • Baltimore City 410-539-6080**

Name _____    Job Address ___Irnl_____

Address **REDACTED** _____    City _____ State _____ Zip _____

City _____    nt Name _____

Phone _____ Date _8/3/99_    Tenant Phone _____ Estimator _Abbott_

Customer Work Phone _____

## CONTRACT    Approximate Starting Date: _8/3/99_    Approximate Completion Date: _1 Day_

The Company offers to do or arrange to have done only the items listed below.

1. All work done to code
2. Supply and install single-lever shower diverter to master bath.
3. JCF will open wall behind diverter to gain access.
4. JCF will install access panel and trim and paint white.
5. All discounts are included and price will not change regardless of time needed.

_Redacted_    _4_

You the buyer, may cancel this transaction anytime prior to midnight of the third business day after the date of this transaction. See attached notice of cancellation form for explanation of this right. If the buyer cancels this contract after the third business day from the date of this transaction or at any time after signing a waiver of buyer's rights of rescission of said contract, buyer agrees to pay and the company shall be entitled to _____.

**Cash price of Total Contract**    **REDACTED**

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS AND SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

ANY REFERENCE TO "THE COMPANY" IN THIS CONTRACT SHALL BE CONSTRUED TO MEAN THE COMPANY.

TERMS: NET CASH UNLESS OTHERWISE STATED IN AGREEMENT.

THE UNDERSIGNED REPRESENTS THAT (HE IS) (SHE IS) (THEY ARE) THE (OWNER) (OWNERS) OF THE PROPERTY DESCRIBED IN THIS CONTRACT. IT IS UNDERSTOOD THAT THE ENTIRE CONTRACT IS CONTAINED IN THIS AGREEMENT AND THAT NO OTHER AGREEMENT OR UNDERSTANDING, VERBAL OR WRITTEN, SHALL BE BINDING ON THE COMPANY, AND THAT THIS CONTRACT BECOMES EFFECTIVE ONLY UPON WRITTEN ACCEPTANCE BY THE CO. AFTER WHICH THIS CONTRACT IS NOT SUBJECT TO CANCELLATION.

THE COMPANY SHALL NOT BE HELD LIABLE IN DAMAGES FOR DELAYS IN PERFORMANCE OF THIS CONTRACT DUE TO CAUSES BEYOND ITS REASONABLE CONTROL. WORKMEN'S COMPENSATION AND PUBLIC LIABILITY INSURANCE ARE PROVIDED BUT THE COMPANY AGREES TO EXECUTE ALL NECESSARY PAPERS OR FORMS TO ENABLE COMPANY TO OBTAIN PAYMENT FOR EQUIPMENT, LABOR, AND MATERIAL WHICH WOULD BE INVOLVED PERTAINING TO THIS CONTRACT.

THE COMPANY IS NOT RESPONSIBLE FOR ANY LANDSCAPING, TRACKS MADE BY VEHICLES OR OTHER EQUIPMENT, UNLESS OTHERWISE SPECIFIED. IF IN THE COURSE OF PERFORMING THIS CONTRACT THE COMPANY ENCOUNTERS ROCK, QUICKSAND, OR UNDERGROUND WATER, OWNER WILL BE RESPONSIBLE FOR LABOR AND MATERIAL COSTS INCURRED TO CORRECT THE SITUATION.

DON'T SIGN IN BLANK: HOMEOWNER IS ENTITLED TO COPY OF CONTRACT AT THE TIME OF AFFIXING SIGNATURE.

SEE TERMS AND CONDITIONS ON BACK.

ACCEPTED:

By _____ Date _____    _____ (Seal)
                                        Signature

Salesman's Lic. No. _____

TERMS: Progress Payments of 90% of Total Price During Job: Maximum 10% Balance at Completion. In the event that the account of the buyer is placed in the hands of an attorney for collection, whether or not suit is filed, the buyer agrees to pay attorney's fees in the amount of 15 per cent of the amount due together with any other suit costs or costs of collection. It is further agreed that past due amounts are subject to 1½ per cent per month service charge (18 per cent per annum) and that the buyer agrees to pay a service charge of $25.00 on each dishonored check.

