IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN C. FLOOD OF VIRGINIA, INC., et al. )<br>)<br>Plaintiffs and Counter-Defendants, )<br>)<br>v. )<br>)<br>JOHN C. FLOOD, INC., et al. )<br>)<br>Defendants and Counter-Plaintiffs. ) | Judge Richard J. Leon<br>Case No.: 1:06CV01311<br>Deck Type: General Civil |

## PROPOSED ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

**THIS MATTER** is before the Court on the Motion for Partial Summary Judgment of Defendant/Counterclaim-Plaintiff John C. Flood, Inc., and Defendants John C. Flood of D.C., Inc., Robert Smiley, Joanne Smiley (collectively, "the Smileys"), Mark Crooks ("Crooks"), Mel Davis ("Davis") and J.C. Flood, Inc., J.C. Flood Company, and JCF, Inc., (all collectively, "Defendants").

In consideration of the Defendants' Motion, Memorandum of Points and Authorities, Statement of Material Facts Not in Dispute, and accompanying Declarations and documents attached thereto, filed in support of the Motion, and the memoranda and materials submitted in opposition and reply thereto, all due proceedings having been had thereupon, it appearing to the Court that there are no genuine issues of material fact and that Defendants are entitled to judgment as a matter of law, it is hereby:

**ORDERED, ADJUDGED AND DECREED,** that the Defendants' Motion for Partial Summary Judgment should be, and hereby is, **GRANTED**, and summary judgment is hereby entered in favor of the Defendants on each and every one of the Plaintiff's claims against each of

the Defendants, including all claims asserted in Plaintiff's First Amended Complaint for monetary and injunctive relief, and for a declaration of its priority over the Defendants, on Plaintiff's causes of action for trademark infringement under 15 U.S.C. § 1114(1), unfair competition under 15 U.S.C. § 1125(a) and common law servicemark infringement and unfair competition; and it is hereby further;

**ORDERED** that this case shall proceed as to the Counterclaims of Defendant/Counterclaim Plaintiff John C. Flood, Inc., only.

Respectfully submitted,

**COUNTERCLAIM PLAINTIFF/DEFENDANT JOHN C. FLOOD, INC., & DEFENDANTS JOHN C. FLOOD OF D.C., INC., ROBERT SMILEY, JOANNE SMILEY, MARK CROOKS AND MEL DAVIS, J.C. FLOOD, INC., J.C. FLOOD COMPANY, & JCF, INC.**

By their attorneys:  /s/ Benjamin J. Lambiotte
Benjamin J. Lambiotte
D.C. Bar No. 421288
blambiotte@gsblaw.com
Steve Varholik
D.C. Bar No. 497315
svarholik@gsblaw.com
**GARVEY SCHUBERT BARER**
1000 Potomac Street, Fifth Floor
Washington, D.C. 20007
(202) 965-7880

## CERTIFICATE OF SERVICE

I certify that I served a copy of this DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT upon counsel for the Virginia Flood Parties via ECF and electronic mail, on this 18th day of July, 2007.

Stephen J. Zralek, *appearing pro hac vice*
BONE McALLESTER NORTON PLLC
511 Union Street, Suite 1600
Nashville, TN 37219
Tel: (615) 238-6300
Fax: (615) 238-6391
szraleck@bonelaw.com

Lisa Dunner, DC Bar #452004
DUNNER LAW
1010 Wisconsin Avenue, N.W.
Washington, DC 20007
Tel: (202) 298-2002
Fax: (202) 403-3030
ldunner@dunnerlaw.com

/s/ Benjamin J. Lambiotte

3