## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JOHN C. FLOOD OF VIRGINIA, INC., et al.** | ) | |
| | ) | |
| **Plaintiffs and Counter-Defendants,** | ) | |
| | ) | |
| **v.** | ) | **Judge Richard J. Leon** |
| | ) | **Case No.: 1:06CV01311** |
| **JOHN C. FLOOD, INC., et al.** | ) | **Deck Type: General Civil** |
| **FLOOD OF DC, INC.,** | ) | |
| | ) | |
| **Defendants and Counter-Plaintiffs.** | ) | |

**JOINT MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS/COUNTER-DEFENDANTS TO RESPOND TO DEFENDANTS/COUNTER-PLAINTIFFS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND PROTECTIVE ORDER**

The parties file this joint motion respectfully requesting a short extension of time within which Plaintiffs and Counter-Defendants must respond to Defendants/Counter-Plaintiffs' Motions for Partial Summary Judgment and Protective Order.  Responses presently are due on Wednesday, August 1, 2007.  Plaintiffs and Counter-Defendants seek to move this deadline to Friday, August 17, 2007.  Counsel for both parties have conferred and agree with this requested time extension.

{00218832.1}

Respectfully submitted,

/s/ Erica Stiff-Coopwood
Stephen J. Zralek, *appearing pro hac vice*
Erica Stiff-Coopwood, *appearing pro hac vice*
**BONE McALLESTER NORTON PLLC**
511 Union Street, Suite 1600
Nashville, TN  37219
(615) 238-6300 – phone
(615) 238-6301 – facsimile
szralek@bonelaw.com
estiff-coopwood@bonelaw.com


and

Lisa Dunner, DC Bar # 452004
**DUNNER LAW**
1010 Wisconsin Ave., N.W.
Washington, DC 20007
(202) 298-6002 – phone
(202) 403-3030 – facsimile
ldunner@dunnerlaw.com
*Counsel for John C. Flood of Virginia, Inc.,*
*John C. Flood, Inc. (a Virginia corporation),*
*John C. Flood Contractors, Inc., and the Individual*
*Defendants, Clinton Haislip & James L. Seltzer, Jr.*


/s/ Benjamin Lambiotte
Benjamin Lambiotte
D.C. Bar No.# 421288
blambiotte@gsblaw.com
Steve Varholik
D.C. Bar No.# 497315
svarholik@gsblaw.com
**GARVEY SCHUBERT BARER**
1000 Potomac Street, Fifth Floor
Washington, DC  20007
(202) 965-7880 – phone
*Counsel for Defendant/Counterclaim Plaintiff*
*John C. Flood, Inc. and Defendants*
*John C. Flood of D.C., Inc., Robert Smiley,*
*Joanne Smiley, Mark Crooks, and Mel Davis*

{00218097.1}

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via ECF to Benjamin J. Lambiotte, Esq., Steve Varholik, Esq., **GARVEY SCHUBERT BARER,** 1000 Potomac Street, Fifth Floor, Washington, D. C. 20007 on this the 27th day of July, 2007.

/s/ Erica Stiff-Coopwood

{00218832.1}