**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JOHN C. FLOOD OF VIRGINIA, INC., et al.** ) | |
| ) | |
| **Plaintiffs and Counter-Defendants,** ) | |
| ) | |
| v. ) | **Judge Richard J. Leon** |
| ) | **Case No.: 1:06CV01311** |
| **JOHN C. FLOOD, INC., et al.** ) | **Deck Type: General Civil** |
| **FLOOD OF DC, INC.,** ) | |
| ) | |
| **Defendants and Counter-Plaintiffs.** ) | |

**PROPOSED ORDER GRANTING THE PARTIES' JOINT MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS AND COUNTER-DEFENDANTS TO RESPOND TO DEFENDANTS' AND COUNTER-PLAINTIFFS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND PROTECTIVE ORDER**

Pending before the Court is the parties' Joint Motion requesting an extension of time within which Plaintiffs and Counter-Defendants must respond to Defendants' and Counter-Plaintiffs' Motions for Partial Summary Judgment and Protective Order. Plaintiffs and Counter-Defendants' responses to Defendants' and Counter-Plaintiffs' motions presently are due on Wednesday, August 1, 2007, and Plaintiffs and Counter-Defendants seek to move this deadline to Friday, August 17, 2007. Defendants/Counter-Plaintiffs have no opposition to this extension.

In consideration that counsel for both parties have conferred and agree with this requested time extension, the parties' motion

IS HEREBY GRANTED.

_____
Judge Richard J. Leon

{00218830.1}

2

APPROVED FOR ENTRY:


/s/ Stephen J. Zralek
Stephen J. Zralek, *appearing pro hac vice*
Erica Stiff-Coopwood, *appearing pro hac vice*
**BONE McALLESTER NORTON PLLC**
511 Union Street, Suite 1600
Nashville, TN  37219
(615) 238-6300 – phone
(615) 238-6301 – facsimile
szralek@bonelaw.com
estiff-coopwood@bonelaw.com

and

Lisa Dunner, DC Bar # 452004
**DUNNER LAW**
1010 Wisconsin Ave., N.W.
Washington, DC 20007
(202) 298-6002 – phone
(202) 403-3030 – facsimile
ldunner@dunnerlaw.com

*Counsel for John C. Flood of Virginia, Inc.,*
*John C. Flood, Inc. (a Virginia corporation),*
*John C. Flood Contractors, Inc., and the*
*Individual Defendants, Clinton Haislip & James L. Seltzer, Jr.*


/s/ Benjamin Lambiotte
Benjamin Lambiotte, D.C. Bar No.# 421288
blambiotte@gsblaw.com
Steve Varholik, D.C. Bar No.# 497315
svarholik@gsblaw.com
**GARVEY SCHUBERT BARER**
1000 Potomac Street, Fifth Floor
Washington, DC  20007
(202) 965-7880 – phone

*Counsel for Defendant/Counterclaim Plaintiff*
*John C. Flood, Inc. and Defendants*
*John C. Flood of D.C., Inc., Robert Smiley,*
*Joanne Smiley, Mark Crooks, and Mel Davis*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was served via email to Benjamin J. Lambiotte, Esq., Steve Varholik, Esq., **GARVEY SCHUBERT BARER,** 1000 Potomac Street, Fifth Floor, Washington, D. C. 20007 on this the 27th day of July, 2007.

                                        /s/ Erica Stiff-Coopwood
                                        Erica Stiff-Coopwood