IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN C. FLOOD OF VIRGINIA, INC., et al.  )<br>      Plaintiffs and Counter-Defendants,  )<br>                                                                    )<br>v.                                                                )      Judge Richard J. Leon<br>                                                                    )      Case No.: 1:06CV01311<br>JOHN C. FLOOD, INC., et al.                           )      Deck Type: General Civil<br>                                                                    )<br>      Defendants and Counter-Plaintiffs.       ) | |

## DECLARATION OF MOE HAISLIP

1. Upon oath and declaration, I, Clinton Haislip, attest that I have personal knowledge of the following statements:

2. My name is Clinton Haislip and I am over the age of eighteen.

3. I am President of John C. Flood of Virginia, Inc. ("Virginia Flood"), and I have served as President of Virginia Flood since July 19, 1991.

4. In November 1989, James L. Seltzer ("Seltzer") and I purchased one-half (50%) interest in Virginia Flood from Melville Davis and Mark Crooks ("Davis" and "Crooks", respectively).

5. From its inception in 1989 through today, Virginia Flood has continuously and extensively displayed the name and mark, JOHN C. FLOOD, and similar variations of this Mark, to advertise and distinguish Virginia Flood from other businesses.

6. From November 1989 through June 1991, Seltzer and I, and Davis and Crooks, were equal partners in Virginia Flood.

7. On July 19, 1991, Virginia Flood's Board of Directors convened. At that meeting, the Board accepted Davis' and Crooks' resignations as officers of Virginia Flood, and appointed me as President and Seltzer as Vice-President and Treasurer of Virginia Flood. See

{00223262.3}                                                                     1

EXHIBIT A

"Resolution of the Board of Directors of JOHN C. FLOOD OF VIRGINIA, INC., attached as Ex. A.

8. On March 22, 1993, a bankruptcy Trustee was appointed to oversee 1984 Flood's Chapter 11 bankruptcy estate, which included Crooks' and Davis' 50% interest in Virginia Flood.

9. From June 1991, when Davis and Crooks resigned from Virginia Flood and when they and 1984 Flood filed bankruptcy, I monitored 1984 Flood's activities in the marketplace and its use of the FLOOD marks. Although other entities appeared to begin using the FLOOD marks, 1984 Flood's use of the Flood marks became *de minimus* after June 1991, and eventually curtailed completely.

10. In an agreement on or about March 29, 1995, Seltzer and I received Crooks' and Davis' remaining 50% interest in Virginia Flood.

11. Believing that as owners of Virginia Flood we possessed the legal right to use the JOHN C. FLOOD mark and similar marks, and that no other person or entity possessed such right, Virginia Flood filed registration applications with the United States Patent and Trademark Office on March 23, 1999, seeking to register JOHN C. FLOOD as a Word and Logo mark.

12. The USPTO granted Virginia Flood registrations to both the JOHN C. FLOOD Word and Logo marks on April 25, 2000 and on June 6, 2000. **See Certificates of Registration for the Word and Logo marks, attached as collective Ex. B.**

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on ____8/16/07____.
       DATE

_____
Clinton Haislip
President of John C. Flood of Virginia, Inc.

Resolution of the Board of Directors of

JOHN C. FLOOD OF VIRGINIA, INC.

IT IS HEREBY RESOLVED by the Board of Directors of John C. Flood of Virginia, Inc. that the corporation shall accept with regret the resignations of Melville R. Davis and Mark Crooks from from their positions as officers of the corporation. Such resignations shall be effective as of the date of this resolution.

IT IS FURTHER RESOLVED by the Board of Directors that Clinton Haislip shall henceforth be the President of the corporation; that James Seltzer shall henceforth be the Vice president and Treasurer of the corporation, and; that Ram Nathan shall henceforth be the Secretary of the Corporation.

IN WITNESS WHEREOF, and under penalty of perjury, we have signed this Resolution and acknowledge the same to be the act of the Board of Directors.

DATE: 7/19/90

_____
Melville Davis

_____
Mark Crooks

_____
Clinton Haislip

_____
James Seltzer

EXHIBIT A

Flood/DCDC 0534

Int. Cls.: 37 and 40

Prior U.S. Cls.: 100, 103 and 106

**United States Patent and Trademark Office**

Reg. No. 2,345,161
Registered Apr. 25, 2000

## SERVICE MARK
### PRINCIPAL REGISTER

## JOHN C. FLOOD

JOHN C. FLOOD OF VIRGINIA, INC. (VIRGINIA CORPORATION)
2870 HARTLAND ROAD
FALLS CHURCH, VA 22043

FOR: PLUMBING; INSTALLATION, REPAIR AND MAINTENANCE OF HEATING EQUIPMENT; INSTALLATION AND REPAIR OF AIR CONDITIONING APPARATUS; AND ELECTRICAL CONTRACTING, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 11-0-1989; IN COMMERCE 1-0-1990.
FOR: WATERPROOFING OF BASEMENTS, IN CLASS 40 (U.S. CLS. 100, 103 AND 106).
FIRST USE 11-0-1989; IN COMMERCE 1-0-1990.

THE NAME JOHN C. FLOOD DOES NOT IDENTIFY A LIVING INDIVIDUAL.

SER. NO. 75-665,434, FILED 3-22-1999.

PAUL LAMB, EXAMINING ATTORNEY



EXHIBIT B

Int. Cls.: 37 and 40

Prior U.S. Cls.: 100, 103 and 106

**United States Patent and Trademark Office**

Reg. No. 2,355,004

Registered June 6, 2000

## SERVICE MARK
### PRINCIPAL REGISTER



JOHN C. FLOOD OF VIRGINIA, INC (VIRGINIA CORPORATION)
2870 HARTLAND ROAD
FALLS CHURCH, VA 22043

FOR: PLUMBING; INSTALLATION, REPAIR AND MAINTENANCE OF HEATING EQUIPMENT; INSTALLATION AND REPAIR OF AIR CONDITIONING APPARATUS; AND ELECTRICAL CONTRACTING, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 11-0-1989; IN COMMERCE 1-0-1990.

FOR: WATERPROOFING OF BASEMENTS, IN CLASS 40 (U.S. CLS. 100, 103 AND 106).

FIRST USE 11-0-1989; IN COMMERCE 1-0-1990.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PLUMBING, HEATING, AIR CONDITIONING, ELECTRICAL WATERPROOFING, HEAT PUMPS" AND "VIRGINIA, INC.", APART FROM THE MARK AS SHOWN.

THE NAME JOHN C. FLOOD DOES NOT IDENTIFY A LIVING INDIVIDUAL

SER. NO. 75-665,433, FILED 3-22-1999.

PAUL LAMB, EXAMINING ATTORNEY