IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN C. FLOOD OF VIRGINIA, INC., et al.

    Plaintiffs and Counter-Defendants,

v.

JOHN C. FLOOD, INC., et al.

    Defendants and Counter-Plaintiffs.

Judge Richard J. Leon
Case No.: 1:06CV01311
Deck Type: General Civil

**RESPONSES TO VIRGINIA FLOOD PARTIES' FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS BY DEFENDANT/COUNTERCLAIM-PLAINTIFF JOHN C. FLOOD, INC., AND DEFENDANTS JOHN C. FLOOD OF D.C., INC., ROBERT SMILEY, JOANNE SMILEY, MARK CROOKS AND MEL DAVIS**

Pursuant to Federal Rules of Civil Procedure 26 and 34, Defendant/Counterclaim-Plaintiff John C. Flood, Inc., and Defendants John C. Flood of D.C., Inc., Robert Smiley, Joanne Smiley (collectively, the "Smileys"), Mark Crooks ("Crooks"), Mel Davis ("Davis") (collectively, "Defendants") hereby respond to the First Set of Requests for the Production of Documents and Things of Plaintiff/Counterclaim-Defendant John C. Flood of Virginia, Inc., and Third Party Defendants John C. Flood, Inc., John C. Flood Contractors, Inc. (collectively "Virginia Flood Corporations") and Third Party Defendants Clinton Haislip ("Haislip") and James Seltzer, Jr. ("Seltzer") (collectively, "Virginia Flood Parties").

## I. GENERAL RESPONSES AND OBJECTIONS

1.    Defendants have not completed their search for documents and investigation of the facts relating to this action and reserve the right to amend, correct or supplement the responses contained herein as appropriate under the Federal Rules of Civil Procedure.

2.    Defendants object to Virginia Flood Parties' "Instructions" and "Definitions" to

{00223663.1}    m1-



the extent that it calls for documents in the possession of Virginia Flood Parties relating to the benefits they derived from infringing use of the JOHN C. FLOOD name and Marks. Objection: Defendants further object to the request to the extent that it calls for confidential proprietary commercial and trade secret information, the disclosure of which may compromise Defendants' proprietary rights and would confer an unfair competitive advantage on the Virginia Flood Parties. Subject to the foregoing general and specific objections, Defendants further respond that their investigation is continuing and to the extent that such documents exist and are in the possession, custody or control of Defendants, that they will produce and/or make available for inspection and copying additional responsive, relevant and material documents as Defendants are able to locate without undue burden.

**PRODUCTION REQUEST 30:** Provide copies of any and all documentation to support that Joanne L. and/or Robert Smiley paid into the bankruptcy court, in relation to or connection with In re John C. Flood, Inc. Case No. 91-43011-SD (Bankr. Md.), including but not limited to the putative payment for rights to use the JOHN C. FLOOD Marks, and any payment to the Bankruptcy Trustee, Crooks or Davis concerning the bankruptcy.

**OBJECTIONS:** Subject to and without waiving the foregoing General Objections, Defendants state as follows: Objection: The request assumes and seeks support for propositions as to payments that are not established and are inaccurate. Objection: Defendants object on the grounds that this request is overly broad and overly general and unintelligible, vague and ambiguous so as to be burdensome and oppressive. Objection: the request calls for documents which are irrelevant and immaterial to any issue in the case, and not reasonably calculated to lead to the discovery of relevant information.

**PRODUCTION REQUEST 31:** Provide copies of all documents showing all payments that Crooks and Davis paid into the bankruptcy court, in relation to or connection with In re John C. Flood, Inc., Case No. 91-43011-SD (Bankr. Md.), including but not limited to any payment to the Bankruptcy Trustee.

**OBJECTIONS:** Subject to and without waiving the foregoing General Objections, Defendants state as follows: The request is entirely cumulative of the previous request, and no less objectionable. Objection: The request assumes and seeks support for propositions that are not established and are inaccurate. Objection: Defendants object on the grounds that this request is overly broad and overly general and vague and ambiguous so as to be burdensome and oppressive. Objection: the request calls for documents which are irrelevant and immaterial to any issue in the case, and not reasonably calculated to lead to the discovery of relevant information.

**PRODUCTION REQUEST 32:** Copies of any documentation to support payment

General Objections, Defendants state as follows: Defendants respond that they have previously produced documents responsive to this request. <u>See</u> Documents produced in connection with Defendants' Rule 26(a) Initial Disclosures, including Agreement of Sale dated November 8, 1989, between Davis and Crooks (as "Seller") and Seltzer and Haislip (as "Buyer"), whereby Davis and Crooks sold 49% of Virginia Flood to Haislip and Seltzer, and bankruptcy documents reflecting on or about March 28, 1995, the bankruptcy Trustee sold Davis and Crooks' remaining interests in Virginia Flood to Haislip and Seltzer. .

**PRODUCTION REQUEST 49:** All witness statements, including but not limited to affidavits or declarations, that you have obtained related to or regarding this case.

**OBJECTIONS:** Subject to and without waiving the foregoing General Objections, Defendants state as follows: Objection: The request calls for production of trial preparation work product materials, in the absence of a proper showing or leave of Court to obtain such materials.

Respectfully submitted,

**COUNTERCLAIM PLAINTIFF/DEFENDANT JOHN C. FLOOD, INC., & DEFENDANTS JOHN C. FLOOD OF D.C , INC., ROBERT SMILEY, JOANNE SMILEY, MARK CROOKS AND MEL DAVIS**

D.C. Bar No 4212188
blambiotte@gsblaw.com
Steve Varholik
D.C. Bar No. 497315
svarholik@gsblaw.com
GARVEY SCHUBERT BARER
1000 Potomac Street, Fifth Floor
Washington, D.C. 20007
(202) 9657880

## CERTIFICATE OF SERVICE

I certify that I served a copy of these RESPONSES TO VIRGINIA FLOOD PARTIES' FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS BY DEFENDANT/COUNTERCLAIM-PLAINTIFF JOHN C. FLOOD, INC., AND DEFENDANTS JOHN C. FLOOD OF D.C., INC., ROBERT SMILEY, JOANNE SMILEY, MA CROOKS AND MEL DAVIS upon counsel for the Plaintiff/Counterclaim Defendant, via electronic mail, and via first-class, postage prepaid mail, this 1st day of June, 2007.

| | |
|---|---|
| Stephen J. Zralek, *appearing pro hac vice* BONE McALLESTER NORTON PLLC 511 Union Street, Suite 1600 Nashville, TN 37219<br>Tel: (615) 238-6300<br>Fax: (615) 238-6391<br>szraleck@bonelaw.corn | Lisa Dunner, DC Bar #452004 DINNER LAW 1010 Wisconsin Avenue, N.W. Washington, DC 20007<br>Tel: (202) 298-2002<br>Fax: (202) 403-3030 ldunner@dunnerlaw.corn<br>Cousnel for Clinton Haislip & J    . Seltzer, Jr. |

_____

{00223663.1}