IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN C. FLOOD OF VIRGINIA, INC., et al. | ) | |
| | ) | |
| **Plaintiffs and Counter-Defendants,** | ) | |
| | ) | |
| v. | ) | **Judge Richard J. Leon** |
| | ) | **Case No.: 1:06CV01311** |
| JOHN C. FLOOD, INC., et al. | ) | **Deck Type: General Civil** |
| | ) | |
| **Defendants and Counter-Plaintiffs.** | ) | |

PROPOSED ORDER DENYING DEFENDANTS'
MOTION FOR PARTIAL SUMMARY JUDGMENT

**THIS MATTER** is before the Court on Defendants' Motion for Partial Summary Judgment, which the Court finds is not well taken.

In consideration of Defendants' motion, Defendants' and Plaintiffs' Memorandum of Points and Authorities, Defendants' Statement of Material Facts Not in Dispute and Plaintiffs' Responses thereto, Plaintiffs' Statement of Additional Material Facts Precluding Summary Judgment, and accompanying declarations and documents attached thereto, all due proceedings having been had thereupon, it appearing to the Court that genuine issues of material fact exist and that Defendants are not entitled to judgment as a matter of law, it is hereby:

**ORDERED, ADJUDGED and DECREED**, that the Defendants' Motion for Partial Summary Judgment should be, and hereby is, **DENIED**.

IT IS SO **ORDERED**.

_____
Judge Richard J. Leon

APPROVED FOR ENTRY:


   /s/ Stephen J. Zralek
Stephen J. Zralek, *appearing pro hac vice*
Erica Stiff-Coopwood, *appearing pro hac vice*
**BONE McALLESTER NORTON PLLC**
511 Union Street, Suite 1600
Nashville, Tennessee 37219
(615) 238-6300 – phone
(615) 238-6301 – facsimile
szralek@bonelaw.com
estiff-coopwood@bonelaw.com

and

Lisa Dunner, DC Bar # 452004
**DUNNER LAW**
1010 Wisconsin Ave., N.W.
Washington, DC 20007
(202) 298-6002 – phone
(202) 403-3030 – facsimile
ldunner@dunnerlaw.com

*Counsel for John C. Flood of Virginia, Inc.,*
*John C. Flood, Inc. (a Virginia corporation),*
*John C. Flood Contractors, Inc., and the*
*Individual Defendants, Clinton Haislip &*
*James L. Seltzer, Jr.*


## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was served via ECF to Benjamin J. Lambiotte, Esq., and Steve Varholik, Esq., **GARVEY SCHUBERT BARER,** 1000 Potomac Street, Fifth Floor, Washington, D. C. 20007 on this the 17th day of August 2007.


               /s/ Stephen J. Zralek