IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN C. FLOOD OF VIRGINIA, INC., et al.** ) | |
| ) | |
|     **Plaintiffs and Counter-Defendants,** ) | |
| ) | |
| v. ) | **Judge Richard J. Leon** |
| ) | **Case No.: 1:06CV01311** |
| **JOHN C. FLOOD, INC., et al.** ) | **Deck Type: General Civil** |
| ) | |
|     **Defendants and Counter-Plaintiffs.** ) | |

---

**PROPOSED ORDER DENYING DEFENDANTS'
MOTION FOR PROTECTIVE ORDER**

---

**THIS MATTER** is before the Court on Defendants' Motion for Protective Order, which the Court finds is not well taken.

In consideration of Defendants' Motion for Protective Order, Defendants' Memorandum in Support of Defendants' Motion for a Protective Order, Virginia Flood's Response in Opposition to Defendants' Motion for Protective Order, and accompanying documents attached thereto, all due proceedings having been had thereupon, it appearing to the Court that Virginia Flood is entitled to discovery of the financial and corporate information it seeks, among other matters. Defendants have failed to show that the information Virginia Flood seeks is irrelevant to the facts in this matter, and have failed to show the information is a "trade secret." Accordingly, the Court hereby:

**DENIES** Defendants' Motion for Protective Order.

Because the parties have previously been amenable to a two-tiered joint order of protection, the Court hereby:

**ORDERS** Defendants to produce the information sought in discovery by Virginia Flood and **FURTHER ORDERS** the information be produced pursuant to the proposed Stipulated Protective Order, attached hereto as **Exhibit A**, **"Stipulated Protective Order."**

**IT IS SO ORDERED.**

_____
Judge Richard J. Leon


APPROVED FOR ENTRY:


   /s/ Erica Stiff-Coopwood
Stephen J. Zralek, *appearing pro hac vice*
Erica Stiff-Coopwood, *appearing pro hac vice*
**BONE McALLESTER NORTON PLLC**
511 Union Street, Suite 1600
Nashville, Tennessee 37219
(615) 238-6300 – phone
(615) 238-6301 – facsimile
szralek@bonelaw.com
estiff-coopwood@bonelaw.com

and

Lisa Dunner, DC Bar # 452004
**DUNNER LAW**
1010 Wisconsin Ave., N.W.
Washington, DC 20007
(202) 298-6002 – phone
(202) 403-3030 – facsimile
ldunner@dunnerlaw.com

*Counsel for John C. Flood of Virginia, Inc.,*
*John C. Flood, Inc. (a Virginia corporation),*
*John C. Flood Contractors, Inc., and the*
*Individual Defendants, Clinton Haislip &*
*James L. Seltzer, Jr.*

{00224091.1}

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via ECF to Benjamin J. Lambiotte, Esq., and Steve Varholik, Esq., **GARVEY SCHUBERT BARER,** 1000 Potomac Street, Fifth Floor, Washington, D. C. 20007 on this the 17th day of August 2007.

      /s/ Erica Stiff-Coopwood