## Stephen Zralek

| | |
|---|---|
| From: | Stephen Zralek |
| Sent: | Monday, July 02, 2007 11:27 AM |
| To: | 'Benjamin Lambiotte'; 'Steven Varholik' |
| Cc: | Erica Stiff-Coopwood; Tonya Mastin |
| Subject: | Second Draft Protective Order & 408 communication |
| Attachments: | 00211827.DOC |

Dear Ben and Steve,

I hope you had a good weekend. I have attempted to cobble together a compromise protective order, one that incorporates the concept of attorneys eyes only but remains shorter in total length. I have copied paragraphs 2(f) and 12 almost verbatim from your draft, and have also copied your Exhibit A. Please let me know if we can agree to this version.

**REDACTED**

Stephen J. Zralek
Bone McAllester Norton PLLC
511 Union Street, Suite 1600
Nashville, TN 37219
615.238.6305 -- direct phone
615.687.2763 -- direct fax
szralek@bonelaw.com
www.bonelaw.com



EXHIBIT B

8/16/2007