**Stephen Zralek**

| | |
|---|---|
| From: | Benjamin Lambiotte [BLAMBIOTTE@gsblaw.com] |
| Sent: | Friday, July 06, 2007 3:42 PM |
| To: | Stephen Zralek |
| Cc: | Erica Stiff-Coopwood |
| Subject: | Your Fax and E-mails |
| Importance: | High |

Stephen:

I did not receive the e-mails you sent last week and today. I have checked and despite designating your firm as an allowed user before, the e-mails to which you refer in your fax were blocked by our spam blocker. I have now, once again, authorized receipt of e-mails from your address. Let's try an exchange of e-mails to see if it works. Otherwise, I agree that we will have to find an alternate means of communicating.

Let me respond to your queries now.

As to certain very sensitive confidential commercial and personal financial information, relevant, if at all, primarily to monetary relief, as I said in my e-mail today, we have thought long and hard, consulted with our clients, and continue to be of the view that the level of intrusion and sensitivity associated with disclosure of such information, even with counsel's eyes only protection, weighed against the distinct possibility that monetary relief under Section 1117 will simply be unavailable in this case, means that the most efficient way of dealing with those requests is to defer disclosures of that nature until it becomes necessary to have an accounting for profits and benefits.

As to that category of information (including information and documents showing profits, compensation, revenues, taxes, expenses, prices, and the like) I urge you again to consider agreeing to defer exchanging such information unless and until it becomes necessary calculate to calculate profits, sales, etc., recognizing that this is a relatively narrow category, and in all likelihood, there will be dispositive motions following the main body of discovery that will likely resolve the issue one way or another. I honestly think that is in the interests of both sides, given where we are in the case. If you will not agree, then I'm afraid we'll have to put the matter before the Court.

# REDACTED



EXHIBIT
C

8/16/2007

**REDACTED**

Unless expressly stated otherwise, any federal tax advice contained in this communication (including attachments) is not intended to be used, and cannot be used, for the purpose of avoiding federal tax penalties.

This e-mail is for the sole use of the intended recipient(s). It contains information that is confidential and/or legally privileged. If you believe that it has been sent to you in error, please notify the sender by reply e-mail and delete the message. Any disclosure, copying, distribution or use of this information by someone other than the intended recipient is prohibited.



&lt;BENJAMIN J. LAMBIOTTE&gt;
blambiotte@gsblaw.com

GARVEY SCHUBERT BARER
GSBLAW.COM
*fifth floor*
*1000 potomac street nw*
*washington, dc 20007-3501*
TEL 202 965 7880 x<2525>   FAX 202 965 1729
MOBILE <301 254 9941>

8/16/2007