IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN C. FLOOD OF VIRGINIA, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN C. FLOOD, INC., ) <br> ) <br> Defendant. ) <br> _____) <br> ) <br> JOHN C. FLOOD, INC., ) <br> ) <br> Counter-Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN C. FLOOD OF VIRGINIA, INC., ) <br> JOHN C. FLOOD, INC. (a Virginia Corporation), ) <br> JOHN C. FLOOD CONTRACTORS, INC., ) <br> CLINTON HAISLIP & JAMES L. SELTZER, JR., ) <br> ) <br> Counter-Defendant and ) <br> Defendants. ) | Judge Richard J. Leon <br> Case No.: 1:06CV01311 <br> Deck Type: General Civil |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO SUBMIT REPLIES TO PLAINTIFF'S AND COUNTERCLAIM DEFENDANTS' RESPONSES TO MOTION FOR PARTIAL SUMMARY JUDGMENT AND MOTION FOR PROTECTIVE ORDER**

Defendant and Counterclaim Plaintiffs, and the additional Defendants named in Plaintiff/Counterclaim Defendants' First Amended Complaint (without conceding that such additional Defendants are properly joined to this action) (collectively, "Defendants"), through their counsel, and with the consent of counsel for Plaintiffs and Counterclaim Defendants, hereby respectfully request the Court to grant a brief enlargement of time within which Defendants must file and serve their replies to the Plaintiff and Counterclaim Defendants' responses to Defendants' pending Motion for Partial Summary Judgment and Motion for a Protective Order, through and including **Friday, September 7, 2007**.

Federal Rule of Civil Procedure 6(b) permits the Court to enlarge time periods fixed by Court order for cause shown, where the request therefore is made before the expiration of the period originally prescribed. Fed. R. Civ. Proc. 6(b). This request is made prior to the expiration of the time for filing and service of replies to oppositions to the referenced Motions.

Good cause exists for the relief requested in this Consent Motion, in that on August 1, 2007, on the Consent Motion of the Plaintiff and Counterclaim Defendants, the Court extended the Plaintiff and Counterclaim Defendants' time to respond to those motions to and including August 17, 2007. Responses in the nature of oppositions were filed and served on August 17, 2007. Due to the travel schedules of attorneys working on the case, undersigned counsel requires additional time to prepare replies, and requested Plaintiff and Counterclaim Defendants' counsel to reciprocate the courtesy we extended to them, and consent to agree to extend the time for filing such replies, to which counsel graciously consented.

**WHEREFORE**, counsel for the Defendants, Counterclaim Plaintiff, and Additional Defendants (without conceding that any have been properly joined), with the consent of counsel for Plaintiff and Counterclaim Defendants, respectfully request that the Court briefly enlarge the time within which Defendants, Additional Defendants and Counterclaim Plaintiffs must file and

/

/

/

/

/

serve replies to the Plaintiff and Counterclaim Defendants' responses to Defendants pending Motion for Partial Summary Judgment and Motion for a Protective Order, through and including **Friday, September 7, 2007.**

          **Respectfully submitted, by**

          **COUNTERCLAIM PLAINTIFF/DEFENDANT JOHN C. FLOOD, INC., & DEFENDANTS JOHN C. FLOOD OF D.C., INC., ROBERT SMILEY, JOANNE SMILEY, MARK CROOKS AND MEL DAVIS, J.C. FLOOD, INC., J.C. FLOOD COMPANY, & JCF, INC.**

By their attorneys: /s/ Benjamin J. Lambiotte
Benjamin J. Lambiotte, D.C. Bar No. 421288
blambiotte@gsblaw.com
Steve Varholik, D.C. Bar No. 497315
svarholik@gsblaw.com
**GARVEY SCHUBERT BARER**
1000 Potomac Street, Fifth Floor
Washington, D.C. 20007
(202) 965-7880