IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN C. FLOOD OF VIRGINIA, INC.,  )<br>  )<br>      Plaintiff,  )<br>  )<br>v.  )<br>  )<br>JOHN C. FLOOD, INC.,  )<br>  )<br>      Defendant.  )<br>_____)<br>  )<br>JOHN C. FLOOD, INC.,  )<br>  )<br>      Counter-Plaintiff,  )<br>  )<br>v.  )<br>  )<br>JOHN C. FLOOD OF VIRGINIA, INC.,  )<br>JOHN C. FLOOD, INC. (a Virginia Corporation),  )<br>JOHN C. FLOOD CONTRACTORS, INC.,  )<br>CLINTON HAISLIP & JAMES L. SELTZER, JR.,  )<br>  )<br>      Counter-Defendant and  )<br>      Defendants.  )  | Judge Richard J. Leon<br>Case No.: 1:06CV01311<br>Deck Type: General Civil |

## PROPOSED ORDER

Upon consideration of the Defendants'/Counterclaim Plaintiffs' Consent Motion for Enlargement of Time to Submit Replies to the Responses of Plaintiff and Counterclaim Defendants to the Defendants'/Counterclaim Plaintiff's pending Motion for Partial Summary Judgment and Motion for Protective Order;

**ORDERED** that said Motion be and hereby is **granted**; and it is further

- 2 -

**ORDERED** that the time within which the Defendants and Counterclaim Plaintiffs shall file their Replies to each of the referenced Motions shall be extended to and including **Friday, September 7, 2007**

**SO ORDERED.**

_____<br>The Honorable Richard J. Leon

Copies:

Benjamin J. Lambiotte, Esq.
**GARVEY SCHUBERT BARER**
1000 Potomac Street, Fifth Floor
Washington, D.C. 20007
(202) 965-7880
e-mail: blambiotte@gsblaw.com

Stephen J. Zralek, Esq.
Bone, McAllester Norton PLLC
511 Union Street, Suite 1600
Nashville, TN 37219
szralek@bonelaw.com

Lisa Dunner, Esq.
Dunner Law
1010 Wisconsin Avenue, N.W.
Washington, D.C. 20007
ldunner@dunnerlaw.com