IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN C. FLOOD OF VIRGINIA, INC., et al.  )
                                                       )
     Plaintiffs and Counter-Defendants,  )
                                                       )

v.                                               )     Judge Richard J. Leon
                                                )     Case No.: 1:06CV01311
JOHN C. FLOOD, INC., et al.          )     Deck Type:  General Civil
                                                       )
     Defendants and Counter-Plaintiffs.  )

# EXHIBIT "A"

# TO DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

## Steven Varholik

| | |
|---|---|
| **From:** | Steven Varholik |
| **Sent:** | Friday, June 22, 2007 1:57 PM |
| **To:** | Stephen Zralek; 'Erica Stiff-Coopwood'; 'ldunner@dunnerlaw.com' |
| **Cc:** | Benjamin Lambiotte; Angela Brewer |
| **Subject:** | Second Production of Documents and Misdirected Document |
| **Attachments:** | 06.22.07-Varholik to Zralek Re Second Document Production and Misdirected Document.pdf |

Dear Stephen, Erica and Lisa --

Please review the attached letter pertaining to discovery.

Best regards,
Steve



STEVE VARHOLIK
*svarholik@gsblaw.com*

**GARVEY SCHUBERT BARER**
GSBLAW.COM
*fifth floor*
*1000 potomac street nw*
*washington, dc 20007-3501*
TEL 202 298 2175  FAX 202 965 1729

This e-mail is for the sole use of the intended recipient(s). It contains information that is confidential and/or legally priv... believe that it has been sent to you in error, please notify the sender by reply e-mail and delete the message. Any disc... copying, distribution or use of this information by someone other than the intended recipient is prohibited.



WASHINGTON, D.C. OFFICE

*fifth floor*
*flour mill building*
*1000 potomac street nw*
*washington, d.c. 20007-3501*
TEL *202 965 7880* FAX *202 965 1729*

OTHER OFFICES

*beijing, china*
*new york, new york*
*portland, oregon*
*seattle, washington*
GSBLAW.COM

## GARVEY SCHUBERT BARER

*Please reply to* STEVEN VARHOLIK
*svarholik@gsblaw.com* TEL EXT *2175*

June 22, 2007

*Via Electronic Mail (w/o encls) and Overnight Delivery*

Stephen J. Zralek, Esquire
Bone McAllester Norton PLLC
511 Union Street, Suite 1600
Nashville, TN 37219

      Re:   *John C. Flood of Virginia, et alia* v. *John C. Flood, Inc, et alia,*
                Case No. 1:06CV01311 (D.D.C.)

Dear Stephen:

      Please find enclosed herewith Defendant and Counter-Plaintiffs' ("1996 Flood") second production of documents responsive to Virginia Flood Parties' Requests for the Production of Documents and Things. The documents enclosed are consecutively Bates-numbered 001166-001839.

      Please note that a number of documents have been redacted and/or designated as "confidential" on the grounds that they contain proprietary and/or confidential information. We also tender to you here a document that our client received recently from the District of Columbia Department of Employment Services. We believe this document is intended for your client and may require attention. See enclosed Bates-numbers 001372-001373.

      Should you have any questions, please do not hesitate to call me directly at (202) 298-2175.

                    Very truly yours,

                    Steve Varholik

Encls.

cc (via e-mail):

Erica Stiff-Coopwood, Esq. (w/o encls)

## Steven Varholik

| | |
|---|---|
| **From:** | Angela Brewer |
| **Sent:** | Friday, September 07, 2007 2:28 PM |
| **To:** | Steven Varholik |
| **Subject:** | FW: FedEx Shipment Notification |

**From:** TrackingUpdates@fedex.com [mailto:TrackingUpdates@fedex.com]
**Sent:** Friday, June 22, 2007 1:50 PM
**To:** Angela Brewer
**Subject:** FedEx Shipment Notification

This tracking update has been requested by:

Company Name: Garvey Schubert  Barer

Name:  Angela Brewer

E-mail:  abrewer@gsblaw.com

Angela Brewer of Garvey Schubert  Barer sent Stephen J. Zralek,
Esq. of Bone McAllester Norton PLLC 1 FedEx Priority Overnight
package(s).

