## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN C. FLOOD OF VIRGINIA, INC., )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>JOHN C. FLOOD, INC., )<br>)<br>      Defendant. )<br>_____)<br>)<br>JOHN C. FLOOD, INC., )<br>)<br>      Counter-Plaintiff, )<br>)<br>v. )<br>)<br>JOHN C. FLOOD OF VIRGINIA, INC., )<br>JOHN C. FLOOD, INC. (a Virginia Corporation), )<br>JOHN C. FLOOD CONTRACTORS, INC., )<br>CLINTON HAISLIP & JAMES L. SELTZER, JR., )<br>)<br>      Counter-Defendant and )<br>      Defendants. ) | Judge Richard J. Leon<br>Case No.: 1:06CV01311<br>Deck Type: General Civil |

### JOINT CONSENT MOTION FOR ENLARGEMENT OF
### PROCEDURAL DEADLINES IN SCHEDULING ORDER

Defendant and Counterclaim Plaintiffs, and the additional Defendants named in Plaintiff/Counterclaim Defendants' First Amended Complaint (without conceding that all such additional Defendants are properly named), by their counsel, and Plaintiff and Counterclaim Defendants, by their counsel, jointly and with each others' consent, hereby request that the Court extend and enlarge for a period of approximately ninety days each of the deadlines set forth in the Court's Minute Order of August 22, 2007. The Court's Minute Order of August 22, 2007 extended the procedural deadlines originally fixed in the Court's Corrected Minute Order of February 22, 2007 ("Scheduling Order").

Federal Rule of Civil Procedure 6(b) permits the Court to enlarge time periods fixed by Court order for cause shown, where the request therefore is made before the expiration of the period originally prescribed. Fed. R. Civ. Proc. 6(b). This joint consent Motion seeks only to enlarge the unexpired deadlines in the Court's Scheduling Order, as amended by the Court's Minute Order of August 22, 2007. The next deadline is the close of discovery, on November 30, 2007.

Good cause exists for the relief requested in this joint consent motion, in that currently pending before the Court are Defendant and Counterclaim Plaintiffs' Motion for Partial Summary Judgment and Motion for Protective Order, both filed on July 18, 2007, and Plaintiff and Counterclaim Defendants' responses to those motions, both filed on August 17, 2007. Furthermore, Defendant and Counterclaim Plaintiffs filed replies in further support of their Motion for Partial Summary Judgment and Motion for Protective Order on September 07, 2007. The Court's ruling on those motions may significantly affect the issues to be resolved, and the scope of discovery, in this case.

Discovery has been effectively suspended as counsel for the parties are awaiting the Court's decision on those motions and conserving the limited resources of the parties. Multiple rounds of interrogatories and production requests have been propounded and responded to by both sides, but party and non-party depositions have not yet been taken because of the issues raised by the pending motions, and by certain other objections to discovery requests which the parties are attempting to resolve. The parties require additional time to resolve open discovery issues prior to taking depositions, and to complete discovery.

The parties jointly request extending the procedural deadlines fixed in the Scheduling Order, as follows:

| Event | Existing Deadline | Enlarged Deadline |
|---|---|---|
| Close of Discovery (except expert discovery) | 11/30/07 | 2/29/08 |
| Discovery Motions | 1/31/08 | 4/30/08 |
| Dispositive Motions | 3/15/08 | 6/16/08 |
| Oppositions to Disp. Motions | 4/15/08 | 7/15/08 |
| Replies to Disp. Motions (if any) | 4/29/08 | 7/29/08 |

Counsel for all the parties believe that enlargement of each of the procedural deadlines for the requested period would promote an orderly and efficient resolution of the case, by allowing the Court time to consider and rule upon the pending motions, and allowing the parties to structure further discovery and case preparation based on the Court's rulings. Further, the requested extension of discovery would permit the parties to resolve open discovery issues, either consensually or, if necessary, through the intervention of the Court, and to complete discovery.

**Respectfully submitted, jointly, by**

**COUNTERCLAIM PLAINTIFF/DEFENDANT JOHN C. FLOOD, INC., & DEFENDANTS JOHN C. FLOOD OF D.C., INC., ROBERT SMILEY, JOANNE SMILEY, MARK CROOKS AND MEL DAVIS, J.C. FLOOD, INC., J.C. FLOOD COMPANY, & JCF, INC.**

By their attorneys: /s/ Benjamin J. Lambiotte
Benjamin J. Lambiotte, D.C. Bar No. 421288
blambiotte@gsblaw.com
Steve Varholik, D.C. Bar No. 497315
svarholik@gsblaw.com
**GARVEY SCHUBERT BARER**
1000 Potomac Street, Fifth Floor
Washington, D.C. 20007
(202) 965-7880

|   |   |
|---|---|
| and | PLAINTIFF JOHN C. FLOOD OF VIRGINIA, INC., and COUNTERCLAIM DEFENDANTS JOHN C. FLOOD, INC., (a Virginia Corporation); JOHN C. FLOOD CONTRACTORS, INC.; CLINTON HAISLIP, and JAMES L. SELTZER, JR. |

By their attorneys: /s/ Stephen J. Zralek
Stephen J. Zralek, *appearing pro hac vice*
**BONE McALLESTER NORTON PLLC**
511 Union Street, Suite 1600
Nashville, TN 37219
Tel: (615) 238-6300
Fax: (615) 238-6391
szraleck@bonelaw.com

and

**Lisa Dunner, DC Bar #452004**
DUNNER LAW
1010 Wisconsin Avenue, N.W.
Washington, DC 20007
Tel: (202) 298-2002
Fax: (202) 403-3030
ldunner@dunnerlaw.com