IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN C. FLOOD OF VIRGINIA, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN C. FLOOD, INC., ) <br> ) <br> Defendant. ) <br> _____ ) <br> ) <br> JOHN C. FLOOD, INC., ) <br> ) <br> Counter-Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN C. FLOOD OF VIRGINIA, INC., ) <br> JOHN C. FLOOD, INC. (a Virginia Corporation), ) <br> JOHN C. FLOOD CONTRACTORS, INC., ) <br> CLINTON HAISLIP & JAMES L. SELTZER, JR., ) <br> ) <br> Counter-Defendant and ) <br> Defendants. ) | Judge Richard J. Leon <br> Case No.: 1:06CV01311 <br> Deck Type: General Civil |

**PROPOSED ORDER GRANTING JOINT CONSENT MOTION
FOR ENLARGEMENT OF PROCEDURAL DEADLINES IN SCHEDULING ORDER**

THIS MATTER is before the Court on the Joint Consent Motion of all parties to extend and enlarge for a period of approximately ninety days each of the deadlines set forth in the Court's Minute Order of August 22, 2007. The Court's Minute Order of August 22, 2007 extended the procedural deadlines originally fixed in the Court's Corrected Minute Order of February 22, 2007 ("Scheduling Order").

It appearing that good cause exists for the relief requested, it is hereby:

ORDERED, that the procedural deadlines fixed in the Court's August 22, 2007, Minute Order are hereby further enlarged and extended, as follows:

- 2 -

| Event | Existing Deadline | Enlarged Deadline |
|---|---|---|
| Close of Discovery (except expert discovery) | 11/30/07 | 2/29/08 |
| Discovery Motions | 1/31/08 | 4/30/08 |
| Dispositive Motions | 3/15/08 | 6/16/08 |
| Oppositions to Disp. Motions | 4/15/08 | 7/15/08 |
| Replies to Disp. Motions (if any) | 4/29/08 | 7/29/08 |

_____
**RICHARD J. LEON**
**UNITED STATES DISTRICT JUDGE**