IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN C. FLOOD OF VIRGINIA, INC., et al.   ) | |
| ) | |
|     Plaintiffs and Counter-Defendants,   ) | |
| ) | |
| v.   ) | Case No.: 1:06CV01311 |
| ) | (RJL/JMF) |
| JOHN C. FLOOD, INC., et al.   ) | Deck Type: General Civil |
| ) | |
|     Defendants and Counter-Plaintiffs.   ) | |

**JOINT CONSENT MOTION TO ASCERTAIN STATUS
OF PENDING MOTION FOR A PROTECTIVE ORDER
AND MOTION FOR ENLARGEMENT OF PROCEDURAL
DEADLINES IN SCHEDULING ORDER**

    The Parties, Plaintiffs/Counter Defendants Virginia Flood, et al. and Defendants/Counter Plaintiffs 1996 Flood et al., hereby file this Joint Motion to ascertain the status of the Motion for Protective Order (doc. 36). Defendants filed the Motion for Protective Order on July 18, 2007; Plaintiffs filed a timely opposition to the Motion on August 17, 2007 (docs. 43-45); and Defendants filed a timely reply (doc. 48). In the interim, between Defendants' filing the Motion for Protective Order and the present date, the Court denied Defendants' Motion for Summary Judgment, which they filed contemporaneously with their Motion for Protective Order.

    The Motion for Protective Order is currently pending before this Court, and the parties seek direction from the Court prior to engaging in depositions. Discovery presently is set to close on February 29, 2008, pursuant to the Court's November 13, 2007 Minute Order. As the Court's ruling on the Motion for Protective Order may significantly affect the scope of discovery in this case, the parties maintain that once the pending Motion for Protective Order is resolved, the parties will be able to conduct discovery and depositions more expeditiously and economically.

{00249263.2}

Accordingly, the parties jointly seek to extend certain procedural deadlines. Discovery has been effectively suspended as counsel for the parties are awaiting the Court's decision in an effort to conserve the limited resources of the parties. The parties require additional time to resolve open discovery issues prior to taking depositions and to complete discovery. Therefore, pursuant to Federal Rule of Civil Procedure 6(b), the parties jointly seek to enlarge the procedural deadlines fixed in the Court's November 13, 2007 Minute Order as follows:

| *Event* | *Existing Deadline* | *Enlarged Deadline* |
|---|---|---|
| Close of Discovery (except expert discovery) | 2/29/08 | 5/29/08 |
| Discovery Motions | 4/30/08 | 7/29/08 |
| Dispositive Motions | 6/16/08 | 9/12/08 |
| Opposition to Disp. Motions | 7/15/08 | 10/10/08 |
| Replies to Disp. Motions (if any) | 7/29/08 | 10/24/08 |

Counsel for all parties believe that enlargement of each of the procedural deadlines for the requested period would promote an orderly and efficient resolution of the case, by allowing the parties to structure further discovery and case preparation based on the Court's rulings. Further, the requested extension of discovery would permit the parties to resolve open discovery issues, either consensually or, if necessary, through the intervention of the Court, and to complete discovery.

Respectfully submitted, jointly by all parties:

/s/ Stephen J. Zralek
Stephen J. Zralek, BPR No. 18971
Erica Stiff-Coopwood, BPR No. 23364
**BONE McALLESTER NORTON PLLC**
511 Union Street, Suite 1600
Nashville, TN 37219
(615) 238-6300 – phone
(615) 238-6301 –fax
szralek@bonelaw.com
estiff-coopwood@bonelaw.com

{00249263.2}

and

Lisa Dunner, DC Bar # 452004
**DUNNER LAW**
1010 Wisconsin Ave., N.W.
Washington, DC 20007
(202) 298-6002 – phone
(202) 403-3030 – facsimile
ldunner@dunnerlaw.com

*Counsel for Plaintiffs/Counter-Defendants*

and

*/s/* Benjamin J. Lambiotte by SJZ (with permission)
Benjamin J. Lambiotte, Esq.
Steven Varholik, Esq.
**GARVEY SCHUBERT BARER**
1000 Potomac Street, Fifth Floor
Washington, D. C. 20007
(202) 965-7880
blambiotte@gsblaw.com
svarholik@gsblaw.com

*Counsel for Defendants/Counter-Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that I served a copy of this document upon the following opposing counsel, via ECF, this 24th day of January, 2008:

Benjamin J. Lambiotte, Esq.
Steven Varholik, Esq.
**GARVEY SCHUBERT BARER**
1000 Potomac Street, Fifth Floor
Washington, D. C. 20007
(202) 965-7880
blambiotte@gsblaw.com

/s/  Stephen J. Zralek

{00249263.2}