## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN C. FLOOD OF VIRGINIA, INC., et al.** ) | |
| ) | |
|     **Plaintiffs and Counter-Defendants,** ) | |
| ) | |
| v. ) | Case No.: 1:06CV01311 |
| ) | (RJL/JMF) |
| **JOHN C. FLOOD, INC., et al.** ) | Deck Type: General Civil |
| ) | |
|     **Defendants and Counter-Plaintiffs.** ) | |

### PROPOSED ORDER GRANTING JOINT CONSENT MOTION TO ASCERTAIN STATUS OF PENDING MOTION FOR A PROTECTIVE ORDER AND MOTION FOR ENLARGEMENT OF PROCEDURAL DEADLINES IN SCHEDULING ORDER

THIS MATTER is before the Court on the Joint Consent Motion of all parties to extend and enlarge for a period of approximately 90 days each of the deadlines set forth in the Court's November 13, 2007 Minute Order, which extended the Court's Minute Order of August 22, 2007, which extended the procedural deadlines originally fixed in the Court's Corrected Minute Order of February 22, 2007 ("Scheduling Order").

It appearing that good cause exists for the relief requested, it is hereby:

ORDERED that the procedural deadlines fixed in the Court's November 13, 2007 Minute Order are hereby further enlarged and extended as follows:

| *Event* | *Existing Deadline* | *Enlarged Deadline* |
|---|---|---|
| Close of Discovery (except expert discovery) | 2/29/08 | 5/29/08 |
| Discovery Motions | 4/30/08 | 7/29/08 |
| Dispositive Motions | 6/16/08 | 9/12/08 |
| Opposition to Disp. Motions | 7/15/08 | 10/10/08 |
| Replies to Disp. Motions (if any) | 7/29/08 | 10/24/08 |

{00250497.1}

IT IS SO ORDERED.

                                                _____
                                                JOHN M. FACCIOLA
                                                UNITED STATES MAGISTRATE JUDGE