UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN C. FLOOD OF VIRGINIA, INC., et al.

Plaintiffs and Counter-Defendants,

v.

JOHN C. FLOOD, INC., et al.

Defendants and Counter-Plaintiffs.

Civil Action 06-1311 (RJL/JMF)

ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant and counter-plaintiffs' Motion for Protective Order of Defendant/Counterclaim-Plaintiff and Defendants [#36] is **GRANTED**; and it is further

**ORDERED** that defendant and counter-plaintiffs' objections are **SUSTAINED** as to Virginia Flood Parties' First Set of Requests for the Production of Documents and Things by Defendant/Counterclaim-Plaintiff John C. Flood, Inc. and Defendants John C. Flood of D.C., Inc., Robert Smiley, Joanne Smiley, Mark Crooks and Mel Davis Nos. 6-7, 34-35, 39-40, and 45; and it is further

**ORDERED** that defendant and counter-plaintiffs' objections are **SUSTAINED** as to Virginia Flood Parties' Second Set of Requests for the Production of Documents and Things by Defendant/Counterclaim-Plaintiff John C. Flood, Inc. and Defendants John C. Flood of D.C., Inc., Robert Smiley, Joanne Smiley, Mark Crooks and Mel Davis Nos. 3-4, and 6-7.

**SO ORDERED**.

Dated: February 1, 2008

/s/
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE