IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN C. FLOOD OF VIRGINIA, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN C. FLOOD, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Judge Richard J. Leon<br>)   Case No.: 1:06CV01311<br>)   Deck Type: General Civil |
| JOHN C. FLOOD, INC.,<br><br>    Counter-Plaintiff,<br><br>v.<br><br>JOHN C. FLOOD OF VIRGINIA, INC.,<br>JOHN C. FLOOD, INC. (a Virginia corporation),<br>JOHN C. FLOOD CONTRACTORS, INC.,<br>CLINTON HAISLIP & JAMES L. SELTZER, JR.,<br><br>    Counter-Defendant and<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Plaintiff, John C. Flood of Virginia, Inc. ("Virginia Flood"), by and through its undersigned attorneys, respectfully moves this Court to admit C. David Briley to practice before this Court as one of its counsel in this matter. As grounds for this Motion, Plaintiff states as follows:

1. Mr. Briley is a licensed attorney in good standing in the state of Tennessee. Mr. Briley is admitted to practice before the Tennessee state courts, the United States District Court for the Middle District of Tennessee, the United States Court of Appeals for the Sixth Circuit, the

{00269954.1}

United States District Court for the Northern District of California, the California state courts, and the United States Supreme Court. A declaration of Mr. Briley is attached hereto.

2. Mr. Briley has not sought admission *pro hac vice* in Washington, D.C. in the preceding five (5) years.

3. Mr. Briley has not been publicly disciplined, nor has any pending disciplinary proceeding against him.

4. Plaintiff desires Mr. Briley to serve as its counsel in this matter. Plaintiff has been notified of this Motion requesting permission for Mr. Briley to appear *pro hac vice*.

5. Ms. Lisa Dunner will be associated with Mr. Briley in this cause at all stages hereof. Ms. Dunner is a member of good standing of the bar of Washington, D.C., and a member of this Court's bar.

6. In Mr. Briley's declaration, he has acknowledged that he is subject to all applicable provisions of the Local Rules for this judicial district; that he has read such rules and will follow them throughout the *pro hac vice* admission; and that this Motion complies with those Rules.

7. The granting of this Motion will prejudice no party.

Respectfully submitted this the 30th day of April, 2008.

*Lisa C. Dunner*
Lisa Dunner, DC Bar # 452004
**DUNNER LAW**
1010 Wisconsin Ave., N.W.
Washington, DC 20007
(202) 298-6002 – phone
(202) 403-3030 – facsimile
ldunner@dunnerlaw.com

*Counsel for Plaintiff John C. Flood of Virginia, Inc.*

{00269954.1}

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN C. FLOOD OF VIRGINIA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN C. FLOOD, INC., )<br>)<br>Defendant. )<br>_____)<br>)<br>JOHN C. FLOOD, INC., )<br>)<br>Counter-Plaintiff, )<br>)<br>v. )<br>)<br>JOHN C. FLOOD OF VIRGINIA, INC., )<br>JOHN C. FLOOD, INC. (a Virginia corporation), )<br>JOHN C. FLOOD CONTRACTORS, INC., )<br>CLINTON HAISLIP & JAMES L. SELTZER, JR., )<br>)<br>Counter-Defendant and )<br>Defendants. ) | Judge Richard J. Leon<br>Case No.: 1:06CV01311<br>Deck Type: General Civil |

### DECLARATION OF C. DAVID BRILEY IN SUPPORT
### OF HIS MOTION TO BE ADMITTED *PRO HAC VICE*

I, C. DAVID BRILEY, make the following statements upon personal knowledge:

1. I am over eighteen years of age and competent to give this, my Declaration.

2. My office address and telephone number are: Bone McAllester Norton PLLC, 511 Union Street, Suite 1600, Nashville, Tennessee 37219, 615.238.6300.

3. I am a licensed attorney in good standing in the state of Tennessee. I am admitted to practice before the Tennessee state courts, the United States District Court for the Middle District of Tennessee, the United States Court of Appeals for the Sixth Circuit, the United States

1

{00269953.1}

District Court for the Northern District of California, the California state courts, and the United States Supreme Court.

4.  I have not been disciplined by any bar.

5.  I have not sought admission *pro hac vice* in this judicial district in the preceding five (5) years.

6.  Ms. Lisa Dunner will be associated with me in this cause at all stages hereof. Ms. Dunner is a member of good standing of the bar of Washington, D.C., and is a member of the bar of this Court.

7.  I acknowledge that I am subject to all applicable provisions of the Local Rules for this judicial district; I have read such Rules and will follow them throughout the *pro hac vice* admission; and this Motion complies with those Rules.

I declare under penalty of perjury that the foregoing is true and correct, pursuant to Section 1746 of Title 28 of the United States Code.

Executed on this the 30th day of April, 2008.

_____
C. DAVID BRILEY