IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN C. FLOOD OF VIRGINIA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN C. FLOOD, INC., )<br>)<br>Defendant. )<br>_____)<br>)<br>JOHN C. FLOOD, INC., )<br>)<br>Counter-Plaintiff, )<br>)<br>v. )<br>)<br>JOHN C. FLOOD OF VIRGINIA, INC., )<br>JOHN C. FLOOD, INC. (a Virginia Corporation), )<br>JOHN C. FLOOD CONTRACTORS, INC., )<br>CLINTON HAISLIP & JAMES L. SELTZER, JR., )<br>)<br>Counter-Defendant and )<br>Defendants. ) | Judge Richard J. Leon<br>Case No.: 1:06CV01311<br>Deck Type: General Civil |

**JOINT CONSENT MOTION FOR ENLARGEMENT OF CLOSE OF DISCOVERY
FOR PURPOSES OF TAKING DEPOSITIONS**

Defendant and Counterclaim Plaintiffs, and the additional Defendants named in Plaintiff/Counterclaim Defendants' First Amended Complaint (without conceding that all such additional Defendants are properly named), by their counsel, and Plaintiff and Counterclaim Defendants, by their counsel, jointly and with each others' consent, hereby request that the Court extend and enlarge to an including **June 30, 2008,** the close of discovery set forth in the Court's Minute Order of February 2, 2008, for the purpose of taking certain depositions. ("Scheduling Order").

Federal Rule of Civil Procedure 6(b) permits the Court to enlarge time periods fixed by Court order for cause shown, where the request therefore is made before the expiration of the period originally prescribed. Fed. R. Civ. Proc. 6(b). This joint consent Motion seeks to extend the close of discovery, to and including June 30, 2008, to facilitate the parties' taking of certain depositions noticed prior to May 29, 2008, the date of the current close of discovery prescribed in the Scheduling Order. The May 29, 2008 close of discovery is the next procedural deadline set forth in the Scheduling Order.

The discovery deadline would be extended solely for the purpose of taking certain depositions noticed before the current May 29, 2008, close of discovery. All other procedural deadlines other than would remain as fixed in the Scheduling Order. Good cause exists for the relief requested in this joint consent motion, in that counsel have agreed on the dates of party and non-party depositions, and to serve notices and subpoenas for such depositions prior to May 29, 2008, but due to scheduling constraints of counsel and witnesses, will not be able to complete said depositions by the current close of discovery on May 29, 2008.

The parties expect to complete the party and non-party depositions not later than June 30, 2008, and request enlargement of the close of discovery for that purpose until that date.

**Respectfully submitted, jointly, by**

**COUNTERCLAIM PLAINTIFF/DEFENDANT JOHN C. FLOOD, INC., & DEFENDANTS JOHN C. FLOOD OF D.C., INC., ROBERT SMILEY, JOANNE SMILEY, MARK CROOKS AND MEL DAVIS, J.C. FLOOD, INC., J.C. FLOOD COMPANY, & JCF, INC.**

By their attorneys: /s/ Benjamin J. Lambiotte
Benjamin J. Lambiotte, D.C. Bar No. 421288
blambiotte@gsblaw.com
**GARVEY SCHUBERT BARER**
1000 Potomac Street, Fifth Floor
Washington, D.C. 20007
(202) 965-7880

|  |  |
|---|---|
| and | **PLAINTIFF JOHN C. FLOOD OF VIRGINIA, INC., and COUNTERCLAIM DEFENDANTS JOHN C. FLOOD, INC., (a Virginia Corporation); JOHN C. FLOOD CONTRACTORS, INC.; CLINTON HAISLIP, and JAMES L. SELTZER, JR.** |

By their attorneys: /s/ Stephen J. Zralek
Stephen J. Zralek, *appearing pro hac vice*
David Briley, *appearing pro hac vice*
**BONE McALLESTER NORTON PLLC**
511 Union Street, Suite 1600
Nashville, TN 37219
Tel: (615) 238-6300
Fax: (615) 238-6391
szraleck@bonelaw.com

and

**Lisa Dunner, DC Bar #452004**
DUNNER LAW
1010 Wisconsin Avenue, N.W.
Washington, DC 20007
Tel: (202) 298-2002
Fax: (202) 403-3030
ldunner@dunnerlaw.com