IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN C. FLOOD OF VIRGINIA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN C. FLOOD, INC., )<br>)<br>Defendant. )<br>_____ )<br>)<br>JOHN C. FLOOD, INC., )<br>)<br>Counter-Plaintiff, )<br>)<br>v. )<br>)<br>JOHN C. FLOOD OF VIRGINIA, INC., )<br>JOHN C. FLOOD, INC. (a Virginia Corporation), )<br>JOHN C. FLOOD CONTRACTORS, INC., )<br>CLINTON HAISLIP & JAMES L. SELTZER, JR., )<br>)<br>Counter-Defendant and )<br>Defendants. ) | Judge Richard J. Leon<br>Case No.: 1:06CV01311<br>Deck Type: General Civil |

**PROPOSED ORDER GRANTING JOINT CONSENT MOTION FOR ENLARGEMENT OF CLOSE OF DISCOVERY FOR PURPOSES OF TAKING DEPOSITIONS**

THIS MATTER is before the Court on the Joint Consent Motion of all parties to extend and enlarge until June 30, 2008, the close of discovery set forth in the Court's Minute Order of February 8, 2008, for the purpose of taking certain depositions noticed prior to the current close of discovery on May 29, 2008. It appearing that good cause exists for the relief requested, it is hereby: ORDERED, that for the sole purpose of taking of depositions noticed prior to May 29, 2008, the close of discovery fixed in the Court's February 8, 2008, Minute Order is hereby further enlarged and extended to and including **June 30, 2008.**

                                                                     _____
                                                                      **RICHARD J. LEON**
                                                                      **UNITED STATES DISTRICT JUDGE**