IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN C. FLOOD OF VIRGINIA, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOHN C. FLOOD INC.,<br><br>　　　　Defendant.<br><br>―――――――――――――――――――<br><br>JOHN C. FLOOD, INC.,<br><br>　　　　Counter-Plaintiff,<br><br>v.<br><br>JOHN C. FLOOD OF VIRGINIA, INC.,<br>JOHN C. FLOOD, INC. (a Virginia Corporation),<br>JOHN C. FLOOD CONTRACTORS, INC.,<br>CLINTON HAISLIP & JAMES L. SELTZER, JR.,<br><br>　　　　Counter-Defendant and<br>　　　　Third Party Defendants. | Judge Richard J. Leon<br>Case No.: 1:06CV01311<br>Deck Type: General Civil |

## ENTRY OF APPEARANCE OF
## ROBERT A.W. BORAKS FOR DEFENDANTS & COUNTER-PLAINTIFFF

Pursuant to Local Civil Rules LCvR 83.2(h) and 83.6, Robert A.W. Boraks, a member of the Bar of the Court, hereby enters his appearance for Defendants/Counterclaim Plaintiffs John C. Flood, Inc., John C. Flood of D.C., Inc., Robert Smiley, Joanne Smiley, Mark Crooks and Mel Davis. Mr. Boraks' address is: Robert A.W. Boraks, Esq., Garvey Schubert Barer, 1000 Potomac Street, N.W., Washington, D.C. 20007-3501, his telephone number is (202) 965-7880, and his Bar identification number is D.C. Bar No. 72132.

                        Respectfully submitted,

                        **DEFENDANT AND COUNTERCLAIM PLAINTIFF**

By its attorneys:    /s/ Robert A.W. Boraks
                              D.C. Bar No. 72132
                              Benjamin J. Lambiotte
                              D.C. Bar No. 421288
                              blambiotte@gsblaw.com
                              **GARVEY SCHUBERT BARER**
                              1000 Potomac Street, Fifth Floor
                              Washington, D.C. 20007
                              (202) 965-7880