IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN C. FLOOD OF VIRGINIA, INC., et al. )<br>)<br>    Plaintiffs and Counter-Defendants, )<br>)<br>v. )<br>)<br>JOHN C. FLOOD, INC., et al. )<br>)<br>    Defendants and Counter-Plaintiffs. )<br>) | Judge Richard J. Leon<br>Case No.: 1:06CV01311<br>Deck Type:  General Civil |

## THE VIRGINIA FLOOD PARTIES'
## MOTION FOR SUMMARY JUDGMENT

This service mark case hinges entirely on priority. As explained more fully in the supporting Memorandum of Points and Authorities, the Virginia Flood Parties[1] are entitled to summary judgment on all counts in both the First Amended Complaint and the counterclaim because they can show priority. Virginia Flood has been using the marks in question continuously since 1989, whereas 1996 Flood[2] did not begin using the marks until 1996, when it was incorporated.

As a matter of law, 1996 Flood is not the successor-in-interest to 1984 Flood.[3] Even if the Court disagrees, however, there is a break in the chain of priority because 1996 Flood has abandoned the marks through estoppel by acquiescence through either (a) naked licensing of the marks, or (b) failure to police the marks.

---

[1] "Virginia Flood Parties" refers to the following parties: Plaintiff/Counter-Defendant John C. Flood of Virginia, Inc. ("Virginia Flood"); Defendants John C. Flood, Inc. (a Virginia corporation) and John C. Flood Contractors, Inc. (all three corporations collectively referred to as the "Virginia Flood Corporate Parties"); and Third-party Defendants Clinton Haislip and James L. Seltzer, Jr.

[2] "1996 Flood" refers to Defendant/Counter-Plaintiff John C. Flood, Inc., d/b/a John C. Flood of DC, Inc., which was incorporated in 1996.

[3] "1984 Flood" refers to the corporation "John C. Flood, Inc.," which was incorporated in 1984, and filed Chapter 11 bankruptcy in 1991, which was later converted to a Chapter 7 bankruptcy.

{00300711.1}

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and LCvR 7(a), (b) and (c) and LCvR 56.1, Virginia Flood respectfully seeks summary judgment in its favor on all counts in the First Amended Complaint, including monetary and injunctive relief, and for a declaration of the Virginia Flood Parties' priority over the 1996 Flood Parties[4], on Virginia Flood's counts of trademark infringement under 15 U.S.C. § 1114(1), unfair competition under 15 U.S.C. 1125(a), and common law service mark infringement and unfair competition, as well as dismissal with prejudice of the counterclaim; and such other or further relief as the Court deems just. In support of this Motion for Summary Judgment, the Virginia Flood Parties have contemporaneously filed a Statement of Material Facts Not in Dispute and a Memorandum of Points and Authorities.[5]

Respectfully submitted,

_/s/ Stephen J. Zralek_

Stephen J. Zralek, *appearing pro hac vice*
Paul W. Kruse, *appearing pro hac vice*
**BONE McALLESTER NORTON PLLC**
511 Union Street, Suite 1600
Nashville, TN 37219
 (615) 238-6300 – phone
 (615) 238-6301 – facsimile
szralek@bonelaw.com
pkruse@bonelaw.com

and

Lisa Dunner, DC Bar # 452004
**DUNNER LAW**
1010 Wisconsin Ave., N.W.
Washington, DC 20007
(202) 298-6002 – phone
(202) 403-3030 – facsimile
ldunner@dunnerlaw.com

---

[4] "1996 Flood Parties" refers to 1996 Flood, as well as all other Defendants named in the First Amended Complaint and served with process.
[5] This Motion is timely filed, pursuant to the Court's Minute Order of February 8, 2008, setting September 12, 2008 as the deadline to file summary judgment motions.

{00300711.1}

*Counsel for John C. Flood of Virginia, Inc.,*
*John C. Flood, Inc. (a Virginia corporation),*
*John C. Flood Contractors, Inc., and*
*Clinton Haislip & James L. Seltzer, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of September, 2008, a true and correct copy of the foregoing document was served via ECF upon:

Benjamin J. Lambiotte, Esq.
**GARVEY SCHUBERT BARER**
1000 Potomac Street, Fifth Floor
Washington, D. C. 20007

*[signature]*
_____

{00300711.1}