521-001
020896pms
01

\*\*\* ORIGINAL TO BE DELIVER~~ED~~ UPON FINAL PAYMENT \*\*\*

## BILL OF SALE

This Bill of Sale made this 20th day of February, 1996, between JOANNE SMILEY and ROBERT SMILEY (collectively hereafter, the "PURCHASERS"), and MICHAEL G. RINN, Trustee ("TRUSTEE"), Trustee for the Bankruptcy Estates of JOHN C. FLOOD, INC. ("FLOOD"), and MELVILLE R. DAVIS ("M. DAVIS"), FLORENCE E. DAVIS ("F. DAVIS"), MARK J. CROOKS ("M. CROOKS") and LYDIA CROOKS ("L. CROOKS") and ROMAN P. FEDIRKA, OFKMR MANAGEMENT, INC. Receiver ("RECEIVER") (the Trustee and Receiver together being referred to as "SELLERS").

R E C I T A L S:

A.   On June 21, 1991, M. CROOKS, M. DAVIS and FLOOD filed separate voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code.

B.   On July 30, 1992, L. CROOKS and F. DAVIS filed separate voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code.

C.   On April 2, 1993, all of the above bankruptcy cases were substantively consolidated and administered under Case No. 91-4-3011 SD.

D.   On September 21, 1993, all of the above bankruptcy cases were converted to proceedings under Chapter 7 of the United States Bankruptcy Code.

E.   On November 29, 1993, Michael G. Rinn was appointed Chapter 7 Trustee for the above bankruptcy estates. The bankruptcy estates include the tradenames of John C. Flood, Inc., Flood, Inc., and the good will associated therewith.

EXHIBIT A

000306

F. On September 17, 1995, Roman P. Fedirka was appointed permanent receiver for John C. Flood of MD, Inc., John C. Flood of D.C., Inc. and MCMD, Inc. (collectively, "NEW FLOOD"), by Order entered September 7, 1995.

G. On October 6, 1995, Sellers filed a Motion for Entry of Order Authorizing Sale of Stock and Other Assets Free and Clear of Liens and for Approval of Settlement, which was granted by the United States Bankruptcy Court for the District of Maryland by Order entered October 26, 1995.

H. PURCHASERS wish to purchase and SELLERS agree to sell the tradenames John C. Flood, Inc., Flood, Inc., and all of the stock of John C. Flood of MD, Inc., John C. Flood of D.C., Inc., and MCMD, Inc. according to the terms and conditions set forth in a certain Settlement and Forbearance Agreement and Security Agreement executed on even date herewith.

WHEREFORE, in consideration of the recitals set forth above and the mutual covenants and obligations set forth below, the parties agree as follows:

I. **SALE OF STOCK BY SELLER, MICHAEL G. RINN, TRUSTEE**

1. I, Michael G. Rinn, duly appointed and qualified trustee of John C. Flood, Inc. and Flood, Inc. hereby sell and deliver to PURCHASERS the tradenames of John C. Flood, Inc. and Flood, Inc. and the goodwill associated therewith in consideration of Four Hundred Twenty-Five Thousand Dollars ($425,000.00), payable pursuant to a certain Settlement and Forbearance Agreement and Security Agreement executed on even date herewith.

2. To have and to hold such property to PURCHASERS, their heirs and assigns forever, as fully and completely as Michael G. Rinn, by virtue of the Order Granting Motion for Entry of Order Authorizing Private Sale of Stock and Other Assets Free and Clear of Liens and Approving Settlement entered October 26, 1995 and of the Bankruptcy Code of the United States, might or should sell and convey the same.

II. **SALE OF STOCK BY SELLER, ROMAN P. FEDIRKA, RECEIVER**

1. I, Roman P. Fedirka, duly appointed permanent receiver for John C. Flood of MD, Inc., John C. Flood of D.C., Inc. and MCMD, Inc. hereby sell, endorse and deliver to PURCHASERS all shares of stock in John C. Flood of Maryland, Inc., all shares of stock in John C. Flood of D.C., Inc. and all shares of stock in MCMD, Inc. in consideration of Four Hundred Twenty-Five Thousand Dollars ($425,000.00) paid pursuant to a certain Settlement and Forbearance Agreement executed on even date herewith.

2. To have and to hold such property to PURCHASER, his or her heirs and assigns forever, as fully and completely as Roman P. Fedirka, by virtue of the Order Granting Motion for Entry of Order Authorizing Private Sale of Stock and Other Assets Free and Clear of Liens and Approving Settlement entered October 26, 1995 and of the Bankruptcy Code of the United States, might or should sell same.

[SIGNATURE PAGE FOLLOWS]

IN WITNESS WHEREOF, the SELLERS have executed this Bill of Sale as follows:

SELLERS:

MICHAEL G. RINN, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF JOHN C. FLOOD, INC., MELVILLE R. DAVIS, FLORENCE E. DAVIS, MARK J. CROOKS and LYDIA CROOKS

By: _____ TRUSTEE
    Michael G. Rinn, Trustee

ROMAN P. FEDIRKA, RECEIVER FOR JOHN C. FLOOD OF MD., INC., JOHN C. FLOOD OF D.C., INC. AND MCMD, INC.

By: _____, of KMR MGT, INC, RECEIVER
    Roman P. Fedirka, Receiver

\* \* \*

STATE OF MARYLAND       *
                        *  to wit:
COUNTY OF               *

I HEREBY CERTIFY that on this 15th day of February, 1996, before me, a Notary Public in and for the State and County aforesaid, personally appeared MICHAEL G. RINN, Trustee known to me (or satisfactorily proven) to be the person whose name is subscribed to the foregoing and annexed instrument and acknowledged that said individual executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

                         Sandra M. Wirtanen
                         Notary Public

Sandra M. Wirtanen, Notary Public
Harford County
State of Maryland
My Commission Expires Oct. 21, 1998

My Commission Expires:

[NOTARIAL SEAL]

\* \* \*

STATE OF MARYLAND       *
                        *  to wit:
COUNTY OF               *

I HEREBY CERTIFY that on this 15th day of February, 1996, before me, a Notary Public in and for the State and County aforesaid, personally appeared ROMAN P. FEDIRKA, Receiver known to me (or satisfactorily proven) to be the person whose name is subscribed to the foregoing and annexed instrument and acknowledged that said individual executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

                         Sandra M. Wirtanen
                         Notary Public

Sandra M. Wirtanen, Notary Public
Harford County
State of Maryland
My Commission Expires Oct. 21, 1998

My Commission Expires:

[NOTARIAL SEAL]

-001/3020896pms/bos.01                5              EXHIBIT A                    000310