AND TAXATION
APPROVED FOR RECORD
2·5·96 at 10⁰¹ a.m.

# ARTICLES OF INCORPORATION

## OF

## JOHN C. FLOOD, INC.

**FIRST:**   I, John P. Morrissey, whose post office address in 4201 Northview Drive, Suite 407, Bowie, Maryland, 20716, being at least eighteen (18) years of age, hereby form a corporation under and by virtue of the General Laws of the State of Maryland.

**SECOND:**   The name of the Corporation (which is hereafter called the "Corporation") is John C. Flood, Inc.

**THIRD:**   The Corporation shall be a close corporation as authorized by Title Four of the Corporations and Associations Article of the Annotated Code of Maryland, as amended.

**FOURTH:**   The purposes for which the Corporation is formed are:

(1)   To engage in the business of plumbing, heating, air conditioning, and home improvements; to produce, adapt, prepare, buy, sell, own, distribute, license and otherwise deal in any materials, articles, devices, and processes necessary to operate said business; and to employ all persons necessary to accomplish such stated purposes of the Corporation as listed above.

(2)   To do anything permitted by Section 2-103 of the Corporations and Associations Article of the Annotated Code of Maryland, as amended from time to time.

(3)   To subscribe or cause to be subscribed for, and to purchase or otherwise acquire, hold for investment, sell, assign, transfer, mortgage, pledge, exchange, distribute or otherwise dispose of the whole or any part of the shares of the stock, bonds, coupons, mortgages, deeds of trust, debentures, securities, obligations, notes or other evidences of indebtedness of any corporation, stock company of association now and hereafter existing, and whether created by or under the laws of the State of Maryland, or otherwise, and while the owners of said shares of stock, or bonds, or other property, to exercise all of the rights, powers and privileges of ownership of every kind and description, including the right to vote thereon, with the power to designate some person for that purpose from time to time to the same extent as natural persons might or could do.

(4)   To purchase, hold, sell and reissue the shares of its own capital stock.

STATE OF MARYLAND
I hereby certify that this is a true and complete copy of the 5 page document on file in this office. DATED: 2-5-96
STATE DEPARTMENT OF ASSESSMENTS AND TAXATION
BY: Maria A. Watson, Custodian

000112

EXHIBIT B

(5) To buy, lease or otherwise acquire, so far as may be permitted by law, the whole or any part of the business, good will and assets of any person, firm, association or corporation (either foreign or domestic) engaged in a business of the same general character as that for which this Corporation is organized.

(6) To endorse, guarantee and secure the payment and satisfaction of bonds, coupons, mortgages, deeds of trust, debentures, securities, obligations and other evidences of indebtedness and also to guarantee and secure the payments or satisfaction of interest on obligations and of dividends or shares of capital stock of other corporations; also to assume the whole or any part of the liabilities, existing or prospective, of any person, corporation, firm or association, and to aid in any manner any other person or corporation with which it has business dealings, or whose stock, bonds or obligations are held or in any way or manner guaranteed by the Corporation, and to other assets and things for the preservation, protection, improvement, or enhancement of the value of such stocks, bonds, and/or other obligations.

(7) To engage in any other business of any kind or character whatsoever and to that end, acquire, hold and dispense of any and all property, assets, bonds, and rights of any kind.

(8) Without limiting of any of the powers of the Corporation, it is hereby expressly declared and provided that the Corporation shall have power to do all things, hereinbefore mentioned, and also to issue or exchange stocks, bonds, and other liabilities in payment of property purchased or acquired by it, or for any other object in or about its business; to borrow money without limit; to mortgage or pledge its franchises, real or personal property, income or profits accruing to it, any stocks, bonds or other obligations, or any property which may be acquired by it.

(9) To carry on any business whatsoever which the Corporation may deem proper and/or convenient in connection with any of the foregoing purposes or otherwise, or which may be calculated, directly or indirectly, to promote the interest of the corporation or to enhance the value of its property; to conduct its business in this state or other states, in the District of Columbia, in the territories and colonies of the United States and in foreign countries; and to hold, purchase, mortgage and convey real and personal property, either in or out of the State of Maryland and to have and to exercise all the powers conferred by the laws of Maryland upon corporations formed under the act pursuant to and under which this Corporation is formed.

**FIFTH:** The post office address of the principal office of the Corporation in this State is # 1 Azar Court, Baltimore, Maryland 21227. The name and post office address of the Resident Agent of the Corporation in this State is Joanne Smiley, #1 Azar Court, Baltimore, Maryland 21227. Said Resident Agent is an individual actually residing in this State.

SIXTH: The Corporation shall have two (2) directors, namely Joanne Smiley, President and Robert Smiley, Secretary/Treasurer, who shall serve until such time as the Organization Meeting and the issuance of stock has been completed after which time the Corporation elects to dispense with a Board of Directors pursuant to Section 4-302 of the Corporations and Associations Article of the General Corporation Laws of Maryland. Until that time of the first organization meeting, Joanne Smiley shall be President of the Corporation and Robert Smiley shall be Secretary/Treasurer of the Corporation.

SEVENTH: The total amount of shares of authorized capital stock is One Thousand (1000) shares, no par value, which will be divided as follows:

| | |
|---|---|
| Joanne Smiley | 95% |
| Robert Smiley | 05% |

EIGHTH: Pursuant to Section 4-401 of the Corporations and Associations Article, the affairs of the Corporation and the relations of the stockholders therein shall be regulated by a stockholders agreement to which all stockholders of the Corporation have actually assented. Such agreement will include, but not be limited to the following:

(a) The management of the business and affairs of the Corporation;

(b) Restrictions on the transfer of stock;

(c) The right of one or more stockholders to dissolution of the Corporation at will or upon the occurrence of a specified event or contingency;

(d) The exercise or division of voting power;

(e) The terms and conditions of the employment of any officer or employee regardless of the length of the period of such employment;

(f) The persons who shall be officers of the Corporation;

(g) The payments of dividends or divisions of profits.

000114

EXHIBIT B

NINTH: All issued shares of capital stock of this Corporation shall be deemed fully paid and non-assessable and the holders of such shares shall not be liable to this Corporation or its creditors.

TENTH: Both the stockholders and directors of the Corporation may hold their meetings and the Corporation may have an office or offices outside the State of Maryland, except as otherwise provided by law.

ELEVENTH: The Corporation reserves the right to amend, alter, change or repeal any provision contained in these Articles of Incorporation in any manner now or hereafter prescribed by statute, and all rights conferred on stockholders herein are granted subject to this reservation.

TWELFTH: The duration of the Corporation shall be perpetual.

IN WITNESS WHEREOF, I have signed these Articles of Incorporation on this 5th day of February, 1996.

_____
JOHN P. MORRISSEY

_____
Dorothy Grabarek
WITNESS

STATE OF MARYLAND, COUNTY OF PRINCE GEORGE'S:

I HEREBY CERTIFY that on this 5th day of February, 1996, before me, the undersigned officer, the subscribed, a Notary Public of the State of Maryland, County of Prince George's, personally appeared JOHN P. MORRISSEY and acknowledge the aforegoing Articles of Incorporation to his act.

WITNESS my hand and notarial seal the day and year last above written.

_____
Dorothy Grabarek
Notary Public
My Commission expires: 3-10-97

000115

EXHIBIT B