14:22 01/23/'96

# JOHN C. FLOOD OF DC INC.

PAGE 02

PLUMBING • HEATING • AIR CONDITIONING • HOME IMPROVEMENTS
711 KENNEDY STREET, N.W., WASHINGTON, DC 20011

P.G. CO. 301-277-7300 • MONT. CO. 301-881-1121 • DC 202-546-5500 • FAX 202-291-3442

January 23, 1996

Susan S. Smith
Bell Atlantic Network Services, Inc.
6701 Democracy Boulevard
Ninth Floor
Bethesda, MD 20817

Dear Ms. Smith:

My company advertised in your phone book in good faith. However, another company advertised in your phone book using the same company name. Therefore, my company has asked Bell Atlantic to make the "other" Flood Co. advertise in their proper corporate name which is John C. Flood of VA, Inc.

This situation has been a great expense on my company and a burden to our customers which are totally confused about which Flood to call. Again, my company has gone through many expenses to buy the trade names of John C. Flood, Inc. and Flood, Inc.

My company is not trying to put John C. Flood of VA, Inc. out of business. My company only wants what is fair. John C. Flood of VA, Inc. should be made to advertise under their corporate trade name, not mine.

My company would like to have a long term relationship with Bell Atlantic and we do believe in your book.

Please feel free to contact Joanne or Robert Smiley at any of the above listed numbers for any questions.

Sincerely,

*[signature]*
Joanne Smiley

cc: John Morrissey

EXHIBIT C

000132