14:23 01/23/'96                                                                                        Bell A PAGE 03

Bell Atlantic Network Services, Inc.         Susan S. Smith
6701 Democracy Boulevard                     Director - Law and External Affairs
Ninth Floor                                  Directory Services
Bethesda, Maryland 20817
301 493-3095
FAX 301 493-3018

January 16, 1996

Ms. Joanne Smiley
JCF, Inc.
711 Kennedy Street, N.W.
Washington, D.C. 20011

Dear Ms. Smiley:

  I have received a copy of your letter to Ms. Baylor, Mr. Hamilton and Ms. Stewart regarding Flood advertising in the Bell Atlantic Maryland Suburban directory. In addition, I have a copy of the United States Bankruptcy Court order you sent authorizing the sale to you of the trade names of John C. Flood, Inc, and Flood, Inc.

  Your letter, as well as your discussions with Ms. Tressa Stewart in Bell Atlantic's Collection Center, indicate that there is another customer using the John C. Flood name without your permission. We have previously been made aware of a dispute over who has the right to use the John C. Flood name in both the District of Columbia and Northern Virginia directories and have requested and received from you, as well as the other party involved, documentation of authorization to use the name. Bell Atlantic takes the rights of trade name owners very seriously. For this reason, we require in our advertising contract that all our advertisers represent and warrant that they have the right to use any personal or corporate name contained in their ad. We cannot, however, be placed in the position of judging trade name disputes -- particularly ones as apparently complex as who has the right to use the name of John C. Flood, Inc. These disputes should be resolved by the parties through a settlement or, if this is not possible, in court. Although you mention in your letter that, per the Bankruptcy Court Order, you are the owner of the Flood corporate names and that you have not given anyone else permission to advertise those names, our understanding of the Court Order is that it simply authorizes the Trustee and Receiver to transfer to you whatever trade names and goodwill they may have a right to. It does not deal at all with the rights of others to the names.

  Bell Atlantic is not the proper arbiter to decide which party using these names has superior legal rights to the names. If you believe that the other listings in the directory infringe upon your rights, we suggest that you pursue those rights in an appropriate court. Absent either a judicial determination of infringement or notification of the existence of a settlement agreement in which both advertisers have agreed who can use the names, Bell Atlantic will not take any action to remove any of these listings or advertisements. Please be assured that Bell Atlantic will, of course, abide by any court order that you might obtain holding that these listings are infringing or by any settlement agreement between the parties governing the use of these names.

  On the other issue raised in your letter, the listing with the telephone number 864-5886 is indeed a residence number. The listing was keyed into the directory publishing system in error and has been removed for the next issue of the directory.

Sincerely,

Susan S. Smith

cc: W. Hamilton
   T. Stewart

EXHIBIT D

000133