MORRISSEY BROTHERS, P.C.
ATTORNEYS AT LAW
4201 NORTHVIEW DRIVE
SUITE 407
BOWIE, MD. 20716

TEL: 301-390-6400
FAX-301-262-1150

FILE COPY

JAMES M. MORRISSEY, MD
PAUL D. MORRISSEY, D.C.
ROBERT J. MORRISSEY, MD.
JOHN P. MORRISSEY, MD.

3003 M ST. N.W.
SUITE 2
WASH., D.C. 20007

June 11, 1996

James Seltzer
John C. Flood of Virginia, Inc.
2870 Hartland Road
Falls Church, Virginia 22043

Clinton Haislip
John C. Flood of Virginia, Inc.
2870 Hartland Road
Falls Church, Virginia 22043

Re: Infringement of Trade Name of John C. Flood, Inc.

Dear Messrs. Seltzer and Haislip:

Please be advised that I represent John C. Flood, Inc., John C. Flood of Maryland, Inc. and John C. Flood of D.C., Inc. As you know (you were a party to bidding against my clients as well as actually present at the Hearing in Bankruptcy Court), my clients purchased from Michael Rinn, the Chapter 7 Trustee, the tradenames John C. Flood, Inc. and Flood, Inc.

I have been advised by my clients and by a number of witnesses, and have actually witnessed myself, use of my clients' tradename "John C. Flood" by John C. Flood of Virginia, Inc. John C. Flood of Virginia, Inc. has been advertising itself as John C. Flood in yellow book advertisements, on its trucks and in its other advertising. I have documented proof of these infringements by John C. Flood of Virginia, Inc. The infringement of my clients' tradename by John C. Flood of Virginia, Inc. is causing my clients irreparable and permanent damage to their business. The damages are readily traceable to customer confusion over your use of the name John C. Flood without the words "of Virginia, Inc." included therein.

In addition to the common law claims of infringement which my clients have against John C. Flood of Virginia, Inc., the corporate registration form which John C. Flood of Virginia, Inc. filed with the Maryland State Department of Assessments and Taxation certifies that you agreed to transact business in the State of Maryland "ONLY under the assumed name of John C. Flood of Virginia, Inc." I have attached a copy of the registration to this letter.

EXHIBIT E

000375

James Seltzer
Clinton Haislip
John C. Flood of Virginia, Inc.
June 11, 1996
Page -2-

You are requested to immediately cease and desist using the name "John C. Flood" without the corporate designation "of Virginia, Inc." in any type of advertising or display whether in Maryland, the District of Columbia or Virginia. In addition you are requested to remedy any currently placed advertising which uses the name "John C. Flood" without the corporate designation "of Virginia, Inc." Continued use of the name "John C. Flood" without the appropriate corporate designation "of Virginia, Inc." after the date of this letter will indicate that you are intentionally infringing on my client's tradename.

In an attempt to avoid litigation over this issue, I would request a meeting between you and representatives of my client to discuss a possible resolution to my client's claims. I believe that if all parties can meet, we may be able to reach some type of agreement regarding the appropriate use of your corporate name. The meeting may be at place and time which is mutually agreeable to all parties involved. If you will contact me, or have your counsel contact me, I will be happy to set up the meeting.

Please respond to my request for a meeting no later than Tuesday, June 25, 1996. If I do not hear from you or your representative by this date, I will assume that you have no desire to meet with my clients to resolve this matter. I will instruct my clients accordingly on the steps necessary to enforce their rights for trade name infringement, tortious interference with prospective advantage and unfair trade practices and to recover compensatory as well as punitive damages.

If you or your counsel have any questions, would like to discuss this matter in more detail or would care to set up a meeting with my clients, please contact my by June 25, 1996.

Very truly yours,
Morrissey Brothers, P.C.

John P. Morrissey

Encl.