```
                                                              Page 1
 1           IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA
 2
     - - - - - - - - - - - - - - - -x
 3
     JOHN C. FLOOD OF VIRGINIA,      :
 4   INC.

 5           Plaintiff               :

 6   vs.                             :   No. 1:06CV01311

 7   JOHN C. FLOOD, INC.             :

 8           Defendant               :

 9   - - - - - - - - - - - - - - - -x

10                  June 4, 2008

11                  Washington, D.C.

12   DEPOSITION OF:

13                  MARK CROOKS

14       was called for examination by counsel for the

15   Plaintiff, pursuant to notice, taken at Garvey

16   Schubert Barer, 1000 Potomac Street, N.W., Suite 500,

17   Washington, D.C., commencing at 1:52 p.m., before

18   Misty Klapper, a Notary Public in and for the District

19   of Columbia, when were present on behalf of the

20   respective parties:

21

22
```

Page 6

1    A.    Yes, sir.

2    Q.    And is that where you also met my
3 clients, Mr. Haislip and Mr. Seltzer?

4    A.    I've heard people talk.  I'm not sure if
5 I knew them -- probably.  I mean, I thought we -- I
6 know they worked for Quick, but I don't know if I was
7 still there at the time or -- or not.  I just --
8 that -- I'm just a little fuzzy on that.

9    Q.    What led you to incorporate 1984 Flood?

10   A.    At that time Mel and I were working from
11 9:00 -- well, from 7:00 in the morning until 9:00 at
12 night, six days a week and we got to switch every
13 other Sunday.  So basically we would work 14 on, one
14 off, 14 on, one off, 14 on, one off.

15         And at that particular time of my life I
16 was having -- my wife and I were having our first
17 child and, you know, it's kind of nice to be able to
18 see the child and not be totally asleep.

19         Al had great ideas, good marketing
20 techniques.  I had become one of his upper echelon
21 employees.  I was getting burned out.  Mel and I would
22 sit there night after night.  After the trucks kind of

```
                                                    Page 7
 1   go off the road at 5:00 or 6:00, we'd sit there until
 2   9:00, talked, and one thing led to another and he did
 3   it one day and there we went.
 4        Q.   What's your recollection of why you
 5   formed Virginia Flood?
 6        A.   Virginia Flood.  There was a couple of
 7   reasons that worked out kind of together.  Jimmy and
 8   Moe were very good salesmen.  Okay?  They didn't have
 9   any mechanical knowledge, but as salesmen that's not
10   really -- if you have a good mechanical background and
11   mechanical crews, your salesmen don't really need to
12   know a whole lot of stuff.  So -- but they were
13   getting antsy.  I mean, you could just tell that these
14   guys wanted to be more than salesmen all their lives,
15   even though they were making a pretty good living.
16             We wanted to expand into the Virginia
17   area a little better because from where we were, it's
18   kind of -- I call it GUDS, it's geographically
19   undesirable for us to send trucks from Capitol Heights
20   or Cottage City into Virginia.  It's hard to do at
21   that time $89, $129 jobs and make any money.
22             So we figured okay, let's -- let's set
```

Page 8

1  up -- let's don't do it.  We were having problems with
2  managers and stuff like that.  Let's give them a
3  little bit of an equity so, hopefully, they'll work
4  harder and more.  And it was thoughts like that
5  that -- that we figured it might be -- it might
6  benefit everybody involved if we could -- if we could
7  do that.
8         And we figured okay, if they're of
9  Virginia, now we have Maryland and the District and
10 they have of Virginia.  That's their little piece of
11 the pie.  This was our piece of the pie and -- meaning
12 D.C. and Maryland.
13        And Moe was very persuasive how fast he
14 thought -- he'd start over there, you could grow a
15 million the first year, by the second year you'll be
16 doing 2,000,000, I guarantee it, blah, blah, blah.
17 You know, it was a salesman talking to a salesman.  I
18 mean, we were friends and he was pretty persuasive and
19 we did it.
20      Q.    What led you to file bankruptcy?
21      A.    The market -- back in the early '90s the
22 market -- and I don't mean the stock market, I just

Page 17

```
 1                CERTIFICATE OF DEPONENT

 2           I, Mark Crooks, do hereby certify that I

 3   have read the foregoing pages, 4 through 16,

 4   inclusive, which contain a correct transcript of the

 5   answers given by me to the questions propounded to me

 6   herein, except for changes, if any, duly noted on the

 7   enclosed errata sheet.

 8

 9
                              _____
10                                       WITNESS

11

12

13

14           Sworn and subscribed to before me this

15   26th day of June, 2008.

16

17   My commission expires:              Notary Public:

18   PAMELA E. GERMAS
     Notary Public, District of Columbia
     My Commission Expires August 14, 2008
```

Misty Klapper & Associates
703-780-9559

EXHIBIT G

52ae389a-123e-45b5-a931-1bf394623571