Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
 2
       - - - - - - - - - - - - - - - - -x
 3
     JOHN C. FLOOD OF VIRGINIA,          :      COPY
 4   INC.

 5              Plaintiff                :

 6   vs.                                 :   No. 1:06CV01311

 7   JOHN C. FLOOD, INC.                 :

 8              Defendant                :

 9   - - - - - - - - - - - - - - - - - -x

10                        June 3, 2008

11                        Washington, D.C.

12   DEPOSITION OF:

13                     CLINTON HAISLIP

14        was called for examination by counsel for the

15   Defendant, pursuant to notice, taken at Garvey

16   Schubert Barer, 1000 Potomac Street, N.W., Suite 500,

17   Washington, D.C., commencing at 9:00 a.m., before

18   Misty Klapper, a Notary Public in and for the District

19   of Columbia, when were present on behalf of the

20   respective parties:

21

22
```

Page 6

1   A.   I am the secretary and treasurer, if
2 that's the question.
3   Q.   I'm sorry, I didn't hear the last part.
4   A.   Treasurer and secretary.
5   Q.   And is John C. Flood a corporation?
6   A.   Yes.
7   Q.   What's the actual corporate name?
8   A.   We have multiple corporate names, John C.
9 Flood Contractors, John C. Flood, Inc., John C. Flood
10 of Virginia, Inc.
11   Q.   Okay.  Any others presently?
12   A.   Not pertaining to this case, I don't
13 think.  I have other private personal entities.
14   Q.   I'm talking about the Flood --
15   A.   In reference to Flood, yes, that's all.
16   Q.   -- in reference to Flood, not some other
17 business that has nothing to do with Flood.
18   A.   Correct.
19   Q.   So in reference to Flood, the three you
20 gave me were John C. Flood Contractors, John C. Flood,
21 Inc. and John C. Flood of Virginia, Inc.; did I get
22 that right?

Page 7

1    A.    Yes.

2    Q.    Okay. And do you have an ownership
3 interest in each of those entities?

4    A.    Yes.

5    Q.    And what is your ownership interest?
6 What does it amount to?

7    A.    Fifty percent.

8    Q.    And who is the other owner?

9    A.    Jim Seltzer.

10   Q.    Now, let's take them one at a time. And
11 I'd like to ask you the states of incorporation for
12 each.

13         John C. Flood Contractors, what
14 jurisdiction is that incorporated in?

15   A.    State of Maryland.

16   Q.    And does it have a doing business name
17 that's different than the name of the corporation?

18   A.    No.

19   Q.    And John C. Flood, Inc., what
20 jurisdiction is that incorporated in?

21   A.    I think it is -- I'm not 100 percent
22 sure. I think it's Maryland also.

Page 8

```
 1        Q.    And John C. Flood of Virginia, Inc., what
 2   state is that incorporated in?
 3        A.    Virginia.
 4        Q.    And does either John C. Flood, Inc. or
 5   John C. Flood of Virginia, Inc. have a DBA that's
 6   different than the corporate name?
 7        A.    We --
 8        Q.    Do you know what I mean by a DBA?
 9        A.    No.  Could you --
10        Q.    It's a doing business as.
11        A.    Doing business as?
12        Q.    Yes.
13        A.    Can you repeat the question?
14        Q.    Sure.  Well, actually, I'm not so sure,
15   but I know she can.
16              (The record was read as requested.)
17              THE WITNESS:  No, not that I know of.
18              BY MR. BORAKS:
19        Q.    And I'm sorry if I've asked you this, but
20   I take it you're a fifty percent shareholder of all of
21   those corporations; is that right?
22        A.    Yes.
```

Page 9

1   Q.   And who is the owner -- who owns the
2   other fifty percent?
3   A.   Jim Seltzer.
4   Q.   Now, is there anything in terms of
5   operations, business operations, that distinguishes
6   among these three corporations?  Does John C. Flood
7   Contractors do something different operationally than
8   John C. Flood, Inc. or John C. Flood of Virginia,
9   Inc.?
10  A.   It doesn't do -- it's just facilitates
11  our vehicles, puts our vehicles in that -- under that
12  name.
13  Q.   Now, I've been asking you and you, I
14  believe, have been answering questions regarding the
15  corporate identities in the present.
16       In the past were there any other entities
17  related to the Flood business where you -- that you've
18  owned or controlled that have used variations of the
19  Flood name?
20  A.   No, traded the same since day one, since
21  inception in 1989.
22  Q.   Have you ever used the name or

Page 128

1      CERTIFICATE OF DEPONENT

2          I, Clinton Haislip, do hereby certify

3  that I have read the foregoing pages, 4 through 127,

4  inclusive, which contain a correct transcript of the

5  answers given by me to the questions propounded to me

6  herein, except for changes, if any, duly noted on the

7  enclosed errata sheet.

10     _____
              WITNESS

14         Sworn and subscribed to before me this

15  ___ day of _____, 2008.

17  My commission expires:           Notary Public:

18  _____           _____

1            CERTIFICATE OF NOTARY

2        I, MISTY KLAPPER, the officer before

3   whom the foregoing deposition was taken, do hereby

4   certify that the witness whose testimony appears

5   in the foregoing deposition was duly sworn by me;

6   that the testimony of said witness was taken by me

7   in shorthand and thereafter reduced to typewriting

8   by me; that said deposition is a true record of

9   the testimony given by said witness; that I am

10  neither counsel for, related to, nor employed by

11  any of the parties to the action in which this

12  deposition was taken; and, further, that I am not

13  a relative or employee of any attorney or counsel

14  employed by the parties hereto, nor financially or

15  otherwise interested in the outcome of this

16  action.

17  _____
    Misty Klapper
18  Notary Public in and for the
    District of Columbia

19

20

21

22