Page 1

```
1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
2
    - - - - - - - - - - - - - - - -x
3
    JOHN C. FLOOD OF VIRGINIA,      :
4   INC.                                        COPY
                                    :
5            Plaintiff
                                    :
6   vs.                             :  No. 1:06CV01311

7   JOHN C. FLOOD, INC.             :

8            Defendant              :

9   - - - - - - - - - - - - - - - -x

10                  June 3, 2008

11                  Washington, D.C.

12  DEPOSITION OF:

13                  JAMES SELTZER, JR.

14       was called for examination by counsel for the

15  Defendant, pursuant to notice, taken at Garvey

16  Schubert Barer, 1000 Potomac Street, N.W., Suite 500,

17  Washington, D.C., commencing at 2:00 p.m., before

18  Misty Klapper, a Notary Public in and for the District

19  of Columbia, when were present on behalf of the

20  respective parties:

21

22
```

Misty Klapper & Associates
703-780-9559

EXHIBIT I

f36e735a-23a9-4964-a509-4237a53cbc45

Page 5

1   Q.   Multiple times?

2   A.   No.

3   Q.   Once?

4   A.   Maybe twice.

5   Q.   You understand the drill. I'm going to
6   ask you questions and Misty is going to take down your
7   answers and you're under oath.
8        Okay. So by whom are you presently
9   employed?

10  A.   John C. Flood.

11  Q.   Okay. Is that the official corporate
12  name of your employer, John C. Flood, or is there some
13  other official corporate name?

14  A.   That would be one of the official names,
15  yes.

16  Q.   So what are the others?

17  A.   John C. Flood of Virginia, Incorporated
18  and John C. Flood Contractors, Incorporated.

19  Q.   Okay. And the John C. Flood without the
20  Virginia or the Contractors, that has no incorporated
21  or --

22  A.   Well, yes, it does, John C. Flood,

Page 6

1  Incorporated.

2  Q. So there's three: John C. Flood of
3  Virginia, Inc., John C. Flood, Inc. and John C. Flood
4  Contractors --

5  A. That's correct.

6  Q. -- Inc.?

7  A. Yes.

8  Q. John C. Flood Contractors, Inc.?

9  A. Yes.

10 Q. And so we're going to proceed. I'm going
11 to try to move a little more quickly. We're going to
12 have to cover some of the same ground that I did with
13 Mr. Haislip this morning, but I hope to become more
14 efficient having now done it once.

15     So where is John C. Flood of Virginia,
16 Inc. incorporated?

17 A. I think -- I believe it's Delaware -- no,
18 wait a minute, John C. Flood of Virginia?

19 Q. Right, Inc.

20 A. Virginia, Virginia corporation.

21 Q. And John C. Flood, Inc., where is that
22 incorporated?

Page 7

```
 1        A.    A Maryland corporation.
 2        Q.    And John C. Flood Contractors, Inc.?
 3        A.    A Maryland corporation as well.
 4        Q.    Okay.  So when you mentioned Delaware
 5   before, is there any Delaware corporation?
 6        A.    No, not that I'm aware of.
 7        Q.    And are there any names, other names,
 8   other than those three, under which your company
 9   conducts business at the present time?
10        A.    No.
11        Q.    Are there any other names, other than
12   those three, by which your company has ever conducted
13   business?
14        A.    In the day-to-day operations that we do
15   on plumbing, heating and air conditioning and the
16   like?
17        Q.    Right.
18        A.    No.
19        Q.    I'm not sure I understand the
20   qualification.
21              Is there some other business under which
22   your company has conducted business?
```

Misty Klapper & Associates
703-780-9559

EXHIBIT I

f36e735a-23a9-4964-a509-4237a53cbc45

Page 94

1          CERTIFICATE OF DEPONENT

2              I, James Seltzer, Jr., do hereby certify

3    that I have read the foregoing pages, 4 through 93,

4    inclusive, which contain a correct transcript of the

5    answers given by me to the questions propounded to me

6    herein, except for changes, if any, duly noted on the

7    enclosed errata sheet.

8

9

10                    _____
                              WITNESS
11

12

13

14              Sworn and subscribed to before me this

15    ___ day of _____, 2008.

16

17    My commission expires:         Notary Public:

18    _____             _____

19

20

21

22

Misty Klapper & Associates
703-780-9559

EXHIBIT I

f36e735a-23a9-4964-a509-4237a53cbc45

Page 96

1           CERTIFICATE OF NOTARY

2           I, MISTY KLAPPER, the officer before
3    whom the foregoing deposition was taken, do hereby
4    certify that the witness whose testimony appears
5    in the foregoing deposition was duly sworn by me;
6    that the testimony of said witness was taken by me
7    in shorthand and thereafter reduced to typewriting
8    by me; that said deposition is a true record of
9    the testimony given by said witness; that I am
10   neither counsel for, related to, nor employed by
11   any of the parties to the action in which this
12   deposition was taken; and, further, that I am not
13   a relative or employee of any attorney or counsel
14   employed by the parties hereto, nor financially or
15   otherwise interested in the outcome of this
16   action.

_____
Misty Klapper
Notary Public in and for the
District of Columbia

Misty Klapper & Associates
703-780-9559

EXHIBIT I

f36e735a-23a9-4964-a509-4237a53cbc45