Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
 2
    - - - - - - - - - - - - - - - -x
 3
    JOHN C. FLOOD OF VIRGINIA,      :         ORIGINAL
 4   INC.

 5          Plaintiff               :

 6   vs.                            :   No. 1:06CV01311

 7   JOHN C. FLOOD, INC.            :

 8          Defendant               :

 9   - - - - - - - - - - - - - - - -x

10                   June 4, 2008

11                   Washington, D.C.

12   DEPOSITION OF:

13                   ROBERT SMILEY

14       was called for examination by counsel for the

15   Plaintiff, pursuant to notice, taken at Garvey

16   Schubert Barer, 1000 Potomac Street, N.W., Suite 500,

17   Washington, D.C., commencing at 2:23 p.m., before

18   Misty Klapper, a Notary Public in and for the District

19   of Columbia, when were present on behalf of the

20   respective parties:

21

22
```

Misty Klapper & Associates
703-780-9559

EXHIBIT J

adbfc149-f838-4584-8da4-815b42282123

Page 4

## PROCEEDINGS

ROBERT SMILEY,

The Witness herein, called for examination by counsel for the Plaintiff, having been duly sworn, was examined and testified as follows:

EXAMINATION BY COUNSEL FOR THE PLAINTIFF

BY MR. ZRALEK:

8  Q.  Would you state your name, please?

9  A.  Robert Brian Smiley.

10 Q.  You've heard my instructions earlier this morning about making sure that you understand my question --

13 A.  Yes.

14 Q.  -- and please speak up if you don't.

15 A.  Yes.

16 Q.  Otherwise, I'll assume that you do.

17 A.  Correct.

18 Q.  Where are you employed?

19 A.  John C. Flood.

20 Q.  John C. Flood, Inc.?

21 A.  Yes.

22 Q.  What is John C. Flood of D.C., Inc.?

Page 5

1   A.   It's another corporate name, I believe,
2  that we have. We use it mainly in the District just
3  to avoid the confusion.
4   Q.   Is it a separate corporation?
5   A.   Yes, but we don't -- we basically operate
6  as John C. Flood, Inc.
7   Q.   Are you an officer of John C. Flood,
8  Inc.?
9   A.   Yes.
10   Q.   Okay. I'm going to refer to it as 1996
11  Flood since it was established --
12   A.   That's fine.
13   Q.   -- in 1996.
14       What is your title at 1996 Flood?
15   A.   Vice president.
16   Q.   And what are your roles there?
17   A.   I go over with our salesmen, our
18  mechanics, advertising, just the general day-to-day
19  operations.
20   Q.   Which office do you operate out of, D.C.?
21   A.   I'm in Capitol Heights, Maryland.
22   Q.   And your wife is in?

```
                                                        Page 6
 1        A.    D.C.
 2        Q.    D.C.  How many employees report to you in
 3   the Maryland office?
 4        A.    All total, maybe 20.
 5        Q.    And you work with Mr. Crooks -- no, you
 6   worked with Mr. Davis; is that right?
 7        A.    No.
 8        Q.    You work with Mr. Crooks?
 9        A.    Yes, he works in the same office I do.
10        Q.    What does he do?  What is his role?
11        A.    He does basically the same -- some of the
12   same roles I do, goes over with the salesmen.  He
13   checks the jobs, dispatches sometimes, lines up the
14   work for the next day, just the general day-to-day
15   operations.
16        Q.    When did you start working for Mr. Crooks
17   and Mr. Davis?
18        A.    About 1991.
19        Q.    Where was that?
20        A.    I believe that was -- I believe that was
21   Bladensburg Road, Cottage City.
22        Q.    And are you from Maryland?
```

Page 38

1         CERTIFICATE OF DEPONENT

2         I, Robert Smiley, do hereby certify that

3    I have read the foregoing pages, 4 through 37,

4    inclusive, which contain a correct transcript of the

5    answers given by me to the questions propounded to me

6    herein, except for changes, if any, duly noted on the

7    enclosed errata sheet.

8

9

10   _____
                WITNESS

11

12

13

14        Sworn and subscribed to before me this

15   26th day of June, 2008.

16

17   My commission expires:        Notary Public:

18   _____

19   PAMELA E. GERMAS
     Notary Public, District of Columbia
20   My Commission Expires August 14, 2008

21

22

Misty Klapper & Associates
703-780-9559

EXHIBIT J

adbfc149-f838-4584-8da4-815b42282123

Page 39

1  CASE: Flood v. Flood
   DEPOSITION OF: Robert Smiley
2  TAKEN: June 4, 2008

3

4  PAGE   LINE   ERROR              CORRECTION              REASON

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20                                              _____
21                                              Witness [signed: Robert Smiley]
22

Misty Klapper & Associates
703-780-9559

EXHIBIT J

adbfc149-f838-4584-8da4-815b42282123