IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN C. FLOOD OF VIRGINIA, INC., et al.        )       )
    Plaintiffs and Counter-Defendants,                )
                                         )

v.                                                                             )       Judge Richard J. Leon
                                         )       Case No.: 1:06CV01311
JOHN C. FLOOD, INC., et al.                            )       Deck Type: General Civil
                                         )
    Defendants and Counter-Plaintiffs.              )

---

### DECLARATION OF JAMES SELTZER, JR.

---

1.      Upon oath and declaration, I, James Seltzer, Jr., attest that I have personal knowledge of the following statements:

2.      I am over the age of 18.

3.      I am Vice President of John C. Flood of Virginia, Inc. ("Virginia Flood"), and I have served as Vice President and Treasurer of Virginia Flood since July 19, 1991.

4.      Virginia Flood was incorporated in Virginia by Mark Crooks ("Crooks") and Mel Davis ("Davis") in 1989.

5.      Between 1987 and 1989, prior to working at Virginia Flood when it began in 1989, my business partner, Moe Haislip ("Haislip"), and I worked for John C. Flood, Inc. ("1984 Flood"). We worked for 1984 Flood as estimators and salesmen, but not mechanics or technicians.

6.      In a verbal agreement in 1989, Crooks and Davis gave Haislip and me permission to use the marks FLOOD and JOHN C. FLOOD in connection with plumbing, heating, and air conditioning services by Virginia Flood, and to advertise those services in and on service trucks, contracts, invoices and telephone books, among other things. In exchange, we sent Crooks and

{00311365.4}

1 .

Davis approximately $400 each week beginning in late 1990 and continuing until 1992. There was never an operating agreement for Virginia Flood.

7.     Haislip and I have used the marks JOHN C. FLOOD, or its abbreviated form, FLOOD, whether alone or in combination with other words, in connection with plumbing, heating, and air conditioning services by Virginia Flood, continuously from 1989 through the present.

8.     Initially, Crooks and Davis owned 51 percent of the stock of Virginia Flood between the two of them, and Haislip and I owned the remaining 49 percent. When Crooks, Davis and their company, 1984 Flood, filed bankruptcy in June 1991 ("Underlying Bankruptcy"), Crooks and Davis sold their extra 1% stock in Virginia Flood to Haislip and me, so that Crooks and Davis collectively owned 50 percent, and Haislip and I collectively owned the other 50 percent of the stock of Virginia Flood.

9.     By the time they filed bankruptcy, Crooks and Davis participated less and less in the governance of Virginia Flood, and on July 19, 1991, Crooks and Davis resigned as officers of Virginia Flood. See "Resolution of the Board of Directors of JOHN C. FLOOD OF VIRGINIA, INC.," attached hereto as Ex. A.

10.     By June or July 1991, Crooks and Davis handed over the reins of Virginia Flood to Haislip and me. By this point, Crooks and Davis had given Haislip and me the books and records of Virginia Flood. From this point forward, Haislip and I alone made all business decisions for Virginia Flood, including use of the marks FLOOD and JOHN C. FLOOD, and we no longer reported any information to, or sought approval from, Crooks or Davis.

11.     By June or July 1991, Haislip and I alone ensured quality control under the marks used by Virginia Flood: FLOOD and JOHN C. FLOOD.

{00311365.3}

2

12.     At the time Crooks, Davis and 1984 Flood filed bankruptcy in June 1991, we had about 4-6 employees at Virginia Flood. Today we have about 75 employees.

13.     In the Underlying Bankruptcy, Haislip and I were creditors. We were never debtors in the Underlying Bankruptcy.

14.     On February 14, 1995, Haislip and I reached an oral agreement with the Trustee to settle our claims against the bankruptcy estates of Crooks, Davis and 1984 Flood. We agreed to purchase from the Trustee the remaining 50 percent of the stock in Virginia Flood, formerly held by Crooks and Davis, at which point we believed we owned 100% of Virginia Flood, including its marks and the goodwill symbolized thereby.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

James Seltzer, Jr.
Vice President & Treasurer of John C. Flood of Virginia, Inc.

Executed on ___ 0 9 - 0 5 - 0 8 ___
                        DATE

Resolution of the Board of Directors of

JOHN C. FLOOD OF VIRGINIA, INC.


IT IS HEREBY RESOLVED by the Board of Directors of John C. Flood of Virginia, Inc. that the corporation shall accept with regret the resignations of Melville R. Davis and Mark Crooks from from their positions as officers of the corporation. Such resignations shall be effective as of the date of this resolution.

IT IS FURTHER RESOLVED by the Board of Directors that Clinton Haislip shall henceforth be the President of the corporation; that James Seltzer shall henceforth be the Vice president and Treasurer of the corporation, and; that Ram Nathan shall henceforth be the Secretary of the Corporation.

IN WITNESS WHEREOF, and under penalty of perjury, we have signed this Resolution and acknowledge the same to be the act of the Board of Directors.

DATE: 7/19/98

Melville Davis

Mark Crooks

Clinton Haislip

James Seltzer


EXHIBIT
A

EXHIBIT K

Flood/DCDC 0534