IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN C. FLOOD OF VIRGINIA, INC., et al.  )<br>                                                                      )<br>      **Plaintiffs and Counter-Defendants,**  )<br>                                                                      )<br> v.                                                           )<br>                                                                      )<br> JOHN C. FLOOD, INC., et al.                      )<br>                                                                      )<br>      **Defendants and Counter-Plaintiffs.**    )<br>                                                                      ) | **Judge Richard J. Leon**<br>**Case No.: 1:06CV01311**<br>**Deck Type:  General Civil** |

## NOTICE OF FILING

The Virginia Flood Parties[1] respectfully submit this Notice of Filing with regard to their Statement of Material Facts Not in Dispute in Support of their Motion for Summary Judgment and with regard to their Memorandum of Points and Authorities in support of same, which includes the following:

**Exhibit A** – Bill of Sale dated February 20, 1996 (Bates labeled 306-310);

**Exhibit B** – Articles of Incorporation of John C. Flood, Inc. dated February 5, 1996 (Bates labeled 112-115);

**Exhibit C** – John C. Flood of DC, Inc. letter to Bell Atlantic Network Services, Inc. dated January 23, 1996 (Bates labeled 132);

**Exhibit D** – Bell Atlantic Network Services, Inc. letter to JCF, Inc. dated January 16, 1996 (Bates labeled 133);

---

[1] "Virginia Flood Parties" refers to the following parties: Plaintiff/Counter-Defendant John C. Flood of Virginia, Inc. ("Virginia Flood"); Defendants John C. Flood, Inc. (a Virginia corporation) and John C. Flood Contractors, Inc. (all three corporations collectively referred to as the "Virginia Flood Corporate Parties"); and Defendants Clinton Haislip and James L. Seltzer, Jr.

{00311458.1}

**Exhibit E** – Attorney John P. Morrissey letter to Seltzer and Haislip dated June 11, 1996 (Bates labeled 375-376);

**Exhibit F –** Relevant pages from deposition transcript of Mel Davis;

**Exhibit G** – Relevant pages from deposition transcript of Mark Crooks;

**Exhibit H** – Relevant pages from deposition transcript of Clinton Haislip;

**Exhibit I** – Relevant pages from deposition transcript of Jim Seltzer;

**Exhibit J** – Relevant pages from deposition transcript of Robert Smiley;

**Exhibit K** – Declaration of Jim Seltzer, with Exhibit A thereto (Resolution of Board of Directors of Virginia Flood, accepting the resignations of Crooks and Davis as officers of Virginia Flood);

**Exhibit L** – Chappel-Johnson v. Bair, ___ F. Supp. 2d ___, 2008 WL 4058674 (D.D.C. Sept. 3, 2008);

**Exhibit M** – Tommy Hilfiger Licensing, Inc. v. Goody's Family Clothing, Inc., 2003 WL 22331254 (N.D. Ga. May 9, 2003);

**Exhibit N** – 4 J. Thomas McCarthy, McCarthy on Trademarks and Unfair Competition § 26:5;

**Exhibit 0** – 4 J. Thomas McCarthy, McCarthy on Trademarks and Unfair Competition § 18:48;

**Exhibit P** – First Interstate Bankcorp v. Stenquist, 16 U.S.P.Q. 1704, 1990 WL 300321 (N.D. Cal. July 13, 1990);

**Exhibit Q** – SM Licensing Corp. v. U.S. Medical Care Holdings LLC, No. 0-20293-CIV, 2007 WL 2051009 (July 13, 2007);

**Exhibit R** – Yocum v. Covington, 216 U.S.P.Q., 210, 1982 WL 52024 (TTAB 1982);

**Exhibit S** – Pride Pub'g Group Inc. v. Edwards, No. 1:08-cv-94, 2008 WL 2201516 (E.D. Tenn. May 23, 2008); and

**Exhibit T** – Kemlin Industries, Inc. v. Watkins Products, Inc., 192 U.S.P.Q. 327 (TTAB 1976).

Dated: September 12, 2008.

Respectfully submitted,

_____
Stephen J. Zralek, *appearing pro hac vice*
Paul W. Kruse, *appearing pro hac vice*
**BONE McALLESTER NORTON PLLC**
511 Union Street, Suite 1600
Nashville, TN  37219
(615) 238-6300 – phone
(615) 238-6301 – facsimile
szralek@bonelaw.com
pkruse@bonelaw.com

and

Lisa Dunner, DC Bar # 452004
**DUNNER LAW**
1010 Wisconsin Ave., N.W.
Washington, DC 20007
(202) 298-6002 – phone
(202) 403-3030 – facsimile
ldunner@dunnerlaw.com

*Counsel for John C. Flood of Virginia, Inc.,*
*John C. Flood, Inc. (a Virginia corporation),*
*John C. Flood Contractors, Inc., and*
*Clinton Haislip & James L. Seltzer, Jr.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of September, 2008, a true and correct copy of the foregoing document was served via ECF upon:

> Benjamin J. Lambiotte, Esq.
> **GARVEY SCHUBERT BARER**
> 1000 Potomac Street, Fifth Floor
> Washington, D. C. 20007

*/s/ Stephen J. Zralek*
_____

{00311458.1}