IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN C. FLOOD OF VIRGINIA, INC., et al. )<br>)<br>Plaintiffs and Counter-Defendants, )<br>)<br>v. )<br>)<br>JOHN C. FLOOD, INC., et al. )<br>)<br>Defendants and Counter-Plaintiffs. ) | Judge Richard J. Leon<br>Case No.: 1:06CV01311<br>Deck Type: General Civil |

**DEFENDANTS' RENEWED MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and LCvR 7(a), (b) and (c) and LCvR 56.1, Defendant/Counterclaim-Plaintiff John C. Flood, Inc., and Defendants John C. Flood of D.C., Inc., Robert Smiley, Joanne Smiley (collectively, "the Smileys"), Mark Crooks ("Crooks"), Mel Davis ("Davis") and J.C. Flood, Inc., J.C. Flood Company, and JCF, Inc., (all collectively, "Defendants"), for the reasons set forth in detail in the Statement of Material Facts Not in Issue (and supporting materials appended thereto) and the Memorandum of Points and Authorities filed herewith, hereby respectfully request the Court to grant the Defendants and Counterclaim Plaintiff, partial summary judgment, as requested herein.

As we demonstrate in the supporting Memorandum of Points and Authorities, and on the basis of the Statement of Material Facts Not in Dispute and accompanying materials, filed herewith, on the undisputed facts of this case, Defendants are entitled to judgment as a matter of law on each and every one of Plaintiff's claims for relief and on Count V of Defendant/Counterclaim Plaintiff, John C. Flood, Inc.'s Counterclaim [#7].

**WHEREFORE,** for the foregoing reasons, Defendants respectfully request this Honorable Court to GRANT this motion, and to enter an Order:

(1) GRANTING judgment in favor of Defendants on each and every count of the Plaintiff, John C. Flood of Virginia, Inc.'s claims against each of the Defendants, including all claims asserted in Plaintiff's First Amended Complaint for monetary and injunctive relief, and for a declaration of its priority over the Defendants, on Plaintiff's causes of action for trademark infringement under 15 U.S.C. § 1114(1), unfair competition under 15 U.S.C. § 1125(a) and common law servicemark infringement and unfair competition; and

(2) FURTHER, granting partial judgment on Count V of the Counterclaim of Counterclaim Plaintiff, declaring, adjudging and decreeing that Defendant/Counterclaim Plaintiff John C. Flood, Inc. and Defendant John C. Flood of D.C., Inc. have priority of usage over each and every of the Counterclaim Defendants, and the exclusive right to use and register in connection with plumbing, heating, electrical, air conditioning, or remodeling or construction services, the trade name and service mark JOHN C. FLOOD, and all other names and marks similar to JOHN C. FLOOD, which, by colorable imitation or otherwise, are likely to cause confusion, mistake, or to deceive, and that no Counterclaim Defendant has the right to use or register, and enjoining each of them from so using, registering, or attempting to register, any of the same, and from interfering with or obstructing Flood's use and registration of the same; and

(a) FURTHER, ordering, adjudging and decreeing that the Commissioner of Patents and Trademarks forthwith cancel Counterclaim Defendant Flood of Virginia's U.S. Trademark Registration Numbers 2,345,161 & 2,355,004; and

(b) FURTHER ordering, adjudging and decreeing that each of the Counterclaim Defendants, and all of their subsidiaries, affiliates, licensees, successors, assigns, divisions, agents, servants, and employees, and all those in active concert or participation with the Counterclaim Defendants who receive actual notice of such judgment directly or otherwise, and

each of them, be preliminarily and permanently enjoined and restrained from infringing Flood's tradenames and service marks JOHN C. FLOOD and other marks similar to or derived therefrom, whether registered or not, and specifically from:

(i) Directly or indirectly using or displaying, throughout the United States and the world, the terms JOHN C. FLOOD, JOHN C. FLOOD CONTRACTORS, www.johncflood.com, or any other mark, words, Uniform Resource Locator or Internet address, name or device, similar to the JOHN C. FLOOD name and marks, which, by colorable imitation or otherwise, are likely to cause confusion, mistake, or to deceive, in connection with plumbing, heating, electrical, air conditioning, or remodeling or construction services in the Washington, D.C. metropolitan area, or in connection with any goods or services related to the goods and services now offered or to be offered by 1996 Flood;

(ii) Trading under, promoting, advertising, marketing, distributing, selling, or offering for sale, any plumbing, heating, electrical, air conditioning, or remodeling or construction services in the Washington, D.C. metropolitan area, using or displaying the terms JOHN C. FLOOD, JOHN C. FLOOD CONTRACTORS, www.johncflood.com, or any other mark, words, Uniform Resource Locator or Internet address, name or device similar to Flood's name and mark, which, by colorable imitation or otherwise, is likely to cause confusion, mistake, or to deceive, in any manner.

(3) **OR,** in the alternative, in the event the Court concludes that judgment should not be rendered for all or part of the relief requested by this Motion, then, pursuant to Federal Rule of Civil Procedure 56(d)(1), Defendants respectfully request this Court to enter an Order specifying the facts that appear without substantial controversy and deeming them established for purposes

of trial, and, specifically, stating the extent to which monetary and other relief requested by Plaintiff is or is not in controversy, and directing such further proceedings as are just; and

(4) GRANTING Defendants such other or further relief as the Court may deem just in circumstances.

Respectfully submitted,

**COUNTERCLAIM PLAINTIFF/DEFENDANT JOHN C. FLOOD, INC., & DEFENDANTS JOHN C. FLOOD OF D.C., INC., ROBERT SMILEY, JOANNE SMILEY, MARK CROOKS AND MEL DAVIS, J.C. FLOOD, INC., J.C. FLOOD COMPANY, & JCF, INC.**

September 12, 2008    By their attorneys:    /s/ Benjamin J. Lambiotte
Benjamin J. Lambiotte
D.C. Bar No. 421288
blambiotte@gsblaw.com
Robert A.W. Boraks
D.C. Bar No. 72132
rboraks@gsblaw.com
**GARVEY SCHUBERT BARER**
1000 Potomac Street, Fifth Floor
Washington, D.C. 20007
(202) 965-7880

## CERTIFICATE OF SERVICE

I certify that I served a copy of this DEFENDANTS' RENEWED MOTION FOR PARTIAL SUMMARY JUDGMENT upon counsel for the Virginia Flood Parties via ECF and electronic mail, on this 12th day of September, 2008.

Stephen J. Zralek, *appearing pro hac vice*
BONE McALLESTER NORTON PLLC
511 Union Street, Suite 1600
Nashville, TN 37219
Tel: (615) 238-6300
Fax: (615) 238-6391
szraleck@bonelaw.com

Lisa Dunner, DC Bar #452004
DUNNER LAW
1010 Wisconsin Avenue, N.W.
Washington, DC 20007
Tel: (202) 298-2002
Fax: (202) 403-3030
ldunner@dunnerlaw.com

/s/ Benjamin J. Lambiotte

4