IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN C. FLOOD OF VIRGINIA, INC., et al.      )
                                              )
   Plaintiffs and Counter-Defendants,         )
                                              )
v.                                            )   Judge Richard J. Leon
                                              )   Case No.: 1:06CV01311
JOHN C. FLOOD, INC., et al.                   )   Deck Type: General Civil
                                              )
   Defendants and Counter-Plaintiffs.         )

**RECEIVED**
SEP 1 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTICE REGARDING EXHIBIT ATTACHMENT

**PLEASE TAKE NOTICE**, that the following attachments to the *Statement of Material Facts Not in Dispute In Support of Defendants' Renewed Motion for Partial Summary Judgment*, filed via ECF on this day, are in paper form only, and are being maintained in the case file in the Clerk's Office. These documents will be available for public viewing and copying between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday:

   1. September 12, 2008, Declaration of Mel Davis and Attachments A-1 through A-4 thereto;

   2. July 16, 2007, Declaration of Michael G. Rinn and Attachments B-1 through B-16 thereto;

   3. September 12, 2008, Declaration of Robert Smiley and Attachments C-1 through C-6 thereto;

   4. Transcript of June 4, 2008, Deposition of Clinton Haislip, and Exhibits 1 through 13 thereto;

   5. Transcript of June 4, 2008, Deposition of James Seltzer, and Exhibits 14 through 16 thereto;

   6. Transcript of June 4, 2008, Deposition of Mel Davis, and Exhibits 17 through 21 thereto; and

   7. Transcript of June 4, 2008, Deposition of Mark Crooks; and

-- Transcript of June 4, 2008 Deposition of Robert Smiley.

September 12, 2008

Respectfully submitted,

**COUNTERCLAIM PLAINTIFF/DEFENDANT JOHN C. FLOOD, INC., & DEFENDANTS JOHN C. FLOOD OF D.C., INC., ROBERT SMILEY, JOANNE SMILEY, MARK CROOKS AND MEL DAVIS, J.C. FLOOD, INC., J.C. FLOOD COMPANY, & JCF, INC.**

By their attorneys:  /s/ Benjamin J. Lambiotte
Benjamin J. Lambiotte
D.C. Bar No. 421288
blambiotte@gsblaw.com
Robert A.W. Boraks
D.C. Bar No. 72132
rboraks@gsblaw.com
**GARVEY SCHUBERT BARER**
1000 Potomac Street, Fifth Floor
Washington, D.C. 20007
(202) 965-7880

## CERTIFICATE OF SERVICE

I certify that I served a copy of this Notice Regarding Exhibit Attachment upon counsel for the Virginia Flood Parties via ECF and electronic mail, on this 12th day of September, 2008.

Stephen J. Zralek, *appearing pro hac vice*
BONE McALLESTER NORTON PLLC
511 Union Street, Suite 1600
Nashville, TN 37219
Tel: (615) 238-6300
Fax: (615) 238-6391
szraleck@bonelaw.com

Lisa Dunner, DC Bar #452004
DUNNER LAW
1010 Wisconsin Avenue, N.W.
Washington, DC 20007
Tel: (202) 298-2002
Fax: (202) 403-3030
ldunner@dunnerlaw.com
Counsel for Clinton Haislip &
James L. Seltzer, Jr.

/s/ Benjamin J. Lambiotte