IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN C. FLOOD OF VIRGINIA, INC., et al. ) | |
| ) | |
| Plaintiffs and Counter-Defendants, ) | |
| ) | |
| v.  ) | Judge Richard J. Leon |
| ) | Case No.: 1:06CV01311 |
| JOHN C. FLOOD, INC., et al.  ) | Deck Type: General Civil |
| ) | |
| Defendants and Counter-Plaintiffs. ) | |

**PROPOSED ORDER GRANTING DEFENDANTS'
RENEWED MOTION FOR PARTIAL SUMMARY JUDGMENT**

**THIS MATTER** is before the Court on the Renewed Motion for Partial Summary Judgment of Defendant/Counterclaim-Plaintiff John C. Flood, Inc., and Defendants John C. Flood of D.C., Inc., Robert Smiley, Joanne Smiley (collectively, "the Smileys"), Mark Crooks ("Crooks"), Mel Davis ("Davis") and J.C. Flood, Inc., J.C. Flood Company, and JCF, Inc., (all collectively, "Defendants").

In consideration of the Defendants' Motion, Memorandum of Points and Authorities, Statement of Material Facts Not in Dispute, and accompanying declarations, deposition transcripts, and documents attached thereto, and admissions, submitted in support of the Motion, and the memoranda and materials submitted in opposition and reply thereto, all due proceedings having been had thereupon, it appearing to the Court that there are no genuine issues of material fact and that Defendants are entitled to judgment as a matter of law, it is hereby:

**ORDERED, ADJUDGED AND DECREED,** that the Defendants' Motion for Partial Summary Judgment should be, and hereby is, **GRANTED**, and;

**IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED**, that judgment is hereby **GRANTED** in favor of Defendants on each and every count of the Plaintiff, John C. Flood of Virginia, Inc.'s claims against each of the Defendants, including all claims asserted in Plaintiff's First Amended Complaint for monetary and injunctive relief, and for a declaration of its priority over the Defendants, on Plaintiff's causes of action for trademark infringement under 15 U.S.C. § 1114(1), unfair competition under 15 U.S.C. § 1125(a) and common law servicemark infringement and unfair competition; and

**IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED** that judgment is hereby **GRANTED** on Count V of the Counterclaim of Counterclaim Plaintiff, and that Defendant/Counterclaim Plaintiff John C. Flood, Inc. and Defendant John C. Flood of D.C., Inc. have priority of usage over each and every of the Counterclaim Defendants, and the exclusive right to use and register in connection with plumbing, heating, electrical, air conditioning, or remodeling or construction services, the trade name and service mark JOHN C. FLOOD, and all other names and marks similar to JOHN C. FLOOD, which, by colorable imitation or otherwise, are likely to cause confusion, mistake, or to deceive, and that no Counterclaim Defendant has the right to use or register, and enjoining each of them from so using, registering, or attempting to register, any of the same, and from interfering with or obstructing Flood's use and registration of the same; and

**IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED** that the Commissioner of Patents and Trademarks forthwith cancel Counterclaim Defendant Flood of Virginia's U.S. Trademark Registration Numbers 2,345,161 & 2,355,004; and

**IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that** each of the Counterclaim Defendants, and all of their subsidiaries, affiliates, licensees, successors,

assigns, divisions, agents, servants, and employees, and all those in active concert or participation with the Counterclaim Defendants who receive actual notice of such judgment directly or otherwise, and each of them, be preliminarily and permanently enjoined and restrained from infringing Flood's tradenames and service marks JOHN C. FLOOD and other marks similar to or derived therefrom, whether registered or not, and specifically from:

(i) Directly or indirectly using or displaying, throughout the United States and the world, the terms JOHN C. FLOOD, JOHN C. FLOOD CONTRACTORS, www.johncflood.com, or any other mark, words, Uniform Resource Locator or Internet address, name or device, similar to the JOHN C. FLOOD name and marks, which, by colorable imitation or otherwise, are likely to cause confusion, mistake, or to deceive, in connection with plumbing, heating, electrical, air conditioning, or remodeling or construction services in the Washington, D.C. metropolitan area, or in connection with any goods or services related to the goods and services now offered or to be offered by 1996 Flood;

(ii) Trading under, promoting, advertising, marketing, distributing, selling, or offering for sale, any plumbing, heating, electrical, air conditioning, or remodeling or construction services in the Washington, D.C. metropolitan area, using or displaying the terms JOHN C. FLOOD, JOHN C. FLOOD CONTRACTORS, www.johncflood.com, or any other mark, words, Uniform Resource Locator or Internet address, name or device similar to Flood's name and mark, which, by colorable imitation or otherwise, is likely to cause confusion, mistake, or to deceive, in any manner.

Date: _____          _____
                               Richard J. Leon
                               United States District Judge

## CERTIFICATE OF SERVICE

I certify that I served a copy of this DEFENDANTS' PROPOSED ORDER GRANTING RENEWED MOTION FOR PARTIAL SUMMARY JUDGMENT upon counsel for the Virginia Flood Parties via ECF and electronic mail, on this 12h day of September, 2008.

Stephen J. Zralek, *appearing pro hac vice*
BONE McALLESTER NORTON PLLC
511 Union Street, Suite 1600
Nashville, TN 37219
Tel: (615) 238-6300
Fax: (615) 238-6391
szraleck@bonelaw.com

Lisa Dunner, DC Bar #452004
DUNNER LAW
1010 Wisconsin Avenue, N.W.
Washington, DC 20007
Tel: (202) 298-2002
Fax: (202) 403-3030
ldunner@dunnerlaw.com

/s/ Benjamin J. Lambiotte