UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN C. FLOOD OF VIRGINIA, INC., *et al.*,

       Plaintiff/Counter-Defendants,

v.

JOHN C. FLOOD, INC., *et al.*,

       Defendants/Counter-Plaintiffs.

Civil Case No. 06-1311 (RJL)

## ORDER AND PARTIAL FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion, it is this 31st day of March, 2010, hereby

**ORDERED** that 1996 Flood's Renewed Motion for Partial Summary Judgment [#65] is **GRANTED**; it is further

**ORDERED** that judgment be entered for 1996 Flood on all claims in Virginia Flood's First Amended Complaint [#28]; it is further

**ORDERED** that declaratory judgment be entered on Count 5 of 1996 Flood's Counterclaim [#9], that the 1996 Flood parties shall have priority over the Virginia Flood parties and shall have the exclusive right to use and register the trade name and service mark JOHN C. FLOOD and any other name or mark similar to JOHN C. FLOOD that, by colorable imitation or otherwise, is likely to cause confusion or mistake, and that no Virginia Flood party has the right to register or to use beyond the terms of its license the name and mark JOHN C. FLOOD or its abbreviated version FLOOD; and it is further

**ORDERED** that Virginia Flood's Motion for Summary Judgment [#60] is **DENIED**.

SO ORDERED.

_____
RICHARD J. LEON
United States District Judge