Serving Washington, DC
and Surrounding Counties

Licensed, Bonded,
and Insured

J.C.F., Inc. T/A

# J. C. FLOOD CO.

Plumbing • Heating • Air Conditioning • Home Improvements
711 Kennedy Street, NW, Washington, DC 20011

Prince Georges County 301-277-7300 • Montgomery County 301-881-1121 • Washington, DC 202-546-5500

DC HIC 1075, DC 1004
VA ST. 767
WSSC 01313
MD ST. 19154
**006997**

REDACTED

_____ SAME

_____ State ____ Zip ____

_____

Customer Work Phone _____     _____ Estimator Gusky

**CONTRACT** Approximate Starting Date: 10/13/94     Approximate Completion Date: 10/13/94

The Company offers to do or arrange to have done only the items listed below.

Customer has a leak thru her living room
ceiling probably from the bathroom above.
Customer Request JCF to

1) Open living room ceiling + do an exploratory
of the ceiling area

If we found a minor problem that a pipe
needs to be soldered tightel etc there will
be No Additional charge If there are
other problems there will be An Additil
charge on another contract.

Cost is Not After any or all discount.

If she wants her ceiling repaired there will
be an additional charge.     REDACTED

PAID IN FULL

You the buyer, may cancel this transaction anytime prior to midnight of the third business day after the date of this transaction. See attached notice of cancellation form for explanation of this right. If the buyer cancels this contract after the third business day from the date of this transaction or at any time after signing a waiver of buyer's rights of rescision of said contract, buyer agrees to pay and the company shall be entitled to receive as liquidated damages a sum equivalent to (25%) twenty five percent of the total contract price

**Cash price of Total Contrac** REDACTED

NOTICE: ANY HOLDER OF THIS.
THE SELLER OF GOODS AND SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL
NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.
ANY REFERENCE TO "THE COMPANY" IN THIS CONTRACT SHALL BE CONSTRUED TO MEAN THE COMPANY.
TERMS: NET CASH UNLESS OTHERWISE STATED IN AGREEMENT
THE UNDERSIGNED REPRESENTS THAT (HE IS) (SHE IS) (THEY ARE) THE (OWNER) (OWNERS) OF THE PROPERTY DESCRIBED IN THIS CONTRACT. IT IS
UNDERSTOOD THAT THE ENTIRE CONTRACT IS CONTAINED IN THIS AGREEMENT AND THAT NO OTHER AGREEMENT OR UNDERSTANDING, VERBAL OR
WRITTEN, SHALL BE BINDING ON THE COMPANY, AND THAT THIS CONTRACT BECOMES EFFECTIVE ONLY UPON WRITTEN ACCEPTANCE BY THE CO. AFTER
WHICH THIS CONTRACT IS NOT SUBJECT TO CANCELLATION.
THE COMPANY SHALL NOT BE HELD LIABLE IN DAMAGES FOR DELAYS IN PERFORMANCE OF THIS CONTRACT DUE TO CAUSES BEYOND ITS REASONABLE
CONTROL. WORKMEN'S COMPENSATION AND PUBLIC LIABILITY INSURANCE ARE PROVIDED BUT THE COMPANY AGREES TO EXECUTE ALL NECESSARY
PAPERS OR FORMS TO ENABLE COMPANY TO OBTAIN PAYMENT FOR EQUIPMENT, LABOR, AND MATERIAL WHICH WOULD BE INVOLVED PERTAINING TO THIS
CONTRACT.
THE COMPANY IS NOT RESPONSIBLE FOR ANY LANDSCAPING, TRACKS MADE BY VEHICLES OR OTHER EQUIPMENT. UNLESS OTHERWISE SPECIFIED. IF IN
THE COURSE OF PERFORMING THIS CONTRACT THE COMPANY ENCOUNTERS ROCK, QUICKSAND, OR UNDERGROUND WATER, OWNER WILL BE
RESPONSIBLE FOR LABOR AND MATERIAL COSTS INVOLVED IN REMOVAL OF SAME.
OON"
SEE *