This shipment is scheduled to be sent on 06/22/2007.

Reference information includes:

Reference:                          21744/00100

The tracking number(s) is (are)
792509622150

To track the latest status of your shipment, click on the tracking number  above,
or visit us at fedex.com.

To learn more about FedEx Express, please visit our website at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of  the
request, the requestor's message, or the accuracy of this tracking update.  For
tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

**Steven Varholik**

| | |
|---|---|
| **From:** | Angela Brewer |
| **Sent:** | Friday, September 07, 2007 2:28 PM |
| **To:** | Steven Varholik |
| **Subject:** | FW: FedEx Shipment 792509622150 Delivered |

**From:** TrackingUpdates@fedex.com [mailto:TrackingUpdates@fedex.com]
**Sent:** Monday, June 25, 2007 11:28 AM
**To:** Angela Brewer
**Subject:** FedEx Shipment 792509622150 Delivered

This tracking update has been requested by:

Company Name: Garvey Schubert  Barer

Name:  Angela Brewer

E-mail:  abrewer@gsblaw.com

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Tracking number: | 792509622150 |
| Reference: | 21744/00100 |
| Ship (P/U) date: | Jun 22, 2007 |
| Delivery date: | Jun 25, 2007 10:24 AM |
| Sign for by: | M.ROSE |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |

Shipper Information            Recipient Information
Angela Brewer                  Stephen J. Zralek, Esq.
Garvey Schubert  Barer         Bone McAllester Norton PLLC
1000 Potomac Street, N.W.      511 Union Street
5th Floor                      Suite 1600
Washington                     Nashville
DC                             TN
US                             US
20007                          37219

Special handling/Services:
Deliver Weekday

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 10:27 AM  CDT
on 06/25/2007.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number  above,
or visit us at <u>fedex.com</u>.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of  the
request, the requestor's message, or the accuracy of this tracking update.  For
tracking results and fedex.com's terms of use, go to <u>fedex.com</u>.

Thank you for your business.

March 23, 2001

Mr. Michael G. Rinn
Attorney at Law
Suite 4
111 Warren Road
Cockeysville, MD  21030

Dear Michael:

    Enclosed is FLOOD's **FINAL** check for March for $5,001.08.  This represents a $425,000.00 payment to the Trustee over approximately a five (5) year period.

    Congratulations Mike and Paul!

    Looking forward to seeing you on April 16!  I'll call you the week before.


        Sincerely,


        Roman Fedirka
        KMR Associate


cc:  Paul-Michael Sweeney

**FINAL**
SUMMARY OF FLOOD PAYMENTS TO TRUSTEE
as of March 23, 2001

| Payment Month | Date of check | Amount Paid |
|---------------|---------------|-------------|

**1995:**

| | | |
|---|---|---|
| December | 12/15/95 | 6,666.66 |

**1996:**

| | | |
|---|---|---|
| January | 02/01/96 | 6,666.66 |
| February | 02/26/96 | 6,666.00 |
| March | 03/26/96 | 3,333.33 |
| April | 04/26/96 | 3,333.33 |
| May | 05/27/96 | 3,333.33 |
| June | 06/26/96 | 7,777.77 |
| July | 07/29/96 | 7,777.77 |
| August | 08/26/96 | 7,777.77 |
| September | 09/26/96 | 7,777.77 |
| October | 10/25/96 | 7,777.77 |
| November | 11/25/96 | 7,777.77 |
| December | 12/26/96 | 7,777.77 |