REDACTED



Serving Washington, DC
and Surrounding Counties

Licensed, Bonded,
and Insured

J.C.F., Inc. T/A

# J. C. FLOOD CO.

**Plumbing • Heating • Air Conditioning • Home Improvements**
711 Kennedy Street, NW, Washington, DC 20011
Prince Georges County 301-277-7300 • Montgomery County 301-864-4121 • Washington, DC 202-546-5500

DC HIC 1075-1-C
MD. HIC 91
WSS... 08-4-2
MD. St. 19-54

Name _____    Job Address _____

Address: REDACTED    City _____ State _____ Zip _____

City _____    Tenant Name _____

Phone _____ Date 01-10-95    Tenant Ph. _____ Estimator JIMMY

Customer Work Phone _____

# CONTRACT

Approximate Starting Date: 01-10-95    Approximate Completion Date: _____

The Company offers to do or arrange to have done only the items listed below

THE PROBLEM IS: CUST HAS A BROKEN HEAT LINE EMBEDDED IN BASEMENT

CONCRETE FLOOR. JCF TO:

1. OPEN FLOOR AND REMOVE OLD HEAT LINE APPROX. 20'.

2. S&I NEW 2" COPPER HEAT LINE IN CONCRETE FLOOR OVER TO RADIATOR

IN BASEMENT.

3. RECONCRETE FLOOR.

4. FILL AND PURGE HEAT SYSTEM.

5. S&I NEW PRESSURE RELIEF VALVE ON OIL BOILER.

IF ANY OTHER PROBLEMS, THERE WILL BE A SEPARATE CONTRACT AT ADDITIONAL

COST.

COST IS NET AFTER ANY AND ALL DISCOUNTS.

******MECH TO PICK UP BALANCE******

You, the buyer, may cancel this transaction anytime prior to midnight of the third business day after the date of this transaction. See attached notice of cancellation form for explanation of this right. If the buyer cancels this contract after the third business day from the date of this transaction or at any time after signing a waiver of buyer's rights of rescission of said contract, buyer agrees to pay and the company shall be entitled to receive as liquidated damages a sum equivalent to twenty-five percent of the entire contract.

**Cash price of Total Contract**    REDACTED

NOTICE. ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS AND SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HERE UNDER.
ANY REFERENCE TO "THE COMPANY" IN THIS CONTRACT SHALL BE CONSTRUED TO MEAN THE COMPANY.

001271

Serving Washington, DC
and Surrounding Counties

J.C.F., Inc. T/A

Licensed, Bonded,
and Insured

# J. C. FLOOD CO.

Plumbing • Heating • Air Conditioning • Home Improvements
711 Kennedy Street, NW, Washington, DC 20011

DC HIC 1075, DC 1004
VA ST. 767
WSSC 01313
MD ST. 19154

**006469**

Prince Georges County 301-277-7300 • Montgomery County 301-881-1121 • Washington, DC 202-546-5500

Name : REDACTED                           me

Addres

City

Phon                                    ne _____ Estimator Gusky

Customer Work Phone _____

**CONTRACT** Approximate Starting Date: 1/10/95    Approximate Completion Date: 1/11/95

The Company offers to do or arrange to have done only the items listed below.

Customer has a Broken Heat Line. i'd
the Floor embedded in concrete. Customer
Request JCF to

1) Open Floor and Remove old heat Line.
   Approx 20 Feet.

2) Supply + Install 2" Copper heat Live in
   concrete Floor over to Radiator in Basement

3) Re concrete Floor

4) Fill + purge System

5) Supply + Install New Pressure Relief Valve
   on oil Boiler

Cost is Net Able & on all listed

If we Run into more problems there will
be a septic estimate on Another contract.