**1997:**

| | | |
|---|---|---|
| January | 01/22/97 | 7,777.77 |
| February | 02/26/97 | 7,777.77 |
| March | 03/26/97 | 6,666.66 |
| April | 04/24/97 | 3,333.33 |
| May | 05/26/97 | 3,333.33 |
| June | 06/28/97 | 3,333.33 |
| July | 07/28/97 | 7,777.77 |
| August | 08/25/97 | 7,777.77 |
| September | 09/29/97 | 7,777.77 |
| October | 10/27/97 | 7,777.77 |
| November | 11/24/97 | 7,777.77 |
| December | 12/25/97 | 7,777.77 |

**1998:**

| | | |
|---|---|---|
| January | 01/26/98 | 7,777.77 |
| February | 02/26/98 | 7,777.77 |
| March | 03/26/98 | 7,777.77 |
| April | 04/24/98 | 6,666.66 |
| May | 05/26/98 | 3,333.33 |
| June | 06/25/98 | 3,333.33 |
| July | 07/27/98 | 3,333.33 |
| August | 08/28/98 | 7,777.77 |
| September | 09/28/98 | 7,777.77 |
| October | 10/26/98 | 7,777.77 |
| November | 11/24/98 | 7,777.77 |
| December | 12/28/98 | 7,777.77 |

|  | PAGE 1 TOTAL | 242,221.32 |
|---|---|---|

001169

1999:

| | | | |
|---|---|---|---|
| | January | 01/25/99 | 7,777.77 |
| | February | 02/25/99 | 7,777.77 |
| | March | 03/26/99 | 7,777.77 |
| | April | 04/26/99 | 7,777.77 |
| | May | 05/24/99 | 7,777.77 |
| | June | 06/24/99 | 7,777.77 |
| | July | 07/21/99 | 5,555.55 |
| | August | 08/24/99 | 5,555.55 |
| | September | 09/23/99 | 6,666.66 |
| | October | 10/26/99 | 6,666.66 |
| | November | 11/29/99 | 6,666.66 |
| | December | 12/21/99 | 6,666.66 |

2000:

| | | | |
|---|---|---|---|
| | January | 01/27/00 | 6,666.66 |
| | February | 02/25/00 | 6,666.66 |
| | March | 03/27/00 | 6,666.66 |
| | April | 04/25/00 | 6,666.66 |
| | May | 05/25/00 | 6,666.66 |
| | June | 06/28/00 | 6,666.66 |
| | July | 07/24/00 | 6,666.66 |
| | August | 08/28/00 | 6,666.66 |
| | September | 09/25/00 | 6,666.66 |
| | October | 10/23/00 | 6,666.66 |
| | November | 11/27/00 | 6,666.66 |
| | December | 12/21/00 | 6,666.66 |

2001:

| | | | |
|---|---|---|---|
| | January | 01/23/01 | 6,666.66 |
| | February | 02/28/01 | 6,666.66 |
| | March | 03/23/01 | 5,001.08 |
| | | | ---------------- |
| | | PAGE 2 TOTAL | 182,778.68 |
| | | | ---------------- |
| | | GRAND TOTAL | 425,000.00 |

001170

| | | |
|---|---|---|
| 1995 | | 6,666.66 |
| 1996 | 77,777.04 | |
| | | 84,443.70 |
| 1997 (12 MOS.) | 78,888.81 | |
| | | 163,332.51 |
| 1998 (12 MOS.) | 78,888.81 | |
| | | 242,221.32 |
| 1999 (12 MOS.) | 84,444.36 | |
| | | 326,665.68 |
| 2000 (12 MOS.) | 79,999.92 | |
| | | 406,666.60 |
| 2001 (1 MONTH) | 6,666.66 | |
| | | 413,332.26 |

PAGE 1 SUMMARY:

```
 9 Pay'ts @ $3,333.33  = $29,999.97
 5 Pay'ts @ $6,666.66  =  33,333.30
23 Pay'ts @ $7,777.77  = 178,888.71
        less (2/26/96)      (.66)

        TOTAL        $242,221.32
```