You the buyer, may cancel this transaction anytime prior to midnight of the third business day after the date of this transaction. See attached notice of cancellation form for explanation of this right. If the buyer cancels this contract after the third business day from the date of this transaction or at any time after signing a waiver of buyer's rights of recission of said contract, buyer agrees to pay and the company shall be entitled to receive as liquidated damages a sum equivalent to twenty percent (20%) of said amount....

**Cash price of Total Contr**        REDACTED

NOTICE: ANY HOLDER OF TH
THE SELLER OF GOODS AND SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL
NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

ANY REFERENCE TO "THE COMPANY" IN THIS CONTRACT SHALL BE CONSTRUED TO MEAN THE COMPANY.

TERMS: NET CASH UNLESS OTHERWISE STATED IN AGREEMENT.
THE UNDERSIGNED REPRESENTS THAT HE (S) (SHE IS) (THEY ARE) THE (OWNER) (OWNERS) OF THE PROPERTY DESCRIBED IN THIS CONTRACT. IT IS
UNDERSTOOD THAT THE ENTIRE CONTRACT IS CONTAINED IN THIS AGREEMENT AND THAT NO OTHER AGREEMENT OR UNDERSTANDING, VERBAL OR
WRITTEN, SHALL BE BINDING ON THE COMPANY AND THAT THIS CONTRACT BECOMES EFFECTIVE ONLY UPON WRITTEN ACCEPTANCE BY THE CO. AFTER
WHICH THIS CONTRACT IS NOT SUBJECT TO CANCELLATION.
THE COMPANY SHALL NOT BE HELD LIABLE FOR DAMAGES FOR DELAYS IN PERFORMANCE OF THIS CONTRACT DUE TO CAUSES BEYOND ITS REASONABLE
CONTROL. WORKMEN'S COMPENSATION AND PUBLIC LIABILITY INSURANCE ARE PROVIDED BUT THE COMPANY AGREES TO EXECUTE ALL NECESSARY
PAPERS OR FORMS TO ENABLE COMPANY TO OBTAIN PAYMENT FOR EQUIPMENT, LABOR, AND MATERIAL WHICH WOULD BE INVOLVED PERTAINING TO THIS
CONTRACT.
THE COMPANY IS NOT RESPONSIBLE FOR ANY LANDSCAPING, TRACKS MADE BY VEHICLES OR OTHER EQUIPMENT, UNLESS OTHERWISE SPECIFIED. IF IN
THE COURSE OF PERFORMING THIS CONTRACT THE COMPANY ENCOUNTERS ROCK, QUICKSAND, OR UNDERGROUND WATER, OWNER WILL BE
RESPONSIBLE FOR LABOR AND MATERIAL COSTS INCURRED TO CORRECT THE SITUATION.

REDACTED

001272



PHONE    202-291-3340    301-277-7300    703-799-7200

# J.C. FLOOD CO.
Plumbing • Heating
711 Kennedy St., N.W. Washington, DC 20011

JOB WORK ORDER

CUSTOMER'S ORDER NO

| MECHANIC | HELPER | START NO DATE |
|---|---|---|
| Mark | Miko | 2/13/95 |

TAKEN BY

REDACTED

DAY WORK
CONTRACT
EXTRA

DESCRIPTION OF WORK

The Problem is customer has
a leak on a 2" steam pipe in 1st floor
Auction area. J.C. Flood is to cut out
bad section of 2" steam pipe and
replace with 2" copper pipe. Turn on
Heat check for leaks. checks OK.
J.C Flood is not responsible for
any other plumbing problems or leaks
past point of new connection.