PAGE 2 SUMMARY:

```
1999:  2 Pay'ts @ $5,555.55  = $11,111.10
       4 Pay'ts @ $6,666.66  =  26,666.64
       6 Pay'ts @ $7,777.77  =  46,666.62

                              84,444.36

2000: 12 Pay'ts @ $6,666.66  = 79,999.92

2001:  2 Pay'ts @ $6,666.66  = 13,333.32
       1 Pay't  @ $5,001.08  =  5,001.08


        TOTAL        $182,778.68

     GRAND TOTAL     $425,000.00
```

Feb   413,332.26 + 6,666.66 = 419,998.92

Mar   419,998.92 + 5,001.08 = 425,000.00

001171

3492

**JOHN C. FLOOD, INC.** 1-99
711 KENNEDY ST., NW  800-422-1192
WASHINGTON, DC  20011

DATE 11-27-99

65-245/550

PAY TO THE ORDER OF  Michael Rinn

$ 6666 66/100

THE SUM 6666 66665

DOLLARS

COMMUNITY BANK
of Maryland
Bowie, MD 20716-1073

FOR _____

⑈003492⑈ ⑆055002451⑈ ⑈0023191⑈

001172

**JOHN C. FLOOD INC.**
711 KENNEDY ST. NW · 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
WASHINGTON, DC 20011

PAY
TO THE
ORDER OF _Michael Rinn_          $

_____ DOLLARS

**COMMUNITY BANK**

FOR _____



4955

**JOHN C. FLOOD, INC.** 1-99
711 KENNEDY ST., NW  800-422-1192
WASHINGTON, DC  20011

65-245/550

DATE 5-25-00

PAY TO THE ORDER OF _Michael Rinn_ $ 6666.66/100

THE SUM 6666 DRLS 66 CTS DOLLARS

**COMMUNITY BANK**
Bowie, MD 20716

FOR _____

⑈004955⑈ ⑈055002451⑈ ⑈0023191⑈

001175

4618

**JOHN C. FLOOD, INC.** 1-99
711 KENNEDY ST., NW  800-422-1192
WASHINGTON, DC  20011

65-245/550

DATE 4-24-00

PAY
TO THE
ORDER OF _Michael Rinn_ _____ $ 6666 66/100

THE SUM 6666 DOLLARS 66 CT _____ DOLLARS

COMMUNITY BANK
of Maryland
Bowie, MD 20716

FOR _____

⑈004618⑈ ⑆055002451⑆ ⑈0023191⑈

MP

001176

**JOHN C. FLOOD, INC.** 1-99
711 KENNEDY ST., NW  800-422-1192
WASHINGTON, DC  20011

4376

65-245/550

DATE 3-24-00

PAY
TO THE
ORDER OF  Michael Rinn

$ 6666 66/100

THE SUM 6666 DLS 66 CTS

DOLLARS

COMMUNITY BANK
of Maryland
Bowie, MD 20716-1073

FOR _____

MP

⑈004376⑈ ⑆055002451⑈ ⑈002319 1⑈

001177

**JOHN C. FLOOD, INC.** 1-99
711 KENNEDY ST., NW  800-422-1192
WASHINGTON, DC  20011

4151

65-245/550

DATE  2-24-00

PAY
TO THE
ORDER OF  Michael Rinn                    $ 6666 66/100

THE SUM 6666 DOLLARS 66 CTS                    DOLLARS

**COMMUNITY BANK**
Maryland
Bowie, MD 20716-1073

FOR

⑈004151⑈ ⑆055002451⑆ ⑈0023191⑈

00178

3905

**JOHN C. FLOOD, INC.** 1-99
711 KENNEDY ST., NW  800-422-1192
WASHINGTON, DC  20011

65–245/550

PAY
TO THE
ORDER OF  Michael Rinn

DATE 1-27-00

$ 6666 66/100

THE SUM 6666 DLS 66 CTS