Paid by check

| | SUB CONT | REDACTED |
|---|---|---|
| | MISC | |
| | TOTAL MATERIALS | |
| | TOTAL LABOR | |
| | TAX | |
| DATE COMPLETED   /   /     WORK ORDERED BY | TOTAL AMOUNT $ | REDACTED |

Signature                 REDACTED

I hearby acknowledge the satisfactory completion
of the above work

Total billing to
be mailed after
completion of
work

PHONE   202-291-3340   301-277-7300   703-799-7200

# J.C. FLOOD  CO.

*Plumbing • Heating*

711 Kennedy St., N.W. Washington, DC 20011

**JOB WORK ORDER**

| CUSTOMER'S ORDER NO | PHONE 202 628-1281 | MECHANIC Mark | HELPER Mike | STARTING DATE 3-13-05 |
|---|---|---|---|---|
| BILL TO: Weschler's Auction | | | | ORDER TAKEN BY |
| ADDRESS 905 E St. N.W. | | | | ☐ DAY WORK |
| CITY Wash. D.C. | | | | ☑ CONTRACT |
| | | | | ☐ EXTRA |

DESCRIPTION OF WORK

The Problem is customer has a leak on a 2" steam pipe in 1st floor Auction area. J.C. Flood is to cut out bad section of 2" steam pipe and replace with 2" copper pipe. Turn on Heat check for leaks. Checks OK. J.C. Flood is not responsible for any other plumbing problems or leaks past point of new connection.

Paid by check

| | | |
|---|---|---|
| SUB CONT | 665 | |
| MISC | | |
| TOTAL MATERIALS | | |
| TOTAL LABOR | | |
| TAX | | |
| TOTAL AMOUNT | $ 665 | 00 |

DATE COMPLETED  /  /      WORK ORDERED BY

Signature  X  ßau Weschler

☐ No one home    ☐ Total amount due for above work  or    ☐ Total billing to be mailed after completion of work

I hearby acknowledge the satisfactory completion of the above work

# JOHN C. FLOOD OF MD, INC

Plumbing, Heating, and Air Conditioning

Telephone 410-242-1101

#1 Azar Ct
Baltimore, Maryland 21227

04-17-95

INVOICE:   REDACTED

PERMIT # P229543

1. SUPPLY & INSTALL A NEW GAS LINE FOR NEW GAS FURNACE TO BE INSTALLED.

2. SUPPLY & INSTALL A NEW MILLER 120,000BTU GAS FIRED FURNACE WITH A NEW
   HEAT/ COOL THERMOSTAT.

TOTAL AMOUNT DUE TO JOHN C. FLOOD OF MARYLAND INC    REDACTED

THANKS IN ADVANCE

B. JOE MALAFARINA
ASSISTANT MANAGER

001068

ving Baltimore Metro
& Surrounding Counties

Licensed, Bonded,
and Insured

J.C.F., Inc. T/A

# J. C. FLOOD CO.

*Plumbing • Heating • Air Conditioning • Home Improvements*

1 Azar Court, Baltimore, Maryland 21227

MD. ST. 19154

№ 003479

Baltimore 410-242-1101 • Dundalk 410-282-0974 • Glen Burnie 410-766-0178 • Towson 410-828-0159
Catonsville 410-788-4483 • Randallstown 410-655-1007 • Baltimore City 410-539-6060

Name _____

Addres.

City — **REDACTED**

Phone

Customer Work Phone

Job Address __ *SAME*

Cit. _____ State ____ Zip ____

: Name _____

: Phone _____ Estimator *MIM AFL*

## CONTRACT  Approximate Starting Date: _____  Approximate Completion Date: _____

The Company offers to do or arrange to have done only the items listed below.