DOLLARS

COMMUNITY BANK
of Maryland
Bowie, MD 20716-1073

FOR _____

⑆003905⑆ ⑈055002451⑉ ⑆002319⑆

MP

001179

3656

**JOHN C. FLOOD, INC.** 1-99
711 KENNEDY ST., NW  800-422-1192
WASHINGTON, DC  20011

65-245/550

DATE 12-25-99

PAY TO THE ORDER OF   Michael Rinn

$ 6666 66/100

THE SUM 6666 66/100    DOLLARS

COMMUNITY BANK
of Maryland
Bowie, MD 20716-1073

FOR

⑈003656⑈ ⑉055002451⑊ ⑈0023191⑈

001180



2480

**JOHN C. FLOOD, INC.** 1-99
711 KENNEDY ST., NW., 800-422-1192
WASHINGTON, DC  20011

DATE 7-21-99  65-245/550

PAY TO THE
ORDER OF  Michael Rinn                    $ 5,555 55/100

THE SUM 5555 DOLS 55 CTS                           DOLLARS

**COMMUNITY BANK**
of Maryland
Bowie, MD 20716

FOR _____                                        MP

⑈00 2480⑈ ⑆0 5500 245 ⑈:      ⑈00 23 19 1⑈

001182

2272

**JOHN C. FLOOD, INC.** 1-99
711 KENNEDY ST., NW  800-422-1192
WASHINGTON, DC  20011

65-245/550

DATE 6-26-99

PAY
TO THE
ORDER OF _____ Michael Renn _____ $ 7,777.77

THE SUM 7777 DOLS 77 CTS                    DOLLARS

COMMUNITY BANK
of Maryland
Bowie, MD 20716

FOR _____                    Robert B. Smith

⑈00 2 2 7 2⑈ ⑆05500 2 4 5 1⑆  ⑈00 2 3 1 9 1⑈

001183

2042

**JOHN C. FLOOD, INC.** 1-99
711 KENNEDY ST., NW - 800-422-1192
WASHINGTON, DC 20011

65-245/550

DATE 5-24-99

PAY
TO THE
ORDER OF _Michael Rinn_____ $ 7,777 77/100

THE SUM 7777 DOLS 77 CTS _____ DOLLARS

COMMUNITY BANK
Bowie, MD 20716

FOR _____

⑈00204211⑈ ⑆055002451⑈ ⑈0023191⑈

001184

1850

**JOHN C. FLOOD, INC.** 01-99
711 KENNEDY ST., NW  800-422-1192
WASHINGTON, DC  20011

65-245/550

DATE 4-26-99

PAY TO THE ORDER OF  Michael Rinn                    $ 7,777 77/00

THE SUM 7777 DOLS 77 CTS                    DOLLARS

COMMUNITY BANK
of Maryland
Bowie, MD 20716

FOR

⑈001850⑈ ⑈055002451⑈ ⑈002319⑈

001185

15

**JOHN C. FLOOD, INC.** 01-99
711 KENNEDY ST., NW  800-422-1192
WASHINGTON, DC  20011

65-245/550

DATE  3-25-99

PAY
TO THE
ORDER OF  Michael  Rinn                              $ 7,777 77/100

THE SUM 7777 DOLS 77 CTS _____ DOLLARS

COMMUNITY BANK
Bowie, MD 20716

FOR _____

⑆001596⑆ ⑈055002451⑈          ⑈002319⑈          MP

1349

**JOHN C. FLOOD, INC.** 01-99
711 KENNEDY ST., NW. 800/422-1192
WASHINGTON, DC 20011

DATE 2-25-9-9   85-245/550

PAY TO THE ORDER OF _Micheal Rind_                           $ 7,777 7/00

_The Sum 7777 Dols 7 Cts_                           DOLLARS

**COMMUNITY BANK**
of Maryland