PROBLEM: ACCORDING TO CUSTMER WOULD LIKE GAS HEAT

① JCF WILL S I E NEW 100,000 BTU GAS FIRED FURNACE
   A/C READY   A/C (EXISTING NOW) WILL RE

② JCF IS NOT RESPONSIBLE FOR A/C CONDITION OR OPERATION

③ JCF WILL HOOK IN TO EXISTING ELECTRIC

④ JCF WILL STUB GAS LINE FROM OUTSIDE WALL
   TO NEW FURNACE

⑤ JCF WILL REMOVE OIL AND OIL TANK AND LINES

⑥ JCF WILL INSTALL S I E NEW HEAT/COOL T-STAT USING EXISTING WIRE

⑦ JCF WILL NOT BE RESPONSIBLE FOR CEILING, CARPET,
   OR DOOR WALLS

⑧ JCF IS NOT RESPONSIBLE FOR CONDITION OF DUCT WORK

⑨ ALL WORK DONE TO CODES

⑩ ALL PERMITS HAVE BEEN GIVEN

⑪ JCF WILL REMOVE OLD FURNACE AND JCF PRODUCED
   TRASH

⑫ JCF WILL LOOK INTO EXISTING A/C PLENUM MODIFY IF

⑬ NESSESARY

You the buyer, may cancel this transaction anytime prior to midnight of the third business day after the date of this transaction. See attached notice of cancellation form for explanation of this right. If the buyer cancels this contract after the third business day from the date of this transaction or at any time after signing a waiver of buyer's rights of recision of said contract, buyer agrees to pay and the company shall be entitled ................................................ liquidated damages a sum equivalent to (05%) twenty five percent of the entire contract price.

Cash price of Total Contr  **REDACTED**  ...nce ..........

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS AND SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

ANY REFERENCE TO "THE COMPANY" IN THIS CONTRACT SHALL BE CONSTRUED TO MEAN THE COMPANY.

TERMS: NET CASH UNLESS OTHERWISE STATED IN AGREEMENT.
    THE UNDERSIGNED REPRESENTS THAT (HE IS) (SHE IS) (THEY ARE) THE (OWNER) (OWNERS) OF THE PROPERTY DESCRIBED IN THIS CONTRACT. IT IS UNDERSTOOD THAT THE ENTIRE CONTRACT IS CONTAINED IN THIS AGREEMENT AND THAT NO OTHER AGREEMENT OR UNDERSTANDING, VERBAL OR WRITTEN, SHALL BE BINDING ON THE COMPANY, AND THAT THIS CONTRACT BECOMES EFFECTIVE ONLY UPON WRITTEN ACCEPTANCE BY THE CO. AFTER WHICH THIS CONTRACT IS NOT SUBJECT TO CANCELLATION.
    THE COMPANY SHALL NOT BE HELD LIABLE IN DAMAGES FOR DELAYS IN PERFORMANCE OF THIS CONTRACT DUE TO CAUSES BEYOND ITS REASONABLE CONTROL. WORKMEN'S COMPENSATION AND PUBLIC LIABILITY INSURANCE ARE PROVIDED BUT THE COMPANY AGREES TO EXECUTE ALL NECESSARY PAPERS OR FORMS TO ENABLE COMPANY TO OBTAIN PAYMENT FOR EQUIPMENT, LABOR, AND MATERIAL WHICH WOULD BE INVOLVED PERTAINING TO THIS CONTRACT.
    THE COMPANY IS NOT RESPONSIBLE FOR ANY LANDSCAPING, TRACKS MADE BY VEHICLES OR OTHER EQUIPMENT, UNLESS OTHERWISE SPECIFIED. IF IN THE COURSE OF PERFORMING THIS CONTRACT THE COMPANY ENCOUNTERS ROCK, QUICKSAND, OR UNDERGROUND WATER, OWNER WILL BE RESPONSIBLE FOR LABOR AND MATERIAL COSTS INCURRED TO CORRECT THE SITUATION.
    DON'T SIGN IN BLANK: HOMEOWNER IS ENTITLED TO COPY OF CONTRACT AT THE TIME OF AFFIXING SIGNATURE.
    SEE TERMS AND CONDITIONS ON BACK.

**REDACTED**

ACCEPTED: _____

By _____ Date _____   _____ (Seal)

                                    Signature

Salesman's Lic. No. _____

TERMS: Progress Payments of 50% of Total Price During Job; Maximum 10% Balance at Completion. In the event that the account of the buyer is placed in the hands of an attorney for collection, whether or not suit is filed, the buyer agrees to pay attorney's fees in the amount of 15 per cent of the amount due together with any other suit costs or costs of collection. It is further agreed that past due amounts are subject to 1½ per cent per month service charge (18 per cent per annum) and that the buyer agrees to pay a service charge of $25.00 on each dishonored check.