Bowie, MD 20716

FOR

⑈001349⑈ ⑈055002451⑈ ⑈0023191⑈

001187

1064

**JOHN C. FLOOD, INC.** 01-99
711 KENNEDY ST., NW 800-422-1192
WASHINGTON, DC 20011

85-245/550

DATE _1-25-99_

PAY TO THE ORDER OF _Michael Rivn_                    $ 7,777.77

_The Sum 7,777 DLS & Cts_                    DOLLARS

**COMMUNITY BANK**
of Maryland
Bowie, MD 20716

FOR _____

⑈00 1064⑈ ⑆05500245⑈ ⑈002 1191⑈

001188

15209

**JOHN C. FLOOD OF DC, INC.** 07-95
711 KENNEDY ST., NW
WASHINGTON, DC 20011

66-945/550

DATE 12-28-98

PAY
TO THE
ORDER OF _Michael Rinn_                    $ 7777.77

THE SUM 7777 DOLS 77 CTS                    DOLLARS

COMMUNITY BANK
of Maryland
Bowie, MD 20716

FOR _____

⑆015209⑆ ⑈05500245⑈ ⑆001178A⑆

001189

14988

**JOHN C. FLOOD OF DC, INC.** 07-95
711 KENNEDY ST., NW
WASHINGTON, DC 20011

DATE 11-2G-98    65-245/550

PAY TO THE ORDER OF _Michael Rinn_    $7,777 77/100

THE Sum 7777 DOLS 77 CTS    DOLLARS

COMMUNITY BANK
Bowie, MD 20716

FOR _____    MP

⑈014988⑈ ⑆055002451⑆ ⑈0011789⑈

001190

**JOHN C. FLOOD OF DC, INC.** 07-95
711 KENNEDY ST., NW.
WASHINGTON, DC 20011

14737

65-245/550

DATE 10-26-98

PAY
TO THE
ORDER OF  Michael Rinn                          $ 7777 7/100

THE SUM 7777 DLS 7 CTS                          DOLLARS

COMMUNITY BANK
of Maryland
Bowie, MD 20716

FOR

⑈014737⑈ ⑈05502451⑈ ⑈0011789⑈

001191

**JOHN C. FLOOD OF DC, INC.** 07-95
711 KENNEDY ST., NW
WASHINGTON, DC  20011

14415

65-245/550

PAY TO THE ORDER OF _Michael Rinn_

DATE _9-25-98_

$ _7777 77/100_

_THE SUM 7777 DOLS 77 CTS_  DOLLARS

**COMMUNITY BANK**
Bowie, MD 20716

FOR _____

⑈014415⑈ ⑆055002451⑆ ⑈0011789⑈

001192

14122

**JOHN C. FLOOD OF DC, INC.** 07-95
711 KENNEDY ST., NW
WASHINGTON, DC 20011

65–245/550

DATE 8-28-98

PAY
TO THE
ORDER OF Michael Rinn

$ 7777 77/00

THE SUM 7777 DOLS 77 CTS

DOLLARS

COMMUNITY BANK
of Maryland
Bowie, MD 20716

FOR _____

⑈014122⑈ ⑆05500245⑈ ⑈0011789⑈

001193

13809

**JOHN C. FLOOD OF DC, INC.** 07-95
711 KENNEDY ST., NW
WASHINGTON, DC 20011

65-245/550

DATE 7-25-98

PAY
TO THE
ORDER OF _Michael Rinn_                          $ 3.33 ³³/₁₅₀

THE SUM 3 3 3 3 DOLS 3 3 CTS                    DOLLARS

COMMUNITY BANK
of Maryland
Bowie, MD 20716

FOR _____                                                    MP

⑈013809⑈ ⑆055002451⑈        ⑈0011785⑈

001194

13421

**JOHN C. FLOOD OF DC, INC.** 07-95
711 KENNEDY ST., NW
WASHINGTON, DC 20011

DATE 6-25-98    05-245/550