001069



*WE DO IT ALL*

# John C. Flood of Md., Inc.
*Plumbing · Heating · Air Cond.*

BALTIMORE OFFICE
#1 AZAR COURT
BALTIMORE, MD. 21227
(410) 242-1101

800

MD. HVACR 8352
MD. ST. 16269

## 1-800-454-5074

| Customer's Order No. | Phone | | | Date of Order 11-29-95 | |
|---|---|---|---|---|---|
| Bill To | | | chanic | Helper | Date |
| Address  REDACTED | | | | | Order Taken By |
| | | | | | ☐ Day Work |
| Job Name and | | | | | ☐ Contact |
| Work Ordered by | | Job Phone | | | ☐ Extra |

| DESCRIPTION OF WORK |
|---|

Replace approximately 8' of 3" Flue pipe
w/ 4" Flue pipe for H₂O Heater

REDACTED

| | | TOTAL AMOUNT | |
|---|---|---|---|
| | | DEPOSITS | |
| | | BALANCE | |
| ☐ No One Home | Date Completed | TOTAL AMOUNT | |

Signe  REDACTED
I hereby acknowledge the satisfactory completion of the above
described work.

_____    ☐ Total amount due       ☐ Total billing to be mailed
                    for above work; or        after completion of work

001070

Serving Washington, DC
and Surrounding Counties

Licensed, Bonded,
and Insured

DC HIC 1076, DC 1004
VA ST. 767
WSSC 01313
MD ST. 19154
MD HIC 47683

### JOHN C. FLOOD OF D.C., INC.

Plumbing • Heating • Air Conditioning • Home Improvements
711 Kennedy Street, NW, Washington, DC 20011
Prince Georges County 301-277-7300 • Montgomery County 301

10473

VA. 703-788-7200

RE DALTE D    REDACTED

_____ man.

Tenant Phone _____    Estimator _Chris_
Davidson

**CONTRACT**  Approximate Starting Date _7-25-95_    Approximate Completion Date _____

The Company offers to do or arrange to have done only the items listed below.
The problem is two legtubs need work. JCF will:

① On the legtub on the top floor JCF will supply &
install a hand held shower with new legtub faucet
and a holder mounted to the wall for the hand
held piece.

② Supply + install a shower ring for the legtub on the
1st. floor and a new faucet and shower riser (same legtub)
JCF not responsible for supplying the shower curtains
or beyond points of tie in on the above plumbing.

REDACTED

You the buyer, may cancel this transaction anytime prior to midnight of the third business day after the date of this transaction. See attached notice of cancellation form for explanation of this right. If the buyer cancels this transaction after the third business day from the date of this transaction or at any time after signing a waiver of buyer's rights of recision of said contract, buyer agrees to pay and the company shall be entitled to receive as liquidated damages a sum equivalent to (25%) twenty-five percent of the entire contract price.

Cash price of Total Cont _____  REDACTED

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS AND SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