PAY TO THE ORDER OF Michael Rinn

$ 3333 39/100

THE SUM 3333 DOLS 33 CTS

DOLLARS

COMMUNITY BANK
of Maryland
Bowie, MD 20716

FOR

⑈013421⑈ ⑈055002451⑈ ⑈001789⑈

13117

**JOHN C. FLOOD OF DC, INC.** 07-95
711 KENNEDY ST., NW
WASHINGTON, DC 20011

65-245/550

DATE 5-26-98

PAY TO THE ORDER OF  Michael Rinn

$ 3333 33/100

THE SUM 3333 DOLS 33 CTS

DOLLARS

COMMUNITY BANK
of Maryland
Bowie, MD 20716

FOR 516

⑆013117⑆ ⑈055002451⑈ ⑆0011789⑆

**JOHN C. FLOOD OF DC, INC.** 07-95
711 KENNEDY ST. NW
WASHINGTON, DC 20011

12885

65-245/550

PAY
TO THE
ORDER OF  Michael Rinn

DATE  4-24-98

$ 6,666 No/100

THE SUM 6666 DOS 00CS
DOLLARS

COMMUNITY BANK
of Maryland
Bowie, MD 20716

FOR

⑆012885⑆ ⑆055002451⑆ ⑆001789⑆

001197

12589

**JOHN C. FLOOD OF DC, INC.** 07-95
711 KENNEDY ST., NW
WASHINGTON, DC 20011

65=245/550

DATE 3-26-98

PAY
TO THE
ORDER OF _Michael Rinn_                                    $ 7,777.77

_THE SUM    7777 DLS 77 CTS_                              DOLLARS

COMMUNITY BANK
of Maryland
Bowie, MD 20716

FOR _SL6_

⑈012589⑈ ⑆055002451⑆ ⑈0011789⑈

001198

12268

**JOHN C. FLOOD OF DC, INC.** 07-95
711 KENNEDY ST., NW
WASHINGTON, DC 20011

65-245/550

PAY
TO THE
ORDER OF ___ Michael Rino _____ DATE 2-26-98

$ 7,777.79

___ The Sum 7777 DOLS 77 CTS ___ DOLLARS

**BANK & BOWIE** 01
BOWIE, MARYLAND 20716-1073

FOR 516 _____ R. Smiley

⑇012268⑇ ⑆055002451⑆ ⑇0011789⑇

11919

**JOHN C. FLOOD OF DC, INC.** 07-95
711 KENNEDY ST., NW
WASHINGTON, DC  20011

65-245/550

DATE 1-26-98

PAY
TO THE
ORDER OF  Michael Kinn

$ 7,777.77

THE Sum 7777 DRS 77 CTS

DOLLARS

**BANK OF BOWIE** 01

BOWIE, MARYLAND 20716-1073

FOR 516

⑈011919⑈ ⑈055002451⑈ ⑈0011789⑈

MP

**JOHN C. FLOOD OF DC, INC.** 7-95
711 KENNEDY ST., NW
WASHINGTON, DC 20011

11398

65-245/550

DATE 12-25-97

PAY
TO THE
ORDER OF _____ Michael Pinn _____ $ 7,777.77

THE SUM 7777 DOLS 77 CTS

**DOLLARS**

**BANK BOWIE** 01

BOWIE, MARYLAND 20716-1073

FOR 516

⑈011398⑈ ⑆055002451⑈ ⑈0011789⑈

MP

001201

**JOHN C. FLOOD OF DC, INC.** 7-95
711 KENNEDY ST., NW
WASHINGTON, DC 20011

10981

65-245/550

PAY TO THE ORDER OF    Michael Rinn

DATE 11-24-97

$ 7,777.77

THE SUM 7777 DOLS 7 CTS

DOLLARS

**BANK BOWIE** 01

BOWIE, MARYLAND 20716-1073

FOR 516

⑈0109811⑈ ⑈05500245⑈ ⑈0011789⑈

001202

**JOHN C. FLOOD OF DC, INC.** 7-95
711 KENNEDY ST., NW
WASHINGTON, DC 20011

10515

55-245/559

PAY
TO THE
ORDER OF _____ Michael _____ Pinn _____