ANY REFERENCE TO "THE COMPANY" IN THIS CONTRACT SHALL BE CONSTRUED TO MEAN THE COMPANY

**TERMS:** NET CASH UNLESS OTHERWISE STATED IN AGREEMENT.
THE UNDERSIGNED REPRESENTS THAT (HE IS) (SHE IS) (THEY ARE) THE (OWNER) (OWNERS) OF THE PROPERTY DESCRIBED IN THIS CONTRACT. IT IS UNDERSTOOD THAT THE ENTIRE CONTRACT IS CONTAINED IN THIS AGREEMENT AND THAT NO OTHER AGREEMENT OR UNDERSTANDING, VERBAL OR WRITTEN, SHALL BE BINDING ON THE COMPANY, AND THAT THIS CONTRACT BECOMES EFFECTIVE ONLY UPON WRITTEN ACCEPTANCE BY THE CO. AFTER WHICH THIS CONTRACT IS NOT SUBJECT TO CANCELLATION.
THE COMPANY SHALL NOT BE HELD LIABLE IN DAMAGES FOR DELAYS IN PERFORMANCE OF THIS CONTRACT DUE TO CAUSES BEYOND ITS REASONABLE CONTROL. WORKMEN'S COMPENSATION AND PUBLIC LIABILITY INSURANCE ARE PROVIDED BUT THE COMPANY AGREES TO EXECUTE ALL NECESSARY PAPERS OR FORMS TO ENABLE COMPANY TO OBTAIN PAYMENT FOR EQUIPMENT, LABOR, AND MATERIAL WHICH WOULD BE INVOLVED PERTAINING TO THIS CONTRACT.
THE COMPANY IS NOT RESPONSIBLE FOR ANY LANDSCAPING, TRACKS MADE BY VEHICLES OR OTHER EQUIPMENT, UNLESS OTHERWISE SPECIFIED. IF IN THE COURSE OF PERFORMING THIS CONTRACT THE COMPANY ENCOUNTERS ROCK, QUICKSAND, OR UNDERGROUND WATER, OWNER WILL BE RESPONSIBLE FOR LABOR AND MATERIAL COSTS INCURRED TO CORRECT THE SITUATION.

DON'T SIGN IN BLANK HOMEOWNER IS ENTITLED TO COPY OF CONTRACT AT THE TIME OF AFFIXING SIGNATURE.

SEE TERMS AND CONDITIONS ON BACK.

ACCEPTED:

REDACTED    _____ (SEAL)

BY _____ DATE _____    _____ (SEAL)
Signature

SALESMAN'S LIC. NO. _____

**TERMS:** Progress Payments of 90% of Total Price During Job; Maximum 10% Balance at Completion. In the event that the account of the buyer is placed in the hands of an attorney for collection, whether or not suit is filed, the buyer agrees to pay attorney's fees in the amount of 15 per cent of the amount due together with any other suit costs or costs of collection. It is further agreed that past due amounts are subject to 1 1/2 per cent per month service charge (18 per cent per annum) and that the buyer agrees to pay a service charge of $25.00 on each dishonored check.

**PHONE:  202-291-3340   301-277-7300   703-799-7200**

# JOHN C. FLOOD OF D.C., INC.
Plumbing • Heating • Air Conditioning • Home Improvements
711 Kennedy St. NW., Washington DC 20011

| CUSTOMER'S ORDER NO | PHONE | | MECHANIC Buck | HELPER | STARTING DATE 7/27/95 |
|---|---|---|---|---|---|

REDACTED

☐ DAY WORK
☐ CONTRACT
☐ EXTRA

1st floor) Supplied and installed new Tub and shower faucet on leg tub ~~one~~. Supplied and installed shower curtain Rod Enclosure.

2nd floor S.+I new leg tub faucet and shower (Hand Held)

No check on Job collect on Est. to Bill.

| | | |
|---|---|---|
| SUB CONT. | | |
| MISC | | |
| TOTAL MATERIALS | | |
| TOTAL LABOR | | |
| TAX | | |
| TOTAL AMOUNT $ | TBB | |

DATE COMPLETED 7/27/95   WORK ORDERED BY

Sig    REDACTED

I hearby acknowledge the satisfactory completion of the above work

001265

# JOHN C. FLOOD OF DC INC.

*PLUMBING • HEATING • AIR CONDITIONING • HOME IMPROVEMENTS*
711 KENNEDY STREET, N.W., WASHINGTON, DC 20011

**P.G. CO. 301-277-7300 • MONT. CO. 301-881-1121 • DC 202-546-5500 • FAX 202-291-3442**

July 28, 1995

REDACTED

### I N V O I C E

Supplied necessary labor and material to do the following:

1. Supplied & installed a new hand held shower with a new legtub faucet & a holder mounted to the wall in the top floor.

2. Supplied & installed a shower ring for the legtub on the 1st floor.

3. Supplied & installed a new faucet & shower riser for 1st floor legtub.

**BALAN**    REDACTED

THANK YOU FOR YOUR BUSINESS.

Please remit payment to: John C. Flood of DC, Inc.
711 Kennedy St., N.W.
Washington, D.C. 20011