DATE 10-27-97

$ 7777.77

THE SUM _____ 7777 DOLS 77 CTS _____

DOLLARS

**BANK BOWIE**
BOWIE, MARYLAND 20716-0373

FOR Sib

R. Smiley

⑈010515⑈ ⑊055002451⑊ ⑈0011789⑈

10249

**JOHN C. FLOOD OF DC, INC.** 7-95
711 KENNEDY ST., NW
WASHINGTON, DC 20011

DATE 9-29-97     55-245/550

PAY TO THE ORDER OF   Michael Rinn                    $ 7,777.77

THE SUM 7777 DOLS 77 CTS                    DOLLARS

**BANK BOWIE** 01
BOWIE, MARYLAND 20716-1073

FOR 516                                    R. Smiley

⑈010249⑈ ⑆055002451⑆     ⑈0011789⑈

001204

9904

JOHN C. FLOOD OF DC, INC. 7-95
711 KENNEDY ST., NW
WASHINGTON, DC 20011

55-245/550

DATE 8-26-97

PAY
TO THE
ORDER OF  Michael Rino                               $ 7,777.77

THE SUM 7777 DOLS 77 CTS                             DOLLARS

BANK•BOWIE
BOWIE, MARYLAND 20716-1073

FOR 516                                              R. Smiley

⑈00 9904⑈  ⑆0 5500 2451⑆  ⑈00 11789⑈

001205

9664

**JOHN C. FLOOD OF DC, INC.** 7-95
711 KENNEDY ST., NW
WASHINGTON, DC 20011

55-245/550

DATE 7-28-97

PAY
TO THE
ORDER OF _Michael Rivn_                    $ 7,777.77

_THE SUM 7777 DLLS 77 CTS_                  **DOLLARS**

**BANK BOWIE**
BOWIE, MARYLAND 20716-1073

FOR _S16_

⑁009664⑁ ⑁055002451⑁ ⑁0011789⑁

001206

9339

**JOHN C. FLOOD OF DC, INC.**
711 KENNEDY ST., NW
WASHINGTON, DC 20011

55-245/550

DATE 6-28-97

PAY
TO THE
ORDER OF  Michael Ryan

$ 3333.33

THE SUM 3 3 3 3 DLRS 3 3 CTS

DOLLARS

**BANK☆BOWIE**
BOWIE, MARYLAND 20716-1073

R. Smirley

FOR 516

⑈009339⑈ ⑆055002451⑆ ⑈0011789⑈

001207

9055

**JOHN C. FLOOD OF DC, INC.**
711 KENNEDY ST., NW
WASHINGTON, DC  20011

55-245/550

DATE  5-26-99

PAY
TO THE
ORDER OF  Michael  Rinn

$ 333.33

THE Sum 333 DOLLARS 33 CTS

DOLLARS

**BANK OF BOWIE** 01
BOWIE, MARYLAND 20716-1073

FOR 516

⑆009055⑆ ⑈055002451⑇ ⑆0011789⑆

001208

8770

**JOHN C. FLOOD OF DC, INC.**
711 KENNEDY ST., NW
WASHINGTON, DC  20011

55-245/550

DATE 4-24-99

PAY
TO THE
ORDER OF Michael Rinn

$ 3,333.33

THE SUM 3333 DOS 33 CTS

DOLLARS

**BANK&BOWIE** 01
BOWIE, MARYLAND 20716-1073

FOR 516

⑈008770⑈ ⑆055002451⑆ ⑈001789⑈

8458

**JOHN C. FLOOD OF DC, INC.**
711 KENNEDY ST., NW
WASHINGTON, DC 20011

55-245/550

PAY TO THE ORDER OF _Michael Rivo_          DATE _3-26-97_

$ _6666.66_

_THE SUM 6666 DLS 66 CTS_          DOLLARS

**BANK BOWIE** 01

BOWIE, MARYLAND 20716-1073

FOR _516_

⑆008458⑆ ⑉055002451⑉ ⑆0011789⑆          MP

001210